# Exhibit B



We make home possible℠

VIA ELECTRONIC DELIVERY and OVERNIGHT MAIL

August 4, 2009

Mr. Paul Allen
Chief Executive Officer
Taylor, Bean & Whitaker Mortgage Corp.
101 NE 2nd St
Ocala, FL 34470

RE: Termination of Freddie Mac Seller and Servicer Eligibility
    Seller/Servicer Numbers 142080, 120177

Dear Mr. Allen:

Pursuant to sections 5.1-5.3 and 73.1 of the Freddie Mac *Single-Family Seller/Servicer Guide* (hereafter the "Guide"), this letter serves as notice that the eligibility of Taylor, Bean & Whitaker Mortgage Corp. ("TBW") to sell mortgage loans to and service mortgage loans for the Federal Home Loan Mortgage Corporation ("Freddie Mac") has been terminated, with cause, effective today, August 4, 2009, without further notice from Freddie Mac.

Freddie Mac has determined that:

1. **Guide Section 5.2 (9):** TBW has had a significant weakness or notable change in its financial status or organizational status of the Seller or the Servicer that in the opinion of Freddie Mac, could adversely affect Freddie Mac.

2. **Guide Section 5.2(10):** TBW has failed to meet requirements as may be prescribed by Freddie Mac for eligibility as a Seller or Servicer.

3. **Guide Section 5.2 (11):** TBW has been placed on probation or its activities have been restricted by a federal or state government agency.

4. **Guide Section 5.2 (12):** TBW has had a judgment, order, finding or regulatory action to which TBW is subject that would adversely affect TBW's ability to comply with the terms of the conditions of the Purchase Documents.[1]

5. **Guide Section 5.2 (13):** TBW's warranty obligations are disproportionate to its capital and/or assets.

---

[1] All terms not specifically defined herein shall have the meaning ascribed to them in the Guide.



EXHIBIT "B"

6. **Guide Section 5.2 (15):** TBW has failed to observe or comply with a term(s) or provision(s) of the Purchase Documents.

The fact that certain grounds for the decision are stated in this letter does not imply that additional grounds do not exist.

Pursuant to Section 73.3 of the Guide, TBW must immediately surrender to Freddie Mac or its designee all mortgage files serviced for Freddie Mac ("Portfolio") and all associated custodial funds. Kindly contact me at the number below to obtain instructions for the remittance of the custodial funds. TBW also must execute and provide Freddie Mac with a limited power of attorney for the purpose of completing the necessary assignments of the loans within the portfolio. In the event that TBW does not immediately comply with Freddie Mac's directions, Freddie Mac will take all action necessary to protect its rights, including seeking a court order requiring TBW to transfer the Portfolio.

The mortgage files delivered to Freddie Mac or its designee must contain, at minimum, the information and documentation set forth in Chapter 47 and Section 52.1 of the Guide, including without limitation:

a) Loan origination documentation, including, but not limited to, the original recorded deed of trust or mortgages and original recorded assignments, to Freddie Mac, original participation certificates, policies, and all loan underwriting documents;

b) All loan servicing documents, including, but not limited to, tax receipts and bills, insurance policies, insurance premium receipts, ledger sheets, payment records, insurance claim files and correspondence, foreclosure files and correspondence, current historical data files, and current loan level trial balances, (including documents and records in whatever form existing, whether printed, handwritten, or on computer software); and

c) Any documents of the type described above which come into TBW's possession after the time in which TBW has delivered the loan files.

This termination does not affect TBW's warranties and obligations under the Purchase Documents, and is without prejudice to any claim that Freddie Mac may have for other breaches by TBW of the Purchase Documents, including, but not limited to, claims for repurchase of any additional ineligible mortgages and outstanding fees. Freddie Mac retains all of its rights under the Purchase Documents and the *Guide* to take any further action and pursue any additional remedies to protect Freddie Mac's interests in this matter.

Pursuant to Guide Section 5.4, TBW may appeal Freddie Mac's termination decision according to the procedures specified in Section 5.4.[2] Any appeal must be addressed to:

> Ronald L. Ratcliffe
> VP, Counterparty Credit Risk Management
> 1551 Park Run Drive, MS D3A
> McLean, VA 22102-3107
>     Attn: Amy Odiorne

If a written appeal, in compliance with the requirements of Section 5.4, is not postmarked or hand delivered to Freddie Mac within 15 calendar days from the date of receipt of this letter, TBW will be deemed to have waived its right to appeal Freddie Mac's decision. Likewise if TBW is unsuccessful in its appeal TBW's seller/servicer eligibility and its non-exclusive right to Freddie Mac's Loan Prospector® system will be likewise terminated.

If you have any questions regarding the above, please contact me at (571) 382-3455 or Karen McKoy at (571) 382-3447.

Sincerely,

Pam Williams
Director
Credit & Counterparty Risk Management

---

[2] An appeal would not alter Freddie Mac's decision to immediately remove the Freddie Mac portfolio currently being serviced by TBW. The appeal would only address the termination of its eligibility status.