UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER MORTGAGE CORP.,   Case No.: 3:09-bk-07047-JAF
Chapter 11

    Debtor.
_____/

## NOTICE OF APPEARANCE

Comes now, Jill E. Kelso, and gives notice of her appearance on behalf of Donald F. Walton, United States Trustee for Region 21, for purposes of CM/ECF.

DATED:  August 27, 2009.

                DONALD F. WALTON
                United States Trustee
                Region 21

                /s/ Elena L. Escamilla
                Elena L. Escamilla, Trial Attorney
                Office of the United States Trustee
                U.S. Department of Justice
                Florida Bar No.:  898414
                135 W. Central Blvd., Suite 620
                Orlando, FL 32801
                Telephone No.:  (407) 648-6301, Ext. 127
                Facsimile No.:   (407) 648-6323
                E-Mail: Elena.L.Escamilla@usdoj.gov