UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.

CASE NO. 3:09-bk-07047-JAF
CHAPTER 11

Debtor.

_____/

## NOTICE OF FILING EXHIBITS

US BANK NATIONAL ASSOCIATION, in its capacity as the Trustee (on behalf of itself, Manufacturers and Traders Trust Co., and Bayview Loan Servicing, LLC) hereby files the attached *Emergency Joint Motion to Compel Post Termination Transfer of those Residential Consumer Loan Mortgage Portfolios previously serviced by the Debtor* [D.E. 44].

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF noticing or overnight mail to Attorney for Debtor: **Edward J. Peterson, III,** Stichter, Riedel, Blain & Prosser, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602; Debtor: **Taylor, Bean & Whitaker Mortgage Corp.,** 315 N.E. 14th Street, Ocala, FL 34470; the **United States Trustee**, 135 W. Central Blvd., Room 620, Orlando, FL 32801; the **Twenty Largest Unsecured Creditors**; and to the **Local Rule 1007-2** Mailing Matrix, this 27th day of August, 2009.

BROAD AND CASSEL
Attorneys for U.S. Bank National
Association as Trustee, Manufacturers
and Traders Trust Co., and Bayview
Loan Servicing, LLC
14th Floor
390 North Orange Avenue
Orlando, Florida 32801
PO Box 4961 (32802-4961)
Phone: (407) 839-4200

By: */s/ Roy S. Kobert*

4838-9150-8484.1
43451/0001 RO ro

Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com

**- and –**

SHIPMAN & GOODWIN LLP
Co counsel for U.S. Bank National
Association as Trustee
One Constitution Plaza
Hartford, CT 06103
Tel. (860) 251-5614

By:   /s/ *Corrine L. Burnick*
      Corrine L. Burnick
      cburnick@goodwin.com
      Kathleen Lamanna
      klamanna@goodwin.com
      Ira Goldman
      igoldman@goodwin.com

Admission *Pro Hoc Vice* Will Be Applied For



Dow Jones Reprints: This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit www.djreprints.com

See a sample reprint in PDF format.    Order a reprint of this article now

# THE WALL STREET JOURNAL.
WSJ.com

REAL ESTATE    AUGUST 12, 2009, 9:50 A.M ET

## Answers Trickle In for Stranded Taylor Bean Customers

By APARAJITA SAHA-BUBNA

Answers trickled in Tuesday for homeowners with loans from shuttered lender Taylor, Bean & Whitaker Mortgage Corp.

But long wait times on phone lines and conflicting responses to questions underscore the broader confusion that prevails among borrowers seeking guidance after privately held Taylor Bean, one of the largest independent home-loan providers in the U.S., abruptly closed its mortgage-lending operation Wednesday.

Bank of America Corp. is taking over the servicing of all Taylor Bean mortgages that are backed by the Federal Housing Administration.

The U.S. Department of Housing and Urban Development posted a document on its Web site Tuesday outlining courses of action for homeowners with FHA loans.

The file includes solutions to problems borrowers were facing after the failure of Taylor Bean. Among the problems, homeowners were unable to make their mortgage payments online through the Taylor Bean Web site or over the phone and they couldn't reach any Taylor Bean official or get word on the status of a loan modification or refinancing. The FHA cheat sheet includes toll-free numbers for Bank of America's help lines as well as related links connecting to other pages on the Housing Department's Web site.

Still, questions remain: What will happen to non-FHA mortgages or escrow accounts holding property taxes? Will property taxes be paid out in time?

The Ocala, Fla., lender shut down lending a day after the FHA -- amid concerns about possible fraud -- barred it from making loans insured by the government agency. The company said it expected to continue servicing mortgages -- collecting payments and handling foreclosures and other administrative tasks -- as it "restructures its business in the wake of these events."

However, Taylor Bean lawyers said Thursday in a federal court filing in the Northern District of West Virginia that a bankruptcy filing is imminent, The Wall Street Journal reported Tuesday, adding that Taylor Bean executives didn't respond to requests for comment Tuesday

http://online.wsj.com/article/SB125003115268123973.html



8/26/2009

The company's borrowers have been stranded over the past week. As of Monday, many homeowners were unable to access their loan information or make their monthly payments through Taylor Bean's Web site, getting a "restricted loan" message.

These homeowners, unable to make their mortgage payments and worried about racking up late fees or blemishes to their credit, frantically called Taylor Bean through Monday on the company's main line and a toll-free number. Their calls were answered by an automated greeting, directing callers to select the appropriate extensions, with a maze of menus mixed with warnings of "heavy call volume." There was nothing that indicated a course of action for existing borrowers.

On Tuesday, one borrower, clicking through her account on the company's Web site got a message stating: "As the transfer of loans continues to occur, correspondence will be mailed to each account holder detailing their new mortgage servicer's information and transfer date. In the meantime, all online payments have been disabled."

In this message, Taylor Bean is asking borrowers whose mortgages are still being serviced by the company to mail in their monthly payments.

Taylor Bean was the nation's 12th-largest home-mortgage lender for the first half of the year, according to Inside Mortgage Finance, a trade publication. The company didn't lend directly to borrowers, but instead provided home loans through mortgage brokers and also snapped them up from small banks.

**Write to** Aparajita Saha-Bubna at aparajita.saha-bubna@dowjones.com

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com

# Blog: Taylor Bean and Whitaker Mortgage Company Hotline Information for Borrowers

Added August 10, 2009 by Ilyce R. Glink



**Summary:** NEW UPDATE 8/24/09: Taylor Bean and Whitaker Mortgage Company files for bankruptcy. Last week, Taylor Bean and Whitaker Mortgage Company, which is owned by Colonial BancGroup shut its doors. Dozens of Taylor Bean and Whitaker Mortgage Company borrowers called the Clark Howard Show and Ilyce Glink Show to ask what they should do. Should they pay their old loans or new loans? How could they find out if their loans funded? The FDIC and Federal Reserve Bank have set up customer hotlines you can call to get information.

Stop Home Foreclosure Now
Lower your monthly payments, Get a Great rate, 1-877-980-7272
www.FedModApproval.com

Obama Urges Refinance Now
$180,000 Refinance under $939/mo. See Rates-
No Credit Check Req.
www.CalculateNewPayment.com

FHA Streamline Rates
Eased requirements make qualifying for Lower
Rates a snap. Lean more!
QuickenLoans.com/FHA

Home Loan Modification
Lower Bills-See If Right For You Free Assistance -
Member BBB
www.AvoidingMortgageForeclosure.com

Ads by Google

## Taylor Bean and Whitaker Mortgage Company Files for Bankruptcy: August 24, 2009

Taylor Bean and Whitaker Mortgage Company announced it has filed for bankruptcy protection. The move comes after a virtual shut-down of the company after secondary mortgage market giants Fannie Mae, Freddie Mac, Ginnie Mae, and FHA decided not to work with the company, limiting its ability to originate and refinance mortgages. According to Inside Mortgage Finance, a trade publication, Taylor Bean and Whitaker was the third-largest FHA originator and the twelfth-largest mortgage lender nationwide.

Some 2,000 workers have been laid off from Taylor Bean and Whitaker Mortgage Company, according to

2. Comment by Laura Huff on August 10th, 2009 at 9:52 am

   So, what do I do now? My monthly payment still hasn't been processed, I can't get through to TBW (now I know why), and I do not want to lose my house because of their scams. Unbelievable!

3. Comment by Nick on August 11th, 2009 at 12:24 pm

   Laura, keep all of those cancelled checks that went through TB&W up until now.SOMETHING will happen.We just need to be able to verify that we've paid our mortgages in case "whoever takes it over" tries to scam TB&W's customers.

4. Comment by Von on August 11th, 2009 at 5:42 pm

   First, it not Obama fault, try looking at the loan company that is not using business ethics in their daily business. The fault lies with Taylor bean and the first thing that comes out of your mouth is Obama sucks. For the last eight year I have not heard as much out cry towards a president until Obama, where were these voices eight years ago when nobody knew how much we were spending on the war. Second, most of Taylor Bean accounts are now with Bank of America. If you have time like 45 – 2 hrs to be on hold. Once you get through they will let you know who bought out your loan.

5. Comment by Colleen on August 11th, 2009 at 7:00 pm

   I was on-line 8/8/09 trying to pay my mortgage to TB&W. Said my loan was restricted. wouldn't let me pay. So I have not payed my August payment. Im wondering what to do. Am I going to get hit with late fee???

6. Comment by Michael on August 12th, 2009 at 5:33 am

   Angela, How is that Stupid for Obama? The current administration is actually pulling in the reigns on these mortgage lenders who cook their books and deceive their customers.

   I am a current TBW customer and I can tell you that I have applied for a re-fi 3 times in the last 4 months with not even a phone call back from them!

   Thank god they are going down, they are greedy a-holes. You, Angela, just misdirect your anger at the wrong entity.

7. Comment by Nick on August 12th, 2009 at 9:07 am

   UPDATE!
   Here is a link to HUD regarding TB&W's customers.It appears that Bank of America is taking over the loans(at least for FHA anyway).
   http://www.hud.gov/news/consumer-guidance.pdf

I had an automatic transfer set up with my bank for the 5th of each month for PITI to Taylor, Bean. The August transfer was never taken out of my account. I've seen the posts here about Bank of America and also spoken with a Bank of America representative, who told me to sit tight for a couple of weeks until the welcome letter came. She did not think I should send a check anywhere because I paid by ACH (automatic transfer). She said that BoA would be taking over all the TB&W loans, and said they had 175,000 TB&W loans to process!

But here's the issue: I received an e-mail on 8/14/09 from TB&W Loan Info () stating that my loan would be taken over by Cenlar. The e-mail advised me to wait at least a week, then call Cenlar at 866-305-6949 to set up my loan.

So who's right?

51.  Comment by Charlotte on August 15th, 2009 at 1:38 pm

Update: The recorded message at Cenlar says that it will be some time before they have the information on the Taylor, Bean loans they will be servicing; they do not have account numbers yet. They also say: "if you had a transfer set up with Taylor, Bean, there is no need to do anything. The transfer will remain in effect."

52. Comment by steven on August 15th, 2009 at 1:49 pm

I think waiting for a welcome letter is the wises advice. Who would want to send their money to a PO Box, I think BOA has a regular mailing address.

53. Comment by SLimone730 on August 15th, 2009 at 6:38 pm

I just refinanced with another mortgage company and left Taylor Bean (Thank the good Lord!!!) However, I haven't received my leftover escrow and it is due to me by today!! Any suggestions? And they legally have to give me back my escrow correct? I guess it will come from BOA? If someone knows…please inform me! BOA said I have to wait til all the accounts are transferred but I am in a little bit of a panic

54. Comment by Kelly on August 15th, 2009 at 7:24 pm

I just received a phone message today that Saxon will be servicing my loan, nothing yet from BoA?

55. Comment by Courtney on August 15th, 2009 at 9:14 pm

I always make my payment on the 15th… I had no idea until I tried to make my payment that something was wrong!!! Thanks to everybody for your help…

56. Comment by Kat on August 16th, 2009 at 6:05 am

wow. just heard this on the news this morning and was floored. I just refinanced my TBW mortgage LAST MONTH. My first payment is due in September. Guess I will cancel the auto payment until I hear from someone. I just hope my escrow is accounted for! That is alot of money sitting in there as my taxes are due very soon.

57. Comment by Walt on August 16th, 2009 at 12:31 pm

Paid my payment to TBW online at their website on the 10th of August. Still hasn't been withdrawn from my bank. I will be calling BAC Monday to find out what to do next. Help anyone?

58. Comment by Brian on August 16th, 2009 at 12:32 pm

I made my August payment online and it still has not been taken out of may account. What should I do about it?

59. Comment by Jamie &Tom on August 16th, 2009 at 1:21 pm

WE too are waiting on proper documentation from the new holders on our motgage and pray that it will not have any late or resulting consequences for us as the consumer do the proper thing. We have always paid on time and find this to be very stressing.

60. Comment by Tracy on August 17th, 2009 at 5:29 am

Is B of A handling TBW Freddie Mac loans? I was told that only FHA loans were going to B of A and that the Freddie Mac loans were going to 3 different servicers. I was just approved for the making home affordable modification on the morning of Aug 5 with TBW and they shut their doors that afternoon!!!

61. Comment by Robert on August 17th, 2009 at 9:20 am

Just called BoA and they already had a new loan# for me.
TBW VA loan. Told to mail in payment to Van Nuys P.O. BX
RY

62. Comment by Paula on August 17th, 2009 at 9:54 am

Need help. Selling my home. Closing scheduled for later THIS week and buyer needs pay off info to close. BOA doesn't have my loan info in computer yet. Any suggestions? Need to close!

63. Comment by Brian on August 17th, 2009 at 10:22 am

I agree, Obama hasn't had time in his busy schedule to have screwed this particular company up. Way to go people, just keep on drinking the Kool-aid. Lets see what you worshippers have to say

in another year or so.

64. Comment by Mark on August 17th, 2009 at 10:36 am

    I just spoke with a rep from B of A about our loan and she said that all late fees will be suspended for 60 days while the transition process takes place. Once our loan is processed in there system we will be getting a welcome pakage in the mail along with payment coupons with our new account #. If you were in the process of refinancing your loan with TB&W, B of A will be able to finish that process for you. Just to let you guys know I have been working on refinancing my loan since early March. I got as far as a Good Faith Estimate and then no return calls from TB&W. I'm hoping this transition is for the best.

65. Comment by tkaste on August 17th, 2009 at 12:32 pm

    I have had my mortgage trough Taylor Bean and just heard about this yesterday. I have been calling them for the past week to see why my August electronic transfer payment for my mortgage has not cleared my bank. As of 8/13 they said the account was upto date and it must be a delay on my banks side.

    I called my congressman, Jim Gerlach of Chester County, PA this AM and he said as far as he knows Bank of America was only taking over the FHA loans, mine is not FHA. His advice was to keep the money in an account until the whole thing can be staightend out. He is looking into this and will get back to me as to what I should do.

66. Comment by Hagfan on August 17th, 2009 at 12:59 pm

    I am a TBW customer, never had a problem with them. Now I can't even make a payment, cannot get in contact with them. My internet acct will not let me make a payment. What do I do? Don't want to get behind.

67. Comment by Lori on August 17th, 2009 at 1:28 pm

    OK, so I have spoken to B of A also and I am waiting for my welcome letter. What is worrying me is my homeowners insurance. That and our taxes were supposed to paid out of escrow and our renewal payment has not been made as of yet and needs to paid by 8/30/09 or it will be terminated. This scares me. This whole situation has me scared out of my mind. Our economy is going downhill so fast. Where are well going to be in a few years from now? We are living on one income right now and now this.... I have no idea what to do.

68. Comment by Linda on August 17th, 2009 at 3:00 pm

    When I realized my mortgage payment had not been drafted on the 5th of August I began calling TB&W. Finally, I got someone on the phone and they gave me the number to CENLAR who now has my mortgage loan. The number is 866-430-9689. The representative I spoke with said I would receive a welcome letter by September 1st and that no penalties would apply for 60 days. He said the funds would be drafted from my account by then, just to keep the funds in the account.

CENLAR's mailing address for payments is PAYMENT PROCESSING CENTER, Post Office Box 11733, Newark, NJ 07101.

69. Comment by Seth Mantel on August 17th, 2009 at 3:59 pm

After months of frustration and endless unanswered phone calls to tb&w i'm relieved to finally have some answers to why communication has been so difficult. Countless letters were sent to me stating that my mortgage insurance had been canceled and that I needed to speak with my insurance provider about sending a bill or tb&w would be forced to provide temporary insurance. Upon speaking with my insurance company I was shocked to find out that my insurance premiums were never payed by tb&w with the money in my escrow account. Not to mention, a disbursement check was sent to tb&w from my insurance company and they cashed it. Talk about shady business practices! So here I sit with my account frozen and no insurance not knowing what to do. They sure got my money…

70. Comment by Debra on August 17th, 2009 at 5:01 pm

I have hated TB&W from day one and totally regret we ever signed the papers for our mortgage with them. Just how screwed up is our government to allow a business to continue under their guidelines? I will be so happy to have someone else take over our loan, but so mad we have been waiting since April for assistance on refinancing under Obama's HASP plan. We have missed out on the lowest rates in years!!!

71. Comment by Lee Derosia on August 17th, 2009 at 7:21 pm

I talked to bank of america today NO ONE will get a late fee for payments not made on time they are ion the prosess of getting all accounts inorder they will be sending out info in the next 5 to 10 days to everyone just hold tight

72. Comment by bruce on August 17th, 2009 at 9:27 pm

As of Monday at 2 pm BOA told me NOT to send payment because it could easily get confused if the TBW loan number is the same as theirs and there would be no penalty ot credit reporting if the money was sent after the welcoming packet is received.
and as to all you ignoramouses who are blaming Obama for this, remember that McCain was owned by Charles Keating, another bank fraud king.

73. Comment by Rebecca on August 18th, 2009 at 8:34 am

I ALSO cannot pay my mortgage! My payment should have been withdrawn on 8/4 and it still has not come out. I have been calling and emailing and cannot get through to anyone. I am a real estate agent, so I am aware of their recent problems, but as a borrower, I don't know what to do at this point. I can't even access my account, it says it is "restricted". I am leary of sending in a check because I don't want it to come out twice and at this point it is LATE! If I get dinged for this I'm going to be furious! Oh, and my email confirmation from my payment was deleted out of my hotmail junk mail! Is there any way to retrieve this?

89. Comment by Lee on August 22nd, 2009 at 1:11 pm

    Everyone needs to check there credit report I just got an E-Mail from Identity guard I have a black mark from my morgage from TB&W from equifax credit report services now I HAVE TO CLEAR IT UP

90. Comment by amy on August 22nd, 2009 at 2:34 pm

    My husband and I have been trying to get our loan modified since May with taylor bean. They have not even called or mailed us anything on the matter. We filled out the necissary paper work two times and still no response. I have talked to b of a and they said that we would have to fill it out again. If someone could please give us some input on what to do next please do.

91. Comment by JEAN on August 22nd, 2009 at 4:11 pm

    Has anyone received a packet yet from any of the new servicer?

92. Comment by Linda on August 22nd, 2009 at 4:48 pm

    We got a letter from servicer Colonial Bank phone #407 835 6700, we called and was told Round Point will be servicing our mtg. phone # 1-866-559 8717, we spoke with them and was told to wait for the welcome letter which we got. Today we got a letter from Cenlar. I will call them on Monday.

93. Comment by Jerry on August 22nd, 2009 at 7:49 pm

    If you think they will pay your escrow insurance payments, they won't just found out my insurance was canceled along with no status on loan modification, and is Cenlar a bank or a loan service company, they just sent me a nice letter requesting late fees for past due payments which we could not pay....this whole thing is f_ing unbelievable.

94. Comment by Donn on August 23rd, 2009 at 8:55 am

    After readiing the above———-As of today 8/23/2009 I have been notified what to do. All of you go to http://www.taylorbean.com It gives you all the info. Those current on your loans need to contact Cenlar at 1-877-680-5583. You all need to see the big picture——-Obama and his cronies are out to take over the Banking industry just like the car industry. Those banks that are big and do not take the governments TARP money are being taken over so that there is a more centralized government monopoly of funds. If you have one bank owned by the goverment than we will be at thier mercy. I am glad Taylor bean stood their ground for as long as they did. The banks that should have gone under is BAnk of America, Countrywide, and Citibank———-amazing with all thier loan fraud, they are still in business because of the TARP funds they recieved from OBAMA. WATCH OUT GUYS interest rates will go up. That is why the Govt and media has not Said anything about Taylor Bean in the news except online. They do not want OBAMA to look bad on his financial policies and its another take down of those private industry leaders who fail to

follow OBAMA and not allow the govt to own thier business. Its like the Mafia knocking on your door and saying if you do not take our protection we will run you out of town. SEE THE BIG PICTURE and tell your friends.

95. Comment by diane jefferson on August 24th, 2009 at 11:02 am

just want to know what about my taxes that are due next month. don't have the money to pay out of pocket, this is what my escrow account was for. this is a total mess. here i am stuck with my aug. payment and don't know what to do. my payment is still n the bank. we should not be punish for this. i made all my payments on time through automatic system giving them permission to take this money out of my account. and they always did, but this month. i am scared i may lose my home and own back taxes, this is not including my insurance. what is going on

96. Comment by russ on August 24th, 2009 at 11:22 am

I find it extremely alarming or the recent shut-down of Taylor Bean and Whitaker and Colonial Bancgroup by the Feds. These are two among the largest residential mortgage companies in America and the American Press is completely ignorant of the closing down of these banks by the feds. Taylor Bean was one of the few mortgage companies that chose not to receive funding from the bailout. Does Anybody find this news as scary as I do?

97. Comment by Tracy on August 24th, 2009 at 11:35 am

I've talked to Cenlar and so far they have been really helpful. I was approved by the trial modification with TBW on 8/5 the day they shut down. Cenlar says that it hasn't uploaded my complete file but my basic info is online at their website. I spoke to their loss mitagation dept and they were helpful now just a waiting game of getting my entire file uploaded. I waited for 47 min on hold for TBW who assured my all my apaperwork had been sent over to Cenlar.

98. Comment by marshan on August 24th, 2009 at 12:05 pm

I see alot of comments that people are receiving letters, has anyone received a letter that had an FHA loan, I am currenlty waiting to get some kind of paper work in the mail. I talked to BOA and they said that it should be coming but when is my question.

99. Comment by Steve on August 24th, 2009 at 12:22 pm

Russ,

I find it very alarming, as I mentioned before I am an owner of medium sized Mortgage Banking Firm, and I have seen over 500 Lending institutions put out of business nationwide and over 345 state wide, now some of these organizations truly deserve to be out of business for deceptive practices, but others like ours which is still in business should not have been forced out. The bottom line is that the government and the banks is making it very difficult for homeowners and prospective homeowners to get a loan, either to put themselves in a more favorable position to pay their bills oreven buy a home. Most of these Banks have not even began to lend the TARP money

process has been OK. We'll see how it goes when i call them at the end of the week to see if my modification approval has been uploaded from TBW!!! My escrow seems to be fine on line.

113. Comment by stacey on August 25th, 2009 at 12:01 pm

I recieved a cancellation letter from my homeowners insurance yesterday which my mortgage is escrowed, automated system from tbw said they mailed it july 27th, ins company said they didnt have it and i have to pay it to keep it from being cancelled , boa still says they dont have me in the system yet.and i have escrow money floating around somewhere, noone seems to know or care...

114. Comment by Tara on August 25th, 2009 at 2:21 pm

Ummmm what a nightmare! I just got off the phone with BOA they have a loan # for me ect... they said we will be protected for 60days from late fees and credit reporting but im confused???? TBW said something about cenlar mort co and i have an FHA mortgage which when i read the post on TBW it looked like my mortgage was going to be with Cenlar??? i haven't rec'd my welcome letter yet so i guess we will see. Im just going to mail my payment to BOA i guess since they said i have a loan# with them now.

115. Comment by Insurance- person on August 25th, 2009 at 2:25 pm

I work for a large insurance company and we just recieved notice today that we have not been paid for any escrowed isurance payments by TBW since July!!! Check your homeowner's policy ASAP.

I have a TBW loan, and my insurance hasn't been paid. It looks like I will have to pay it myself until this mess is straightened out. I have automatic bill pay so I had no clue about any of this until I received the company memo.

B of A has no record of my loan yet, but FHA says B of A will have it. I am holding with TBW trying to get through to anyone!!!

116. Comment by Donn on August 25th, 2009 at 2:30 pm

TO WILLIS———Let us know when you go in front of the death panel and decide weather Obama will let you live with is healthcare policy or as he stated the doctor will probably cut off your foot for extra money. keep us posted.

117. Comment by Meridell on August 25th, 2009 at 2:50 pm

I have a mortgage, owned by Freddie Mac, that was serviced by Taylor, Bean and Whitaker. I was in the middle of a refinance that was supposed to close in September. This refinance was under the DU Refi Plus program as I don't own 20% of my home. Frankly, I don't believe I'll own 20% of my home for decades and because of that, no bank will refinance my loan, the only hope I had was under this program.

Cenlar now services my mortgage. I called yesterday and was told that Cenlar does not honor this program or do refinancing. My current interest rate is 7%. My refinance under the DU Refi Plus was going to be 5.75%. I will loose over $100,000 over the life of this loan.

At the very least, someone needs to make Cenlar honor the terms Taylor Bean gave me with the refinance and reset my loan to 5.75%.

If anyone has any suggestions I'd love to hear them.

118. Comment by Jason B on August 25th, 2009 at 3:25 pm

Fraud!!!! I recently refinanced away from TBW. They sent me a check for my Escrow balance, over 6 grand and the check was declined!!! TBW was obviously using their clients accounts to fund their failing mortgage portfolio.

TBW stole 6 grand from me and I have no clue how I can get it back. Help Please!!!!!!!

119. Comment by Lucy on August 25th, 2009 at 4:46 pm

So kind of a dumb questions…but how do we know what type of loan we have? I just went through my closing docs and it has no info. I went on two sites and searched and I do not have either a Freddie or a Fannie.. I was told I may have a Ginnie Mae in which case I would definitely have BOA as my new lender. I have a normal convential mortgage….I just wish I could get some answers!!!!!!!!!! I called HUD today tp let them know the info on their site is WRONG. They are telling ALL borrowers to send payment to BOA..they had no idea that BOA was not taking over all of our loans. What a mess!!!!!!!!!!

120. Comment by Jason B on August 26th, 2009 at 7:06 am

Taylor, Bean, & Whitaker is currently unreachable for questions regarding the returned check and my escrow account balance. I do not know where to turn. Platinum Community Bank has told me that there is insufficient funds in Taylor, Bean, & Whitaker's escrow accounts. It is my understanding that an escrow account for a mortgage is supposed to be a trust account held in the borrower's name to pay obligations such as property taxes and insurance premiums. I faithfully paid into my escrow account every month under the belief that the money I was paying was specifically for my home's taxes and insurance costs. Taylor, Bean, & Whitaker apparently commingled their clients' escrow funds and cannot meet their legal obligations to me.

121. Comment by JJ on August 26th, 2009 at 8:45 am

I had mortgage thru TB&W, got notice recently that loan got transferred to Cenlar. But I have already made the Aug payment to TB&W (money taken out of my checking account on 8/25), don't know if the payment will get automatically forwarded to the new loan company (Cenlar) or not. Does anyone know?
Cannot reach either TB&W or Cenlar, trying to call since yesterday, no luck.
Hope my Aug mortgage payment did not go into a black hole…
Was almost going to throw the Cenlar mail thinking it was junk mail. Both TB&W and Cenlar

suck.

122.  Comment by Mel C. on August 26th, 2009 at 8:50 am

    Just closed on our house end of July…1st payment due September 1st. On August 22nd, I received a letter from Round Point Mortgage Services Corporation stating that they took over my loan. Looked official and I know that loans are sold/transferred. I called them and their recording stating they are a DEBT COLLECTION agency. When I spoke to the woman, she wanted me to confirm all of my information – I did not. I gave her the "client number" that was listed on the letter and my name. She wanted my phone number to reach me (I told her she already reached me – via mail). She said that I was to pay my mortgage to them. I'm very skeptical and didn't have a good feeling. So, now I'm confused, b/c I also received a letter from Taylor Bean dated August 19th stating my payment terms, address to send payment etc.
    I have contacted my mortgage broker to figure out what is going on - about to call my insurance company as well! BIG FUN…was wanting some MORE stress.

123.  Comment by Willis on August 26th, 2009 at 9:27 am

    JJ - I also mailed my Sept payment to TBW before I knew they had gone out of business; I also included an extra $200 for the escrow account. I was told by the TBW person I was able to speak with (after 30 minutes of being on hold) that they would forward the payment to CENLAR. I mailed it Aug 17th, and so far, the check has not cleared my bank and has not been posted to my CENLAR account.

    Fortunately, TBW did pay the insurance premium in June.

    I hope the people at TBW who are responsible for this debacle get to see the insides of jail cells.

124.  Comment by Rose on August 26th, 2009 at 10:03 am

    I just got off the TBW website to get a copy of all of my account info before the website implodes. I got everything and noticed my escrow account was $0, which is totally wrong. I also noticed that they transferred my account to BofA, but the amount they transferred is less than I owed. I realized they had subtracted my escrow from the total loan amount when they transferred my account (example, owe $180K less escrow of $4K equals transferred amount of $176K). So, now I have to come up with my frickin' property taxes out of pocket. Crap, Crap, Crap!!!!!

125.  Comment by Insurance- person on August 26th, 2009 at 10:57 am

    I made my August payment in July, and when I got through to TBW yesterday they told me they had no record of my August payment. The bank told me "someone," cashed my online bill pay check, but they were unsure of who cashed it.

    The bank has given me a credit back for my check, and they are looking into where the money went.