

**Taylor, Bean & Whitaker**
*Mortgage Corp.*
315 NE 14th St
Ocala, Florida 34470
Bus. 888-225-2164
Fax 888-329-9270
Web: www.taylorbean.com

August 11, 2009

Dear Investor:

Taylor, Bean & Whitaker Mortgage Corp. ("TB&W") has ceased operations and is winding down its servicing portfolio. TBW received notification on August 4, 2009, from the U.S. Department of Housing and Urban Development, Freddie Mac and Ginnie Mae (the "Agencies") that TBW was terminated and/or suspended as an approved seller and/or servicer for each of the Agencies. As a result of these suspensions and terminations, TBW has ceased all origination operations. Additionally, TBW has been forced to provide for the transfer of all servicing.

As a private investor holding loans in our servicing portfolio, we suggest that your organization prepare to transition mortgage servicing from TB&W to an alternative servicer. In order to provide for a timely and smooth transition for our servicing clients and our mutual customers, kindly arrange for an alternate servicer as soon as possible and coordinate the transfer of servicing with us.

Sincerely,

P. Haran Sundaresan
Director
Investor Services



EXHIBIT H



**Corporate Trust Services**
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

August 11, 2009

**VIA ELECTRONIC MAIL AND UPS**
Taylor, Bean & Whitaker Mortgage Corp.
101 NE 2 Street
Ocala, FL 34470-6642
Attn: Paul Allen, Chief Executive Officer

    Re:    Terminated Servicing Agreements listed on the attached Schedule A (the "Servicing Agreements")

Ladies and Gentlemen:

    Reference is made to the above described Servicing Agreements and the Default and Termination Notice delivered to you by U.S. Bank, National Association, as trustee under the applicable Trusts (the "Trustee"), dated August 5, 2009 (the "Termination Notice"). Capitalized terms used but not defined herein shall have the meanings assigned to them in the applicable Servicing Agreements.

    Pursuant to the Termination Notice, the Trustee has terminated the Servicing Agreements and hereby demands that you account for and immediately turn over to the Trustee all funds collected under the Servicing Agreements, as well as deliver to Bayview Loan Servicing, LLC ("BLS"), as the Trustee's designee, all records and documents relating to each Mortgage Loan currently serviced under the Servicing Agreements. Pursuant to Section 4.4 thereunder, you are obligated to immediately deliver to the Trustee or its designee all records and documents relating to each Mortgage Loan that was subject to the Servicing Agreements and advise all Mortgagors of such change in servicing. Please note that pursuant to Section 4.2 of the Servicing Agreement, you are responsible for reimbursement of all costs of collection and all costs related to the transfer of Mortgage Loans, Mortgage Loan documents and any data relating to the Mortgage Loans and the servicing of such Mortgage Loans.

    In accordance with the foregoing, please immediately deliver any and all Mortgage Loans, Mortgage Loan documents and any data relating to the Mortgage Loans and the servicing of such Mortgage Loans to BLS as the Trustee's designee as follows:

        For investor reporting information to:
        Tammie Wagovich
        Bayview Loan Servicing LLC
        4425 Ponce De Leon Boulevard
        Fourth Floor
        Coral Gables, Florida 33146
        tammiewagovich@bayviewassetmanagement.com




EXHIBIT I

For all other information to:
Dayle Rosen
Bayview Loan Servicing LLC
4425 Ponce De Leon Boulevard
Fourth Floor
Coral Gables, Florida 33146
daylerosen@bayviewassetmanagement.com.

U.S. BANK NATIONAL ASSOCIATION,
as trustee

By: *[signature]*
Name: Becky Warren
Title: Vice President

Consented and Agreed:
Bayview Loan Servicing LLC

By: *[signature]*
Name: Richard O'Brien
Title: President

# SCHEDULE A

1. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank National Association ("U.S. Bank"), as indenture trustee under the Bayview Asset-Backed Securities Trust 2007-13 and Taylor, Bean & Whitaker Mortgage Corp., as servicer (the "Servicer").

2. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank, as indenture trustee under the Bayview Asset-Backed Securities Trust 2007-13NP and the Servicer.

3. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank, as trustee on behalf of the Bayview Asset-Backed Securities, Series 2007-13(1) Trust and the Servicer.

4. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank, as trustee on behalf of the Bayview Asset-Backed Securities, Series 2007-13(2) Trust and the Servicer.

5. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank, as trustee on behalf of the Bayview Asset-Backed Securities, Series 2007-13(3) Trust and the Servicer.

6. Servicing Agreement, dated as of May 1, 2007, between U.S. Bank, as trustee on behalf of the Bayview Asset-Backed Securities, Series 2007-13(4) Trust and the Servicer.



4425 Ponce de Leon Blvd.
5th Floor
Coral Gables, FL 33146
(305) 854-8880
www.bayviewfinancial.com

August 12, 2009

VIA ELECTRONIC MAIL AND FEDERAL EXPRESS
Taylor Bean & Whitaker Mortgage Corp.
Ocala, FL 34470
101 NE 2 Street
Attention: Mr. Lee B. Farkas

> Re: Servicing Agreements, (i) dated as of November 1, 2003 relating to Bayview Asset-Backed Securities Series 2003-6 and (ii) dated as of March 1, 2004 relating to Bayview Asset-Backed Securities Series 2004-1 (together, the "Servicing Agreements") between Bayview Financial Trading Group, L.P., (n/k/a Bayview Financial, L.P.) as owner (the "Owner") and Taylor Bean & Whitaker Mortgage Corp. (the "Servicer")

Ladies and Gentlemen:

Reference is made to the above described Servicing Agreements. Capitalized terms used but not defined herein shall have the meanings assigned to them in the Servicing Agreements.

Due to the loss of licenses and/or permits necessary to carry out your business, as admitted to in your letter of April 11, 2009, the Owner hereby terminates the Servicing Agreements for cause pursuant to Section 4.2 of the Servicing Agreements effective as of the date hereof. As a consequence the undersigned, as Owner, along with the Trustee, are hereby notifying you of your termination as Servicer under the Servicing Agreements, effective as of the date hereof. The Owner has appointed Bayview Loan Servicing, LLC ("BLS") as successor servicer.

We request that you account for and immediately turn over to the Trustee all funds collected under the Servicing Agreements as well as deliver to BLS, as successor servicer, all records and documents relating to each Mortgage Loan currently serviced under the Servicing Agreements. Please note that pursuant to Section 4.2 of the Servicing Agreements, you shall be responsible for reimbursement of all costs of collection and all costs related to the transfer of Mortgage Loans, Mortgage Loan documents and any data relating to the Mortgage Loans and the servicing of such Mortgage Loans.

[SIGNATURE PAGE NEXT

131066.2 August 12, 2009 5:07:24 PM



A FULL-SERVICE REAL ESTATE INVESTMENT AND MORTGAGE FINANCE COMPANY

BAYVIEW FINANCIAL, L.P.
As Owner

By: Bayview Financial Management Corp.,
Its general partner

By: _____
Name: Richard O'Brien
Title: Sr. Vice President


Consented and Agreed:
U.S. Bank National Association, not in its
individual capacity but solely as Trustee

By: _____
Name:
Title:

BAYVIEW FINANCIAL, L.P.
As Owner

By: _____
Name:
Title:

Consented and Agreed:
U.S. Bank National Association, not in its
individual capacity but solely as Trustee

By: /s/ Becky Warren
Name:
Title:   Becky Warren
         Vice President



Corporate Trust Services
EP-MN-WS3D
60 Livingston Avenue
St. Paul, MN 55107-2292

August 14, 2009

VIA ELECTRONIC MAIL AND UPS
Taylor, Bean & Whitaker Mortgage Corp.
101 NE 2 Street
Ocala, FL 34470-6642
Attn: Paul Allen, Chief Executive Officer

    Re:    Terminated Servicing Agreements listed on the attached Schedule A (the "Servicing Agreements")

Ladies and Gentlemen:

    Reference is hereby made to the above described Servicing Agreements. Capitalized terms used but not defined herein will have the meaning ascribed in the Servicing Agreements.

    On August 5, 2009, U.S. Bank National Association, as trustee with respect to the applicable Trusts (the "Trustee"), sent Taylor, Bean & Whitaker Mortgage Corp. ("TBW") a Default and Termination Notice, terminating the Servicing Agreements. By subsequent letter on August 11, 2009, the Trustee demanded that TBW immediately comply with its post-termination obligations under the Servicing Agreements, including, specifically, its obligation to (i) account for and turn over to the Trustee all funds held by TBW as Servicer, (ii) turn over all documents and records relating to the Mortgage Loans to the Trustee's designee, Bayview Loan Servicing, LLC ("BLS") and (iii) advise all Mortgagors of the change in servicing. On August 11, 2009 TBW sent a letter admitting, among other things, that you were unable to service the Mortgage Loans and stating that you were forced to provide for the transfer of all servicing.

    The Trustee has been informed that, despite continuous efforts by BLS and Manufacturers and Traders Trust Company ("M&T") as the intended successor Servicer, TBW has failed to comply with such obligations.

    As TBW is well aware, every day that goes by without having effectuated the transfer of servicing to M&T has a material adverse economic impact on the Trusts. It is unacceptable for the current status, as to which TBW is solely responsible, to continue for even another day.

    Accordingly, we reiterate the demand made in our August 11th letter, a copy of which is attached hereto and made a part hereof. So that there can be no doubt or misunderstanding, we hereby demand, in conjunction with BLS and M&T, that the




EXHIBIT K

following actions be taken by TBW by the times and dates specified below in order to initiate the transfer of servicing:

1. Wire transfer to the Trustee, by the close of business today, all funds in each of the Custodial Accounts and any other amounts TBW may be holding in its capacity as former Servicer for the Trusts. TBW should use the standing wire instructions for each Trust with respect to the transfer of such funds to the Trustee;

2. Send to the Trustee, no later than the close of business today, the data that is transmitted on a monthly basis with respect to all loan level activity occurring during the preceding period to enable the Trustee to perform its duties in connection with the upcoming payments. Such files should be transmitted in electronic form, in the same manner as is routinely done;

3. Send to BLS, in electronic form, no later than noon on Saturday, August 15, 2009, all records and documents relating to the Mortgage Loans and any data relating to the Mortgage Loans and the servicing thereof (collectively, the "Servicer Information"). The Servicer Information should be sent to the following email addresses: tammiewagovich@bayviewassetmanagement.com and daylerosen@bayviewassetmanagement.com;

4. Deliver to BLS, no later than noon on Saturday, August 15, 2009, all Servicer Information that is in paper form. Such delivery should be made to the following address:

Tammie Wagovich
Bayview Loan Servicing LLC
4425 Ponce De Leon Boulevard
Fourth Floor
Coral Gables, FL 33146

In the alternative, if TBW assembles and packages such Servicer Information so that it can be picked up by BLS on or before noon on Saturday, August 15, 2009, identify the exact location where such Servicer Information can be retrieved and give notice of its readiness by 5:00 p.m. on August 14, 2009 to BLS by sending an email to tammiewagovich@bayviewassetmanagement.com and daylerosen@bayviewassetmanagement.com; and

5. With respect to any part of items 1 through 4 as to which it is physically or legally impossible for TBW to comply, deliver to the Trustee, BLS and M&T, no later than noon on Saturday, August 15, 2009 a written description of the items that cannot be complied with and a detailed written explanation of the steps that are being taken to effectuate compliance, together with a specific timetable for when compliance will be effectuated. Such written explanation should be emailed to the following email addresses: becky.warren@usbank.com;

tammiewagovich@bayviewassetmanagement.com;
daylerosen@bayviewassetmanagement.com; and pkucinski@mtb.com.

Compliance with the above demands is not a substitute for TBW's compliance with all of its post-termination obligations under the Servicing Agreements. We expect that after complying with the above items, TBW will cooperate in fulfilling all such obligations.

If TBW fails to comply with all of the above demands, the Trustee, together with BLS and M&T, are prepared to immediately commence appropriate legal action to require TBW's compliance with its obligations under the Servicing Agreement. As previously stated, time is of the essence, and every day that passes without TBW having transferred the Servicer Information causes a materially adverse effect on the Trusts for which TBW may be held responsible. While the timetable set forth above might appear to be short, TBW has had almost two weeks to transfer the Servicer Information and otherwise comply with its responsibilities under the Servicing Agreements. It is because any further delay will continue to cause irreparable harm that the Trustee, together with BLS and M&T, are making the demands set forth in this letter. For the avoidance of doubt, the Trustee, on behalf of itself and on behalf of BLS and M&T, reserves all rights in respect of the matters addressed herein.

> Very truly yours,
>
> U.S. BANK NATIONAL ASSOCIATION,
> Not in its individual capacity but solely as Trustee
>
> By: _____
> Becky Warren
> Vice President

Cc: Jeffery W. Cavender, General Counsel, TBW (via email only)
    Erla Shaw, TBW (via email only)
    Tammie Wagovich, BLS (via email only)
    Paul Kucinski, M&T (via email only)

1214923v4

## GENERAL REQUIREMENTS

1. **TRIAL BALANCE AND MASTER LOAN RECORD INFORMATION**

    A loan level trial balance report in loan number order including Master Loan Record information is required and must be provided electronically via Excel spreadsheet. The trial balance should reflect the following information:

    (a) Loan Number
    (b) Investor Loan Number
    (c) Principal Balance
    (d) P & I Portion of Payment
    (e) T& I (Escrow) Portion of Payment *(If possible, Breakdown of T&I payment i.e. Portion for Insurance, County Taxes, City Taxes, MI Insurance, etc.)
    (f) Escrow Balance
    (g) Suspense Balance
    (h) Holdback/Draw Balance
    (i) Replacement Reserve Balance
    (j) Assistance/Buy-down Funds
    (k) Restricted Escrow Balance (Loss Draft Funds)
    (l) HUD Balance
    (m) Late Charge Balance
    (n) Corporate Advance Balance **(All Invoices and/or reports substantiating these balances are required)**
    (o) Due Date
    (p) Interest Rate
    (q) Interest Method (Arrears, Advance, Daily Simple Interest, Interest Only)
    (r) DSI Accrual Dates and Balances
    (s) Loan Type (Conventional, FHA, VA,FMHA)
    (t) Borrower's and Co-Borrower's Home and Work Telephone Numbers
    (u) Borrower's and Co-Borrower's Social Security Numbers/Tin Numbers
    (v) Complete Mailing Address
    (w) On Second Mortgages provide all information, on first liens.

    Please provide master record data produced from your servicing system for each loan transferring to Bayview Loan Servicing, LLC. If your company has a Data Dictionary available, please send it with the master record.

2. **SERVICE RELEASE REPORTS**

    Please provide *all* service release reports generated by your system.

3. **CODE BREAKERS, PAYEE DEFINITIONS, & DATA DICTIONARY/FILE LAYOUT**

    Please provide general payee and code definitions.
    Please include:
    - ARM Plan Code Definitions and Descriptions
    - ARM Index Code Definitions and Descriptions
    - All Process and Disbursement Stop Definitions and Descriptions
    - Transaction Code Listings
    - Hazard Coverage Type Codes
    - Foreclosure Codes
    - Loss Mitigation Codes
    - Default Codes
    - REO Codes
    - Bankruptcy Codes
    - Master Record Codes



4. **PAYMENT HISTORIES**

   Payment Histories from the inception of each loan through **Transfer Date** are to be provided in paper format and/or electronic format within 48 hours of the Transfer date. Please provide a transaction code listing.

5. **LETTERS/NOTIFICATIONS**

   Copies of the following are required:
   - ☐ Good-bye Letters
   - ☐ Loss Payee Letters
   - ☐ Attorney Notification Letters
   - ☐ Last ARM Change Notifications
   - ☐ Print out of the confirmation of FHA 92080 change
   - ☐ HUD-PA-426 Notifications
   - ☐ Trustee Notification Letters

   **Goodbye Letter Information Is As Follows:**

   Customer Service Telephone and Hours of Operation:
   Toll free: (800) 457-5105 8:00a.m. - 7:00p.m. EST; Monday-Friday

   Customer Service Address:
   Bayview Loan Servicing, LLC
   Attention: Customer Service Department
   4425 Ponce de Leon Blvd.
   5th Floor Mailroom
   Coral Gables, Florida 33146

   Payment Address:
   Bayview Loan Servicing, LLC
   P.O. Box 3042
   Milwaukee, WI 53201-3042

## ESCROW REQUIREMENTS

6. **ESCROW NOTIFICATIONS**

   **Mortgagee Clause Should Read As Follows:**
   Bayview Loan Servicing, LLC as Servicing Agent
   P O Box 391346
   Solon, OH 44139-8346
   These notification letters should be sent no later than the **Goodbye Letter Date.**
   **Following please find our agent numbers:**

   | | |
   |---|---|
   | HUD: | 14244-0000-8 |
   | RMIC: | 54190/59470 |
   | MGIC: | A-09-410-4-1240 |
   | RADIAN: | 60680-000 |
   | GE: | B2222226NSD |
   | UGI: | 209-0631-000 |
   | PMI: | 20436-0001-0 |
   | First American Tax Vendor: | 05851 |
   | First American Flood Vendor: | F1010020 |

   If tax contracts are with First American Tax Service or Transamerica, do not cancel

contracts. Please advise your Account Representative to contact Rhonda Lambert at 1-800-618-6615 to coordinate transfer. If flood contracts are with First American Flood Service or Transamerica, do not cancel contracts. Please advise your Account Representative to contact Brooks Johnson at 1-800-447-1772 to coordinate transfer.

7. **ESCROW REQUIREMENTS/REPORTS**

   Any reports (hard copy and electronic) available from your system are requested and should include:
   - ☐ Escrow Vendor Master File List
   - ☐ List of Taxes due 30 Days or Less from Transfer Date on Escrowed Loans
   - ☐ List of Loans with Multiple Tax Parcels
   - ☐ List of Loans with Restricted Escrow Funds (provide your file)
   - ☐ List of Loans with Pending MI Claims (provide your file)
   - ☐ List of Loans with Filed MI/Partial MI Claims
   - ☐ List of Loans with Flood Insurance
   - ☐ Last Escrow Analysis
   - ☐ List of Loans with Optional Insurance (must be cancelled)
   - ☐ List of Loans with Loss Draft Balances (provide your file)
   - ☐ Open Items report for Taxes, Insurance (Hazard, Flood, Windstorm, FHA/PMI, and Force Placed Coverage); for all that will expire within 60 days of the servicing transfer. Please include all outstanding bills. **Please pay all items that are due within 30 days before and after the transfer date**.
   - ☐ List of Loans with Force Placed Coverage-Please cancel all FPI as of the Transfer Date.*

## SPECIAL PRODUCTS

8. **ARM/SPECIAL LOAN INFORMATION**

   All applicable ARM Specifications and Rate and Payment Change Histories and/or Notices must be provided electronically. If unavailable please provide hard copies.

   A listing of your ARM 'Plan' Codes and ARM Index Code Definitions and Descriptions is also required. If you keep separate ARM files, please include these files when shipping the servicing files.

   **If you have any special products, such as loans with conversion options, GPM loans, HUD235 loans, SCRA loans, etc. please immediately notify us. A list of these loans and ALL available information/fields will be required on these loans.**

9. **ASSUMPTIONS, PARTIAL RELEASES AND MODIFICATIONS**

   A list of all loans with a pending or past assumption, partial releases or modification is required.

## DEFAULT ADMINISTRATION

### 10. LOANS GREATER THAN 90 DAYS AND NOT IN FORECLOSURE, BANKRUPTCY, LITIGATION, FORBEARANCE OR REO STATUS.

Please provide:

- ☐ List of loans greater than 90 days delinquent and not in foreclosure, bankruptcy, litigation, REO or forbearance status
- ☐ Date Demand Letter Sent
- ☐ Date Demand Letter Expires
- ☐ Due Date on Demand Letter
- ☐ Amount Owed in Breach
- ☐ Copy of Demand Letter

### 11. FORECLOSURE

*Please advise your foreclosure attorneys to proceed with the foreclosure process. A foreclosure should not be put on hold without the prior written approval of Bayview Loan Servicing, LLC.*

Please provide:

- ☐ A list of loans in Foreclosure
- ☐ Copy of the demand/breach letter for each loan in foreclosure
- ☐ Date referred to the attorney
- ☐ Attorney name and phone number
- ☐ Foreclosure status
- ☐ Sale dates scheduled within 60 days of transfer. **Bid instructions for any loans with a sale date occurring within 15 days after the Transfer Date must be provided upon transfer.**

### 12. BANKRUPTCY

Please provide:

- ☐ Listing of loans in Bankruptcy
- ☐ Filing dates
- ☐ Case numbers
- ☐ Districts
- ☐ Chapter
- ☐ Post-petition due dates
- ☐ Attorney's name and phone number
- ☐ Bankruptcy status, copy of the bankruptcy plan
- ☐ Copy of the proof of claim
- ☐ Any pending relief of stay hearings within 60 days of the transfer
- ☐ Listing of any cramdowns

### 13. LOANS PREVIOUSLY IN CHAPTER 7 BANKRUPTCY

Please provide:

- ☐ Listing of loans previously in Chapter 7
- ☐ Bankruptcy Case Number
- ☐ Discharge Date
- ☐ Debtor(s) Discharged

14. LOSS MITIGATION/ WORKOUT

   Please provide:

   - ☐ Listing of loans with an active repayment plan or pending loss mitigation/workout.
   - ☐ Workout file or loss mitigation file and all pertinent details.
   - ☐ Listing of any loans currently in a deed-in-lieu process.

15. REO

   Please provide:
   - ☐ List of REO loans at time of transfer. **Arrangements will be made to transfer REO loans immediately.**
   - ☐ Attorney's name and phone number
   - ☐ Date of property Sale

16. LOANS IN LITIGATION

   Please provide:
   - ☐ A report of all loans in Litigation
   - ☐ Hard files
   - ☐ Issue (for example, TILA action, fraud, wrongful foreclosure, bankruptcy adversarial action, etc)
   - ☐ Servicer's Litigation Attorney Contact Information

## FILES/RECORDS

17. FILES

   **Bayview is a member of MERS our contract number is 1007786.**

   All hard copy origination/credit files, servicing files and other files maintained (collections, bankruptcy, foreclosure, REO, assumptions, modification, partial releases, loss mitigation and work-out etc.) are to be provided to Bayview Loan Servicing, LLC in accordance with the time frames specified in this document or the servicing agreement.. **If servicing files are going to be submitted in an electronic format, please provide instructions for opening the files, to the Servicing Transfer Specialist**

   **Files should be shipped to:**

   Bayview Loan Servicing, LLC
   Attention: Records Department
   4425 Ponce de Leon
   5th Floor Mail Room
   Coral Gables, Florida 33146

## MISCELLANEOUS

18. IRS REPORTING

   It is your company's responsibility to provide all required IRS reporting information on these loans for the current year up to the transfer date both to the mortgagors and all appropriate government agencies.

**19. Information re: Custodial Accounts, Escrow Accounts, and other Servicing Accounts**:

(a) Location of Accounts:
(b) Holder/Name on Accounts:
(c) Balances in Accounts:
(d) Bank Name:
(e) Account Numbers:

**20. REO Deeds:**

Deeds for each REO to IB Property Holdings, LLC.

**21. Power of Attorney from TBW to Bayview Loan Servicing, LLC to effect TBW's signature on documents necessary to the servicing transfer.**

**22. All funds received in connection with the loans.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:09-bk-07047-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu Aug 27 10:34:35 EDT 2009 | AT&T Universal Biller<br>P.O. Box 13148<br>Newark, NJ 07101-5648 | American International Company<br>22427 Network Place<br>Chicago, IL 60673-1224 |
| Cadwalader, Wickersham & Taft<br>General Post Office<br>P.O. Box 5929<br>New York, NY 10087-5929 | DLA Piper LLP (US)<br>Counsel for FDIC as Receiver for Colonia<br>100 North Tampa Street, Suite 2200<br>Tampa, FL 33602-5809<br>Attn.: Philip V. Martino, Esq. | Deutsche Bank Securities, Inc.<br>60 Wall St., 19th Floor<br>New York, NY 10005-2836 |
| Dimension Data<br>P.O. Box 403667<br>Atlanta, GA 30384-3667 | Federal Deposit Insurance Corp.<br>as receiver for Colonial Bank, N.A.<br>c/o Thomas R. Califano & Jeremy Johnson<br>1251 Avenue of the Americas<br>New York, New York 10020-1104 | Federal Deposit Insurance Corporation as Rec<br>c/o DLA Piper LLP (US)<br>100 No. Tampa Street, Ste. 2200<br>Attn.: Philip V. Martino, Esq.<br>Tampa, FL 33602-5809 |
| Federal Deposit Insurance Corporation,<br>receiver for Colonial Bank, Mont., Ala<br>c/o Philip V. Martino<br>100 North Tampa St., Ste 2200<br>Tampa, FL 33602-5809 | Fidelity National Title<br>3007 N.DELTA HWY # 206<br>EUGENE, OR 97408-7119 | First American<br>2490 PASEO VERDE PKWY SUITE 10<br>HENDERSON, NV 89074-7120 |
| First American CoreLogic<br>P.O. Box 847239<br>Dallas, TX 75284-7239 | First American Real Estate Tax<br>Service<br>PO BOX 200079<br>Dallas, TX 75320-0079 | First National Bank of Layton<br>136 W 12300 S Ste 201<br>Draper, UT 84020-8368 |
| Hadlock Title Services, Inc.<br>679 Worcester Road<br>Natick, MA 01760-1824 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110-1610 | James G. Hicks<br>950 Grayson Highway<br>Lawrenceville, GA 30046-6340 |
| Lamb & Browne<br>531 Concord Street<br>Holliston, MA 01746-3312 | LandAmerica Tax and Flood<br>1123 S Parkview Drive<br>Accounting Department<br>Covina, CA 91724-3748 | Locke Lord Bissell & Liddell LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606-4302 |
| McKenna Long & Aldridge, LLP<br>P.O. Box 116573<br>Atlanta, GA 30368-6573 | NDS USA LLC<br>406 E Silver Springs Blvd<br>Ocala, FL 34470-5828 | RBC Bank successor<br>to Florida Choice Bank<br>c/o James W. Carpenter<br>515 East Las Olas Blvd., Ste 850<br>Fort Lauderdale, FL 33301-2277 |
| RBC Capital Markets<br>One Liberty Plaza<br>165 Broadway<br>New York, NY 10006-1428 | Sam Solutions<br>11511 Abercorn Box 285<br>Savannah, GA 31419-1901 | Sovereign Bank<br>c/o Robert Soriano, Esq.<br>625 E. Twiggs St., #100<br>Tampa, FL 33602-3925 |
| TN Dept. of Financial Institutions<br>c/o Gill Geldreich, Asst. Atty. General<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Tennessee Dept. of Financial Instutions<br>Attn: Gill Geldreich<br>c/o TN Atty General's Office, Bankruptcy<br>PO Box 20207<br>Nashville, Tennessee 37202-4015 | United States Trustee - Jax<br>135 W Central Blvd, Suite 620<br>Orlando, FL 32801-2440 |

Wright Express Financial
33548 Treasury Center
Chicago, IL 60694-3500

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30