UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No. 3:09−bk−07047−JAF
                                                   Chapter 11

Taylor, Bean & Whitaker Mortgage Corp.

        Debtor(s)       /

ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

      It is ORDERED that the debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

      Dated August 25, 2009 .

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Debtor's Attorney
United States Trustee

# CERTIFICATE OF NOTICE

```
District/off: 113A-3         User: hnancy              Page 1 of 1              Date Rcvd: Aug 25, 2009
Case: 09-07047               Form ID: 31602            Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 27, 2009.
```
db           +Taylor, Bean & Whitaker Mortgage Corp.,   315 N.E. 14th St.,   Ocala, FL 34470-4112
```
The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                **Signature:**     *Joseph Speetjens*