UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:09–bk–07047–JAF
Chapter 11

Taylor, Bean & Whitaker Mortgage Corp.

_____Debtor(s)_____/

NOTICE OF HEARING

   NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom D, 300 North Hogan Street, Jacksonville, Florida, on August 31, 2009 at 11:00 a.m. , to consider and act upon the following matter:

Emergency Motion for Relief from Stay to Compel Post Termination Transfer of those Residential Consumer Loan Mortgage Portfolios Previously Serviced by the Debtor Filed Bayview Loan Servicing, LLC, Manufacturers and Traders Trust Co., US BANK NATIONAL ASSOCIATION AS TRUSTEE

  and transact such other business as may properly come before the hearing.

  1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.

  2. The hearing may be continued upon announcement made in open Court without further notice.

  3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

  4. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

     Dated August 28, 2009.

                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3–350
                              Jacksonville, FL 32202

     Copies furnished to:
     Debtor
     Debtor(s)' Attorney
     Trustee
     US Trustee
     1007d Parties of Interest