8/27 @ 1:00

# NOTICE OF APPEARANCE

## PRINT YOUR NAME, WHICH PARTY YOU REPRESENT
## AND YOUR PHONE NUMBER

| NAME | REPRESENTING | PHONE NUMBER |
|---|---|---|
| Robert Soriano | Sovereign Bank | 813.318.5700 |
| Phil Martino | FDIC | 813-222-5938 |
| Tom Califano | FDIC | 212-335-4990 |
| Roy Egbert | USBANK et al | 407-839-4200 |
| Kathleen LaManna | USBank, Trustee | (860) 251-5603 |
| Andrew Zanon | Bank of America, as Coll. Agent, et al | (305) 810-2548 |
| Amanda Caruso | Freddie Mac | 407 418 6314 |
| Scott Tavolieri | STATE OF FLORIDA OFFICE OF FINANCIAL REGULATION | 904 798-5808 |
| Elena Escamilla | UST | 407-648-6301 x127 |
| Sarah Peterson | SRBP | 813-476-3378 |
| Ed Casas | Navigant | |
| Neil Luria | Navigant | |
| Russ Blain | Stichter Riedel for TBW | 813-229-0144 |

## NOTICE OF APPEARANCE

### PRINT YOUR NAME, WHICH PARTY YOU REPRESENT
### AND YOUR PHONE NUMBER

| NAME | REPRESENTING | PHONE NUMBER |
|---|---|---|
| Jason Johnson | Freddie Mac | 407-418-6216 |
| Jeff Kelley Troutman Sanders | Taylor Bean & Whitaker | 404-885-3383 |
| David Dantzler Troutman Sanders | Taylor Bean & Whitaker | 404-885-3314 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |