## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re: )

TAYLOR BEAN & WHITAKER ) Case No. 09-07047-JAF
MORTGAGE CORP., et al., Chapter 11
 )
      Debtors.
 )

## NOTICE OF APPEARANCE

Please take notice that the law firms of Smith Hulsey & Busey and Alston & Bird LLP appear as co-counsel of record in this case on behalf of Wells Fargo Bank, National Association, as Master Servicer and request that all notices and other papers filed in this case be furnished to the following:

| | |
|---|---|
| James H. Post, Esq. | John C. Weitnauer, Esq. |
| Smith Hulsey & Busey | Jonathan T. Edwards, Esq. |
| 225 Water Street, Suite 1800 | Alston & Bird, LLP |
| Jacksonville, Florida 32202 | 1201 West Peachtree Street |
| | One Atlantic Center |
| | Atlanta, Georgia 30309-3424 |

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
      James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

and

**ALSTON & BIRD LLP**

John C. Weitnauer
William B. Macurda
Jonathan T. Edwards
1201 West Peachtree Street
One Atlantic Center
Atlanta, Georgia 30309-3424
(404) 881-7000
kit.weitnauer@alston.com
jonathan.edwards@alston.com

Attorneys for Wells Fargo Bank, National Association, as Master Servicer

# Certificate of Service

I certify that a copy of this document has been furnished electronically through the Court's CM/ECF notification system to the following parties, this 28th day of August, 2009:

*Debtors' Attorneys*
**Amy Denton Harris**
**Edward J. Peterson, III**
**Russell M Blain**
Stichter, Riedel, Blain & Prosser, P.A.
110 E Madison Street, Suite 200
Tampa, FL 33602-4700
aharris.ecf@srbp.com
epeterson.ecf@srbp.com
rblain.ecf@srbp.com

*U.S. Trustee*
**Elena L Escamilla TB**
135 W Central Blvd, Suite 620
Orlando, FL 32801
ustp.region21.or.ecf@usdoj.gov

                                                *s/ James H. Post*
                                                   Attorney

668122