UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Chapter 11

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,                            Case No. 3:09-bk-07047-JAF

          Debtor.
_____/

## NOTICE OF FILING

Debtor, Taylor, Bean & Whitaker Mortgage Corp., by and through its

undersigned attorneys, hereby files the attached Certificate of Mailing.

Dated this 28th day of August, 2009.

                                   /s/ Amy Denton Harris
                                   Russell M. Blain (FBN 236314)
                                   rblain@srbp.com
                                   Edward J. Peterson, III (FBN 014612)
                                   epeterson@srbp.com
                                   Amy Denton Harris (FBN 0634506)
                                   aharris@srbp.com
                                   Stichter, Riedel, Blain & Prosser, P.A.
                                   110 East Madison Street, Suite 200
                                   Tampa, Florida 33602
                                   Telephone: (813) 229-0144
                                   Facsimile: (813) 229-1811
                                   Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )        Chapter 11
                                          )
TAYLOR, BEAN & WHITAKER                    )
MORTGAGE CORP.,                            )
                                          )        Case No. 3:09-bk-07047-JAF
        Debtor                            )

## CERTIFICATE OF MAILING

I, Alex Cedeño, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are
true based on my personal knowledge. I am employed by BMC Group, Inc., the proposed
Claims, Noticing and Balloting Agent for the Debtor, whose business address is 444 North Nash
Street, El Segundo, California 90245.

2.      On August 25, 2009, at the direction of Stichter, Riedel, Blain & Prosser, P.A.,
proposed attorneys for the Debtor, copies of the document identified below by docket number
were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and
via the modes of service indicated thereon:

> Docket        NOTICE OF HEARING [Re: First Day Motions—Docket Nos. 5,
> No. 19        6, 9 and 13]

Exhibit "A"    Address List regarding Docket No. 19

- Those parties who have requested special notice, the Top Creditors and the Core Group are referenced in Service Lists 33856 and 33857
- The State Agencies are referenced in Service Lists 33858 and 33860
- The Governmental Agencies are referenced in Service Lists 33859 and 33861
- The Utilities are referenced in Service List 33862
- The Secured Lenders are referenced in Service List 33863

DATED: August 27, 2009
El Segundo, California

_____
Alex Cedeño

State of California        )
                           )
County of Los Angeles      )

On July 27 2009 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
James H. Myers

JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# EXHIBIT A

# T B & W Mortgage

Total number of parties: 153

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 33857 | 1ST AMERICAN REAL ESTATE TAX SERVIC, PO BOX 200079, DALLAS, TX, 75320-0079 | US Mail (1st Class) |
| 33862 | ALLIED WASTE SERVICES, 3045 HOLLOWELL PKWY NW, ATLANTA, GA, 30507 | US Mail (1st Class) |
| 33857 | AMERICAN INTERNATIONAL COMPANY, 22427 NETWORK PLACE, CHICAGO, IL, 60673 | US Mail (1st Class) |
| 33858 | ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS, JMOSS@AZDFI.GOV | E-mail |
| 33858 | ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS, BCHARLTON@AZDFI.GOV | E-mail |
| 33860 | ARIZONA DEPARTMENT OF FINANCIAL INSTITUTIONS, JUDI MOSS AND/OR ROBERT CHARLTON, 2910 NORTH 44TH STREET, SUITE 310, PHOENIX, AZ, 85018 | US Mail (1st Class) |
| 33857 | AT&T UNIVERSAL BILLER, P.O. BOX 13148, NEWARK, NJ, 07101-5648 | US Mail (1st Class) |
| 33863 | BANK OF AMERICA, 214 N TRYON ST., 21ST FLOOR, NC1-027-21-04, CHARLOTTE, NC, 28255 | US Mail (1st Class) |
| 33862 | BRAINTREE ELECTRIC LIGHT, 150 POTTER RD, BRAINTREE, MA, 02184 | US Mail (1st Class) |
| 33857 | CADWALADER, WICKERSHAM & TAFT, GENERAL POST OFFICE, P.O. BOX 5929, NEW YORK, NY, 10087-5929 | US Mail (1st Class) |
| 33862 | CITY OF CRYSTAL RIVER, 123 NW HWY 19, CRYSTAL RIVER, FL, 34428-3999 | US Mail (1st Class) |
| 33862 | CITY OF OCALA UTILITY SERVICES, 201 SE 3RD ST., OCALA, FL, 34471-2174 | US Mail (1st Class) |
| 33862 | CLARDY OIL COMPANY, 606 N MAGNOLIA AVE, OCALA, FL, 34475 | US Mail (1st Class) |
| 33862 | COBB COUNTY WATER SYSTEM, 660 SOUTH COBB DR SE., MARIETTA, GA, 30060-3105 | US Mail (1st Class) |
| 33862 | COBB ENERGY, PO BOX 369, MARIETTA, GA, 30061 | US Mail (1st Class) |
| 33863 | COLONIAL BANK, 201 E PINE STREET, SUITE 730, ORLANDO, FL, 32801 | US Mail (1st Class) |
| 33862 | COMED, PO BOX 805379, CHICAGO, IL, 60680-5379 | US Mail (1st Class) |
| 33858 | COMMONWEALTH OF PENNSYLVANIA, LSASSANI@STATE.PA.US | E-mail |
| 33860 | COMMONWEALTH OF PENNSYLVANIA, LAUREN A SASSANI, ASSISTANT COUNSEL, DEPARTMENT OF BANKING, 17 N SECOND STREET, SUITE 1300, HARRISBURG, PA, 17101 | US Mail (1st Class) |
| 33858 | CONNECTICUT DEPARTMENT OF BANKING, DONIEL.KITT@CT.GOV | E-mail |
| 33860 | CONNECTICUT DEPARTMENT OF BANKING, DONIEL KITT, 260 CONSTITUTION PLAZA, HARTFORD, CT, 06103 | US Mail (1st Class) |
| 33863 | CREDIT SUISSE FIRST BOSTON MORTGAGE CAPITAL, LLC, 11 MADISON AVE , NEW YORK, NY, 10010 | US Mail (1st Class) |
| 33863 | DELL FINANCIAL SERVICES, L P, 12234 N IH-35 BLDG B, AUSTIN, TX, 78753 | US Mail (1st Class) |
| 33858 | DEPARTMENT OF CORPORATIONS, DBURNS@CORP.CA.GOV | E-mail |
| 33860 | DEPARTMENT OF CORPORATIONS, DIAUN BURNS, 320 WEST 4TH STREET, SUITE 750, LOS ANGELES, CA, 90013 | US Mail (1st Class) |
| 33858 | DEPARTMENT OF LABOR, LICENSING & REGULATION, WTLAWRIE@DLLR.STATE.MD.US | E-mail |
| 33860 | DEPARTMENT OF LABOR, LICENSING & REGULATION, W THOMAS LAWRIE, ASSISTANT ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL, 500 NORTH CALVERT STREET, SUITE 406, BALTIMORE, MD, 21202-3651 | US Mail (1st Class) |
| 33857 | DEUTSCHE BANK SECURITIES, INC., 60 WALL ST , 19TH FLOOR, NEW YORK, NY, 10005 | US Mail (1st Class) |
| 33857 | DIMENSION DATA, P.O. BOX 403667, ATLANTA, GA, 30384-3667 | US Mail (1st Class) |
| 33858 | DIVISION OF FINANCIAL INSTITUTIONS, LEIGH.WILLIS@DFI.COM.STATE OH US | E-mail |
| 33860 | DIVISION OF FINANCIAL INSTITUTIONS, LEIGH A WILLIS, DEPUTY SUPERINTENDENT FOR CONSUMER FINANCE, DEPARTMENT OF COMMERCE, 77 SOUTH HIGH STREET, 21ST FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 33861 | DLA PIPER LLP (US), (RE: FEDERAL DEPOSIT INSURANCE CORP), PHILIP V MARTINO ESQ, 100 NORTH TAMPA ST, SUITE 2200, TAMPA, FL, 33602-5809 | US Mail (1st Class) |
| 33861 | DLA PIPER LLP (US), (RE: FEDERAL DEPOSIT INSURANCE CORP), THOMAS R CALIFANO ESQ, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 33863 | DLA PIPER LLP (US), (RE: COLONIAL BANK), PHILIP V MARTINO ESQ, 100 NORTH TAMPA ST, SUITE 2200, TAMPA, FL, 33602-5809 | US Mail (1st Class) |
| 33863 | DLA PIPER LLP (US), (RE: COLONIAL BANK), THOMAS R CALIFANO ESQ, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 33859 | DLA PIPER LLP (US), (RE: FEDERAL DEPOSIT INSURANCE CORP), PHILIP.MARTINO@DLAPIPER.COM | E-mail |
| 33859 | DLA PIPER LLP (US), (RE: FEDERAL DEPOSIT INSURANCE CORP), THOMAS.CALIFANO@DLAPIPER COM | E-mail |

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 33856 | DLA PIPER LLP (US), JEREMY JOHNSON, (RE: FDIC AS RECEIVER FOR COLONIAL BANK), JEREMY.JOHNSON@DLAPIPER.COM | E-mail |
| 33857 | DLA PIPER LLP (US), JEREMY JOHNSON, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 33856 | DLA PIPER LLP (US), PHILIP V MARTINO ESQ, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), PHILIP MARTINO@DLAPIPER.COM | E-mail |
| 33857 | DLA PIPER LLP (US), PHILIP V MARTINO ESQ, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), 100 NORTH TAMPA STREET, SUITE 2200, TAMPA, FL, 33602-5809 | US Mail (1st Class) |
| 33856 | DLA PIPER LLP (US), THOMAS CALIFANO, (RE: FDIC AS RECEIVER FOR COLONIAL BANK), THOMAS CALIFANO@DLAPIPER.COM | E-mail |
| 33857 | DLA PIPER LLP (US), THOMAS CALIFANO, (RE: FDIC AS RECEIVER FOR COLONIAL BANK), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 33863 | DRESDNER BANK AG, NEW YORK BRANCH, 1301 AVENUE OF THE AMERICAS, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 33862 | DUKE ENERGY, PO BOX 960, MAIL DROP 309C, CINCINNATI, OH, 45201 | US Mail (1st Class) |
| 33861 | FEDERAL DEPOSIT INSURANCE CORP, C/O JOHN J CLARKE, JR , ESQ, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1104 | US Mail (1st Class) |
| 33859 | FEDERAL DEPOSIT INSURANCE CORP, JOHN CLARKE@DLAPIPER COM | E-mail |
| 33861 | FEDERAL HOME LOAN MORTGAGE CORP, 2300 WINDY RIDGE PARKWAY SE, STE 200 NORTH TOWER, ATLANTA, GA, 30339-5665 | US Mail (1st Class) |
| 33861 | FEDERAL HOUSING ADMINISTRATION, 451 7TH STREET, S W, WASHINGTON, DC, 20410 | US Mail (1st Class) |
| 33857 | FIDELITY NATIONAL TITLE, 3007 N.DELTA HWY # 206, EUGENE, OR, 97408 | US Mail (1st Class) |
| 33857 | FIRST AMERICAN, 2490 PASEO VERDE PKWY SUITE 10, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 33857 | FIRST AMERICAN CORELOGIC, P.O. BOX 847239, DALLAS, TX, 75284 | US Mail (1st Class) |
| 33857 | FIRST NATIONAL BANK OF LAYTON, 136 W 12300 S STE 201, DRAPER, UT, 84020 | US Mail (1st Class) |
| 33863 | FLORIDA CHOICE BANK, 119 SE FIRST AVE , OCALA, FL, 34471 | US Mail (1st Class) |
| 33863 | GENERAL ELECTRIC CAPITAL CORP, 1961 HIRST DR, MOBERLY, MO, 65270 | US Mail (1st Class) |
| 33858 | GEORGIA DEPARTMENT OF BANKING & FINANCE, NEWBERRY@DBF STATE.GA.US | E-mail |
| 33860 | GEORGIA DEPARTMENT OF BANKING & FINANCE, JUDY NEWBERRY, DEPUTY COMMISSIONER FOR LEGAL & CONSUMER AFFAIRS, 2990 BRANDYWINE ROAD, SUITE 200, ATLANTA, GA, 30341 | US Mail (1st Class) |
| 33862 | GEORGIA POWER COMPANY, 1088 CONCORD RD, SMYRNA, GA, 30080 | US Mail (1st Class) |
| 33861 | GOVERNMENT NATIONAL MORTGAGE ASSOC, 451 7TH STREET, SW, ROOM B-133, WASHINGTON, DC, 20410 | US Mail (1st Class) |
| 33863 | GREAT AMERICA LEASING CORP, PO BOX 609, CEDAR RAPIDS, IA, 52406 | US Mail (1st Class) |
| 33862 | GREATER CINCINNATI WATER WORKS, 4747 SPRING GROVE AVE, CINCINNATI, OH, 45232-1986 | US Mail (1st Class) |
| 33856 | GREENBERG TRAURIG PA, ROBERT A SORIANO, (RE: SOVEREIGN BANK), SORIANOR@GTLAW.COM | E-mail |
| 33857 | GREENBERG TRAURIG PA, ROBERT A SORIANO, (RE· SOVEREIGN BANK), 625 E TWIGGS ST, SUITE 100, TAMPA, FL, 33602 | US Mail (1st Class) |
| 33857 | HADLOCK TITLE SERVICES, INC., 679 WORCESTER ROAD, NATICK, MA, 01760 | US Mail (1st Class) |
| 33863 | HENLEY HOLDINGS, LLC, C/O 21ST MORTGAGE CORP, 620 MARKET ST., #100, KNOXVILLE, TN, 37902 | US Mail (1st Class) |
| 33863 | HENLEY HOLDINGS, LLC, C/O PEGGY SMITH BUSH. ESQ , PO BOX 4924, ORLANDO, FL, 32802 | US Mail (1st Class) |
| 33858 | IDAHO DEPARTMENT OF FINANCE, APOLIDORI@FINANCE.IDAHO.GOV | E-mail |
| 33860 | IDAHO DEPARTMENT OF FINANCE, ANTHONY POLIDORI, PO BOX 83720, BOISE, ID, 83720 | US Mail (1st Class) |
| 33858 | ILLINOIS DEPARTMENT OF FINANCIAL &, ALAN ANDERSON@ILLINOIS.GOV | E-mail |
| 33860 | ILLINOIS DEPT OF FIN & PROFESSIONAL REGULATION, ALAN ANDERSON, SENIOR COUNSEL, MORTGAGE BANKING REGULATION, DIVISION OF BANKING, 122 S MICHIGAN AVE , SUITE 1900, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 33858 | INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS, DLARSON@DFI.IN.GOV | E-mail |
| 33860 | INDIANA DEPARTMENT OF FINANCIAL INSTITUTIONS, DAVE LARSON, 30 S MERIDIAN STREET, #300, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 33857 | JAMES G. HICKS, 950 GRAYSON HIGHWAY, LAWRENCEVILLE, GA, 30045 | US Mail (1st Class) |
| 33858 | KANSAS OFFICE OF THE STATE BANK COMMISSIONER, KEVIN GLENDENING@OSBCKANSAS.ORG | E-mail |
| 33860 | KANSAS OFFICE OF THE STATE BANK COMMISSIONER, KEVIN GLENDENING, DEPUTY BANK COMMISSIONER, 700 JACKSON, SUITE 300, TOPEKA, KS, 66603 | US Mail (1st Class) |
| 33857 | LAMB & BROWNE, 531 CONCORD STREET, HOLLISTON, MA, 01746 | US Mail (1st Class) |

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 33857 | LANDAMERICA TAX AND FLOOD, ACCOUNTING DEPARTMENT, 1123 S PARKVIEW DRIVE, COVINA, CA, 91724 | US Mail (1st Class) |
| 33857 | LOCKE LORD BISSELL & LIDDELL LLP, 111 S. WACKER DR., CHICAGO, IL, 60606-4410 | US Mail (1st Class) |
| 33860 | LOUISIANA DEPARTMENT OF FINANCIAL INSTITUTIONS, COMMISSIONER JOHN DUCREST, P O BOS 94095, BATON ROUGE, LA, 70804 | US Mail (1st Class) |
| 33856 | LOWNDES DROSDICK DOSTER KANTOR REED, JASON WARD JOHNSON, (RE: FREDDIE MAC), JASON JOHNSON@LOWNDES-LAW.COM | E-mail |
| 33857 | LOWNDES DROSDICK DOSTER KANTOR REED, JASON WARD JOHNSON, (RE: FREDDIE MAC), COMMERCIAL & BANKRUPTCY LITIGATION, 450 S ORANGE AVE, STE 250, ORLANDO, FL, 32801 | US Mail (1st Class) |
| 33863 | M2 LEASE FUNDS, LLC, 175 N PATRICK BLVD , #135, BROOKFIELD, WI, 53045 | US Mail (1st Class) |
| 33858 | MAINE BUREAU OF FINANCIAL INSTITUTIONS, JULIE F HAEFELE@MAINE.GOV | E-mail |
| 33860 | MAINE BUREAU OF FINANCIAL INSTITUTIONS, JULIE HAEFELE, 35 STATE HOUSE STATION, AUGUSTA, ME, 04333 | US Mail (1st Class) |
| 33858 | MASSACHUSETTS DIVISION OF BANKS, CHRISTOPHER.POPE@STATE.MA.US | E-mail |
| 33860 | MASSACHUSETTS DIVISION OF BANKS, CHRISTOPHER POPE, DEPUTY COMMISSIONER, ONE SOUTH STATION, 3RD FLOOR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 33857 | MCKENNA LONG & ALDRIDGE, LLP, P.O. BOX 116573, ATLANTA, GA, 30368 | US Mail (1st Class) |
| 33863 | MERCANTILE BANK FKA FLORIDA BANK, N A, 2437 SE 17TH ST., OCALA, FL, 34471 | US Mail (1st Class) |
| 33858 | MINNESOTA DEPARTMENT OF COMMERCE, DAN.MITCHELL@STATE.MN.US | E-mail |
| 33860 | MINNESOTA DEPARTMENT OF COMMERCE, DAN MITCHELL, 85 7TH PLACE EAST, SUITE 500, ST. PAUL, MN, 55101 | US Mail (1st Class) |
| 33858 | MORTGAGE EXAMINATION & INVESTIGATION SECTION, GUNDRYK@MICHIGAN GOV | E-mail |
| 33860 | MORTGAGE EXAMINATION & INVESTIGATION SECTION, KIRT L GUNDRY, DIRECTOR, MICHIGAN OFFICE OF FINANCIAL & INSURANCE REG., PO BOX 30220, LANSING, MI, 48909 | US Mail (1st Class) |
| 33858 | MS DEPARTMENT OF BANKING & CONSUMER FINANCE, TMCCAIN@DBCF.STATE.MS.US | E-mail |
| 33860 | MS DEPARTMENT OF BANKING & CONSUMER FINANCE, TRACI MCCAIN, DIRECTOR, MORTGAGE DIVISION, 501 N WEST STREET, SUITE 901A, JACKSON, MS, 39201 | US Mail (1st Class) |
| 33863 | NATIXIS REAL ESTATE CAPITAL, INC., 9 WEST 57TH STREET, 36TH FLOOR, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 33857 | NDS USA LLC, 406 E SILVER SPRINGS BLVD, OCALA, FL, 34470 | US Mail (1st Class) |
| 33858 | NEBRASKA DEPARTMENT OF BANKING & FINANCE, MIKE.CAMERON@NEBRASKA GOV | E-mail |
| 33860 | NEBRASKA DEPARTMENT OF BANKING & FINANCE, MIKE CAMERON, STAFF ATTORNEY, 1230 O STREET, LINCOLN, NE, 68509 | US Mail (1st Class) |
| 33858 | NEW JERSEY DEPARTMENT OF BANKING & INSURANCE, THOMAS.HUNT@DOBI.STATE NJ.US | E-mail |
| 33860 | NEW JERSEY DEPARTMENT OF BANKING & INSURANCE, THOMAS HUNT, ASSISTANT DIVISION DIRECTOR, DIVISION OF BANKING, OFFICE OF CONSUMER FINANCE, 20 WEST STATE ST. - 7TH FLOOR - PO BOX 040, TRENTON, NJ, 08625-0040 | US Mail (1st Class) |
| 33858 | NORTH CAROLINA OFFICE OF THE COMMISSIONER OF BANKS, CDOUGLAS@NCCOB.GOV | E-mail |
| 33860 | NORTH CAROLINA OFFICE OF THE COMMISSIONER OF BANKS, D CHRISTOPHER DOUGLAS, 316 W EDENTON STREET, 4309 MAIL SERVICE CENTER, RALEIGH, NC, 27699-4309 | US Mail (1st Class) |
| 33858 | NORTH DAKOTA DEPARTMENT OF FINANCIAL INSTITUTIONS, WHATZENBUHLER@ND GOV | E-mail |
| 33860 | NORTH DAKOTA DEPARTMENT OF FINANCIAL INSTITUTIONS, WAYNE HATZENBUHLER, 2000 SCHAFER STREET, SUITE G, BISMARCK, ND, 58501-1204 | US Mail (1st Class) |
| 33863 | OCALA FUNDING, LLC, 101 NE SECOND ST , OCALA, FL, 34470 | US Mail (1st Class) |
| 33861 | OFFICE OF THE SPECIAL INSPECTOR GENERAL, FOR THE TROUBLED ASSET RELIEF PROGRAM, 1500 PENNSYLVANIA AVE., NW, SUITE 1064, WASHINGTON, DC, 20220 | US Mail (1st Class) |
| 33858 | OFFICE OF THE STATE BANK COMMISSIONER OF DELAWARE, ELIZABETH.MILLER@STATE.DE.US | E-mail |
| 33860 | OFFICE OF THE STATE BANK COMMISSIONER OF DELAWARE, MS. QUINN MILLER, INVESTIGATIVE SUPERVISOR, 555 E LOOCKERMAN ST, SUITE 210, DOVER, DE, 19901 | US Mail (1st Class) |
| 33861 | OFFICE OF THRIFT SUPERVISION, SOUTHEAST REGION, ARTHUR GOODHAND, ACTING REGIONAL DIRECTOR, PO BOX 105217, ATLANTA, GA, 30348-5217 | US Mail (1st Class) |
| 33861 | OFFICE OF THRIFT SUPERVISION, 1700 G STREET NW, WASHINGTON, DC, 20552 | US Mail (1st Class) |
| 33859 | OFFICE OF THRIFT SUPERVISION, | E-mail |
| 33862 | PINELLAS COUNTY UTILITIES, PO BOX 1780, CLEARWATER, FL, 33757-1780 | US Mail (1st Class) |
| 33863 | PITNEY BOWES CREDIT CORP, 27 WATERIEW DR, SHELTON, CT, 06484 | US Mail (1st Class) |
| 33863 | PLAINFIELD SPECIALTY HOLDINGS II INC., 55 RAILROAD AVE., GREENWICH, CT, 06830 | US Mail (1st Class) |
| 33862 | PROGRESS ENERGY, PO BOX 33199, ST. PETERSBURG, FL, 33733-8199 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 33863 | RBC A/K/A FLORIDA CHOICE BANK, 716 E SILVER SPRINGS BLVD, OCALA, FL, 34474 | US Mail (1st Class) |
| 33857 | RBC CAPITAL MARKETS, ONE LIBERTY PLAZA, 165 BROADWAY, NEW YORK, NY, 10006-1404 | US Mail (1st Class) |
| 33863 | RESIDENTIAL FUNDING COMPANY, LLC, 1100 VIRGINIA DR, FORT WASHINGTON, PA, 19034 | US Mail (1st Class) |
| 33858 | RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, RSPECHT@DBR.STATE RI.US | E-mail |
| 33860 | RHODE ISLAND DEPARTMENT OF BUSINESS REGULATION, REBECCA SPECHT, 1511 PONTIAC AVENUE, BUILDING 69-2, CRANSTON, RI, 02920 | US Mail (1st Class) |
| 33857 | SAM SOLUTIONS, 11511 ABERCORN BOX 285, SAVANNAH, GA, 31419 | US Mail (1st Class) |
| 33863 | SEASIDE BANK, 201 S ORANGE AVENUE, SUITE 1350, ORLANDO, FL, 32801 | US Mail (1st Class) |
| 33861 | SECURITIES AND EXCHANGE COMMISSION, KATHERINE ADDLEMAN, REGIONAL DIRECTOR, ATLANTA REGIONAL OFFICE, 3475 LENOX ROAD, N E , SUITE 1000, ATLANTA, GA, 30326-1232 | US Mail (1st Class) |
| 33863 | SOVEREIGN BANK, C/O ROBERT SORIANO, ESQ., 625 E TWIGGS ST., #100, TAMPA, FL, 33602 | US Mail (1st Class) |
| 33863 | SOVEREIGN BANK, (RE: SOVEREIGN BANK, AS AGENT), C/O ROBERT SORIANO, ESQ., 625 E TWIGGS ST., #100, TAMPA, FL, 33602 | US Mail (1st Class) |
| 33863 | SOVEREIGN BANK, 1500 MARKET STREET, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 33863 | SOVEREIGN BANK, AS AGENT, 201 E PINE ST., #730, ORLANDO, FL, 32801 | US Mail (1st Class) |
| 33858 | STATE OF FLORIDA, GREG MELCHIOR@FLOFR.COM | E-mail |
| 33860 | STATE OF FLORIDA, A GREGORY MELCHIOR, ASSISTANT COUNSEL, OFFICE OF FINANCIAL REGULATION, 1313 TAMPA STREET, SUITE 615, TAMPA, FL, 33602-3394 | US Mail (1st Class) |
| 33858 | STATE OF MONTANA, NTAYLOR@MT.GOV | E-mail |
| 33860 | STATE OF MONTANA, NOELA C TAYLOR, DIVISION OF BANKING AND FINANCIAL INSTITUTIONS, 301 SOUTH PARK, SUITE 316, HELENA, MT, 59602 | US Mail (1st Class) |
| 33858 | STATE OF NEW YORK, MARJORIE.GROSS@BANKING.STATE.NY.US | E-mail |
| 33860 | STATE OF NEW YORK, MARJORIE GROSS, DEPUTY SUPERINTENDENT & GENERAL COUNSEL, BANKING DEPARTMENT, ONE STATE STREET, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 33862 | TAMPA ELECTRIC, PO BOX 111, TAMPA, FL, 33601-0111 | US Mail (1st Class) |
| 33863 | TBW FUNDING COMPANY III, LLC, 5150 STILESBORO RD, BLDG 500, SUITE 500, KENNESAW, GA, 30152 | US Mail (1st Class) |
| 33862 | TECO PEOPLES GAS, PO BOX 31017, TAMPA, FL, 33631-3017 | US Mail (1st Class) |
| 33858 | TENNESSEE DEPARTMENT OF FINANCIAL INSTITUTIONS, ERIC.ROGERS@TN.GOV | E-mail |
| 33860 | TENNESSEE DEPARTMENT OF FINANCIAL INSTITUTIONS, ERIC ROGERS, 414 UNION STREET, SUITE 1000, NASHVILLE, TN, 37219 | US Mail (1st Class) |
| 33863 | TOSHIBA AMERICA INFORMATION SYSTEMS, 1961 HIRST DR, MOBERLY, MO, 65270 | US Mail (1st Class) |
| 33861 | U S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, PAT HOBAN-MOORE, DEPUTY REGIONAL DIRECTOR, REGION IV, 40 MARIETTA STREET, ATLANTA, GA, 30303-2806 | US Mail (1st Class) |
| 33861 | U S DEPARTMENT OF JUSTICE, ERIC HOLDER, ATTORNEY GENERAL, 950 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC, 20530-0001 | US Mail (1st Class) |
| 33863 | US BANCORP, 1310 MADRID ST., #101, MARSHALL, MN, 56258 | US Mail (1st Class) |
| 33858 | VERMONT DEPARTMENT OF BANKING & INSURANCE, TPALIN@BISHCA.STATE.VT.US | E-mail |
| 33860 | VERMONT DEPARTMENT OF BANKING & INSURANCE, MR. TOM PALIN, 89 MAIN STREET, MONTPELIER, VT, 05620 | US Mail (1st Class) |
| 33860 | VIRGINIA BUREAU OF FINANCIAL INSTITUTIONS, MR. E J FACE, JR , COMMISSIONER, 1300 E MAIN STREET, SUITE 800, RICHMOND, VA, 23219 | US Mail (1st Class) |
| 33863 | WACHOVIA BANK, N A, 225 WATER ST., JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 33863 | WASHINGTON MUTUAL BANK, FA, 3200 SOUTHWEST FREEWAY, HOUSTON, TX, 77027 | US Mail (1st Class) |
| 33858 | WEST VIRGINIA DIVISION OF BANKING, BLAMONT@WVDOB ORG | E-mail |
| 33860 | WEST VIRGINIA DIVISION OF BANKING, ROBERT LAMONT, GENERAL COUNSEL, ONE PLAYERS CLUB DRIVE, SUITE 300, CHARLESTON, WV, 25311 | US Mail (1st Class) |
| 33860 | WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS, ATTN: BANKING DEPARTMENT, DIVISION OF BANKING, 345 W WASHINGTON AVENUE, 4TH FLOOR, MADISON, WI, 53703 | US Mail (1st Class) |
| 33857 | WRIGHT EXPRESS FINANCIAL, 33548 TREASURY CENTER, CHICAGO, IL, 60694-3500 | US Mail (1st Class) |
| 33858 | WYOMING DIVISION OF BANKING, JMULBERRY@WYAUDIT.STATE.WY.US | E-mail |
| 33860 | WYOMING DIVISION OF BANKING, JOE MULBERRY, 122 WEST 25TH STREET, 3RD FLOOR, EAST, CHEYENNE, WY, 82002 | US Mail (1st Class) |

Subtotal for this group: 153