UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., | Case No. 3:09-BK-07047-JAF |
| Debtor. | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bazelon, Less & Feldman, P.C., as counsel to the ACE American Insurance Company, hereby enters its appearance in the above-captioned case and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon the undersigned at the office, postal address, telephone number, telecopy number and email addresses listed as follows:

BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102
Attn.: A. Richard Feldman
E. McCord Clayton
Larry Spector
Telephone: (215) 568-1155
Facsimile: (215) 568-9319
rfeldman@bazless.com
cclayton@bazless.com
lspector@bazless.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated: August 27, 2009
      Philadelphia, PA

                              BAZELON LESS & FELDMAN, P.C.

By: _____
      A. Richard Feldman
      Pa. Bar No. 41329
      1515 Market Street, Suite 700
      Philadelphia, PA 19102
      Telephone: (215) 568-1155
      Facsimile: (215) 568-9319

      Attorneys for ACE American Insurance Company