UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Chapter 11
                                                          Case No. 3:09-bk-07047-JAF
TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

YOU ARE HEREBY NOTIFIED that ANGELINA E. LIM, ESQ. of the law firm of JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, files this Notice of Appearance and Request for Notices on behalf of NATIONWIDE TITLE CLEARING, and request that copies of all notices and pleadings filed in this case be served upon the undersigned, and that the following names be added to the mailing Matrix:

    Angelina E. Lim, Esq.
    Johnson, Pope, Bokor, Ruppel & Burns, LLP
    Post Office Box 1368
    Clearwater, Florida 33757

Dated: August 28, 2009

        /s/ Angelina E. Lim
    Angelina E. Lim
    FNB 0158313
    Johnson, Pope, Bokor,
    Ruppel & Burns, LLP
    P.O. Box 1368
    Clearwater, FL 33757
    (727) 461-1818
    (727) 443-6548 fax
    Attorneys for
    Nationwide Title Clearing

500255 v1