UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

Case No.: 3:09-bk-07047-JAF
Chapter 11

       Debtor.
_____/

## AMENDED NOTICE OF APPEARANCE

Comes now, Elena L. Escamilla, and gives notice of her appearance on behalf of Donald F. Walton, United States Trustee for Region 21, for purposes of CM/ECF.

DATED: September 1, 2009.

          DONALD F. WALTON
          United States Trustee
          Region 21

          /s/ Elena L. Escamilla
          Elena L. Escamilla, Trial Attorney
          Office of the United States Trustee
          U.S. Department of Justice
          Florida Bar No.: 898414
          135 W. Central Blvd., Suite 620
          Orlando, FL 32801
          Telephone No.: (407) 648-6301, Ext. 127
          Facsimile No.: (407) 648-6323
          E-Mail: Elena.L.Escamilla@usdoj.gov