United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

In re

Taylor, Bean & Whitaker Mortgage Corp.

Debtor

Case No. 3:09-bk-07047-JAF

Chapter 11

**Motion for Waiver of the Requirement to Designate Local Counsel
under Local Rule 2090-1(c)**

Mark A. Thompson, of the DeKalb County Law Department, counsel for the Tax Commissioner of DeKalb County, Georgia, a secured creditor of the Debtors, files this Motion for Waiver of Requirement to Designate Local Counsel under Local Rule 2090-1(c). Mr. Thompson supports this motion with the following:

1. On August 24, 2009, Taylor, Bean & Whitaker Mortgage Corp. filed voluntary bankruptcy petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. The DeKalb County Tax Commissioner is owed real property ad valorem taxes by the Debtor for the real estate owned by the Debtor in DeKalb County, Georgia, for 2009.

3. Mr. Thompson seeks to file a notice of appearance and requests for papers to be able to monitor this case.

4. Mr. Thompson is allowed to practice in this Court under Local Rule 2090-1(c)(1), as he is resides outsides of the State of Florida (in Sandy Springs, Georgia), and

-2-

he is a member in good standing of the United States district courts for the northern and middle districts of Georgia.  He does not anticipate frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice in the Middle District of Florida.

5. In accordance with Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida upon whom all notices and papers may be served and who will be responsible for the progress of the case. This rule also provides that the Court may waive this designation for good cause shown.

6. Mr. Thompson has been allowed to file papers with the clerk of this Court using the electronic filing system; Mr. Thompson will be able to file papers with this Court electronically in accordance with this Court's rules.

7. Because of the limited nature of the issues between the Debtor and the DeKalb County Tax Commissioner, and the ability to conduct matters by electronic filing and by mail, Mr. Thompson shows that the DeKalb County Tax Commissioner should be relieved from hiring local counsel, and thus should be relieved from complying with the requirement of designating local counsel.

For the above reasons which show good cause, Mr. Thompson, acting on behalf of the DeKalb County Tax Commissioner, requests that the Court issue an order waiving the local counsel requirement of Local Rule 2090-1(c).

-3-

This 2nd day of September, 2009.

    Attorney for the Tax Commissioner of DeKalb County, Georgia

    s/ Mark A. Thompson
    Mark A. Thompson
    Senior Assistant County Attorney
    Georgia Bar No. 709025
    DeKalb County Law Department
    1300 Commerce Drive, 5th Floor
    Decatur, GA 30030
    (404) 371-3011
    Fax (404) 371-3024
    mathompson@co.dekalb.ga.us

**Certificate of Service**

I certify that today I electronically filed the **Motion for Waiver of the Requirement to Designate Local Counsel under Local Rule 2090-1(c)** with the Clerk of the Court using the CM/ECF system, which will cause a copy to be electronically served upon all parties participating in the CM/ECF System.

This 2nd day of September, 2009.

    s/ Mark A. Thompson
    Mark A. Thompson
    Senior Assistant County Attorney
    Georgia Bar No. 709025
    DeKalb County Law Department
    1300 Commerce Drive, 5th Floor
    Decatur, GA 30030
    (404) 371-3011
    Fax (404) 371-3024
    mathompson@co.dekalb.ga.us