UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Chapter 11

TAYLOR, BEAN & WHITAKER  Case No. 3:09-bk-07047-JAF
MORTGAGE CORPORATION,

    Debtor.

_____/

**ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF
§ 366 STAY AS TO ADEQUATE ASSURANCE FOR THE PAYMENT
OF UTILITY SERVICE AND MOTION FOR RESTRAINING ORDER**

THIS CASE came on for hearing on August 27, 2009, at 1:00 p.m. (the "**Hearing**") for consideration of the Debtor's Motion for Extension of §366 Stay as to Adequate Assurance for the Payment of Utility Service and Motion for Restraining Order [Doc. No. 6] (the "**Motion**").[1] The Court considered the Motion, together with the record and the arguments of counsel at the hearing, and being otherwise duly advised in the premises, and for the reasons announced on the record at the hearing, finds that the Motion is due to be denied. Accordingly, it is

**ORDERED** that:

1.     The Motion is DENIED, without prejudice.

    **DONE and ORDERED** in ~~Chambers at~~ Jacksonville, Florida on September 3, 2009.

_____
Jerry A. Funk
United States Bankruptcy Judge

---

[1]     Unless otherwise indicated, capitalized terms used herein shall have the meaning ascribed to such terms in the Motion.

Copies to:

Debtor, Debtor's Counsel, United States Trustee's Office
Utility Companies List attached as Exhibit A

# UTILITY ADDRESSES

TECO Peoples Gas
P.O. Box 31017
Tampa, FL  33631-3017

City of Ocala Utility Services
201 SE 3rd St.
Ocala, FL  34471-2174

Clardy Oil Company
606 N. Magnolia Ave
Ocala, FL  34475

Progress Energy
P.O. Box 33199
St. Petersburg, FL  33733-8199

City of Crystal River
123 NW Hwy 19
Crystal River, FL 34428-3999

Pinellas County Utilities
P.O. Box 1780
Clearwater, FL  33757-1780

Georgia Power Company
1088 Concord Rd.
Smyrna, GA  30080

Cobb County Water System
660 South Cobb Dr SE.
Marietta, GA  30060-3105

Allied Waste Services
3045 Hollowell Pkwy NW
Atlanta, GA  30507

Cobb Energy
P.O. Box 369
Marietta, GA  30061

ComEd
P.O. Box 805379
Chicago, IL  60680-5379

Tampa Electric
P.O. Box 111
Tampa, FL  33601-0111

Braintree Electric Light
150 Potter Rd.
Braintree, MA  02184

Duke Energy
P.O. Box 960
Mail Drop 309C
Cincinnati, OH  45201

Greater Cincinnati Water Works
4747 Spring Grove Ave
Cincinnati, OH  45232-1986