L. Quintana, Esq. (SBN 157291)
Quintana McConnin & Sarte LLP
450 B Street Suite 1430
San Diego, CA  92101
Telephone: 619.231.6655
Facsimile: 619.243.0080

Attorney for  Movant  Liwayway Delino

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | Case No. 3:09-BK-07047 JAF |
| | **MOTION  FOR RELIEF FROM STAY** |
| **TAYLOR, BEAN & WHITAKER MORTGAGE CORP.,** | |
| Debtor | |

Movant, Liwayway Delino, by and through her counsel, files this Motion for Relief from Stay, alleging, as follows:

1.    Movant, Liwayway Delino, is the Plaintiff in a Complaint that was originally filed in the Superior Court of California, County of San Diego. A copy of the Complaint is attached hereto as Exhibit A.  The Complaint was later removed to the United States District Court, Southern District of California, County of San Diego, and docketed as Case No. 09 CV 0288 H JAB.  A copy of the Notice of Removal is attached hereto as Exhibit B.

QUINTANA McCONNIN & SARTE, LLP
450 B Street, Suite 1430
San Diego, CA 92101

Copyright 2008 QMSLaw All Rights Reserved

2. On the other hand, Debtor Taylor, Bean and Whitaker Mortgage Corporation is one of the Defendants in the said Complaint.

3. The Complaint, which was filed on January 14, 2009, alleges violation of Real Estate Settlement Procedures Act, violation of the Truth In Lending Act, violation of California Civil Code §1632, negligent misrepresentation, fraud, rescission, unjust enrichment and seeks for quieting of title.

4. On August 24, 2009, the Debtor, Taylor, Bean & Whitaker Mortgage Corp. filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

5. On September 1, 2009, the Honorable Marilyn L. Huff of the United States District Court, Southern District of California, County of San Diego, issued an Order granting the Plaintiff time to file a Second Amended Complaint against Taylor, Bean & Whitaker Mortgage Corporation, subject to obtaining a relief from stay in this Court. A copy of the Order is attached hereto as Exhibit C.

WHEREFORE, Movant respectfully requests that this Court enter an Order granting relief from stay which allows Movant to proceed with her action against Taylor, Bean & Whitaker Mortgage Corporation.

Dated: September 15, 2009                         Quintana McConnin & Sarte, LLp

                                                 /s/ L. Quintana, Esq.
                                                 By: L. Quintana, Esq.
                                                 Attorney for Plaintiff
                                                 Liwayway Delino

QUINTANA McCONNIN & SARTE, LLP
450 B Street, Suite 1430
San Diego, CA 92101

Copyright 2008 QMSLaw All Rights Reserved

1
2

CERTIFICATE   OF   SERVICE

3       I hereby certify that a true and correct copy of the foregoing has been furnished by mail to the
following parties, this 15th day of September 2009.

4
5

*Debtor*

6    Taylor, Bean & Whitaker Mortgage Corp.
315 N.E. 14th Street

7    Ocala, FL 34470

8    *Debtor's Attorneys*

9    Amy Denton Harris
Edward J. Peterson, III

10   Sticher, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200

11   Tampa, FL 33602

12   *U.S. Trustee*

13   Elena L. Escamilla TB
135 W. Central Blvd., Suite 620

14   Orlando, FL 32801

15   Local Rule 1007-2 Parties in Interest
See attached mailing matrix

16
17

18                                          /s/ L. Quintana, Esq.
                                              L. Quintana, Esq.

19                                            Attorney for Movant Liwayway Delino

20
21
22
23
24
25
26
27
28

QUINTANA McCONNIN & SARTE, LLP
450 B Street, Suite 1430
San Diego, CA 92101

Label Matrix for local noticing
113A-3
Case 3:09-bk-07047-JAF
Middle District of Florida
Jacksonville
Thu Aug 27 17:12:27 EDT 2009

AT&T Universal Biller
P.O. Box 13148
Newark, NJ 07101-5648

American International Company
22427 Network Place
Chicago, IL 60673-1224

Cadwalader, Wickersham & Taft
General Post Office
P.O. Box 5929
New York, NY 10087-5929

DLA Piper LLP (US)
Counsel for FDIC as Receiver for Colonia
100 North Tampa Street, Suite 2200
Tampa, FL 33602-5809
Attn.: Philip V. Martino, Esq.

Deutsche Bank Securities, Inc.
60 Wall St., 19th Floor
New York, NY 10005-2836

Dimension Data
P.O. Box 403667
Atlanta, GA 30384-3667

Federal Deposit Insurance Corp.
as receiver for Colonial Bank, N.A.
c/o Thomas R. Califano & Jeremy Johnson
1251 Avenue of the Americas
New York, New York  10020-1104

Federal Deposit Insurance Corporation as Rec
c/o DLA Piper LLP (US)
100 No. Tampa Street, Ste. 2200
Attn.: Philip V. Martino, Esq.
Tampa, FL 33602-5809

Federal Deposit Insurance Corporation,
receiver for Colonial Bank, Mont., Ala
c/o Philip V. Martino
100 North Tampa St., Ste 2200
Tampa, FL  33602-5809

Fidelity National Title
3007 N.DELTA HWY # 206
EUGENE, OR 97408-7119

First American
2490 PASEO VERDE PKWY SUITE 10
HENDERSON, NV 89074-7120

First American CoreLogic
P.O. Box 847239
Dallas, TX 75284-7239

First American Real Estate Tax
Service
PO BOX 200079
Dallas, TX 75320-0079

First National Bank of Layton
136 W 12300 S Ste 201
Draper, UT 84020-8368

Hadlock Title Services, Inc.
679 Worcester Road
Natick, MA 01760-1824

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

James G. Hicks
950 Grayson Highway
Lawrenceville, GA 30046-6340

Lamb & Browne
531 Concord Street
Holliston, MA 01746-3312

LandAmerica Tax and Flood
1123 S Parkview Drive
Accounting Department
Covina, CA 91724-3748

Locke Lord Bissell & Liddell LLP
111 S. Wacker Dr.
Chicago, IL 60606-4302

McKenna Long & Aldridge, LLP
P.O. Box 116573
Atlanta, GA 30368-6573

NDS USA LLC
406 E Silver Springs Blvd
Ocala, FL 34470-5828

RBC Bank successor
to Florida Choice Bank
c/o James W. Carpenter
515 East Las Olas Blvd., Ste 850
Fort Lauderdale, FL 33301-2277

RBC Capital Markets
One Liberty Plaza
165 Broadway
New York, NY 10006-1428

Sam Solutions
11511 Abercorn Box 285
Savannah, GA 31419-1901

Sovereign Bank
c/o Robert Soriano, Esq.
625 E. Twiggs St., #100
Tampa, FL 33602-3925

TN Dept. of Financial Institutions
c/o Gill Geldreich, Asst. Atty. General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

Tennessee Dept. of Financial Instutions
Attn: Gill Geldreich
c/o TN Atty General's Office, Bankruptcy
PO Box 20207
Nashville, Tennessee 37202-4015

United States Trustee - Jax
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

Wright Express Financial
33548 Treasury Center
Chicago, IL 60694-3500

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30