**[31614]** [O/ Abating Motion for Relief From Stay 11 Fee/Service]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                Case No. 3:09−bk−07047−JAF
                                                                      Chapter 11

Taylor, Bean & Whitaker Mortgage Corp.

_____Debtor(s)_____/

ORDER ABATING MOTION FOR RELIEF FROM STAY

   Upon consideration of the Motion for Relief from Stay filed by W. Scott Wynn on September 4, 2009 , the Court finds:

   1. The Movant has failed to pay the filing fee as required by 28 U.S.C. §1930(b).

   2. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014.

   The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. §1930(b) and service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

   Dated September 16, 2009.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
Creditor