UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Taylor, Bean & Whitaker Mortgage Corp.

Debtor(s).

Case No. 3:09-bk-07047-JAF
Chapter 11

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Comes now, Merrill Lynch Credit Corporation and hereby requests the Court to grant relief from the Automatic Stay, and as grounds would show:

1. That Taylor, Bean & Whitaker Mortgage Corp. filed a petition under Chapter 11 of the United States Bankruptcy Code on August 24, 2009.

2. That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C., § 362(d) and Bankruptcy Rule 4001(a).

3. That Merrill Lynch Credit Corporation is a secured creditor by virtue of a note and mortgage, copies of which are attached hereto and made a part hereof, as Exhibit "A".

4. That the aforementioned documents give the secured creditor, Merrill Lynch Credit Corporation, a first mortgage position on the property known as:

LOT 13, HARBOR ACRES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 4, PAGES 55 AND 55A, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

TOGETHER WITH A 60' X .06' PORTION OF LOT 12, OF HARBOR ACRES, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 4, PAGES 55 AND 55A, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, AND AS DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHERLY COMMON CORNER OF LOTS 12 AND 13, HARBOR ACRES, AS RECORDED IN PLAT BOOK 4, PAGES 55 AND 55A, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA; THENCE N. 40 DEGREES 09'28" E., ALONG LOT LINE BETWEEN

SAID LOTS 12 AND 13, A DISTANCE OF 60.0 FEET FOR A POINT OF BEGINNING; THENCE S. 49 DEGREES 50'32" E., 0.60 FEET; THENCE N. 40 DEGREES 09'28" E., PARALLEL TO SAID LOT LINE, 60.0 FEET; THENCE N. 49 DEGREES 50'32" W., 0.60 FEET; THENCE S. 40 DEGREES 09'28" W., ALONG SAID LOT LINE, 60.0 FEET TO THE POINT OF BEGINNING.

LESS THE FOLLOWING: A 60' X .06' PORTION OF LOT 13, HARBOR ACRES, AS PER PLAT THEREOF, RECORDED IN PLAT BOOK 4, PAGES 55 AND 55A, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, AND DESCRIBED AS FOLLOWS: BEGIN AT THE SOUTHERLY COMMON CORNER OF LOTS 12 AND 13, SAID HARBOR ACRES, THENCE N. 40 DEGREES 09'28" E., ALONG LOT LINE BETWEEN SAID LOTS 12 AND 13, A DISTANCE OF 60 FEET; THENCE N 49°50' 32" W., 0.60 FEET; THENCE S 40°09'28" W., PARALLEL TO SAID LOT LINE 60.0 FEET; THENCE SOUTHEASTERLY ALONG THE RIGHT- OF-WAY LINE OF HARBOR DRIVE, ALONG A CURVE, TO THE RIGHT HAVING A RADIUS OF 500.0 FEET, A DISTANCE OF 0.60 FEET TO THE POINT OF BEGINNING.

PROPERTY ADDRESS: 1344 Harbor Drive, Sarasota, FL 34239

5. That the Debtor(s), Taylor, Bean & Whitaker Mortgage Corp. holds a junior mortgage on the above-referenced property. See attached Exhibit "B".

6. That the Debtor is unable to adequately protect the interest of secured creditor, Merrill Lynch Credit Corporation.

7. That there is no equity in the property.

8. That Merrill Lynch Credit Corporation, is prohibited from instituting and/or completing a foreclosure action in the State Court because of the pendency of this Bankruptcy action, and that in the absence of the Court's Order allowing the secured creditor, Merrill Lynch Credit Corporation, to proceed with the Foreclosure action, the secured creditor's security will be significantly jeopardized.

9. In support of this motion is an affidavit of attorney Exhibit "C".

10. Pursuant to M.D. Fla. L.B.R. 9004-2(f) the estimated time required for hearing is five (5) minutes.

Wherefore, Merrill Lynch Credit Corporation, moves this Honorable Court for an Order allowing the secured creditor to initiate or continue a foreclosure which includes Debtor as a necessary party Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and all exhibits were served by either CM/ECF electronic filing and/or standard first class mail on this 21st day of September, 2009 to the following:

Taylor, Bean & Whitaker Mortgage Corp., 315 Northeast 14th Street, Ocala, FL 34470
Amy Denton Harris, Stichter, Riedel, Blain & Prosser, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602
Edward J. Peterson, III, Stichter, Riedel, Blain & Prosser, PA, 110 East Madison Street, Suite 200, Tampa, FL 33602
Richard C. Prosser, Stichter, Riedel, Blain & Prosser PA, 110 East Madison Street, Suite 200, Tampa, FL 33602
Russell M. Blain, Stichter, Riedel, Blain & Prosser, 110 East Madison Street, Suite 200, Tampa, FL 33602
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801
Elena L. Escamilla, TB, 135 W. Central Blvd., Suite 620, Orlando, FL 32801
All other interested partied and creditors listed on the 1007(d) parties-in-interest list.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
10004 N. Dale Mabry Highway, Suite 112
Tampa, FL 33618
Telephone: (813) 367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

09-125866