UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Chapter 11

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

Case No. 3:09-bk-07047-JAF

Debtor.
_____/

## SUPPLEMENTAL AFFIDAVIT OF NEIL F. LURIA IN SUPPORT OF APPLICATION TO EMPLOY NAVIGANT CAPITAL ADVISORS, LLC, TO PROVIDE SERVICES OF NEIL F. LURIA AS CHIEF RESTRUCTURING OFFICER

BEFORE ME, the undersigned officer duly authorized to administer oaths, personally appeared Neil F. Luria, who, being first duly sworn, deposes and says the following:

1. I am over the age of 18 years and am a Managing Director of Navigant Capital Advisors, LLC ("**Navigant**"). In that capacity I have personal knowledge and authority to speak on behalf of Navigant with respect to the matters set forth in this Affidavit.

2. This Supplemental Affidavit is offered in support of the Debtor's Application to Employ Navigant Capital Advisors, LLC to provide the services of Neil F. Luria as Chief Restructuring Officer as well as other Navigant support personnel (Doc. No. _13_ ) (the "**Application**") as of the Petition Date.

3. This Affidavit supplements the Affidavit of Disinterestedness attached as an exhibit to the Application (the "Original Affidavit").

4. Upon information and belief, the matters set forth in this Affidavit are true and correct. Certain information contained in this Affidavit is based on information provided to me by others.

5. Taylor, Bean & Whitaker Mortgage Corp. ("**TBW**") seeks to retain Navigant pursuant to the terms of the engagement letter attached as an exhibit to the Application.

6. As described in the Original Affidavit, Navigant undertook certain investigations prior to submission of the Original Affidavit with respect to any connections that Navigant may have had with the Searched Parties disclosed in the exhibit attached to the Original Affidavit, and the representations contained in the Affidavit were limited to the Searched Parties. Since the execution of the Original Affidavit, it has come to the attention of Navigant that additional parties should be added to the Searched Parties. Accordingly, attached as Exhibit "A" to this Supplemental Affidavit is an updated list of Searched Parties. In addition, Navigant has further reviewed the Search Parties with respect to connections with its affiliate Navigant Consulting, Inc. ("Navigant Consulting").

7. To the best of my knowledge, information, and belief, neither Navigant, Navigant Consulting, Inc., nor the professionals of either Navigant or Navigant Consulting has any connection with the Searched Parties listed on Exhibit "A" attached

to this Supplemental Affidavit other than as disclosed in the body of this Affidavit or in Exhibit "B" attached to and incorporated by reference into this Affidavit.

8. Navigant and Navigant Consulting have approximately 1,900 professionals. As a result, Navigant and/or Navigant Consulting in the past from time to time may have represented and in the future from time to time may represent, in matters unrelated to the Debtor or Chapter 11 case, other parties that are either debtors or creditors of the Debtor, members of the Official Committee of Unsecured Creditors (the "Committee"), or parties listed as Searched Parties. Although Navigant and Navigant Consulting, Inc. have represented creditors of the estate and parties in interest in matters unrelated to this case, neither Navigant nor Navigant Consulting currently represents any entity other than TBW with regard to the estate and/or matters affecting the estate. No other relationship will affect Navigant's representation of TBW, and Navigant is qualified as a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code. At this time, Navigant and Navigant Consulting is unaware of any current representation by Navigant or Navigant Consulting of the Searched Parties except as set forth in the body of this Affidavit or in Exhibit "B."

9. As part of its practice, Navigant appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, including other professionals representing the debtors, creditors, and other parties in interest in these cases. Various professionals at Navigant and at Navigant Consulting have worked with, have worked on matters adverse to, are friends with, serve on boards with, may be related to, may have referred clients to, and/or may have received

referrals from, individuals at professional firms identified on Exhibit "A" and other professionals appearing in this case. All of the other cases, proceedings, and transactions in which Navigant and/or Navigant Consulting is involved and professionals representing parties in this case are also involved are totally unrelated to TBW and this Chapter 11 case.

10. There are numerous persons and entities listed among the Searched Parties. I anticipate, however, that a review of the client database of Navigant and Navigant Consulting with regard to all of TBW's creditors and parties in interest would disclose that Navigant and/or Navigant Consulting previously represented and/or currently represents one or more creditors or parties in interest (or one or more of their respective parent companies, subsidiaries, and affiliates) in addition to those of the parties who are specifically identified in Exhibit "A." Other than as disclosed in the body of this Affidavit or in Exhibit "B," however, I am unaware of any clients that Navigant or Navigant Consulting in the past has represented or presently represents in connection with TBW or this Chapter 11 case.

11. Upon information and belief, except as disclosed in the body of this Affidavit or in Exhibit B, neither Navigant, Navigant Consulting, nor any of the professionals of either Navigant or Navigant Consulting is affiliated with TBW (a) as a creditor, equity security holder, or insider; (b) as a director, officer, or employee of TBW within the two years prior to the date of the filing of the petition in this case; or (c) as a holder of an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to,

connection with, or interest in TBW. As described in Paragraph 1 above, the Application, and the Engagement Letter, Navigant and TBW have entered into an agreement to provide my services as Chief Restructuring Officer of TBW and the services of other Navigant support personnel, immediately prior to the filing of the petition in this case, and in such capacity, I will serve as an officer of TBW

12.  The Original Affidavit sets forth in Paragraph 10 a description of amounts received by Navigant and Navigant Consulting during the 180 days prior to the filing of the petition in this case. As noted in the Original Affidavit,, Navigant Consulting received $280,614.22 during that period. Included in that amount was a payment received by wire transfer on August 13, 2009, in the amount of $150,614.22, which was sent in place of two checks drawn on the Debtor's bank accounts totaling $150,614.22 that Navigant Consulting received but which had failed to clear due to a freeze on the Debtor's bank accounts. Subsequently, those two checks cleared for payment, resulting inadvertently in duplicate payment of the $150,614.22 amount. Consequently, Navigant Consulting returned the duplicate payment amount of $150,614.22 by wire transfer to the Debtor on October 5, 2009.

13.  To the best of my knowledge, information, and belief formed after reasonable inquiry, except as disclosed in the body of this Affidavit or in Exhibit "B," neither Navigant, Navigant Consulting nor I hold or represent any interest adverse to the Debtor or its estate.

14. My retention and employment as Chief Restructuring Officer for Taylor, Bean & Whitaker Mortgage Corp. is appropriate under Sections 327, 328, and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

15. I will supplement this Affidavit if and when new information germane to the matters set forth in this Affidavit comes to light.

THIS CONCLUDES MY AFFIDAVIT.

_____
NEIL F. LURIA

STATE OF ~~HALL~~ FLORIDA
COUNTY OF MARION

SWORN TO AND SUBSCRIBED BEFORE ME this 9th day of OCTOBER, 2009, by Neil F. Luria, who is personally known to me and who took an oath.

_____
Notary Public

_____
Printed Name: VIRGINIA A. ARGO
My Commission Expires: December 16, 2012
#DD 839419

6

# Exhibit A
# SEARCHED PARTIES

| Debtor and Majority/Wholly Owned Subsidiaries | |
|---|---|
| **Taylor, Bean & Whitaker Mortgage Corp.** | **Non-Majority Owned Investments** |
| Ocala Funding, LLC – 100% owned (SPE issuing commercial paper to finance mortgages held for sale) | Security One Valuation Services, LLC – 50% owned |
| | Sparta Special Servicing, LLC – 30% owned |
| TBW Funding Company, LLC – 100% owned (bankruptcy remote for financing) | HomesFindMe.com – 34% owned |
| | 24/7 Call Capture, LLC – 20% owned |
| TBW Funding Company II, LLC – 100% owned (bankruptcy remote for financing) | |
| | **Servicing Clients & Subsequent Servicers** |
| TBW Funding Company III, LLC – 100% (bankruptcy remote for financing) | DLJ Mortgage Capital, Inc. |
| | Wells Fargo Bank, N.A. |
| Magnolia Street Funding, Inc. – 100% owned (bankruptcy remote for financing) | U.S. Bank National Association |
| Magnolia Street Funding II, Inc. – 100% owned (bankruptcy remote for financing) | American Home Mortgage |
| | Ocwen Financial |
| TBALT Corp. – 100% owned (bankruptcy remote for financing) | Saxon Mortgage |
| Complete Mortgage Solutions – 100% owned | Cenlar |
| Home America Mortgage, Inc. – 100% owned | RoundPoint Financial Group |
| HMC-Home Mortgages Co. – 100% owned (retail arm) | RoundPoint Mortgage Company |
| Second Street Insurance Corporation – 100% owned (insurance captive – earns premiums on mortgage ins.) | Bank of America/Countrywide Financial |
| REO Specialists, LLC – 100% owned (maintenance, marketing and sale of REO) | **Financing Relationships** |
| | Colonial Bank (Overline, COLB, and AOT Facilities) |
| Maslow Insurance Agency, LLC – 100% owned (offers homeowners' and other insurance) | Bank of America, N.A. (Gestation Purchase Facility 2009) |
| CDF Tax and Flood Services, LLC – 100% owned (collection of borrower tax and flood insurance premiums) | USAmeriBank (Purchaser under AOT Program 2009) |
| Platinum Bancshares, Inc. – 82.6% owned (thrift holding company) | Cole Taylor Bank (Purchaser under AOT Program 2009) |

| | |
|---|---|
| **Debtor and Majority/Wholly Owned Subsidiaries**<br>**Taylor, Bean & Whitaker Mortgage Corp. (cont.)**<br><br>Platinum Community Bank (wholly owned subsidiary of Platinum Bancshares, Inc.)<br><br><br>**Shareholders**<br>Lee B. Farkas – 79.2%<br>LBF Holdings, LLC – 14.7%<br><br>**Equipment Lessors**<br>PBCC<br><br>PBCC-Global Financial Services<br><br>Great America-Lin Walsh<br><br>Citicorp Vendor Finance<br><br>Banc of America Leasing<br><br>GE Capital<br><br>Pitney Bowes<br><br>Toshiba Financial Services<br><br>Neopost Leasing<br><br>Office Equipment Financial Services<br><br>CIT Technology Fin. Serv.<br><br>Lease Group Resources<br><br>Great American Leasing<br>Canon Financial Services<br><br>DeBow Mailing Machine<br><br><br>**Real Property Lessors**<br><br>ALFA Properties, Inc.<br><br>Martin Myrick of Fairhope, AL | Sovereign Bank (Servicing Facility 2009)<br><br>The Farmers Bank (Servicing Facility 2009)<br><br>**Financing Relationships (cont.)**<br><br>The Bank of New York Mellon (Servicing Facility 2009)<br><br>Guaranty Bank (Servicing Facility 2009)<br><br>U.S. Bank National Association (Servicing Facility 2009)<br><br>Franklin Bank, SSB acting through its receiver the FDIC (Servicing Facility 2009)<br><br>Harris N.A. (Servicing Facility 2009)<br><br>KBC Bank NV (Servicing Facility 2009)<br><br>Seaside National Bank & Trust (Servicing Facility 2009) (COLB Facility 2008)<br><br>Natixis Real Estate Capital, Inc. (Working Capital Facility)<br><br>Florida Choice (Construction Line)<br><br>Mercantile Bank (Construction Line)<br><br>Plainfield Specialty Holdings II Inc. (Term Loan to LBF Holdings LLC with TBW as guarantor 2007)<br><br>Deutsche Bank and BNP Paribas (commercial paper line with Ocala Funding, LLC)<br><br>GMAC LLC<br><br>MBIA<br><br>Assured Guaranty<br><br><br>**Banking and Custodial Relationships**<br>Colonial Bank<br><br>Federal Deposit Insurance Company<br><br>BB&T Bank<br><br>The Bank of New York Mellon Trust Company, |

| | N.A. |
|---|---|
| Coats & Co. | |
| JHPW, LLC | |
| Wilshire Plaza, LLC | **Relationships with Bankruptcy Professionals** |
| MSKP Ramblewood Square, LLC | Navigant Capital Advisors, LLC |
| Daniels-International Venture, LLP | Stichter Riedel, Blain & Prosser, P.A. |
| CLW R.E. Services Grp. | Troutman Sanders LLP |
| Spotswood Partners, LLC | |
| AKJ Enterprises, LLC | |
| CSR Electronics, Inc. | |
| Tifton Land, Inc. | |
| KRG – The Paddocks, LLC | |
| CRP-2 Holdings AA, L.P. | |
| Catalona & Associates | |
| 443 Building Corp. | |
| SAAF Properties, LLC | |
| McVadon & Associates | |
| Parkway Properties, LP | |
| Bank of America, N.A. | |
| Salisbury Mall Ltd. Partnership | |
| 5041 Associates | |
| LTL, Inc. Agent for 21st Avenue Prop. | |
| Univel Mgmt. Copr. Agt. For Voss Houston Properties, LP | |
| ADK & RKR LLC | |
| Colonade Corporate Center | |
| Skotdal Brothers LLC | |

| | |
|---|---|
| Corner Office, Inc. | |
| 3413 56th St. NW LLC | |
| Little Rock Properties | |
| Principles Equity Properties, LP | |
| Lakehills Center at Laguna, LLC | |
| Douglas Emmett | |
| Premier Business Centers | |
| Neasham Investments, LLC | |
| Ellison Property Mgmt. | |
| Dorchester Group, LLC | |
| Quietwater Ltd. Partnership | |
| Suburban Owners LLC | |
| Arlington Management | |
| Kimberly A. Porter | |
| 315 NE 14th Street, LLC | |
| Edward Chchilglio | |
| Alarion Bank Centre | |
| 3201 Partnership | |
| West Central Florida Driver Improvement, Inc. L & L Properties, LLC | |
| Deerwood II, LLC | |
| 3201 Partnership | |
| Ellison Property Mgmt. | |
| Deichman Properties | |
| Veranda I Partners, Ltd. | |
| Stow Gunn, LLC | |
| R.G. Colling Apts, Inc. | |

| | |
|---|---|
| Wharton Management, Inc. | |
| Destiny Metropolitan Worship Church | |
| Palladian Properties, LLC | |
| Mulberry Company | |
| Courtyard Properties, LLC | |
| Gary Mankin | |
| Donald Amerson | |
| Palm Creek Partners, LLC | |
| 443 Building Corp. | |
| The Flatley Company | |
| The Pines Corp. | |
| HQ Global New Jersey Park | |
| 116 Morlake Drive Partners, LLC | |
| Margaret Segura | |
| Davinci Albuquerque | |
| Colfax Koehler, LLC | |
| REMAX of Lawton | |
| G&I VI 655/755 Business Center FE LLCA | |
| Access Title, LLC | |
| Daryl J. Corbin | |
| Corporate Office Centers | |
| Regus Business Centres Corp. | |
| Sun Life/Holt Lunsford Commercial, Inc. | |
| Interstate Terra Development, Inc. | |
| Hawthorne Capital, LLC | |

| | |
|---|---|
| **Directors, Officers, Members (Current & Former)**<br>Lee Farkas – Director, Chairman, and Secretary<br><br>Paul Allen – Director and Chief Executive Officer<br><br>Ray Bowman – Director and President<br><br>Sherry Dickinson – Director and Vice Chairman<br><br>Danny Gaekwad – Director<br><br>Stuart Scott – Director<br><br>Jeff Cavender – non-voting Director and General Counsel<br><br>Delton de Armas – Chief Financial Officer<br><br>Jeremy Collett – Executive Vice President<br><br>Erla Carter-Shaw – Executive Vice President<br><br>Desiree Brown – Treasurer<br><br>**Government Sponsored Entities**<br>Federal Home Loan Mortgage Corporation ("Freddie Mac")<br><br>Government National Mortgage Association ("Ginnie Mae")<br><br>U.S. Department of Housing and Urban Development ("HUD")<br><br>**Regulatory Bodies/Governmental Agencies**<br>Office of Thrift Supervision<br><br>Special Inspector General TARP<br><br>Securities Exchange Commission | |

# EXHIBIT B
# DISCLOSURE OF CONNECTIONS

| Parties | Connection |
|---|---|
| Taylor, Bean & Whitaker Mortgage Corp. | Navigant Consulting, Inc., an affiliate of Navigant Capital Advisors, LLC, was engaged prepetition by Troutman Sanders LLP, counsel on behalf of Taylor, Bean &Whitaker Mortgage Corp, to conduct forensic accounting, financial analysis and general consulting services. In addition, Navigant Consulting, Inc. is engaged by Troutman Sanders in connection with other matters unrelated to TBW. |
| Taylor, Bean & Whitaker Mortgage Corp. | Navigant Capital Advisors, LLC is currently retained by Taylor, Bean & Whitaker Mortgage Corp, prior to filing, to provide financial advisory services to coordinate, oversee and direct the internal and external resources necessary to support TBW's restructuring. |
| Colonial Bank | Navigant Consulting, Inc. currently provides services to other parties adverse to Colonial Bank. |
| RoundPoint Mortgage Company ("RoundPoint") | RoundPoint serves as interim successor servicer on certain mortgages transferred from Taylor, Bean & Whitaker Mortgage Corp. Navigant Capital Advisors, LLC, and/or Navigant Consulting, Inc., in the past has been engaged by or in connection with, and anticipates in the future being engaged by or in connection with, RoundPoint on matters unrelated to TBW. |
| GMAC LLC | Navigant Capital Advisors, LLC, and Navigant Consulting, Inc., in the past has been engaged by or in connection with, and anticipates in the future being engaged by or in connection with, GMAC on matters unrelated to TBW. |

| Parties | Connection |
|---|---|
| Federal Deposit Insurance Corporation | Navigant Consulting, Inc. has been engaged in the past and currently provides services to the Federal Deposit Insurance Corporation on matters unrelated to TBW. |
| Federal Home Loan Mortgage Corporation | Navigant Consulting, Inc. has been engaged in the past and currently provides services to the Federal Home Loan Mortgage Corporation on matters unrelated to TBW. |
| Sovereign Bank | Navigant Consulting, Inc. has been engaged in the past and currently provides services to Sovereign Business Capital in matters unrelated to TBW. |
| Deutsche Bank | Navigant Consulting, Inc. has been engaged in the past and currently provides services to Deutsche Bank on matters unrelated to TBW. |
| U.S. Department of Housing and Urban Development | Navigant Consulting, Inc. has been engaged in the past and currently provides services to the U.S. Department of Housing and Urban Development on matters unrelated to TBW. |
| Bank of New York | Navigant Consulting, Inc. has been engaged in the past and currently provides services to the Bank of New York on matters unrelated to TBW. |
| U.S. Securities & Exchange Commission | Navigant Consulting, Inc. has been engaged in the past and currently provides services to the U.S. Securities & Exchange Commission on matters unrelated to TBW. |
| Bank of America/Countrywide Financial | Navigant Consulting, Inc. has been engaged in the past and currently provides services to Bank of America/Countrywide Financial on matters unrelated to TBW. |
| Wells Fargo | Navigant Consulting, Inc. has been engaged in the past and currently provides services to Wells Fargo on matters unrelated to TBW. |
| Mercantile Bank | Navigant Consulting, Inc. has been engaged in the past by Mercantile Bank in matters unrelated to TBW. |
| GE Capital | Navigant Consulting, Inc. has been engaged in the past by GE Capital, and anticipates providing services to GE Capital in the future, in connection with matters unrelated to TBW. |

| Parties | Connection |
|---|---|
| Pitney Bowes | Navigant Consulting, Inc. has been engaged in the past by Pitney Bowes in connection with matters unrelated to TBW. |
| Cole Taylor Bank | Navigant Consulting, Inc. has been engaged in the past by Cole Taylor Bank, and anticipates providing services to Cole Taylor Bank in the future, in connection with matters unrelated to TBW. |
| MBIA | Navigant Consulting, Inc. has in the past provided services to MBIA, and anticipates providing services to MBIA in the future, in connection with matters unrelated to TBW. |

Note - None of the entities listed above represent a material portion of the revenues of Navigant Consulting, Inc.