# EXHIBIT A

## FORM OF BORROWER'S REQUEST

[DATE]

Selene Residential Mortgage Opportunity Fund L.P.
c/o Selene Investment Partners, LLC
50 Charles Lindbergh Boulevard
Uniondale, New York 11553
Attention: Chief Financial Officer

Reference is made to the Debtor-in-Possession Loan Agreement, dated as of October ___, 2009, between Taylor, Bean & Whitaker Mortgage Corp. ("*Borrower*") and Selene Residential Mortgage Opportunity Fund L.P. ("*Lender*") (as the same may be amended, supplemented or otherwise modified from time to time, the "*Loan Agreement*"). Capitalized terms used herein that are defined in the Loan Agreement shall have the meanings therein defined.

Pursuant to Section 2.2 of the Loan Agreement, Borrower hereby gives notice of its request for an Advance in the principal amount of $_____ on _____ ___, 200__.

Borrower hereby certifies that:

(i) this request for an Advance is made in accordance with the provisions set forth in Sections 2.1 and 2.2 of the Loan Agreement;

(ii) all of the applicable conditions set forth in Sections 3.1, and 3.2 have been satisfied or waived in writing by Lender;

(iii) the funds will be used in an approved use pursuant to the Loan Agreement;

(iv) after giving effect to the requested Advance, the aggregate Advances made to date will total $_____ and the remaining availability under the Loan Agreement will be $_____.

Borrower hereby further certifies that on the date hereof and on the date of the proposed new Advance, and after giving effect to the Advance requested hereby, there exists and shall exist no Default or Event of Default, each of the representations and warranties contained in each DIP Loan Document is and shall be true and correct in all material respects, except to the extent such representations and warranties specifically relate to an earlier date, in which case such representations and warranties were true and correct in all material respects at such earlier date.

IN WITNESS WHEREOF, Borrower has caused this Borrower's Request to be executed by its authorized representative as of the date and year first written above.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP.

By: _____
    Name:
    Title:

# EXHIBIT B

## FORM OF BORROWING BASE CERTIFICATE

[DATE]

Selene Residential Mortgage Opportunity Fund L.P.
c/o Selene Investment Partners, LLC
50 Charles Lindbergh Boulevard
Uniondale, New York 11553
Attention: _____

Reference is made to the Debtor-in-Possession Loan Agreement, dated as of October ___, 2009, between Taylor, Bean & Whitaker Mortgage Corp. ("*Borrower*") and Selene Residential Mortgage Opportunity Fund L.P. ("*Lender*") (as the same may be amended, supplemented or otherwise modified from time to time, the "*Loan Agreement*"). Capitalized terms used herein that are defined in the Loan Agreement shall have the meanings therein defined.

Pursuant to the Loan Agreement, Borrower hereby certifies the following:

| | |
|---|---|
| (A) Advance Commitment: | $25,000,000 |
| (B) Aggregate Amount of Advances previously made: | $_____ |
| (C) Value of Eligible Real Estate Assets: | $_____ |
| (D) 35% multiplied by (C) above: | $_____ |
| (E) Adjustments - unpaid property taxes: | $_____ |
| (F) Adjustments - unpaid mechanics' liens: | $_____ |
| (G) Adjustments - casualty events: | $_____ |
| (H) Adjustments - description variance: | $_____ |
| (I) Adjustments - sold Real Estate Assets: | $_____ |
| (J) Carve-out: | $2,500,000 |
| (K) Sum of (E) though (J) above: | $_____ |
| (L) Sum of (D) minus (K) above: | $_____ |
| (M) Sum of (A) minus (B) above: | $_____ |

(N) Lower of (L) or (M) above:        $_____

Pursuant to Section 2.1 of the Loan Agreement, Borrower is executing and delivering to Lender this Borrowing Base Certificate and, subject to the terms and conditions set forth in the Loan Agreement, may borrow up to the amount set forth in item (N) above. Borrower represents and warrants to Lender that the information herein is true and correct.

IN WITNESS WHEREOF, Borrower has caused this Borrowing Base Certificate to be executed by its authorized representative as of the date and year first written above.

TAYLOR, BEAN & WHITAKER MORTGAGE CORP.

By: _____
    Name:
    Title: