# EXHIBIT B



| Acct ID # | Type Count | Bank | Account # | Account Type | Bank Account Name | Account Purpose | 7/31/2009 Bank Statement Balance | 8/4/2009 Bank Statement Balance | 8/24/2009 Bank Statement Balance | 9/30/2009 Bank Statement Balance | 10/31/2009 Bank Statement Balance | 11/30/2009 Bank Statement Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Colonial | 8036907759 | Clearing | TBW / WESTERN UNION PYMT SVCS | Clearing account that captures funds received from Western Union collections. Western Union directs the funds to be transferred to the TB&W Collection Clearing account (#8037152645). | $ 16,765,592 | $ 7,630,255 | $ 22,379,812 | $ 29,618,630 | $ 29,618,630 | $ 46,565.54 | |
| 2 | 2 | Colonial | 8037152645 | Clearing | Custodial Funds Clearing | Collection clearing account; borrower payments are pooled in this account before being pushed down to the custodial P&I/T&I accounts | 123,654,549 | 56,233,871 | 240,500,560 | 248,109,056 | 215,641,683 | 214,065,638 | |
| 3 | 1 | Colonial | 8027625287 | P&I | GNMA | Investor custodial principal and interest acct. | 344,620,645 | 467,930,636 | - | - | - | - | |
| 4 | 2 | Colonial | 8027625410 | P&I | FHLMC | Investor custodial principal and interest acct. | 3,705,172 | 43,758,199 | - | - | - | - | [C] |
| 5 | 3 | Colonial | 8027625477 | P&I | AFT TTEE/Bailee for GSB | Investor custodial principal and interest acct. | 916 | 1,309 | 1,309 | 1,309 | 1,309 | 1,309 | |
| 6 | 4 | Colonial | 8027625493 | P&I | FABT | Investor custodial principal and interest acct. | 4,147 | 4,147 | 4,147 | 4,147 | 4,147 | 4,147 | |
| 7 | 5 | Colonial | 8027625964 | P&I | CSFB/DLJ 2007-1 (Jumbo) | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 8 | 6 | Colonial | 8027626277 | P&I | PNC | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 9 | 7 | Colonial | 8032548284 | P&I | Florida Bank, NA | Investor custodial principal and interest acct. | 115,093 | 115,093 | 115,093 | 115,093 | 115,093 | 115,093 | |
| 10 | 8 | Colonial | 8032548573 | P&I | Nomura Credit & Capital | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 11 | 9 | Colonial | 8036906470 | P&I | Bayview Securities | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 12 | 10 | Colonial | 8036907536 | P&I | Ocala Funding | Investor custodial principal and interest acct. | 10,092 | 50,159 | 50,159 | 50,159 | 50,159 | 50,159 | |
| 13 | 11 | Colonial | 8037151506 | P&I | FHLMC P&I SS# 142080 | Investor custodial principal and interest acct. | 8,217 | 51,042,517 | - | - | - | - | [C] |
| 14 | 12 | Colonial | 8037152033 | P&I | Wells Fargo TBW 2006-01 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 15 | 13 | Colonial | 8037152074 | P&I | Investor Remittance Clearing Account | Investor custodial principal and interest acct. | 209,422 | 211,652 | 211,652 | 211,652 | 211,652 | 211,652 | |
| 16 | 14 | Colonial | 8037152157 | P&I | Wells Fargo TBW 2006-02 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 17 | 15 | Colonial | 8037152173 | P&I | Wells Fargo TBW 2006-03 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 18 | 16 | Colonial | 8037152272 | P&I | Wells Fargo TBW 2006-04 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 19 | 17 | Colonial | 8037152397 | P&I | Wells Fargo TBW 2006-05 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 20 | 18 | Colonial | 8037152462 | P&I | Wells Fargo TBW 2007-02 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 21 | 19 | Colonial | 8037152488 | P&I | BB&T | Investor custodial principal and interest acct. | - | 35,292 | 35,292 | 35,292 | 35,292 | 35,292 | |
| 22 | 20 | Colonial | 8037152553 | P&I | Wells Fargo TBW 2006-06 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 23 | 21 | Colonial | 8037152686 | P&I | Wells Fargo TBW 2007-01 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 24 | 22 | Colonial | 8037152843 | P&I | Dresdner Bank AG, NY | Investor custodial principal and interest acct. | - | - | - | - | - | - | [A] |
| 25 | 23 | Colonial | 8037152876 | P&I | Bayview 2007-13 F | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 26 | 24 | Colonial | 8037152934 | P&I | Bayview 2007-13 A | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 27 | 25 | Colonial | 8037244442 | P&I | Bayview 2007-13 B | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 28 | 26 | Colonial | 8037244459 | P&I | Bayview 2007-13 C | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 29 | 27 | Colonial | 8037244467 | P&I | Bayview 2007-13 D | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 30 | 28 | Colonial | 8037244483 | P&I | Bayview 2007-13 E | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 31 | 29 | Colonial | 8037244541 | P&I | Trust for DB Structured Products, Inc. | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 32 | 30 | Colonial | 8037244707 | P&I | CSMC 2007-4 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 33 | 31 | Colonial | 8037244723 | P&I | CSFB 2007-1 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 34 | 32 | Colonial | 8037244749 | P&I | Hudson City | Investor custodial principal and interest acct. | 467,868 | 483,183 | 483,183 | 483,183 | 483,183 | 483,183 | |
| 35 | 33 | Colonial | 8037244822 | P&I | 21st Mortgage Corp | Investor custodial principal and interest acct. | 4,087,453 | 4,313,632 | - | - | - | - | |
| 36 | 34 | Colonial | 8037244871 | P&I | Hyde Park | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 37 | 35 | Colonial | 8037244897 | P&I | Platinum Community Bank | Investor custodial principal and interest acct. | 206,303 | 239,650 | 239,650 | 239,650 | 239,650 | 239,650 | |
| 38 | 36 | Colonial | 8037245092 | P&I | CSMC 2007-6 | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 39 | 37 | Colonial | 8037245514 | P&I | CSMC 2007-7 | Investor custodial principal and interest acct. | 323,525 | 335,636 | 335,636 | 335,636 | 335,636 | 335,636 | |
| 40 | 38 | Colonial | 8037245852 | P&I | Bear Stearns Mort. Capital Corp Collection | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 41 | 39 | Colonial | 8037350967 | P&I | Vanguard M&T Inc | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 42 | 40 | Colonial | 8037351296 | P&I | Freddie Mac P&I Custodial | Investor custodial principal and interest acct. | - | - | - | - | - | - | |
| 43 | 41 | Colonial | 8037351338 | P&I | Century National Bank | Investor custodial principal and interest acct. | 11,141 | 13,749 | 13,749 | 13,749 | 13,749 | 13,749 | |
| 44 | 42 | Colonial | 8037351353 | P&I | Urban Trust Bank | Investor custodial principal and interest acct. | 855,588 | 896,747 | 896,747 | 896,747 | 896,747 | 896,747 | |
| 45 | 43 | Colonial | 8037351379 | P&I | Bank of Internet | Investor custodial principal and interest acct. | 877,822 | 881,944 | 881,944 | 881,944 | 881,944 | 881,944 | |

| Acct ID # | Type Count | Bank | Account # | Account Type | Bank Account Name | Account Purpose | 7/31/2009 Bank Statement Balance | 8/4/2009 Bank Statement Balance | 8/24/2009 Bank Statement Balance | 9/30/2009 Bank Statement Balance | 10/31/2009 Bank Statement Balance | 11/30/2009 Bank Statement Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 44 | Colonial | 8037351429 | P&I | TTEE of Colonial Bank P&I Custodial | Investor custodial principal and interest acct. | - | - | - | - | - | - | [B] |
| 47 | 45 | Colonial | 8037245712 | P&I | As TTEE of Bayrock Mtg Corp P&I Custodial Act Var. Mtgrs | Investor custodial principal and interest acct. | - | - | - | - | - | - | [B] |
| | | | | | | **P&I Subtotal** | **$355,503,403** | **$570,313,545** | **$ 3,268,562** | **$ 3,268,562** | **$ 3,268,562** | **$ 3,268,562** | |
| 48 | 1 | Colonial | 8027625295 | T&I | GNMA | Investor custodial tax and insurance escrow acct. | 184,399,041 | 189,514,259 | 100,000,000 | - | - | - | |
| 49 | 2 | Colonial | 8027625428 | T&I | FHLMC | Investor custodial tax and insurance escrow acct. | 26,731,352 | 30,298,485 | - | - | - | - | [C] |
| 50 | 3 | Colonial | 8027625485 | T&I | AFT TTEE/Bailee for GSB | Investor custodial tax and insurance escrow acct. | 948 | 1,047 | 1,047 | 1,047 | 1,047 | 1,047 | |
| 51 | 4 | Colonial | 8027625501 | T&I | FABT | Investor custodial tax and insurance escrow acct. | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | 5,975 | |
| 52 | 5 | Colonial | 8027625972 | T&I | CSFB/DLJ 2007-1 (Jumbo) | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | |
| 53 | 6 | Colonial | 8027626335 | T&I | WAMU/PNC | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | |
| 54 | 7 | Colonial | 8036906488 | T&I | Bayview Securities | Investor custodial tax and insurance escrow acct. | 75,677 | 76,789 | 76,789 | 76,789 | 76,789 | 76,789 | |
| 55 | 8 | Colonial | 8036907544 | T&I | Ocala Funding, LLC Escrow | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | [A] |
| 56 | 9 | Colonial | 8037151514 | T&I | FHLMC T&I SS# 142080 | Investor custodial tax and insurance escrow acct. | 48,079,758 | 55,047,058 | - | - | - | - | [C] |
| 57 | 10 | Colonial | 8037152025 | T&I | Wells Fargo TBW 2006-01 | Investor custodial tax and insurance escrow acct. | 1,037,283 | 1,059,869 | 1,059,869 | 1,059,869 | 1,059,869 | 1,059,869 | |
| 58 | 11 | Colonial | 8037152082 | T&I | Fixed & Adj. Rate Mtg Loans-Escrow | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | [A] |
| 59 | 12 | Colonial | 8037152165 | T&I | Wells Fargo TBW 2006-02 | Investor custodial tax and insurance escrow acct. | 2,346,757 | 2,251,135 | 2,251,135 | 2,251,135 | 2,251,135 | 2,251,135 | |
| 60 | 13 | Colonial | 8037152181 | T&I | Wells Fargo TBW 2006-03 | Investor custodial tax and insurance escrow acct. | 2,629,510 | 2,310,188 | 2,310,188 | 2,310,188 | 2,310,188 | 2,310,188 | |
| 61 | 14 | Colonial | 8037152280 | T&I | Wells Fargo TBW 2006-04 | Investor custodial tax and insurance escrow acct. | 1,401,278 | 962,036 | 962,036 | 962,036 | 962,036 | 962,036 | |
| 62 | 15 | Colonial | 8037152405 | T&I | Wells Fargo TBW 2006-05 | Investor custodial tax and insurance escrow acct. | 2,393,303 | 2,128,730 | 2,128,730 | 2,128,730 | 2,128,730 | 2,128,730 | |
| 63 | 16 | Colonial | 8037152470 | T&I | Wells Fargo TBW 2007-02 | Investor custodial tax and insurance escrow acct. | 2,924,523 | 2,564,573 | 2,564,573 | 2,564,573 | 2,564,573 | 2,564,573 | |
| 64 | 17 | Colonial | 8037152496 | T&I | BB&T Escrow | Investor custodial tax and insurance escrow acct. | 91,872 | 94,562 | 94,562 | 94,562 | 94,562 | 94,562 | |
| 65 | 18 | Colonial | 8037152546 | T&I | Wells Fargo TBW 2006-06 | Investor custodial tax and insurance escrow acct. | 2,032,651 | 1,933,416 | 1,933,416 | 1,933,416 | 1,933,416 | 1,933,416 | |
| 66 | 19 | Colonial | 8037152603 | T&I | State of CA Escrow Impound | Investor custodial tax and insurance escrow account; The States of Illinois and California require the company to separate Illinois and California T&I payments from the rest of TBW's T&I payment. Therefore, when the Company pushes down T&I payments from the Collection Clearing account, the T&I payments for property located in those two states are transferred from the individual investors' regular T&I accounts to these impound accounts. | 1,182,652 | 1,283,368 | 1,283,368 | 1,283,368 | 1,283,368 | 1,283,368 | |
| 67 | 20 | Colonial | 8037152694 | T&I | Wells Fargo TBW 2007-1 | Investor custodial tax and insurance escrow acct. | 2,855,954 | 2,896,215 | 2,896,215 | 2,896,215 | 2,896,215 | 2,896,215 | |
| 68 | 21 | Colonial | 8037152884 | T&I | Bayview 2007-13 F | Investor custodial tax and insurance escrow acct. | 29,755 | 31,328 | 31,328 | 31,328 | 31,328 | 31,328 | |
| 69 | 22 | Colonial | 8037244475 | T&I | Bayview 2007-13 A | Investor custodial tax and insurance escrow acct. | 525,636 | 285,188 | 285,188 | 285,188 | 285,188 | 285,188 | |
| 70 | 23 | Colonial | 8037244509 | T&I | Bayview 2007-13 B | Investor custodial tax and insurance escrow acct. | 136,559 | 135,129 | 135,129 | 135,129 | 135,129 | 135,129 | |
| 71 | 24 | Colonial | 8037244517 | T&I | Bayview 2007-13 C | Investor custodial tax and insurance escrow acct. | 102,072 | 102,369 | 102,369 | 102,369 | 102,369 | 102,369 | |
| 72 | 25 | Colonial | 8037244525 | T&I | Bayview 2007-13 D | Investor custodial tax and insurance escrow acct. | 14,257 | 13,646 | 13,646 | 13,646 | 13,646 | 13,646 | |
| 73 | 26 | Colonial | 8037244533 | T&I | Bayview 2007-13 E | Investor custodial tax and insurance escrow acct. | 495,188 | 494,415 | 494,415 | 494,415 | 494,415 | 494,415 | |
| 74 | 27 | Colonial | 8037244558 | T&I | ITF DB Structured Products, Inc | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | |
| 75 | 28 | Colonial | 8037244715 | T&I | CSMC 2007-4 | Investor custodial tax and insurance escrow acct. | 41,405 | 44,265 | 44,265 | 44,265 | 44,265 | 44,265 | |
| 76 | 29 | Colonial | 8037244731 | T&I | ITF Hldrs of CSFB Mtg Sec Corp CSMC Mtg-Bckd Pass | Investor custodial tax and insurance escrow acct. | 12,680 | 12,680 | 12,680 | 12,680 | 12,680 | 12,680 | |
| 77 | 30 | Colonial | 8037244756 | T&I | Hudson City | Investor custodial tax and insurance escrow acct. | 57,520 | 57,517 | 57,517 | 57,517 | 57,517 | 57,517 | |
| 78 | 31 | Colonial | 8037244830 | T&I | 21st Mortgage Corp | Investor custodial tax and insurance escrow acct. | 53,330 | 53,949 | - | - | - | - | |
| 79 | 32 | Colonial | 8037244889 | T&I | Hyde Park | Investor custodial tax and insurance escrow acct. | 13,312 | 13,665 | 13,665 | 13,665 | 13,665 | 13,665 | |
| 80 | 33 | Colonial | 8037244905 | T&I | IndyMac Bank | Investor custodial tax and insurance escrow acct. | 146,318 | 155,160 | 155,160 | 155,160 | 155,160 | 155,160 | |

| Acct ID # | Type Count | Bank | Account # | Account Type | Bank Account Name | Account Purpose | 7/31/2009 Bank Statement Balance | 8/4/2009 Bank Statement Balance | 8/24/2009 Bank Statement Balance | 9/30/2009 Bank Statement Balance | 10/31/2009 Bank Statement Balance | 11/30/2009 Bank Statement Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | 34 | Colonial | 8037245084 | T&I | State of IL Escrow Impound A | Investor custodial tax and insurance escrow account; The States of Illinois and California require the company to separate Illinois and California T&I payments from the rest of TBW's T&I payment. Therefore, when the Company pushes down T&I payments from the Collection Clearing account, the T&I payments for property located in those two states are transferred from the individual investors' regular T&I accounts to these impound accounts. | 1,261,555 | 1,360,962 | 1,360,962 | 1,360,962 | 1,360,962 | 1,360,962 | |
| 82 | 35 | Colonial | 8037245100 | T&I | CSMC 2007-6 | Investor custodial tax and insurance escrow acct. | 106,092 | 117,638 | 117,638 | 117,638 | 117,638 | 117,638 | |
| 83 | 36 | Colonial | 8037245522 | T&I | CSMC 2007-7 | Investor custodial tax and insurance escrow acct. | 48,033 | 45,963 | 45,963 | 45,963 | 45,963 | 45,963 | |
| 84 | 37 | Colonial | 8037350975 | T&I | Vanguard M&T | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | |
| 85 | 38 | Colonial | 8037351254 | T&I | AGT/TTEE/Bailee for Nomura Credit & Capital Inc | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | |
| 86 | 39 | Colonial | 8037351346 | T&I | Century National Bank | Investor custodial tax and insurance escrow acct. | 3,942 | 3,942 | 3,942 | 3,942 | 3,942 | 3,942 | |
| 87 | 40 | Colonial | 8037351361 | T&I | Urban Trust Bank | Investor custodial tax and insurance escrow acct. | 80,742 | 82,115 | 82,115 | 82,115 | 82,115 | 82,115 | |
| 88 | 41 | Colonial | 8037351387 | T&I | Bank of Internet | Investor custodial tax and insurance escrow acct. | 14,448 | 14,448 | 14,448 | 14,448 | 14,448 | 14,448 | |
| 89 | 42 | Colonial | 8032548292 | T&I | Custodial-Mercantile Bank T&I | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | [B] |
| 90 | 43 | Colonial | 8032548581 | T&I | Nomura Credit T&I | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | [B] |
| 91 | 44 | Colonial | 8037245704 | T&I | TTEE of Bayrock Mtg Corp Escrow Custodial Act Var. Mtgrs | Investor custodial tax and insurance escrow acct. | - | - | - | - | - | - | [B] |
| 92 | 1 | Colonial | 8027625535 | T&I | TBW Warehouse | T&I acct for loans serviced by TBW and escrow collections on the Col. warehouse line | 37,414 | 13,246 | 13,246 | 13,246 | 13,246 | 13,246 | |
| | | | | | | **T&I Subtotal** | **$281,368,791** | **$295,465,330** | **$120,551,579** | **$ 20,551,579** | **$ 20,551,579** | **$ 20,551,579** | |
| 93 | 1 | Colonial | 8027625303 | Buydown | GNMA Buydowns | Buy down account reflects excess servicing owned by the investor | 267,487 | 264,199 | - | - | - | - | |
| 94 | 2 | Colonial | 8027625436 | Buydown | FHLMC Buydowns | Buy down account reflects excess servicing owned by the investor | 153 | - | - | - | - | - | [C] |
| 95 | 3 | Colonial | 8037151522 | Buydown | FHLMC Buydown SS# 14208 | Buy down account reflects excess servicing owned by the investor | 46,564 | 42,881 | - | - | - | - | [C] |
| 96 | 4 | Colonial | 8037351312 | Buydown | Freddie Mac Buydown Custodial | Buy down account reflects excess servicing owned by the investor | - | - | - | - | - | - | |
| 97 | 5 | Colonial | 8027625568 | EDCA | Escrow Disb Clearing Account | Escrow disbursement clearing account; pools T&I money from custodial accounts to be distributed; amounts are typically transferred to Platinum Bank EDCA within one to two business days of the checks being written out of Platinum | 6,520,829 | 8,414,563 | 8,414,181 | 8,414,181 | 8,414,181 | 8,414,181 | |
| 98 | 6 | Colonial | 8037152306 | CS - EDCA | EDCA - CS | Account for the construction and home equity line of credit loans. These loans are owned by the Company. | 5,408 | 5,408 | 5,408 | 5,408 | 5,408 | 5,408 | |
| 99 | 7 | Colonial | 8037152298 | CS - Escrow/ Clearing | CS Deposits Clearing Account | Account for the construction and home equity line of credit loans. These loans are owned by the Company. | 80,000 | 80,000 | 295,653 | 295,653 | 85,265 | 85,265 | |
| 100 | 8 | Colonial | 8037152314 | CS - Escrow/ Clearing | Disb. Clearing Account | Account for the construction and home equity line of credit loans. These loans are owned by the Company. | - | - | - | - | - | - | |
| 101 | 9 | Colonial | 8037152751 | Escrow/ Clearing | Investors Clearing Account | The account captures remittances related to repurchases of loans from TBW. Sellers also forward borrower payments to this account when TBW has repurchased the loans. | 387,474 | 387,474 | 387,474 | 387,474 | 387,474 | 387,474 | |

| Acct ID # | Type Count | Bank | Account # | Account Type | Bank Account Name | Account Purpose | 7/31/2009 Bank Statement Balance | 8/4/2009 Bank Statement Balance | 8/24/2009 Bank Statement Balance | 9/30/2009 Bank Statement Balance | 10/31/2009 Bank Statement Balance | 11/30/2009 Bank Statement Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 10 | Colonial | 8037244491 | Escrow/ Clearing | TBW Funding Co II LLC | This account was setup to facilitate the sales of a pool of loans to Bayview in 2007. It also handles the P&I distributions from the loans. | 13,778,676 | 13,778,676 | 13,778,676 | 13,778,676 | 13,778,676 | 13,778,676 | |
| 103 | 11 | Colonial | 8037244780 | Escrow/ Clearing | Custodial for CSFB Mtg Capital LLC-Coll Acct | Warehouse Account that is no longer active. | - | - | - | - | - | - | |
| 104 | 12 | Colonial | 8037351155 | Escrow/ Clearing | GPS Custodial Clearing | When the Company sells loans to investors, their sub servicers may not be licensed to service loans in certain states. The Company allows some sub servicers to service the loans under the Company's name in those states. The Company collects payments from the borrowers, and forwards the amounts to the sub servicers. Therefore, the accounts should have a zero balance. | 20,000 | 23,735 | 40,036 | 40,036 | 40,036 | 40,036 | |
| 105 | 13 | Colonial | 8037351304 | Escrow/ Clearing | Freddie Mac Escrow Custodial | The account was originally setup for a third seller service line under Freddie Mac. The setup of the service line was not complete, and the account is therefore inactive. | - | - | - | - | - | - | |
| 106 | 14 | Colonial | 8037351411 | Escrow/ Clearing | TTEE of Colonial Bank Escrow | This is an escrow account for Bay Rock. The account is inactive. | - | - | - | - | - | - | |
| 107 | 15 | Colonial | 8037351585 | Escrow/Clearing | Platinum Servicing | This is an inactive account for Platinum. | - | - | - | - | - | - | |
| 108 | 16 | Colonial | 8026461098 | Clearing | Central Depository Clearing Account | Collection clearing account where borrower payments are pooled prior to being pushed down to the custodial P&I/T&I accounts; account was succeeded by the current clearing account 8037152645 | - | - | - | - | - | - | [B] |
| 109 | 17 | Colonial | 8032547948 | Construction | C to P Construction Disbursement Account | Funded draws on construction loans | - | - | - | - | - | - | [A] |
| | | | | | | Grand Total | $798,398,927 | $952,639,937 | $409,621,942 | $324,469,255 | $291,791,495 | $260,643,385 | |

[A] Account closed prior to July 2009
[B] Inactive account
[C] Bank statement has not been received for 11/30/09.