# EXHIBIT D



| Line | Item | Amount | Reference | Next Steps |
|---|---|---:|---|---|
| **1** | **Custodial Funds Clearing Account** | | | |
| a | Third Party ACH | $ 165,431 | Exhibit A, Page 3 | Amount consists of certain borrower payments that were received after the respective loan's paid in full date. TBW will research the nature of each payment to identify the allocation of funds. |
| b | Western Union | 35,506 | Exhibit A, Page 3 | Amount consists of certain borrower payments that were received after the respective loan's paid in full date. TBW will research the nature of each payment to identify the allocation of funds. |
| c | Military Allotment | 1,016 | Exhibit A, Page 3 | Amount consists of one borrower payment that was received after the respective loan's paid in full date. TBW will research the nature of the payment to identify the allocation of funds. |
| d | Wire Transfers | 193,703 | Exhibit A, Page 3 | Amount consists of certain borrower payments that were received after the respective loan's paid in full date. TBW will research the nature of each payment to identify the allocation of funds. |
| e | Checks Received at TBW | 159,803 | Exhibit A, Page 3 | Amount consists of certain borrower payments that were received after the respective loan's paid in full date. TBW will research the nature of each payment to identify the allocation of funds. |
| f | Credit Memos | 115,455 | Exhibit A, Page 3 | Amount relates to REO proceeds received on one property sale. TBW will continue to research the appropriate allocation of the proceeds. |
| g | Payroll Deductions | 5,046 | Exhibit A, Page 3 | Amount relates to three separate payroll deductions for one TBW employee (9/09-11/09) for a loan that was paid off effective 7/30/09. TBW to research and determine the appropriate treatment of the funds. |
| h | Cashiering Access | 721,221 | Exhibit A, Page 3 | Checks deposited in the Colonial Clearing account without a corresponding loan number or investor in TBW's system, referred to as "Not in System" or "NIS". TBW to research and determine the appropriate treatment of the funds. |
| i | Bank Debits | (2,148,679) | Exhibit A, Page 3 | Borrower payments that were returned by the bank for various reasons including insufficient funds, stop payments, account number errors, etc. TBW to continue to work with the FDIC-Receiver to identify the loan level detail associated with the returns and then allocate to the appropriate investor. |
| j | Unallocated Funds | 7,222,533 | Exhibit A, Page 3 | Amount relates to funds deposited into the Custodial Funds Clearing Account that have not been identified. TBW will continue to research the nature of these funds through a detailed review of account activity prior to August 2009, since all account activity from 8/3/09 going forward has been reconciled. |
| k | Clearing Account Total | 6,471,034 | Table 1, Line 34 | |
| **2** | **Colonial Principal & Interest** | | | |
| a | Investor Remittance Clearing Account | 211,652 | | TBW will continue to research the detailed, historical account activity to identify the loan level detail associated with the account balance. |
| b | Colonial P&I Total | 211,652 | Table 1, Line 34 | |

| Line | | Item | Amount | Reference | Next Steps |
|---|---|---|---|---|---|
| 3 | | **Colonial Taxes & Insurance** | | | |
| | a | Warehouse | 13,246 | | TBW will continue to research the detailed, historical account activity to identify the loan level detail associated with the account balance. |
| | b | Colonial T&I Total | 13,246 | Table 1, Line 34 | |
| 4 | | **Regions Bank** | 1,799,382 | Table 1, Line 34 | Amount consists of numerous classifications of "Still Under Review".  The first classification consists of certain borrower payments that were received after the respective loan's paid in full, charge off, or short sale dates.  TBW will research the nature of each payment to identify the allocation of funds.  The second classification consists of payments with missing or incorrect loan numbers.  TBW will continue to research Debtor and bank records in an attempt to identify the loan number.  The third classification consists of over $1.19 million that relate to lender placed insurance refunds. |
| 5 | | **FDIC Lockbox** | | | |
| | a | Check collected by FDIC-Receiver | 1,093,751 | Table 1, Line 34 | Amount consists of numerous classifications of "Still Under Review".  The first classification consists of certain borrower payments that were received after the respective loan's paid in full, charge off, or short sale dates.  TBW will research the nature of each payment to identify the allocation of funds.  The second classification consists of payments that are "Not in System" or "NIS".  This may be the result of a missing or an incorrect loan number.  TBW will continue to work with the FDIC-Receiver to identify the appropriate loan number in order to properly allocate the funds. |
| 6 | | **TBW Payment Center ACH** | 3,105 | Table 1, Line 34 | The amount was subsequently reversed by TBW as it related to one borrower payment that was posted after the respective loan's paid in full date.  This payment was not monetized, thus, there are no funds associated. |
| 7 | | **Total** | $ 9,592,169 | | |