UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

Debtor.

Chapter 11

Case No. 3:09-bk-07047-JAF

# DEBTOR'S NOTICE OF PROPOSED AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 8, 2010

The Debtor, TAYLOR, BEAN & WHITAKER MORTGAGE CORP., proposes the following agenda (the "Agenda") for matters scheduled for hearing on January 8, 2010, at 10:00 a.m. The information contained in this Agenda reflects the status of each matter as it is known to Debtor's counsel as of the filing of this Agenda and is subject to change.

| Calendar Item | Doc. No. | Movant(s) | Matter | Counsel | Status |
|---|---|---|---|---|---|
| 1 | 44 | Bayview Loan Servicing<br><br>Manufacturers and Traders Trust<br><br>U.S. Bank, N.A. | Motion for relief from stay (rescheduled) | Broad & Cassel | Parties agree to continue and reschedule hearing on February 19, 2010 |
| 2 | 95 | Bank of America, N.A. | Motion for relief from stay relating to servicing of Ocala loans (rescheduled) | Hunton & Williams | Parties agree to continue and reschedule hearing on January 22, 2010 |
| 3 | 361 | Massachusetts Property Insurance Underwriting Association<br><br>Rhode Island Joint Reinsurance Association | Motion for relief from stay (rescheduled) | Held & Israel<br><br>Cohn Whitesell & Goldberg | Order granting motion to withdraw entered (Doc. No. 848) |
| 4 | 763 | Bank of America | Motion to join Deutsche Bank A.G.'s motion for Rule 2004 examination | Tessitore | Motion previously granted as part of order clarifying Rule 2004 authorization (Doc. No. 820) |

| 6 | 784 | Mountain View Condominium Association of Vernon (Re: Unit A-1, 137.5 Vernon Ave.) | Motion for relief from stay | Schuyler Smith | Servicing for underlying loans transferred; Freddie Mac as investor; TBW has no remaining interest in loans |
|---|---|---|---|---|---|
| 7 | 785 | Mountain View Condominium Association of Vernon (Re: Unit C-2, 137.5 Vernon Ave.) | Motion for relief from stay | Schuyler Smith | Servicing for underlying loans transferred; Freddie Mac as investor; TBW has no remaining interest in loans |
| 8 | 786 | Mountain View Condominium Association of Vernon (Re: Unit C-3, 137.5 Vernon Ave.) | Motion for relief from stay | Schuyler Smith | Servicing for underlying loans transferred; Freddie Mac as investor; TBW has no remaining interest in loans |
| 5 | 831 495 621 766 | Joe Johnson | Objection to Debtor's Sale of Certain REO Assets<br><br>Motion to sell REO properties free and clear following auction (supplemental hearing) | | Auction completed and sale approved following hearing on December 15, 2009, subject to limited right of objection |
| 9 | 760 762 | Joe Johnson | Motion for relief from stay | | To be argued |
| 10 | Adv Proc 09-439 | Nicholas A. Callahan, et al. (Plaintitffs) | Request for designation of interim class counsel pursuant to Fed. R. Civ. P. 23(g)(13) | Outten & Golden<br><br>Gray | Robinson | To be argued |

DATED: January 7, 2010.

      */s/ Russell M. Blain*
      Russell M. Blain (FBN 236314)
      rblain@srbp.com
      Edward J. Peterson, III (FBN 014612)
      epeterson@srbp.com
      **STICHTER, RIEDEL, BLAIN & PROSSER P.A.**
      110 East Madison Street, Suite 200
      Tampa, Florida 33602
      Telephone: (813) 229-0144
      Facsimile: (813) 229-1811
      **ATTORNEYS FOR DEBTORS**

11371.001.497.3