UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC., | Case No. 3:09-bk-07047-JAF Case No. 3:09-bk-10022-JAF Case No. 3:09-bk-10023-JAF |
| Debtors. | Jointly Administered Under Case No. 3:09-bk-07047-JAF |

## ORDER EXTENDING PERIODS OF EXCLUSIVITY

THIS CASE came before the Court for hearing on January 22, 2010, at 10:00 a.m. upon the Debtors' Motion for Extension of Exclusivity (the "Exclusivity Extension Motion") (Doc. No. 819). In response to the Exclusivity Extension Motion, the Federal Home Loan Mortgage Corporation filed a written objection (Doc. No. 919) and a supplement (Doc. No. 924) (as supplemented, the "Objection"). At the hearing, the Court received the unopposed proffers of the testimony of the Debtors' Chief Restructuring Officer, Neil F. Luria, of Navigant Capital Advisors, LLC, and of Robert Hutchins of Navigant Consulting, Inc., and heard argument of counsel. For the reasons stated orally and recorded in open court, which shall constitute the decision of the Court, the Court finds that cause has been shown within the meaning of Section 1121(d)(1) to increase both the 120-day period and the 180-day period and that the Exclusivity Extension Motion therefore should be granted. Accordingly, it is

ORDERED:

1. The Exclusivity Extension Motion is granted, and the periods of exclusivity are increased, as set forth in this Order.

2. The Objection is overruled.

3. The 120-day exclusivity period prescribed by Sections 1121(b) and 1121(c)(2), during which only the Debtors may file a plan, is extended through and including June 21, 2010.

4. The 180-day exclusivity period prescribed by Section 1121(c)(3), during which the Debtors' exclusive right to file a plan continues in effect in order to permit the Debtors to obtain acceptances of a plan filed within the extended 120-day period, is further extended by this Order through and including August 20, 2010.

5. The extensions of the periods of exclusivity as provided by this Order are without prejudice to the Debtors' right to seek further extensions as appropriate.

DATED: February 4, 2010, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Local Rule 1007-2 Parties in Interest List