## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TAYLOR, BEAN & WHITAKER | ) | Case No. 3:09-bk-07047-JAF |
| MORTGAGE CORP., | ) | Case No. 3:09-bk-10022-JAF |
| REO SPECIALISTS, LLC, and | ) | Case No. 3:09-bk-10023-JAF |
| HOME AMERICA MORTGAGE, INC. | ) |  |
|  | ) | Jointly Administered Under |
| Debtors | ) | Case No. 3:09-bk-7047-JAF |

### Affidavit

I, Alex Cedeño, state as follows:

       1.      I am over eighteen years of age and I believe the statements contained herein are true. I am employed by BMC Group, Inc., the Claims, Noticing and Balloting Agent for the Debtor in the above-captioned case, whose business address is 444 North Nash Street, El Segundo, California 90245.

       2.      The attached Exhibit "A" reflects the Creditors' Committee, the United States Trustee and Parties In Interest pursuant to Local Rule 1007-2, together referred to as the Rule 1007(d) Parties In Interest List, and is current as of February 5, 2010.

Respectfully submitted,

_Alex Cedeño_

Alex Cedeño

DATED: February 5, 2010
El Segundo, California

**State of California**                 )
                                 )
**County of Los Angeles**       )

       On February 5, 2010 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

       I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

       WITNESS my hand and official seal.



JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# Exhibit "A"

# Taylor Bean & Whitaker Mortgage Corp
## Chapter 11 Case No. 3:09-bk-07047-JAF

**February 5, 2010**

**Total number of parties: 119**

# Local Rule 1007(d) Parties in Interest List

AKERMAN SENTERFITT
(RE: GREG HICKS)
DAVID E OTERO, RAYE CURRY ELLIOTT
50 NORTH LAURA STREET
SUITE 2500
JACKSONVILLE, FL  32202
PHONE: 904-798-3700
FAX: 904-798-3730

david.otero@akerman.com

raye.curryelliott@akerman.com

ALSTON & BIRD LLP
(RE: WELLS FARGO BANK NA)
JWEITNAUER/JEDWARDS/W MACURDA
1201 W PEACHTREE ST
ONE ATLANTIC CENTER
ATLANTA, GA  30309-3424
PHONE: 404-881-7000
FAX: 404-881-7777

kit.weitnauer@alston.com

jonathan.edwards@alston.com

AMERICAN EXPRESS
(RE: COMMITTEE MEMBER)
MARTIN RABINOWITZ
200 VESEY ST
NEW YORK, NY  10285
PHONE: 212-640-9857
FAX: 212-640-8939

Martin.Rabinowitz@aexp.com

ANGELO & BANTA PA
(RE: RBC BANK (USA))
JAMES W CARPENTER
515 E LAS OLAS BLVD
SUITE 850
FORT LAUDERDALE, FL  33301
PHONE: 954-766-9930
FAX: 954-766-9937

jwc@angelolaw.com

ASSISTANT TRAVIS COUNTY ATTORNEY
KARON Y WRIGHT
COLLECTIONS DIV - BANKRUPTCY SEC
PO BOX 1748
AUSTIN, TX  78767
PHONE: 512-473-9415
FAX: 513-473-9316

karon.wright@co.travis.tx.us

BAKER & HOSTETLER LLP
(RE: LENDER PROCESSING SERVICES INC)
DONALD A WORKMAN ESQ
1050 CONNECTICUT AVE NW
SUITE 1100
WASHINGTON, DC  20036
PHONE: 202-861-1500
FAX: 202-861-1783

dworkman@bakerlaw.com

BAKER DONELSON BEARMAN ET AL
(RE: CAL-WESTERN RECONVEYANCE
CORP)
LINDA S FINLEY / KEVIN A STINE ESQ
MONARCH PLAZA; STE 1600
3414 PEACHTREE ROAD NE
ATLANTA, GA  30326
PHONE: 404-577-6000
FAX: 404-221-6501

lfinley@bakerdonelson.com

kstine@bakerdonelson.com

BANKRUPTCY LAW FIRM LANSING J ROY
(RE: FIVE BROTHERS MORTGAGE
SERVICES)
L ROY, C DEMETROS, K PAYSINGER
PO BOX 10399
JACKSONVILLE, FL  32247-0399
PHONE: 904-391-0030

BARTLETT HACKETT FEINBERG PC
(RE: BRAINTREE HILL OFFICE PARK LLC)
JAMES M LISTON
C/O THE FLATLEY COMPANY
155 FEDERAL STREET; 9TH FL
BOSTON, MA  02110
PHONE: 617-422-0200
FAX: 617-422-0383

jml@bostonbusinesslaw.com

BARTLETT HACKETT FEINBERG PC
(RE: IRON MOUNTAIN)
FRANK F MCGINN
155 FEDERAL STREET
9TH FLOOR
BOSTON, MA  02110
PHONE: 617-422-0200
FAX: 617-422-0383

ffm@bostonbusinesslaw.com

# Local Rule 1007(d) Parties in Interest List

BAZELON LESS & FELDMAN PC
(RE: ACE AMERICAN INSURANCE CO)
AR FELDMAN/E CLAYTFON/L SPECTOR
1515 MARKET STREET
SUITE 700
PHILADELPHIA, PA  19102
PHONE: 215-568-1155
FAX: 215-568-9319

rfeldman@bazless.com

cclayton@bazless.com

lspector@bazless.com

BEN-EZRA & KATZ PA
(RE: JPMORGAN CHASE BANK NA)
ALLISON B DUFFIE
2901 STIRLING ROAD
SUITE 300
FORT LAUDERDALE, FL  33312
PHONE: 305-770-4100
FAX: 305-653-2329

BERGER SINGERMAN PA
(RE: UNSECURED CREDITORS`
COMMITTEE)
ARTHUR J SPECTOR ESQ
350 EAST LAS OLAS BLVD
10TH FLOOR
FORT LAUDERDALE, FL  33301
PHONE: 954-525-9900
FAX: 954-523-2872

aspector@bergersingerman.com

BOGIN MUNNS & MUNNS PA
(RE: DIRECT MORTGAGE CORPORATION)
BRIAN J GILLIS
2601 TECHNOLOGY DRIVE
PO BOX 2807
ORLANDO, FL  32802
PHONE: 407-578-1334
FAX: 407-578-2801

bgillis@boginmunns.com

BRADLEY ARANT BOULT CUMMINGS LLP
(RE: HENLEY HOLDING LLC)
WILLIAM L NORTON III
1600 DIVISION ST; STE 700
PO BOX 340025
NASHVILLE, TN  37203
PHONE: 615-252-2397
FAX: 615-252-6397

BBVA COMPASS
CHARLES SEBESTA SVP
SUCCESSOR-IN-INTEREST GUARANTY
BANK
8333 DOUGLAS AVENUE
DALLAS, TX  75225
PHONE: 214-360-1961
FAX: 214-360-2624

charles.sebesta@guarantybank.com

BERGER SINGERMAN PA
(RE: UNSECURED CREDITORS`
COMMITTEE)
P SINGERMAN / J GASSENHEIMER
200 SOUTH BISCAYNE BLVD
SUITE 1000
MIAMI, FL  33131
PHONE: 305-755-9500
FAX: 305-714-4340

singerman@bergersingerman.com

jgassenheimer@bergersingerman.com

BINGHAM MCCUTCHEN LLP
(RE: DEUTSCHE BANK AG)
RDOMBROFF/MELLIOT/TMARCUS/E
MAUTNER
399 PARK AVENUE
NEW YORK, NY  10022
PHONE: 212-705-7000
FAX: 212-752-5378

robert.dombroff@bingham.com

mark.elliott@bingham.com

todd.marcus@bingham.com

erin.mautner@bingham.com

BOIES SCHILLER & FLEXNER LLP
(RE: BNP PARIBAS)
R HENRY / M SHULMAN / J WILSON
333 MAIN STREET
ARMONK, NY  10504
PHONE: 914-749-8200
FAX: 914-749-8300

rhenry@bsfllp.com

mshulman@bsfllp.com

jwilson@bsfllp.com

BROWN RUDNICK LLP
(RE: CENTURION ASSET PARTNERS INC)
WILLIAM R BALDIGA ESQ
ONE FINANCIAL CENTER
BOSTON, MA  02111
PHONE: 617-856-8200
FAX: 617-856-8201

wbaldiga@brownrudnick.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

BROWN RUDNICK LLP
(RE: CENTURION ASSET PARTNERS INC)
D STEVE BEREIT ESQ
SEVEN TIMES SQUARE
NEW YORK, NY  10036
PHONE: 212-209-4800
FAX: 212-209-4801

sbereit@brownrudnick.com


DLA PIPER LLP (US)
(RE: FDIC AS RECEIVER FOR COLONIAL
BANK)
PHILIP V MARTINO ESQ
100 NORTH TAMPA STREET
SUITE 2200
TAMPA, FL  33602-5809
PHONE: 813-229-2111
FAX: 813-229-1447

philip.martino@dlapiper.com


DLA PIPER LLP (US)
(RE: FDIC AS RECEIVER FOR COLONIAL
BANK)
JEREMY JOHNSON
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020-1104
PHONE: 212-335-4500
FAX: 212-335-4501

jeremy.johnson@dlapiper.com


FIRST AMERICAN CAPITAL V LLC
JON KRIGSMAN
7286 SIENA WAY
BOULDER, CO  80301
PHONE: 914-631-7191
FAX: 914-372-1015


FLORIDA FORECLOSURE ATTORNEYS
PLLC
(RE: JAMES B NUTTER & COMPANY)
LAURA L WALKER
601 CLEVELAND STREET
SUITE 690
CLEARWATER, FL  33755
PHONE: 727-446-4826


FOWLER WHITE BOGGS PA
(RE: JUMBOLAIR INC)
KEITH T APPLEBY ESQ
PO BOX 1438 M
TAMPA, FL  33601
PHONE: 813-228-7411
FAX: 813-229-8313

kappleby@fowlerwhite.com


CAVITCH FAMILO & DURKIN CO LPA
(RE: INTEGRITY FIELD SERVICES INC)
DANIEL C WOLTERS
1300 EAST NINTH STREET
20TH FLOOR
CLEVELAND, OH  44114
PHONE: 216-621-7860
FAX: 216-621-3415

dwolters@cavitch.com


DLA PIPER LLP (US)
(RE: FDIC AS RECEIVER FOR COLONIAL
BANK)
THOMAS CALIFANO
1251 AVENUE OF THE AMERICAS
NEW YORK, NY  10020-1104
PHONE: 212-335-4500
FAX: 212-335-4501

thomas.califano@dlapiper.com


DUNCAN & ASSOCIATES PA
(RE: DAVID ISLEY)
GORDON R DUNCAN ESQ
PO BOX 249
FORT MYERS, FL  33902
PHONE: 239-334-4574
FAX: 239-334-3378

info@duncanassociatesfl.com


FIRST AMERICAN REAL ESTATE TAX SVC
(RE: COMMITTEE MEMBER)
CRAIG ZINDA
1 FIRST AMERICAN WAY
WESTLAKE, TX  76262
PHONE: 817-699-6581
FAX: 817-699-6573

czinda@firstam.com


FOLEY & LARDNER LLP
(RE: SEASIDE NATIONAL BANK & TRUST)
JAMES S GRODIN ESQ
111 NORTH ORANGE AVE
SUITE 1800
ORLANDO, FL  32801
PHONE: 407-244-3273
FAX: 407-648-1743


FOX ROTHSCHILD LLP
(RE: NATIONAL ALLIANCE CAPITAL
MARKETS)
JOSEPH R ZAPATA JR ESQ
PRINCETON PIKE CORP CENTER
997 LENOX DR; BLDG 3
LAWRENCEVILLE, NJ  08648-2311
PHONE: 609-896-1469
FAX: 609-896-1469

jzapata@foxrothschild.com

# Local Rule 1007(d) Parties in Interest List

FULBRIGHT & JAWORSKI LLP
(RE: NL VENTURES VII MAGNOLIA LLC)
M PARKER / S PEIRCE
300 CONVENT ST
SUITE 2200
SAN ANTONIO, TX  78205
PHONE: 210-224-5575
FAX: 210-270-7205

mparker@fulbright.com

speirce@fulbright.com

GLAZER & ASSOCIATES PA
(RE: SIAN OCEAN RES CONDO ASSOC INC)
MAY HUSTEY
CORPORATE PLACE
3113 STIRLING RD, STE 201
HOLLYWOOD, FL  33312
PHONE: 954-983-1112
FAX: 954-333-3983

GREENBERG TRAURIG PA
(RE: SOVEREIGN BANK)
ROBERT A SORIANO
625 E TWIGGS ST
SUITE 100
TAMPA, FL  33602
PHONE: 813-318-5700
FAX: 813-318-5900

sorianor@gtlaw.com

GREENFIELD & COOMBER PA
(RE: GMAC MORTGAGE LLC)
LAWRENCE M WEISBERG
7000 W PALMETTO PARK RD
STE 402
BOCA RATON, FL  33433
PHONE: 561-362-7355
FAX: 561-828-5858

bankruptcy@lmwlegal.com

GUNSTER YOAKLEY & STEWART PA
(RE: DEUTSCHE BANK AG)
GREGOR J SCHWINGHAMMER JR ESQ
777 SOUTH FLAGLER DR
SUITE 550 EAST
WEST PALM BEACH, FL  33401-6194
PHONE: 561-650-0595
FAX: 561-655-5677

gschwinghammer@gunster.com

GUNSTER YOAKLEY & STEWART PA
(RE: DEUTSCHE BANK AG)
MARSHA A MCCOY ESQ
225 WATER STREET
SUITE 1750
JACKSONVILLE,, FL  32202-5185
PHONE: 904-354-1980
FAX: 904-350-5942

mmccoy@gunster.com

HELD & ISRAEL
(RE: MASSACHUSETTS PROP INS
UNDERWRITING)
KIMBERLY HELD ISRAEL ESQ
6320 ST. AUGUSTINE ROAD
SUITE 2
JACKSONVILLE, FL  32217
PHONE: 904-398-7038
FAX: 904-398-4283

khisrael@hilawfirm.com

HELD & ISRAEL
(RE: RHODE ISLAND JOINT REINSURANCE
ASSC)
KIMBERLY HELD ISRAEL ESQ
6320 ST. AUGUSTINE ROAD
SUITE 2
JACKSONVILLE, FL  32217
PHONE: 904-398-7038
FAX: 904-398-4283

khisrael@hilawfirm.com

HINDMANSANCHEZ PC
(RE: GRANT RANCH MASTER COMM
ASSOC INC)
LOURA K SANCHEZ
5610 WARD ROAD
SUITE 300
ARVADA, CO  80002
PHONE: 303-432-9999
FAX: 303-432-0999

lsanchez@hindmansanchez.com

HOLLAND & KNIGHT LLP
(RE: BNP PARIBAS)
ALAN M WEISS
50 N LAURA STREET
SUITE 3900
JACKSONVILLE, FL  32202
PHONE: 904-353-2000
FAX: 904-358-1872

alan.weiss@hklaw.com

HUNTON & WILLIAMS LLP
(RE: BANK OF AMERICA)
ANDREW ZARON / KEVIN ECKHARDT
1111 BRICKELL AVENUE
SUITE 2500
MIAMI, FL  33131
PHONE: 305-810-2500
FAX: 305-810-2460

azaron@hunton.com

keckhardt@hunton.com

ICBA MORTGAGE INC
(RE: COMMITTEE MEMBER)
DAVID L PETRO
1615 L ST NW
STE 900
WASHINGTON, DC  20036
PHONE: 202-821-4314
FAX: 202-659-3607

Dave.petro@icba.org

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA  19114-0000

INTERNAL REVENUE SERVICE
SPEC PROC BR MC 5720 P&I I
400 W BAY ST, STE 35045, BKCY SECT
JACKSONVILLE, FL  32202-4437

JOHN P DILLMAN
(RE: STATE OF TEXAS TAXING
AUTHORITIES)
LINEBARGER GOGGAN BLAIR & SAMPSON
PO BOX 3064
HOUSTON, TX  77253-3064
PHONE: 713-844-3478
FAX: 713-844-3503

houston_bankruptcy@publicans.com

JOHNSON POPE BOKER LLP ET AL
(RE: NATIONWIDE TITLE CLEARING)
ANGELINA E LIM ESQ
PO BOX 1368
CLEARWATER, FL  33757
PHONE: 727-461-1818
FAX: 717-443-6548

JONES DAY
(RE: MBIA INSURANCE CORPORATION)
LISA LAUKITIS
222 EAST 41ST STREET
NEW YORK, NY  10017
PHONE: 212-326-3939
FAX: 212-755-7306

JONES WALKER WAECHTER ET AL
(RE: MOUNTAIN VIEW CAPITAL HOLDINGS
LLC)
R PATRICK VANCE
201 ST. CHARLES AVENUE
49TH FLOOR
NEW ORLEANS, LA  70170-5100
PHONE: 504-582-8000
FAX: 504-589-8011

pvance@joneswalker.com

JOSEPH DAYTON FOLEY JR PA
(RE: URBAN TRUST BANK HOLDINGS INC)
JOSEPH DAYTON FOLEY JR ESQ
283 CRANES ROOST BLVD
SUITE 111
ALTAMONTE SPRINGS, FL  32701
PHONE: 407-629-6060
FAX: 407-629-1919

jfoley@josephfoleylaw.com

K&L GATES LLP
(RE: NATIXIS REAL ESTATE CAPITAL INC)
JEFFREY N RICH ESQ
599 LEXINGTON AVENUE
NEW YORK, NY  10022-6030
PHONE: 212-536-3900
FAX: 212-536-3901

KAHANE & ASSOCIATES PA
(RE: AMERICAN HOME MORTGAGE SVC
INC)
ANILA RASUL ESQ
8201 PETERS ROAD
SUITE 3000
PLANTATION, FL  33324
PHONE: 954-356-1672
FAX: 954-382-5380

KEN BURTON JR MANATEE COUNTY
SUSAN D PROFANT
PO BOX 25300
BRADENTON, FL  34206-5300
PHONE: 941-741-4832
FAX: 941-741-4865

susanp@taxcollector.com

LAFLEUR LAW FIRM
(RE: NEASHAM INVESTMENTS LLC)
NINA M LAFLEUR
PO BOX 861128
ST. AUGUSTINE, FL  32086
PHONE: 904-797-7995
FAX: 904-797-7996

nina@lafleurlaw.com

LATHAM SHUKER EDEN & BEAUDINE LLP
(RE: SELENE RESIDENTIAL MORTGAGE)
R SCOTT SHUKER ESQ
390 N ORANGE AVE
STE 600
ORLANDO, FL  32801
PHONE: 407-481-5800
FAX: 407-481-5801

rshuker@lseblaw.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

LATHAM SHUKER EDEN & BEAUDINE LLP
(RE: SELENE RMOF REO ACQUISITION II
LLC)
R SCOTT SHUKER ESQ
390 N ORANGE AVE
STE 600
ORLANDO, FL 32801
PHONE: 407-481-5800
FAX: 407-481-5801

rshuker@lseblaw.com

LAW OFFICE OF LESLIE LOCKARD PC
(RE: KIMBERLY KELLY)
LESLIE LOCKARD
1500 PROVIDENCE HWY (S-33)
NORWOOD, MA 02062
PHONE: 781-551-0800
FAX: 781-551-0801

llockard@leslielockard.com

LAW OFFICE OF SHMUEL KLEIN PC
(RE: DAVID & NICOLE KOBRYN)
SHMUEL KLEIN
113 CEDARHILL AVE
MAHWAH, NJ 07430
PHONE: 201-529-3411

LENDER PROCESSING SVCS INC ET AL
(RE: COMMITTEE MEMBER)
SHERYL NEWMAN ESQ
601 RIVERSIDE AVE
JACKSONVILLE, FL 32204
PHONE: 904-854-3530
FAX: 904-854-4679

sheryl.newman@lpsvcs.com

LOTTNER RUBIN FISHMAN ET AL
(RE: UPSTREET DEVELOPMENTS LLC)
RICHARD BROWN / ADAM WIEN
633 SEVENTEENTH ST
SUITE 2700
DENVER, CO 80202-3635
PHONE: 303-292-1200
FAX: 303-292-1300

MARKS GRAY PA
(RE: CENTURION ASSET PARTNERS INC)
NICHOLAS V PULIGNANO JR
1200 RIVERPLACE BLVD
SUITE 800
JACKSONVILLE, FL 32207
PHONE: 904-398-0900
FAX: 904-399-8440

nvp@marksgray.com

LAW OFFICE OF DONALD E HOOD PLLC
DONALD E HOOD
THE TURLEY LAW CENTER; STE 204
6440 N CENTRAL EXPRESSWAY
DALLAS, TX 75206
PHONE: 214-234-0529
FAX: 214-234-0528

don.hood@dehlaw.com

LAW OFFICE OF MARSHALL C WATSON PA
(RE: ONEWEST BANK FSB)
SCOTT WEISS ESQ
1800 NW 49TH STREET
SUITE 120
FORT LAUDERDALE, FL 33309
PHONE: 954-453-0365
FAX: 954-689-3517

LAW OFFICES OF MARSHALL C WATSON
PA
(RE: LITTON LOAN SERVICING LP)
SCOTT R WEISS ESQ
1800 NW 49TH ST
SUITE 120
FORT LAUDERDALE, FL 33309
PHONE: 800-441-2438
FAX: 954-689-3517

scott.weiss@marshallwatson.com

LINEBARGER GOGGAN BLAIR & SAMPSON
(RE: CITY OF SAN MARCOS & CISD (HAYS))
DIANE W SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428
PHONE: 512-447-6675
FAX: 512-443-5114

austin.bankruptcy@publicans.com

MANGUM & ASSOCIATES, P.A.
(RE: JOSE MALDONADO)
KEVIN E. MANGUM, ESQ
5100 HWY. 17-92, SUITE 300
CASSELBERRY, FL 32707
PHONE: (407) 478-1555
FAX: (407) 478-1552

kevin@mangum-law.com

MARSHALL C WATSON PA
(RE: EMC MORTGAGE CORPORATION)
CONNIE DELISSER ESQ
1800 NW 49TH STREET
SUITE 120
FORT LAUDERDALE, FL 33309
PHONE: 800-441-2438
FAX: 954-689-3517

connie.delisser@marshallwatson.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

MARY HAMEL-SCHWULST PH.D.
242 WOODMAN AVENUE
PASS CHRISTIAN, MS  39571
PHONE: 228-697-5739

MCCALLA RAYMER LLC
(RE: LITTON LOAN SERVICING)
A MICHELLE HART ESQ
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076-2102
PHONE: 770-643-7200
FAX: 866-761-0279

MCCALLA RAYMER LLC
(RE: WELLS FARGO BANK NA)
MICHELLE HART ESQ
1544 OLD ALABAMA ROAD
ROSWELL, GA  30076-2102
PHONE: 770-643-7200
FAX: 866-761-0279

MCCREARY VESELKA BRAGG & ALLEN PC
(RE: BOWIE CAD ET AL)
MICHAEL REED
PO BOX 1269
ROUND ROCK, TX  78680
PHONE: 512-323-3200
FAX: 512-323-3205

mreed@mvbalaw.com

MISSOURI DEPT OF REVENUE
RICHARD M MASELES
BANKRUPTCY UNIT
PO BOX 475
JEFFERSON CITY, MO  65105-0475
PHONE: 573-751-5531
FAX: 573-751-7232

mdfl@dor.mo.gov

NATIONWIDE TITLE CLEARING INC
(RE: COMMITTEE MEMBER)
ERIKA LANCE
2100 ALT 19 N
PALM HARBOR, FL  34683
PHONE: 727-771-4000
FAX: 727-771-4006

Erika_lance@nwtc.com

NATIXIS NORTH AMERICA
S ALDRICH / J FALCONE III
9 WEST 57TH STREET
36TH FLOOR
NEW YORK, NY  10019
PHONE: 212-891-6163
FAX: 212-891-3467

OFFICE OF THE US ATTORNEY
ATTENTION CIVIL PROCESS CLERK
400 N TAMPA ST, STE 3200
TAMPA, FL  33602

OFFICE OF THE US ATTORNEY
ATTENTION CIVIL PROCESS CLERK
300 N HOGAN ST, STE 700
JACKSONVILLE, FL  32202

OFFICE OF THE US TRUSTEE
(RE: DONALD F WALTON US TRUSTEE RG
21)
ELENA L ESCAMILLA
US DEPT OF JUSTICE
135 W CENTRAL BLVD; STE 620
ORLANDO, FL  32801
PHONE: 407-648-6301
FAX: 407-648-6323

Elena.L.Escamilla@usdoj.gov

OHIO DEPT OF TAXATION
ROBERT L DOTY
ASST ATTORNEY GENERAL
ONE GOVERNMENT CENTER; STE 1240
TOLEDO, OH  43604-2261
PHONE: 419-245-2550
FAX: 877-626-9294

robert.doty@ohioattorneygeneral.gov

PERDUE BRANDON FIELDER ET AL
(RE: SPRING BRANCH ISD)
OWEN M SONIK
1235 NORTH LOOP WEST
SUITE 600
HOUSTON, TX  77008
PHONE: 713-862-1860
FAX: 713-862-1429

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

PINELLAS COUNTY FLORIDA
DIANE NELSON CFC
TAX COLLECTOR
PO BOX 10834
CLEARWATER, FL  33757-8834
PHONE: 727-464-3386
FAX: 727-464-4110

PROSKAUER ROSE LLP
(RE: PLAINFIELD SPECIALTY HOLDINGS V
INC)
SCOTT K RUTSKY ESQ
1585 BROADWAY
NEW YORK, NY  10036-8299
PHONE: 212-969-3000
FAX: 212-969-2900

srutsky@proskauer.com

PROSKAUER ROSE LLP
(RE: PLAINFIELD SPECIALTY HOLDINGS V
INC)
GARY CREEM ESQ
ONE INTERNATIONAL PLACE
BOSTON, MA  02110-2600
PHONE: 617-526-9637
FAX: 617-526-9899

gcreem@proskauer.com

RIDDELL WILLIAMS PS
(RE: MICROSOFT)
MARIA A MILANO
1001 - 4TH AVE
STE 4500
SEATTLE, WA  98154
PHONE: 206-624-3600
FAX: 206-389-1708

mmilano@riddellwilliams.com

ROETZEL & ANDRESS LPA
(RE: VERANDAH COMMUNITY ASSOC INC)
ASHLEY D LUPO, BRANDEN J MONTIERTH
850 PARK SHORE DRIVE
THIRD FL; TRIANON CENTRE; STE 300
NAPLES, FL  34103
PHONE: 239-649-6200
FAX: 239-261-3659

ROGERS TOWERS PA
(RE: CODA ROBERSON)
J ELLSWORTH SUMMERS JR
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL  32207
PHONE: 904-398-3911
FAX: 904-396-0663

jes@rtlaw.com

ROGERS TOWERS PA
(RE: MBIA INSURANCE CORPORATION)
BETSY C COX
1301 RIVERPLACE BLVD
SUITE 1500
JACKSONVILLE, FL  32207
PHONE: 904-398-3911
FAX: 904-396-0663

bcox@rtlaw.com

SCHUYLER STEWART SMITH
(RE: FIRST AMERICAN TITLE INS CO)
SCHUYLER SMITH
118 W ADAMS ST; #800
JACKSONVILLE, FL  32202
PHONE: 904-353-5884
FAX: 904-353-5994

SCHUYLER STEWART SMITH
(RE: FIRST INTERNATIONAL BANK &
TRUST)
SCHUYLER SMITH
118 W ADAMS ST, #800
JACKSONVILLE, FL  32202
PHONE: 904-353-5884
FAX: 904-353-5994

SCHUYLER STEWART SMITH
(RE: MOUNTAIN VIEW CONDO ASSOC OF
VERNON)
SCHUYLER SMITH
118 W ADAMS ST; #800
JACKSONVILLE, FL  32202
PHONE: 866-353-5884
FAX: 904-353-5994

SCOTT H MARCUS & ASSOCIATES
(RE: CANON FINANCIAL SERVICES INC)
SCOTT H MARCUS ESQ
121 JOHNSON RD
TURNERSVILLE, NJ  08012
PHONE: 856-227-0800
FAX: 856-227-7939

smarcus@marcuslaw.net

SHAPIRO & FISHMAN LLP
(RE: JPMORGAN CHASE BANK NA)
STEVEN G POWROZEK
10004 N DALE MABRY HWY
SUITE 112
TAMPA, FL  33618
PHONE: 813-367-5813
FAX: 813-880-8800

spowrozek@logs.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

SHAPIRO & FISHMAN LLP
(RE: MERRILL LYNCH CREDIT CORP)
STEVEN G POWROZEK
10004 N DALE MABRY HWY
SUITE 112
TAMPA, FL  33618
PHONE: 813-367-5813
FAX: 813-880-8800

spowrozek@logs.com

SIRLIN GALLOGLY & LESSER PC
(RE: G&I VI 655/755 BUSINESS CTR FE LLC)
DANA S PLON ESQ
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA  19102
PHONE: 215-864-9700
FAX: 215-864-9669

dplon@sirlinlaw.com

SLOTT BARKER & NUSSBAUM
(RE: COMPU-LINK CORP DBA CELINK)
HOLLYN FOSTER / EARL BARKER JR
334 EAST DUVAL STREET
JACKSONVILLE, FL  32202
PHONE: 904-353-0033
FAX: 904-355-4148

embarker@sbnjax.com

SMITH HULSEY & BUSEY
(RE: WELLS FARGO BANK NA)
JAMES H POST ESQ
225 WATER ST
SUITE 1800
JACKSONVILLE, FL  32202
PHONE: 904-359-7700
FAX: 904-359-7708

jpost@smithhulsey.com

STEARNS WEAVER ET AL
(RE: PREMIER LLC)
ANDREW D MCNAMEE ESQ
MUSEUM TOWER, STE 2200
150 W FLAGLER ST
MIAMI, FL  33130
PHONE: 305-789-3467
FAX: 305-789-3395

amcnamee@stearnsweaver.com

TAMMY GORDON
2416 CALLE LOMA BONITA
SANTA FE, NM  87507

TAYLOR & CARLS PA
(RE: ALAFAYA WOODS HOMEOWNERS
ASSOC INC)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY S #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com

TAYLOR & CARLS PA
(RE: BELLA TOSCANA HOMEOWNERS
ASSOC INC)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY S #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com

TAYLOR & CARLS PA
(RE: ENCLAVE AT WINDSOR HILLS
HOMEOWNERS)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY S #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com

TAYLOR & CARLS PA
(RE: OASIS AT PEARL LAKE CONDO
ASSOC INC)
ROBYN SEVERS BRAUN ESQ
150 N WESTMONTE DR
ALTAMONTE, FL  32714-3342
PHONE: 407-660-1040
FAX: 407-660-9422

TAYLOR & CARLS PA
(RE: PINES OF WEKIVA HOMEOWNER
ASSOC INC)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY S #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com

TAYLOR & CARLS PA
(RE: THE GREEN HOMEOWNERS ASSOC
INC)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY SOUTH #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

TAYLOR & CARLS PA
(RE: WINDSOR HILLS MASTER COMM
ASSOC INC)
ROBYN SEVERS BRAUN ESQ
850 CONCOURSE PKWY S #105
MAITLAND, FL  32751
PHONE: 407-660-1040
FAX: 407-660-9422

rbraun@taylor-carls.com


TESSITORE LAW FIRM
(RE: BANK OF AMERICA NA)
MICHAEL A TESSITORE
612 E COLONIAL DR; STE 150
PO BOX 2351
ORLANDO, FL  32803
PHONE: 407-304-8220


TRENAM KEMKER SCHARF ET AL
(RE: STEWART TITLE GUARANTY
COMPANY)
WILLIAM KNIGHT ZEWADSKI
2700 BANK OF AMERICA PLAZA
PO BOX 1102
TAMPA, FL  33601-1102
PHONE: 813-223-7474
FAX: 813-229-6553


US DEPT OF JUSTICE
(RE: HUD & GNMA)
GLEN D GILLETT / ALICIA M HUNT
1100 L STREET, NW
WASHINGTON, DC  20005
PHONE: 202-514-7162
FAX: 202-514-9163

glenn.gillett@usdoj.gov

alicia.m.hunt@usdoj.gov


WEISS SEROTA HELFMAN ET AL
(RE: CITY OF MIRAMAR)
DOUGLAS R GONZALES ESQ
200 E BROWARD BLVD
SUITE 1900
FORT LAUDERDALE, FL  33301
PHONE: 954-763-4242
FAX: 954-764-7770


WHITE & CASE LLP
(RE: ASSURED GUARANTY CORP)
PATRICK MOHAN ESQ
1155 AVENUE OF THE AMERICAS
NEW YORK, NY  10036-2787
PHONE: 212-819-8200
FAX: 212-354-8113

pmohan@whitecase.com


TENNESSEE DEPT OF FINANCIAL INST
TN ATTORNEY GENERAL
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN  37202-0207
PHONE: 615-532-2504
FAX: 615-741-3334


THE BARTHET FIRM
(RE: GREATAMERICAN LEASING
COMPANY)
DANIEL MORMAN ESQ
200 S BISCAYNE BLVD
SUITE 1800
MIAMI, FL  33131
PHONE: 305-347-5290
FAX: 305-377-8695

dmorman@barthet.com


TROW & PERRY
(RE: RN INC DBA PIP PRINTING & MKTING)
RICHARD A PERRY
820 S E FORT KING STREET
OCALA, FL  34471
PHONE: 352-732-2299
FAX: 352-369-8832

richardperry@richard-a-perry.com


W SCOTT WYNN
PO BOX 447
GROVELAND, FL  34736
PHONE: 352-429-2185
FAX: 352-429-2186


WHITE & CASE LLP
(RE: ASSURED GUARANTY CORP)
MATTHEW C BROWN ESQ
WACHOVIA FINANCIAL CENTER
SUITE 4900
MIAMI, FL  33131-2352
PHONE: 305-371-2700
FAX: 305-358-5744

mbrown@whitecase.com


WILCOX LAW FIRM
(RE: 443 BUILDING CORPORATION)
R WILCOX / M FLETCHER
4190 BELFORT ROAD
SUITE 315
JACKSONVILLE, FL  32216
PHONE: 904-281-0700
FAX: 904-513-9201

rwilcox@wilcoxlawfirm.com

Prepared by BMC Group

# Local Rule 1007(d) Parties in Interest List

WILCOX LAW FIRM
(RE: ADVANCED HOMEBUILDERS INC)
R WILCOX / M FLETCHER
4190 BELFORT ROAD
SUITE 315
JACKSONVILLE, FL  32216
PHONE: 904-281-0700
FAX: 904-513-9201

rwilcox@wilcoxlawfirm.com

WILCOX LAW FIRM
(RE: CUMBERLAND VALLEY NAT BANK &
TRUST)
ROBERT D WILCOX ESQ
4190 BELFORT ROAD
SUITE 315
JACKSONVILLE, FL  32216
PHONE: 904-281-0700
FAX: 904-513-9201

rwilcox@wilcoxlawfirm.com

WRIGHT LINDSEY & JENNINGS LLP
(RE: STEPHENS INC)
JUDY SIMMONS HENRY
200 W CAPITOL AVENUE
SUITE 2300
LITTLE ROCK, AK  72201-3699
PHONE: 501-371-0808
FAX: 501-376-9442

jhenry@wlj.com