UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER             Case No. 3:09-bk-07047-JAF
MORTGAGE CORP.                      Chapter 7

      Debtor.
_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR JUMBOLAIR, INC.

COMES NOW Keith Appleby, Esq. and the law firm of Fowler White Boggs P. A., and moves this Court to allow them to withdraw as counsel for Creditor, Jumbolair, Inc. ("Jumbolair") in this Bankruptcy Proceeding, and as grounds therefore states that:

1. At the amicable request of Jumbolair, no further services are requested at this time.

2. Fowler White has not made an appearance for Jumbolair in any matter subject to Local Rule 2091-1.

WHEREFORE, Keith Appleby, Esq. and the law firm of Fowler White Boggs P.A. hereby move this Court to grant it leave of court to withdraw as counsel for Creditor Jumbolair, Inc. and for all such further relief as this Court deems just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished by CM/ECF to: *Debtor*, Taylor Bean & Whitaker Mortgage Corp., 315 NE 14th Street, Ocala, Florida 34470; *Debtor's Attorneys,* Amy Denton Harris, Esq.; Edward J. Peterson, III, Esq.; Russell, M. Blain, Esq., Stichter, Riedel, Blain & Prosser, P.A., 110 E. Madison Street, Suite 200, Tampa, FL 33602, U.S. Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; Elena L. Escamilla, TB, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; Jumbolair, Inc., c/o Jeremy Thayer, 1201 NE 77th Street, Ocala, FL 34479; *Creditor Committee Counsel,*

Arthur J. Spector, Esq., James D. Gassenheimer, Esq., Paul S. Singerman, Esq., Berger Singerman, P.A., 200 South Biscayne Blvd., Suite 1000, Miami, FL 33131 on February 8, 2010.

/s/ Keith T. Appleby
Keith T. Appleby
Florida Bar No: 0011028
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Email: kappleby@fowlerwhite.com   42497616