**[31611]** [O/ Abating Motion for Relief From Stay Service]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      Case No. 3:09–bk–07047–JAF
                                                            Chapter 11

Taylor, Bean & Whitaker Mortgage Corp.




                Debtor(s)            /


ORDER ABATING MOTION FOR RELIEF FROM STAY

        Upon consideration of the Motion for Relief from Stay filed by GMAC Mortgage, LLC on February 27, 2010, the Court finds:

        1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

        2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

        The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §§362 will continue until further Order of the Court.


        Dated March 1, 2010.




                                                            _____
                                                            Jerry A. Funk
                                                            United States Bankruptcy Judge




        Copies furnished to:
        Debtor(s)
        Debtor(s)' Attorney
        Creditor
        Lawrence Weisberg a/f GMAC Mortgage