UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,

Debtor.
_____/

Chapter 11

Case No. 3:09-bk-07047-JAF

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY LITTON LOAN SERVICING, LP
*(Related to Docket No. 953)*

THIS CASE came on for hearing on February 19, 2010, upon the Motion for Relief from Stay filed by Litton Loan Servicing, LP (Doc. No. 953) (the "**Motion**")[1]. The Court having heard argument of counsel, considering the record, finds:

1. That the Debtor is no longer the owner and holder of the subject mortgage upon the property described in the Motion.

2. That said mortgage is therefore no longer property of the estate.

3. That the automatic stay in this case does not bar the Movant from continuing to foreclose the mortgage interest in question, but continues to stay any action to obtain a money judgment against the Debtor.

Accordingly, it is hereby

**ORDERED** that the Motion is denied, as moot.

DATED in Jacksonville, Florida on February 26, 2010.

JERRY A. FUNK
United States Bankruptcy Judge

---

[1] Unless otherwise defined, capitalized terms shall have the same meaning ascribed to them in the Motion.