UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

TAYLOR, BEAN & WHITAKER
MORTGAGE CORP.,                      CASE NO.: 3:09-BK-07047-JAF
        Debtor.                               CHAPTER: 11
_____/

**WITHDRAWL OF MOTION FOR RELIEF
FROM THE AUTOMATIC STAY, WITHOUT PREJUDICE**

Florida Gas Transmission Company, LLC ("Fla.Gas"), hereby gives notice of its withdrawal of its Motion for Relief from the Automatic Stay, without prejudice, and in support thereof, states as follows:

1. Counsel for Fla.Gas and counsel for the Debtor have conferred.

2. The Debtor advised Fla.Gas that it no longer owns and holds the mortgage encumbering the property over which Fla.Gas is seeking to exercise the rights and powers of eminent domain.

3. Accordingly, in reliance on the Debtor's representations, Fla.Gas hereby withdraws its Motion for Relief from Stay, without prejudice.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed and furnished electronically to the parties registered on March 24, 2010.

| | |
|---|---|
| Brendan T. Franzoni | **s/Marsha G. Rydberg** |
| Florida Bar Number 71820 | Marsha G. Rydberg |
| BRICKLEMYER, SMOLKER & BOLVES, P.A. | Florida Bar Number 220973 |
| 500 East Kennedy Boulevard, Suite 200 | THE RYDBERG LAW FIRM, P.A. |
| Tampa, Florida 33602-4936 | 201 N. Franklin Street, Suite 1625 |
| (813) 223-3888 | Tampa, Florida 33602 |
| (813) 228-6422 | (813) 221-2800 |
| brendanf@bsbfirm.com | (813) 221-2420 |
| Co-counsel for Florida Gas Transmission | mrydberg@rydberglaw.com |
| | Attorneys for Florida Gas Transmission |