UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP.,<br>REO SPECIALISTS, INC., and<br>HOME AMERICA MORTGAGE, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No.   3:09-bk-07047-JAF<br>3:09-bk-10022-JAF<br>3:09-bk-10023-JAF<br><br>*Jointly Administered Under*<br>*Case No. 3:09-bk-07047-JAF* |

**DEBTORS' NOTICE OF PROPOSED AGENDA FOR
MATTERS SCHEDULED FOR HEARING ON APRIL 2, 2010**

The Debtor, TAYLOR, BEAN & WHITAKER MORTGAGE CORP., proposes the following agenda (the "**Agenda**") for matters scheduled for hearing on April 2, 2010, at 10:00 a.m.  The information contained in this Agenda reflects the status of each matter as it is known to Debtors' counsel as of the filing of this Agenda and is subject to change.

| **AGENDA** | | | | | | |
|---|---|---|---|---|---|---|
| **Calendar Item** | **Doc. No.** | **Applicable Debtor** | **Movant(s)** | **Matter** | **Counsel** | **Status** |
| **ADMINISTRATIVE MATTER** | | | | | | |
| 2 | 1144 | HAM | Debtor | Application to employ CB Richard Ellis, Inc., as real estate broker | | Unopposed application to employ broker to market and sell commercial building |

| \ | \ | \ | \ | **AGENDA** | \ | \ |
|---|---|---|---|---|---|---|
| **Calendar Item** | **Doc. No.** | **Applicable Debtor** | **Movant(s)** | **Matter** | **Counsel** | **Status** |
| **UNCONTESTED STAY RELIEF MOTIONS** | | | | | | |
| 1 | 1122 | TBW | Republic Bank | Motion to annul automatic stay | Kass Shuler | Servicing released to RoundPoint Mortgage; to extent Debtor retains interest, consents to *in rem* annulment of stay to permit foreclosure by Movant as first mortgage holder to proceed |
| 5 | 1188 | TBW | Wachovia Bank, N.A. | Motion for relief from stay | Trenam Kemker | Servicing released to RoundPoint Mortgage; to extent Debtor retains interest, Debtor consents to *in rem* annulment from stay to permit prepetition foreclosure by Movant as first mortgage holder to proceed |
| 3 | 1159 | TBW | American Home Mortgage Servicing, Inc., as servicer for U.S. Bank as Trustee | Motion for relief from stay | Kahane & Associates | First mortgage servicing transferred to American Home Mortgage Servicing; second mortgage servicing transferred to Citi Home Equity; no further interest held by Debtor; motion should be denied as moot |
| 6 | 1196 | TBW | The Bank of New York, as Trustee | Motion for relief from stay | Albertelli Law | First mortgage servicing transferred to American Home Mortgage Servicing; second mortgage servicing transferred to Bank of America; no further interest held by Debtor; motion should be denied as moot |
| **CONTESTED MATTER** | | | | | | |
| 4 | 1173 | TBW | Joe Johnson | Motion for clarification and/or leave to proceed on state law cause of action exclusively in Maryland state court | *Pro se* | Movant's prior motion for stay relief (#760) denied (#871); Movant's motion to amend (#951) denied (#1117); Debtor has filed response (#1254) to new motion; Debtor has been informed that Movant is seeking to continue hearing |
| | 1254 | | | Debtor's response to motion for clarification and/or leave to proceed | | |

DATED: April 1, 2010.

       */s/ Russell M. Blain*
Russell M. Blain (FBN 236314)
rblain@srbp.com
Edward J. Peterson, III (FBN 014612)
epeterson@srbp.com
**STICHTER, RIEDEL, BLAIN & PROSSER P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
**ATTORNEYS FOR DEBTORS**

—*AND*—

Jeffrey W. Kelley (Ga. Bar No. 412296)
Ezra H. Cohen (Ga. Bar No. 173800)
J. David Dantzler, Jr. (Ga. Bar No. 205125)
**TROUTMAN SANDERS LLP**
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
**SPECIAL COUNSEL TO DEBTORS**

11371.497.8