4/2/10 @ 10:00

# NOTICE OF APPEARANCE

## PRINT YOUR NAME, WHICH PARTY YOU REPRESENT AND YOUR PHONE NUMBER

| NAME | REPRESENTING | PHONE NUMBER |
|---|---|---|
| Rupert Kennedy | CTEKSERVICES, LLC | 904 619-5432 |
| Mike Tessitore | Bank of America Collateral Agent, Custodian & Indenture Trustee | 407 948 3079 |
| ~~Edward Langley~~ | | |
| Edward Langley | CTEKSERVICES, LLC | 904-619-5432 |
| Schuyler Smith | Republic Bank | 904-353-5884 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |