# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **TAYLOR, BEAN & WHITAKER MORTGAGE CORP.,** | **CASE NO. 3:09-BK-07047-JAF** |
| **DEBTOR.** | |

## DEBTOR'S REPORT OF MORTGAGE-BACKED SECURITIES SALE AUCTION

Taylor, Bean & Whitaker Mortgage Corp. (the "Debtor") hereby reports to the Court and parties in interest as follows with respect to the results of the April 22, 2010 Auction[1] of its interest in certain Mortgage-Backed Securities ("MBS"):

1. The Court's Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Approving Bidding Procedures and Terms of Auction for the Sale of Debtor's Mortgage-Backed Securities Free and Clear of all Liens, Claims and Interest, (II) Setting Hearing Date for Approval of Sale, (III) Fixing Deadline for Objecting to Proposed Sale and (IV) Approving Form and Manner of Sale Notice dated April 20, 2010 [Docket Entry No. 1302] (the "Bid Procedures Order"), *inter alia*, scheduled a sale Auction of the Debtor's interest in certain MBS to take place at the offices of Troutman Sanders LLP in New York, New York on April 22, 2010.

2. The Auction was conducted in accordance with the procedures specified in the Bid Procedures Order and concluded on April 22, 2010.

---

[1] Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the Bid Procedures Order (defined herein).

3. The Debtor offered the Acquired Securities for sale at the Auction.

4. Pursuant to the terms and procedures set forth in the Debtor's "stalking horse" Agreement with AG Mortgage Value Partners Master Fund, L.P. ("AG Mortgage"), AG Mortgage's Aggregate Purchase Price for the Acquired Securities was $8,760,000.

5. In addition to AG Mortgage, two other Qualified Bidders appeared at the Auction: (1) Centerbridge Credit Partners L.P. ("Centerbridge") and (2) Diocese of Rockville Centre Lay Pension Plan ("Rockville"). The Debtor received the required escrow deposits from all bidders.

6. After seven (7) rounds of bidding, the Auction concluded with the highest bid on the Auction Properties being AG Mortgage's bid in the amount of $9,675,000. The next highest bid was Rockville's bid in the amount of $9,625,000 (plus the Court-approved $275,000 Break-up Fee).

7. AG Mortgage and the Debtor have executed a letter agreement dated April 22, 2010, amending the Purchase and Sale Agreement, a true and correct copy of which is attached hereto as Exhibit 1 (the "Amendment"). The Amendment reflects the $9,675,000 price bid by AG Mortgage at the Auction.

8. Rockville has acknowledged that it is obligated to hold open its bid in the event that AG Mortgage fails to close, and Rockville has deposited with the Escrow Agent the additional amount required by Paragraph 4(i) of the Bid Procedures Order.

2166897v1

9. As contemplated in the Bid Procedures Order, the Debtor intends to seek the Court's approval of the sale of the Auction Properties to AG Mortgage pursuant to the Agreement and the Amendment at the hearing scheduled for 11:00 a.m. (prevailing Eastern Time) on April 27, 2010.

This 23rd day of April, 2010.

/s/ Jeffrey W. Kelley
Jeffrey W. Kelley (Ga. Bar No. 412296)
jeffrey.kelley@troutmansanders.com
**TROUTMAN SANDERS LLP**
Bank of America Plaza
Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000
Facsimile No.: (404) 885-3900
**SPECIAL COUNSEL FOR DEBTOR**

# Exhibit 1

**The Amendment**

**(See attached)**

# AG Mortgage Value Partners Master Fund, L.P.

April 22, 2010

Taylor, Bean & Whitaker Mortgage Corp.
315 N.E. 14th St.
Ocala, FL 34470
Attn: Neil Luria, Chief Restructuring Officer

**Re: Purchase and Sale Agreement**

To Whom It May Concern:

Reference is hereby made to that certain Purchase and Sale Agreement (the "Purchase Agreement") dated as of April 6, 2010, by and between AG Mortgage Value Partners Master Fund, L.P., a Cayman Islands limited partnership, (the "Purchaser"), and Taylor, Bean & Whitaker Mortgage Corp., a Florida corporation ("Seller"). The Purchase Agreement has been entered into in connection with an auction sale of certain mortgage-backed securities by Seller. Purchaser has been selected as the successful bidder.

Purchaser and Seller hereby amend the Purchase Agreement as follows:

1.  The "Purchase Price" shall be $9,675,000.

2.  Exhibit D to the Purchase Agreement shall be deleted in its entirety and replaced with Appendix 1 attached hereto.

[Signature page follows]

Very truly yours,

**AG MORTGAGE VALUE PARTNERS MASTER FUND, L.P.**

By: _____
Name: THOMAS J DURKIN
Title: TRADER

**Accepted and agreed by Seller:**

**TAYLOR, BEAN & WHITAKER MORTGAGE CORP.**

By: _____
Neil Luria
Chief Restructuring Officer