**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 3:09-bk-07047-JAF** |
| **TAYLOR, BEAN & WHITAKER** | |
| **MORTGAGE CORP.** | **Chapter 11** |
|          **Debtor.** | |
| _____/ | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the law firm of **BAST AMRON LLP** hereby enter its appearance as local counsel on behalf of Paul Allen and Raymond Bowman and requests notices, motions, pleadings, order, reports and/or documents of any kind or nature filed in the above-captioned case, including but not limited to adversary proceedings commenced in connection with the above-captioned case, whether entered by the Court, the Office of the Clerk, or any other party in interest, upon undersigned counsel.

In addition, it is respectfully requested that, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), the following be added to the Court's Special Mailing Matrix for all counsel of record, if applicable:

**Jeffrey P. Bast**
jbast@bastamron.com
**BAST AMRON LLP**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referenced in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any schedule, statement of financial affairs, operating reports, plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

Dated:  June 23, 2010

        Respectfully submitted,

        **BAST AMRON LLP**
        *Local Counsel for Paul Allen and*
        *Raymond Bowman*
        SunTrust International Center
        One Southeast Third Avenue
        Suite 1440
        Miami, Florida 33131
        Telephone: 305-379-7904
        Facsimile: 305-379-7905
        E-mail: jbast@bastamron.com

        By: /s/ Jeffrey P. Bast
        Jeffrey P. Bast (FBN 996343)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 23rd day of June, 2010 electronically via the Court's CM/ECF system where available, and is being sent via U.S. Mail on the 24th day of June, 2010 as indicated upon the parties listed on the service list attached.

      /s/ Jeffrey P. Bast
        Jeffrey P. Bast, Esq.

**SERVICE LIST**

- Antonio Alonso     antonio.alonso@marshallwatson.com, jairo.garcia@marshallwatson.com
- Stephen Andrews     sandrews@wc.com
- BMC Group     ecf@bmcgroup.com
- Ryan D Barack     rbarack@ksblaw.com
- Earl M. Barker     embarker@sbnjax.com, jmcpherson@sbnjax.com
- Lawrence J. Bernard     lisa@bernardlaw.net, jamie@bernardlaw.net
- Russell M Blain     rblain.ecf@srbp.com, rblain@srbp.com;srbpecf@srbp.com
- Robyn Severs Braun     rbraun@taylor-carls.com
- John C Brock     midbkmail@defaultlawfl.com
- Jason B. Burnett     jburnett@gray-robinson.com, zhosseini@gray-robinson.com;ldean@gray-robinson.com
- Daniel A Caldwell     dan.caldwell@usdoj.gov
- James W Carpenter     jwc@angelolaw.com
- Ezra H Cohen     ezra.cohen@troutmansanders.com
- Betsy C Cox     bcox@rtlaw.com, aruff@rtlaw.com
- Collette B Cunningham     Collette.Cunningham@usdoj.gov, fitzgerald.green@usdoj.gov
- James D Dantzler     david.dantzler@troutmansanders.com, kelley.wade@troutmansanders.com;amanda.aievoli@troutmansanders.com
- Denise D Dell-Powell     ddPowell@burr.com, ahutchinson@burr.com
- John P Dillman     houston_bankruptcy@publicans.com
- Robert M Dombroff     robert.dombroff@bingham.com
- Robert L Doty     robert.doty@ohioattorneygeneral.gov
- Allison B Duffie     aduffie@fcllaw.com, bknotices@fcllaw.com
- Kevin M Eckhardt     keckhardt@hunton.com, mtucker@hunton.com,adeboer@hunton.com
- Jonathan T Edwards     jonathan.edwards@alston.com
- Lisa J Ehrenreich     lehrenreich@fcllaw.com, bknotices@fcllaw.com
- Raye Curry Elliott     raye.curryelliott@akerman.com, david.otero@akerman.com
- Elena L Escamilla     elena.l.escamilla@usdoj.gov
- Elena L Escamilla TB     ustp.region21.or.ecf@usdoj.gov
- A Richard Feldman     rfeldman@bazless.com
- W Keith Fendrick     keith.fendrick@hklaw.com, andrea.olson@hklaw.com
- Linda S Finley    lfinley@bakerdonelson.com, kstine@bakerdonelson.com; crochester@bakerdonelson.com;ksdavis@bakerdonelson.com
- Andrew L. Fivecoat     bkfl@albertellilaw.com
- Joseph D Foley     jfoley@josephfoleylaw.com
- Marcy Ford     dstefaniak@trottlaw.com
- Hollyn J Foster     hollynf@bellsouth.net
- Larry M Foyle     bankruptcynotices@kasslaw.com, bankruptcynotices@yahoo.com
- James D Gassenheimer    jgassenheimer@bergersingerman.com, efile@bergersingerman.com; skegerreis@bergersingerman.com; mmarriott@bergersingerman.com
- Gill R Geldreich     agbankflorida@ag.tn.gov, gill.geldreich@ag.tn.gov
- Brian J Gillis     bankruptcy@boginmunns.com
- Douglas R Gonzales     dgonzales@wsh-law.com
- Amy Denton Harris     aharris.ecf@srbp.com, srbpecf@srbp.com

- Judy Simmons Henry    jhenry@wlj.com
- Sara F Holladay-Tobias    sfhollad@mcguirewoods.com, sdye@mcguirewoods.com;dblanks@mcguirewoods.com;;jmaddock@mcguirewoods.com;dblanks@mcguirewoods.com;rfblair@mcguirewoods.com
- Alicia M Hunt    Alicia.M.Hunt@usdoj.gov
- Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com
- Eugene H Johnson    ehj@johnsonlawpa.com, spollock@johnsonlawpa.com;ashley@johnsonlawpa.com
- Jason Ward Johnson    jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com
- Craig I Kelley    cik@kelleylawoffice.com, ecf@kelleylawoffice.com,grace@kelleylawoffice.com,kelleyecfmiddle@gmail.com
- Jeffrey W Kelley    jeffrey.kelley@troutmansanders.com, bonnie.feuer@troutmansanders.com
- Roy S Kobert    orlandobankruptcy@broadandcassel.com
- John W Kozyak    jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com
- Jeffrey T Kucera    jeffrey.kucera@klgates.com, maxine.lewis@klgates.com;david.weitman@klgates.com
- Nina M LaFleur    nina@lafleurlaw.com, teresa@lafleurlaw.com
- Carol A Lawson    cal@dczahm.com, bk@dczahm.com
- Linda M Leali    lleali@whitecase.com, avenes@whitecase.com
- Hywel Leonard    hleon@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net
- Stephanie C Lieb    slieb@trenam.com, jjcarminati@trenam.com
- Angelina E Lim    angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com
- James M Liston    jml@bostonbusinesslaw.com, sas@bostonbusinesslaw.com;sjm@bostonbusinesslaw.com
- Kevin E Mangum    kevin@mangum-law.com, elizabeth@mangum-law.com
- Richard M Maseles    mdfl@dor.mo.gov
- Erin K Mautner    erin.mautner@bingham.com
- Charles W. McBurney    cmcburney@bellsouth.net, sgeiger@mcburneylaw.net;jbradley@mcburneylaw.net
- John H. McCorvey    john@jacksonvillefloridalawyers.com, john@jacksonvillefloridalawyers.com
- Frank F McGinn    ffm@bostonbusinesslaw.com
- Andrew D McNamee    amcnamee@stearnsweaver.com, rross@stearnsweaver.com;mmasvidal@stearnsweaver.com;mmesones-mori@stearnsweaver.com
- Missouri Department of Revenue    mdfl@dor.mo.gov
- Daniel Morman    dmorman@barthet.com
- Wanda D Murray    wmurray@dstern.com, bankruptcyecf@dstern.com;eportugal@dstern.com
- CS Office of Schuyler S Smith    courtmail@schuylaw.com
- Kevin B Paysinger    court@jacksonvillebankruptcy.com
- Richard A. Perry    richardperry@richard-a-perry.com, robertamiro@richard-a-perry.com,bonniepurdy@richard-a-perry.com,lindabenninger@richard-a-perry.com
- David E. Peterson    david.peterson@lowndes-law.com
- Edward J. Peterson    epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com
- Dana S Plon    dplon@sirlinlaw.com
- Adina L Pollan    adina.pollan@akerman.com, nicole.frierson@akerman.com;lorraine.corsaro@akerman.com;samantha.carroll@akerman.com

- James H. Post    jpost@smithhulsey.com, kgammill@smithhulsey.com;sbusey@smithhulsey.com;;tcopeland@smithhulsey.com;;cdix@smithhulsey.com
- Steven G Powrozek    spowrozek@logs.com
- Richard C. Prosser    rprosser.ecf@srbp.com, srbpecf@srbp.com
- Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com
- Lincoln B Quintana    lincoln.quintana@QMSLaw.com
- Anila S Rasul    arasul@kahaneandassociates.com, ixarias@kahaneandassociates.com;jbuchanan@kahaneandassociates.com
- Patricia Redmond    predmond@stearnsweaver.com, rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;jmartinez@stearnsweaver.com
- Peter M Reed    othercourts@mvbalaw.com
- William M Reed    attorneyreed@cfl.rr.com, bankruptcygroup@gmail.com;will@reedandarcher.com
- Jeffrey N Rich    jeff.rich@klgates.com
- Carolyn P Richter    carolyn.richter@troutmansanders.com
- Mark S Roher    mroher@adorno.com, mcalderon@adorno.com;aalu@adorno.com
- Rene S Roupinian    Rroupinian@outtengolden.com, kxhaferi@outtengolden.com
- Marsha G Rydberg    mrydberg@rydberglaw.com, rydberglaw@yahoo.com
- John S Schoene    schoenej@earthlink.net, snydercd@earthlink.net
- Gregor Schwinghammer    gschwinghammer@gunster.com, tlatham@gunster.com
- Valerie Shea    valerie.shea@sdma.com, david.depiano@sdma.com
- Joseph E Shickich    jshickich@riddellwilliams.com, mmilano@riddellwilliams.com;ctracy@riddellwilliams.com
- R Scott Shuker    bankruptcynotice@lseblaw.com
- Lonnie L Simpson    lonnie.simpson@dlapiper.com, deborah.boyle@dlapiper.com;docketingchicago@dlapiper.com;thomas.califano@dlapiper.com;jeremy.johnson@dlapiper.com;William.coleman@dlapiper.com;robert.ware@dlapiper.com;richard.hans@dlapiper.com
- Paul S Singerman    singerman@bergersingerman.com, efile@bergersingerman.com;ctarrant@bergersingerman.com
- Schuyler S Smith    courtmail@schuylaw.com
- Robert A. Soriano    SorianoR@gtlaw.com, DevlinD@gtlaw.com
- Arthur J Spector    aspector@bergersingerman.com, efile@bergersingerman.com;byglesia@bergersingerman.com
- J. Ellsworth Summers    jes@rtlaw.com, sgs@rtlaw.com
- Michael A Tessitore    mtessitore@tess-law.com
- Mark A Thompson    mathompson@co.dekalb.ga.us
- Jonathan Tolentino    jtolentinopa@yahoo.com, jona1hant@yahoo.com
- United States Trustee - JAX 11    USTP.Region21.OR.ECF@usdoj.gov
- R Patrick Vance    pvance@joneswalker.com, nwiebelt@joneswalker.com
- Nicolette Corso Vilmos    nvilmos@broadandcassel.com, orlandobankruptcy@broadandcassel.com
- Laura L Walker    lwalker@flaforeclosureattorneys.com, debbieg@flaforeclosureattorneys.com
- Lawrence Weisberg    bankruptcy@lmwlegal.com
- Alan M. Weiss    alan.weiss@hklaw.com

- Scott R Weiss    scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com
- John C Weitnauer    Kit.Weitnauer@alston.com, Jonathan.Edwards@alston.com;Bill.Macurda@alston.com;kgammill@smithhulsey.com
- Robert D Wilcox    rwilcox@wilcoxlawfirm.com, cr@wilcoxlawfirm.com;falana@wilcoxlawfirm.com;sh@wilcoxlawfirm.com;ebowen@wilcoxlawfirm.com
- Daniel C Wolters    dwolters@cavitch.com
- Donald A Workman    dworkman@bakerlaw.com
- Joseph R Zapata    jzapata@foxrothschild.com, rsolomon@foxrothschild.com;nhawke@foxrothschild.com
- Andrew D Zaron    azaron@hunton.com, figueroaj@hunton.com;femory@hunton.com;probson@hunton.com
- William Knight Zewadski    z@trenam.com

## Manual Notice List

William R. Baldiga
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

CT Corporation
1209 Orange Street
Wilmington, DE 19801

Michael & Dianna L. Elliott
133 Elliott Lane
Tolesboro, KY 41189

Barbara A. Estes
3415 Town Creek Church Rd.
Dahlonega, GA 30533

Beth K. Findsen
7279 East Adobe Drive, Ste 120
Scottsdale, AZ 85255

First American Capital LLC
c/o Jon Krigsman
7286 Siena Way
Boulder, CO 80301

Tammy Gordon
2416 Calle Loma Bonita
Sante Fe, NM 87507

Gray, Ackerman & Haines
125 NE 1st Ave., Ste 1
Ocala, FL 34470-6675

James S. Grodin
111 N. Orange Avenue, Suite 1800
Orlando, FL 32802-2193

Guaranty Bank
c/o Charles Sebesta
8333 Douglas Avenue
Dallas, TX 75225

Kerry Haggard
PO Box 285
Commerce, GA 30529

Tiffany Haggard
PO Box 512
Commerce, GA 30529

Mary Hamel-Schwulst
242 Woodman Avenue
Pass Christian, MS 39571

Kim M. Hefty
PO Box 814
Gypsum, CO 81637

Henley Holding LLC
c/o William Norton
Bradley Arant Boult Cummings LLP
1600 Division St., Ste. 700
P.O. Box 340025
Nashville, TN 37203

Ronald S Holliday
DLA Piper US LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
ronald.holliday@dlapiper.com

Donald E. Hood
The Law Office of Donald E. Hood, PLLC
6440 N. Central Expressway, Suite 204
Dallas, TX 75206

Crowe Horwath
PO Box 145415
Cincinnati, OH 45250

May Hustey, Esquire
Glazer & Associates, PA
3113 Stirling Road, Ste 201
Hollywood, FL 33312

IKON Financial Services
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon, GA 31208

James Moore & Co., P.L.
5931 NW 1st Place
Gainsville, FL 32607-2063

Jefferson Village I Condominium Association
30140 Orchard Lake Road
Farmington Hills, MI 48334

Joe Johnson
2600 Brinkley Road PH 1005
Fort Washington, MD 20744

Robert K. & Marilyn Kincaid
6194 Pfeil Road
Schertz, TX 78154

Shmuel Klein
113 Cedarhill Ave.
Mahwah, NJ 07430

Lee County Tax Collector
c/o Legal Department
Post Office Box 850
Fort Myers, FL 33902-0850

Hal J. Leitman
Macey, Wilensky, Kessler & Hennings
230 Peachtree Street, NW
Suite 2700
Atlanta, GA 30303

Litton Loan Servicing, L.P.
c/o McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Leslie Lockard
1500 Providence Highway
Suite 33
Norwood, MA 02062

Ashley D. Lupo
Roetzel & Andress, P.A.
850 Park Shore Drive
Trianon Centre - Third Floor
Naples, FL 34103

Manatee County Tax Collector
c/o Ken Burton, Jr.
Attn: Susan D. Profant, CFCA
P.O. Box 25300
Bradenton, FL 34206-5300

J. Timothy Mast
600 Peachtree Street, NE
Suite 5200
Atlanta, Ga 30308-2216

John H. McCorvey  
1912 Hamilton Street, Suite 204  
Jacksonville, FL 32210  

Christopher B. Mosley  
1000 Throckmorton Street  
Fort Worth, TX 76102  

Michael M. Parker  
Fullbright & Jaworrski LLP  
300 Convent Street, Ste 2200  
San Antonio, TX 78205  

Pinellas County Tax Collector(TW)  
P O Box 10834  
Clearwater, FL 33757-8834  

David & Barbara Quail  
1529 Lakeland Drive  
Monroe, GA 30656  

R. William Futch, PA  
610 S.E. 17th Street  
Ocala, FL 34471  

Ray & Sherman, LLC  
One Securities Centre  
3490 Piedmont Rd., Ste 700  
Atlanta, GA 30305  

Red Rock Financial Services  
7251 Amigo Street #100  
Las Vegas, NV 89119  

Karen Riordan  
8213 Tyson Road  
Ellicott City, MD 21043  

Kevin Riordan  
8213 Tyson Road  
Ellicott City, MD 21043  

Scott K. Rutsky  
Proskauer Rose LLP  
1585 Broadway  
New York, NY 10036-8299  

Loura K. Sanchez  
5610 Ward Road, Ste 300  
Arvada, CO 80002  

Diane W. Sanders  
PO Box 17428  
Austin, TX 78760-7428  

Paula Schaefer  
1109 Wildtree Lane  
Knoxville, TN 37923  

Scott Allan Schledwitz  
5314 Lemon Twist Lane  
Windermere, FL 34786  

Sue Ann and Sandy Smith  
1427 Wild Horse Ln.  
Stephenville, TX 76401  

Butler Snow  
210 East Capitol Street  
Jackson, MS 39201-2370  

Owen M. Sonik  
Perdue, Brandon, Fielder, Collins  
1235 North Loop West, Ste. 600  
Houston, TX 77008  

Larry Wesley and Tam Stout  
145 Stout Farm Rd.  
Taylorsville, NC 28681  

Charles & Joni Cox-Tanner Tanner  
2403 Terrace Ave.  
Midland, TX 79705  

Matthew Scott Toll  
202 S. Del Prado Blvd.  
Cape Coral, FL 33990  

Michael D. Watts  
667 Altman Road  
Gray, GA 31032

Adam Wiens
633 Seventeenth Street, Suite 2700
Denver, CO 80202

Lance E. Williams
Riddle & Williams, P.C.
3710 Rawlins Street
Suite 1400 - Regency Plaza
Dallas, TX 75219-4217

Thomas and Pamela L. E. Wood
305 Coweta Court
Loudon, TN 37774

Karon Y Wright
for David Escamilla, Travis Co Attorney
PO box 1748
Austin, TX 78767

Deborah M. Zumwalt
Epsten Grinnell & Howell APC
9980 Carroll Canyon Road
2nd Floor
San Diego, Ca 92131