IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TAYLOR, BEAN & WHITAKER | ) | Case No. 3:09-bk-07047-JAF |
| MORTGAGE CORP., | ) | Case No. 3:09-bk-10022-JAF |
| REO SPECIALISTS, LLC, and | ) | Case No. 3:09-bk-10023-JAF |
| HOME AMERICA MORTGAGE, INC. | ) | |
| | ) | Jointly Administered Under |
| Debtors | ) | Case No. 3:09-bk-07047-JAF |
| | ) | |
| APPLICABLE DEBTOR | ) | |
| | ) | |
| TAYLOR, BEAN & WHITAKER | ) | |
| MORTGAGE CORP. | ) | |
| (Case No. 3:09-bk-07047-JAF) | ) | |

## CERTIFICATE OF SUPPLEMENTAL MAILING

I, Julie Jung, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims, Noticing and Balloting Agent for the Debtor, whose business address is 444 North Nash Street, El Segundo, California 90245.

2. On September 27, 2010, at the direction of the Clerk of the Bankruptcy Court for the Middle District of Florida (Jacksonville), copies of the document referenced below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the mode of service indicated thereon:

| | |
|---|---|
| Docket No. 1969 | ORDER FOR HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING FEE APPLICATIONS [Re: Docket No. 1968] |

///

Exhibit "A"     The Affected Parties Address List regarding Docket No. 1969

DATED: September 28, 2010
El Segundo, California

_____
Julie Jung

State of California      )
                         )
County of Los Angeles    )

      On September 28, 2010 before me, James H. Myers, a Notary Public, personally appeared Julie Jung, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

      I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

      WITNESS my hand and official seal.

_____

```
JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013
```

# EXHIBIT "A"

# T B & W Mortgage

Total number of parties: 3

## Exhibit A - T B & W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 40068 | DREW W GILLILAND LAW CENTER, DREW W GILLILAND, ESQ, 949 E PIONEED RD, BLDG 4, DRAPER, UT, 84020 | US Mail (1st Class) |
| 40068 | KLINEDINST PC, HEATHER LINN ROSING, ESQ, 501 WEST BROADWAY, STE 600, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 40068 | SAMUEL I WHITE, PC, 5040 CORPORATE WOODS DR, STE 120, VA BEACH, VA, 23462 | US Mail (1st Class) |

Subtotal for this group: 3