# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC.,<br><br>Debtors and Debtors in Possession. | Chapter 11<br><br>Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF<br><br>Jointly Administered Under<br>Case No. 3:09-bk-07047-JAF |

## ORDER APPROVING SECOND AMENDED AND RESTATED DISCLOSURE STATEMENT, SCHEDULING CONFIRMATION HEARING, AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTION OF SECOND AMENDED AND RESTATED JOINT PLAN OF LIQUIDATION

The Second Amended and Restated Disclosure Statement having been filed by the Debtors (the "Disclosure Statement") [Docket No. 2144], and it having been determined after hearing on notice that the Disclosure Statement, as amended in open court on November 19, 2010, contains adequate information within the meaning of 11 U.S.C. § 1125, it is ORDERED:

1. The Disclosure Statement is approved.

2. January 12, 2011 at 5:00 p.m Prevailing Eastern Time, is fixed as the last day for filing written acceptances or rejections of the Second Amended and Restated Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors (the "Plan") [Docket No. 2143].

3. Within fourteen (14) days after the entry of this Order, the Plan, the Disclosure Statement, the remainder of the Solicitations Package (as defined in this Court's *Order Approving: (I) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan and Limited Waiver of Local Rule 3018-1; (II) Related Notice and Objection Procedures;*

2228108v1

*(III) Procedures to Determine Holders of Claims in TBW Class 9; and (IV) Waiver of Local Rule 3071(b )* dated November 10, 2010 (the "Solicitations Order") [Docket No. 2137]), and this Order approving the Disclosure Statement shall be distributed as directed in paragraph 14 of the Solicitations Order and counsel for Debtors shall promptly certify such distribution to the Court.[1]

4. A confirmation hearing will be held on January 19, 2011 at 9:30 a.m., in 13th Floor Courtroom 13A, 300 North Hogan Street, Jacksonville, Florida.

5. Any objections to confirmation shall be filed and served by January 12, 2011 at 5:00 p.m. Eastern Prevailing Time and shall be governed by Fed. R. Bank. P. 9014.

**Appropriate Attire.** You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

**Avoid delays at Courthouse security checkpoints.** You are reminded that Local Rule 5073-1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: November 23, 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Local Rule 1007-2 Parties-in-Interest

---

[1] The "Solicitation Date" defined in paragraph 14 of the Solicitations Order is hereby modified to mean fourteen (14) days after entry of this Order.

2228108v1