# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:

**TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC.,**

**Debtors.**

**Chapter 11**

Case No. 3:09-bk-07047-JAF
Case No. 3:09-bk-10022-JAF
Case No. 3:09-bk-10023-JAF

**Jointly Administered Under**
**Case No. 3:09-bk-07047-JAF**

## ORDER APPROVING (I) THIRD AMENDMENT TO SETTLEMENT AGREEMENT BY AND AMONG TAYLOR, BEAN & WHITAKER MORTGAGE CORP., THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF COLONIAL BANK, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) MORTGAGE LOAN ASSIGNMENT AND SERVICING AGREEMENT TO EFFECTUATE THE TRANSFER OF COLB LOANS

This matter came before the Court for hearing on January 19, 2011 upon the *Joint Motion of Debtor and the Federal Deposit Insurance Corporation, as Receiver of Colonial Bank ("FDIC-R"), for Order Authorizing Debtor to (I) Execute Mortgage Loan Assignment and Servicing Agreement to Effectuate the Transfer of COLB Loans and (II) to Amend Settlement Agreement* filed on January 14, 2011 [Doc. No. 2472] (the "Motion"). No objections were filed or otherwise presented in response to the Motion. For the reasons stated in the Motion and presented at the hearing, and based upon the evidence adduced by the Debtor Taylor, Bean & Whitaker Mortgage Corp. ("TBW") through the unopposed proffers of the testimony of Robert Hutchins of Navigant Consulting, Inc. and Lawrence McCrief, Receivership Specialist, Federal Deposit Insurance Corporation, which were admitted without objection, and for the reasons stated on the record, which shall constitute the findings and conclusions of law of the Court, the Court finds that adequate and sufficient notice of the Motion was given, and that the granting of

the Motion and the approval of the Third Amendment to the Settlement Agreement dated as of January 14, 2011 (the "Third Amendment") attached as Exhibit B to the Motion and the Mortgage Loan Assignment and Servicing Agreement dated as of January 14, 2011 (the "MLASA") attached as Exhibit A to the Motion are in the best interests of TBW's bankruptcy estate. Accordingly, it is

ORDERED that:

1.     The Motion is GRANTED.

2.     The Third Amendment Agreement and the MLASA are approved, and TBW is authorized to take all steps necessary to consummate and perform the terms of the Third Amendment and the MLASA, and any other ancillary documents consistent therewith that may be necessary to effect the transactions anticipated therein.

3.     As set forth in the Third Amendment, effective upon entry of this Order the FDIC-R's ownership of 99% participation interests in the COLB Loans (identified on Schedule A to the MLASA) is recognized and transferred to the FDIC-R free and clear of all claims, encumbrances, liens and interests in and to the COLB Loans of any kind or nature.

4.     The Court hereby finds as a matter of fact and concludes as a matter of law that the FDIC-R is a good faith purchaser within the meaning of, and is entitled to the full protections of Section 363(m) of the Bankruptcy Code with respect to its 99% participation interests in the COLB Loans.

5.     As set forth in Section 2.01 of the MLASA, effective upon entry of this Order, all of TBW's right, title and interest in and to the COLB Loans is transferred, assigned, set over and

conveyed to the FDIC-R, subject to TBW's right to receive a portion of the COLB Proceeds[1] as set forth in the Third Amendment and the MLASA.

6.    The COLB Proceeds shall be placed into escrow as provided in Sections 1.2 and 5.3(a) of the Agreement, as amended by the Third Amendment.

DATED: January __24__, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Local Rule 1007-2 Parties-in-Interest List

---

[1] All capitalized terms not defined in this Order shall have the meaning attributed to them in the Third Amendment.