IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TAYLOR, BEAN & WHITAKER ) | Case No. 3:09-bk-07047-JAF |
| MORTGAGE CORP., ) | Case No. 3:09-bk-10022-JAF |
| REO SPECIALISTS, LLC, and ) | Case No. 3:09-bk-10023-JAF |
| HOME AMERICA MORTGAGE, INC. ) | |
| ) | Jointly Administered Under |
| Debtors ) | Case No. 3:09-bk-07047-JAF |
| ) | |

## CERTIFICATE OF MAILING

I, Julie Jung, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims, Noticing and Balloting Agent for the Debtor, whose business address is 444 North Nash Street, El Segundo, California 90245.

2. On January 25, 2011, at the direction of the Clerk of the Bankruptcy Court for the Middle District of Florida (Jacksonville), copies of the document referenced below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon:

Docket No. 2534   ORDER APPROVING (I) THIRD AMENDMENT TO SETTLEMENT AGREEMENT BY AND AMONG TAYLOR, BEAN & WHITAKER MORTGAGE CORP., THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF COLONIAL BANK, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) MORTGAGE LOAN ASSIGNMENT AND SERVICING AGREEMENT TO EFFECTUATE THE TRANSFER OF COLB LOANS
[Re: Docket No. 2472]

Exhibit "A"    Address List regarding Docket No. 2534
- The Creditors' Committee and Local 1007-2 Parties in Interest are referenced in Service Lists 42304 and 42305
- The Debtor and Debtor's Counsel are referenced in Service Lists 42306 and 42307
- The Affected Parties are referenced in Service List 42308

DATED: January 25, 2011
El Segundo, California

*Julie Jung* (signature)

State of California  )
                     )
County of Los Angeles )

On January 25, 2011 before me, James H. Myers, a Notary Public, personally appeared Julie Jung, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*James H. Myers* (signature)

JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# EXHIBIT "A"

# T B & W Mortgage

Total number of parties: 186

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42305 | JOHN A CRAIN, PRO SE, PO BOX 13, MELBOURNE, FL, 32902 | US Mail (1st Class) |
| 42305 | MARY HAMEL-SCHWULST PH D , 242 WOODMAN AVENUE, PASS CHRISTIAN, MS, 39571 | US Mail (1st Class) |
| 42305 | TAMMY GORDON, 2416 CALLE LOMA BONITA, SANTA FE, NM, 87507 | US Mail (1st Class) |
| 42305 | W SCOTT WYNN, PO BOX 447, GROVELAND, FL, 34736 | US Mail (1st Class) |
| 42304 | AKERMAN SENTERFITT, DAVID E OTERO, PETER LARSEN, (RE. GREG HICKS), DAVID OTERO@AKERMAN COM | E-mail |
| 42304 | AKERMAN SENTERFITT, DAVID E OTERO, PETER LARSEN, (RE GREG HICKS), PETER LARSEN@AKERMAN COM | E-mail |
| 42304 | AKERMAN SENTERFITT, WILLIAM HELLER / ADINA POLLAN, (RE. US BANK NA AS TRUSTEE FFMLT 2007-1), ADINA.POLLAN@AKERMAN COM | E-mail |
| 42304 | AKERMAN SENTERFITT, WILLIAM HELLER / ADINA POLLAN, (RE· US BANK NA AS TRUSTEE FFMLT 2007-1), WILLIAM HELLER@AKERMAN COM | E-mail |
| 42305 | ALBERTELLI LAW, ANDREW L FIVECOAT ESQ, (RE. THE BANK OF NEW YORK), 600 N WESTSHORE BLVD, SUITE 400, TAMPA, FL, 33609 | US Mail (1st Class) |
| 42304 | ALSTON & BIRD LLP, JWEITNAUER/JEDWARDS/W MACURDA, (RE· WELLS FARGO BANK NA), KIT WEITNAUER@ALSTON.COM | E-mail |
| 42304 | ALSTON & BIRD LLP, JWEITNAUER/JEDWARDS/W MACURDA, (RE. WELLS FARGO BANK NA), JONATHAN EDWARDS@ALSTON.COM | E-mail |
| 42304 | AMERICAN EXPRESS, ALICE SWEENEY, (RE COMMITTEE MEMBER), ALICE SWEENEY@AEXP.COM | E-mail |
| 42304 | ANGELO & BANTA PA, JAMES W CARPENTER, (RE. RBC BANK (USA)), JWC@ANGELOLAW COM | E-mail |
| 42304 | ASSISTANT TRAVIS COUNTY ATTORNEY, KARON Y WRIGHT, KARON.WRIGHT@CO TRAVIS TX US | E-mail |
| 42304 | BAKER & HOSTETLER LLP, DONALD A WORKMAN ESQ, (RE LENDER PROCESSING SERVICES INC), DWORKMAN@BAKERLAW COM | E-mail |
| 42304 | BAKER DONELSON BEARMAN ET AL, LINDA S FINLEY / KEVIN A STINE ESQ, (RE· CAL-WESTERN RECONVEYANCE CORP), LFINLEY@BAKERDONELSON COM | E-mail |
| 42304 | BAKER DONELSON BEARMAN ET AL, LINDA S FINLEY / KEVIN A STINE ESQ, (RE· CAL-WESTERN RECONVEYANCE CORP), KSTINE@BAKERDONELSON COM | E-mail |
| 42305 | BANKRUPTCY LAW FIRM LANSING J ROY, L ROY, C DEMETROS, K PAYSINGER, (RE. FIVE BROTHERS MORTGAGE SERVICES), PO BOX 10399, JACKSONVILLE, FL, 32247-0399 | US Mail (1st Class) |
| 42304 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE IRON MOUNTAIN), FFM@BOSTONBUSINESSLAW COM | E-mail |
| 42304 | BARTLETT HACKETT FEINBERG PC, JAMES M LISTON, (RE· BRAINTREE HILL OFFICE PARK LLC), JML@BOSTONBUSINESSLAW COM | E-mail |
| 42304 | BAST AMRON LLP, JEFFREY P BAST, (RE· PAUL ALLEN & RAYMOND BOWMAN), JBAST@BASTAMRON COM | E-mail |
| 42304 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE ACE AMERICAN INSURANCE CO), CCLAYTON@BAZLESS COM | E-mail |
| 42304 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE ACE AMERICAN INSURANCE CO), LSPECTOR@BAZLESS.COM | E-mail |
| 42304 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE ACE AMERICAN INSURANCE CO), RFELDMAN@BAZLESS COM | E-mail |
| 42304 | BBVA COMPASS, CHARLES SEBESTA SVP, CHARLES SEBESTA@GUARANTYBANK COM | E-mail |
| 42305 | BEN-EZRA & KATZ PA, ALLISON B DUFFIE, (RE JPMORGAN CHASE BANK NA), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | US Mail (1st Class) |
| 42305 | BEN-EZRA & KATZ PA, LISA EHRENREICH, (RE. US BANK NATIONAL ASSOCIATION), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | US Mail (1st Class) |
| 42305 | BEN-EZRA & KATZ PA, MONICA REYES, (RE SELENE FINANCE LP AS SRVCR FOR TBW), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | US Mail (1st Class) |
| 42304 | BERGER SINGERMAN PA, ARTHUR J SPECTOR ESQ, (RE UNSECURED CREDITORS' COMMITTEE), ASPECTOR@BERGERSINGERMAN COM | E-mail |
| 42304 | BERGER SINGERMAN PA, P SINGERMAN / J GASSENHEIMER, (RE UNSECURED CREDITORS' COMMITTEE), SINGERMAN@BERGERSINGERMAN COM | E-mail |

# Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42304 | BERGER SINGERMAN PA, P SINGERMAN / J GASSENHEIMER, (RE· UNSECURED CREDITORS' COMMITTEE), JGASSENHEIMER@BERGERSINGERMAN.COM | E-mail |
| 42304 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE· DEUTSCHE BANK AG), TODD MARCUS@BINGHAM.COM | E-mail |
| 42304 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE DEUTSCHE BANK AG), ERIN MAUTNER@BINGHAM COM | E-mail |
| 42304 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE· DEUTSCHE BANK AG), ROBERT DOMBROFF@BINGHAM COM | E-mail |
| 42304 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE DEUTSCHE BANK AG), MARK ELLIOTT@BINGHAM COM | E-mail |
| 42304 | BOGIN MUNNS & MUNNS PA, BRIAN J GILLIS, (RE DIRECT MORTGAGE CORPORATION), BGILLIS@BOGINMUNNS COM | E-mail |
| 42304 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE BNP PARIBAS), MSHULMAN@BSFLLP COM | E-mail |
| 42304 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE. BNP PARIBAS), JWILSON@BSFLLP COM | E-mail |
| 42304 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE BNP PARIBAS), RHENRY@BSFLLP COM | E-mail |
| 42304 | BOYD RICHARDS PARKER & COLONNELLI, BARRY WARSCH / JOSEPH RIOPELLE, (RE LAND SETTLEMENT SERVICES INC), BWARSCH@BOYDLAWGROUP.COM | E-mail |
| 42304 | BOYD RICHARDS PARKER & COLONNELLI, BARRY WARSCH / JOSEPH RIOPELLE, (RE LAND SETTLEMENT SERVICES INC), JRIOPELLE@BOYDLAWGROUP.COM | E-mail |
| 42305 | BRADLEY ARANT BOULT CUMMINGS LLP, WILLIAM L NORTON III, (RE: HENLEY HOLDING LLC), 1600 DIVISION ST, STE 700, PO BOX 340025, NASHVILLE, TN, 37203 | US Mail (1st Class) |
| 42304 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE. ADVANCED HOMEBUILDERS INC), RDWILCOX@BMDPL COM | E-mail |
| 42304 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE· 443 BUILDING CORPORATION), RDWILCOX@BMDPL COM | E-mail |
| 42304 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE· CUMBERLAND VALLEY NAT BANK & TRUST), RDWILCOX@BMDPL.COM | E-mail |
| 42304 | BROWN RUDNICK LLP, WILLIAM R BALDIGA ESQ, (RE CENTURION ASSET PARTNERS INC), WBALDIGA@BROWNRUDNICK COM | E-mail |
| 42304 | CAVITCH FAMILO & DURKIN CO LPA, DANIEL C WOLTERS, (RE. INTEGRITY FIELD SERVICES INC), DWOLTERS@CAVITCH COM | E-mail |
| 42304 | CITY OF FORT WORTH, CHRISTOPHER B MOSLEY, CHRIS MOSLEY@FORTWORTHGOV ORG | E-mail |
| 42304 | COCHISE COUNTY ATTORNEYS OFFICE, TERRY BANNON, TBANNON@COCHISE.AZ GOV | E-mail |
| 42304 | DLA PIPER LLP (US), JEREMY JOHNSON, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), JEREMY JOHNSON@DLAPIPER COM | E-mail |
| 42304 | DLA PIPER LLP (US), LONNIE L SIMPSON, (RE. FDIC AS RECEIVER FOR COLONIAL BANK), LONNIE SIMPSON@DLAPIPER.COM | E-mail |
| 42304 | DLA PIPER LLP (US), RONALD HOLLIDAY, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), RONALD HOLLIDAY@DLAPIPER COM | E-mail |
| 42304 | DLA PIPER LLP (US), THOMAS CALIFANO, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), THOMAS CALIFANO@DLAPIPER COM | E-mail |
| 42304 | DUNCAN & ASSOCIATES PA, GORDON R DUNCAN ESQ, (RE DAVID ISLEY), INFO@DUNCANASSOCIATESFL COM | E-mail |
| 42305 | EPSTEN GRINNELL & HOWELL APC, DEBORA M ZUMWALT, (RE RANCHO VILLAS COMMUNITY ASSOCIATION), 9980 CARROLL CANYON ROAD, 2ND FLOOR, SAN DIEGO, CA, 92131 | US Mail (1st Class) |
| 42305 | FIRST AMERICAN CAPITAL V LLC, JON KRIGSMAN, 7286 SIENA WAY, BOULDER, CO, 80301 | US Mail (1st Class) |
| 42304 | FIRST AMERICAN REAL ESTATE TAX SVC, CRAIG ZINDA, (RE COMMITTEE MEMBER), CZINDA@FIRSTAM COM | E-mail |
| 42304 | FLORIDA DEFAULT LAW GROUP PL, CINDY L RUNYAN, (RE. WELLS FARGO BANK NA), BKATT@DEFAULTLAWFL COM | E-mail |
| 42305 | FLORIDA DEFAULT LAW GROUP, JOHN C BROCK JR, (RE. WELLS FARGO BANK NA), PO BOX 25018, TAMPA, FL, 33622-5018 | US Mail (1st Class) |
| 42305 | FLORIDA FORECLOSURE ATTORNEYS PLLC, LAURA L WALKER, (RE JAMES B NUTTER & COMPANY), 601 CLEVELAND STREET, SUITE 690, CLEARWATER, FL, 33755 | US Mail (1st Class) |
| 42305 | FOLEY & LARDNER LLP, JAMES S GRODIN ESQ, (RE SEASIDE NATIONAL BANK & TRUST), 111 NORTH ORANGE AVE, SUITE 1800, ORLANDO, FL, 32801 | US Mail (1st Class) |

# Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42304 | FOWLER WHITE BOGGS PA, DONALD R KIRK, DAVID W BARRETT, (RE· MICHAEL C CABASSOL), DAVID BARRETT@FOWLERWHITE.COM | E-mail |
| 42304 | FOWLER WHITE BOGGS PA, DONALD R KIRK, DAVID W BARRETT, (RE MICHAEL C CABASSOL), DKIRK@FOWLERWHITE COM | E-mail |
| 42304 | FOX ROTHSCHILD LLP, JOSEPH R ZAPATA JR ESQ, (RE· NATIONAL ALLIANCE CAPITAL MARKETS), JZAPATA@FOXROTHSCHILD.COM | E-mail |
| 42304 | FULBRIGHT & JAWORSKI LLP, M PARKER / S PEIRCE, (RE NL VENTURES VII MAGNOLIA LLC), SPEIRCE@FULBRIGHT COM | E-mail |
| 42304 | FULBRIGHT & JAWORSKI LLP, M PARKER / S PEIRCE, (RE. NL VENTURES VII MAGNOLIA LLC), MPARKER@FULBRIGHT COM | E-mail |
| 42305 | GENERAL ELECTRIC CAPITAL CORP, JOHN S SCHOENE ESQ, 100 E SYBELIA AVE , #205, MAITLAND, FL, 32751 | US Mail (1st Class) |
| 42304 | GIBBONS NEUMAN BELLO ET AL, PATTI W HALLORAN ESQ, (RE· BANK OF THE OZARKS), PHALLORAN@GIBBLAW.COM | E-mail |
| 42305 | GLAZER & ASSOCIATES PA, MAY HUSTEY, (RE· SIAN OCEAN RES CONDO ASSOC INC), CORPORATE PLACE, 3113 STIRLING RD, STE 201, HOLLYWOOD, FL, 33312 | US Mail (1st Class) |
| 42304 | GREENBERG TRAURIG PA, ROBERT A SORIANO, (RE· SOVEREIGN BANK), SORIANOR@GTLAW COM | E-mail |
| 42304 | GREENFIELD & COOMB0ER PA, LAWRENCE M WEISBERG, (RE GMAC MORTGAGE LLC), BANKRUPTCY@LMWLEGAL COM | E-mail |
| 42304 | GUNSTER YOAKLEY & STEWART PA, GREGOR J SCHWINGHAMMER JR ESQ, (RE DEUTSCHE BANK AG), GSCHWINGHAMMER@GUNSTER COM | E-mail |
| 42304 | GUNSTER YOAKLEY & STEWART PA, MARSHA A MCCOY ESQ, (RE DEUTSCHE BANK AG), MMCCOY@GUNSTER COM | E-mail |
| 42304 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE MASSACHUSETTS PROP INS UNDERWRITING), KHISRAEL@HILAWFIRM COM | E-mail |
| 42304 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE RHODE ISLAND JOINT REINSURANCE ASSC), KHISRAEL@HILAWFIRM COM | E-mail |
| 42304 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE· LEE FARKAS), KHISRAEL@HILAWFIRM COM | E-mail |
| 42304 | HINDMANSANCHEZ PC, LOURA K SANCHEZ, (RE· GRANT RANCH MASTER COMM ASSOC INC), LSANCHEZ@HINDMANSANCHEZ COM | E-mail |
| 42304 | HOLLAND & KNIGHT LLP, ALAN M WEISS, (RE· BNP PARIBAS), ALAN WEISS@HKLAW.COM | E-mail |
| 42304 | HUNTON & WILLIAMS LLP, ANDREW ZARON, (RE· BANK OF AMERICA), AZARON@HUNTON.COM | E-mail |
| 42304 | ICBA MORTGAGE INC, RON HAYNIE, (RE· COMMITTEE MEMBER), RON.HAYNIE@ICBA.ORG | E-mail |
| 42305 | IKON FINANCIAL SERVICES, MAIE GRINER, BANKRUPTCY ADMINISTRATION, PO BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 42305 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 42305 | INTERNAL REVENUE SERVICE, SPEC PROC BR MC 5720 P&I I, 400 W BAY ST, STE 35045, BKCY SECT, JACKSONVILLE, FL, 32202-4437 | US Mail (1st Class) |
| 42304 | JOHNSON LAW FIRM PA, EUGENE H JOHNSON ESQ, (RE WALL STREET FINANCIAL CORPORATION), EHJ@JOHNSONLAWPA COM | E-mail |
| 42305 | JOHNSON POPE BOKER LLP ET AL, ANGELINA E LIM ESQ, (RE NATIONWIDE TITLE CLEARING), PO BOX 1368, CLEARWATER, FL, 33757 | US Mail (1st Class) |
| 42305 | JONES DAY, LISA LAUKITIS, (RE· MBIA INSURANCE CORPORATION), 222 EAST 41ST STREET, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 42304 | JONES WALKER WAECHTER ET AL, R PATRICK VANCE, (RE. MOUNTAIN VIEW CAPITAL HOLDINGS LLC), PVANCE@JONESWALKER COM | E-mail |
| 42304 | JOSEPH & MAREES PA, YEKATERINA KATE MESIC ESQ, (RE AK CONTRACTING GEN CONTRACTR PM LLC), KMESIC@JOSEPHANDMAREES COM | E-mail |
| 42304 | JOSEPH & MAREES PA, YEKATERINA KATE MESIC ESQ, (RE GREAT ATLANTIC REALTY INC), KMESIC@JOSEPHANDMAREES COM | E-mail |
| 42304 | JOSEPH DAYTON FOLEY JR PA, JOSEPH DAYTON FOLEY JR ESQ, (RE. URBAN TRUST BANK HOLDINGS INC), JFOLEY@JOSEPHFOLEYLAW COM | E-mail |
| 42305 | JUMBOLAIR INC, JEREMY THAYER, 1201 NE 77TH ST, OCALA, FL, 34479 | US Mail (1st Class) |
| 42305 | K&L GATES LLP, JEFFREY N RICH ESQ, (RE. NATIXIS REAL ESTATE CAPITAL INC), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022-6030 | US Mail (1st Class) |
| 42305 | KAHANE & ASSOCIATES PA, ANILA RASUL / JASON WEBER, (RE AMERICAN HOME MORTGAGE SVC INC), 8201 PETERS ROAD, SUITE 3000, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 42304 | KASS SHULER SOLOFMON ET AL, LARRY M FOYLE ESQ, (RE REPUBLIC BANK), LFOYLE@KASSLAW COM | E-mail |

# Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42305 | KELLEY & FULTON PA, CRAIG I KELLEY ESQ, (RE WACHOVIA BANK NA), 1665 PALM BEACH LAKES BLVD, THE FORUM - STE 1000, WEST PALM BEACH, FL, 33401 | US Mail (1st Class) |
| 42304 | KEN BURTON JR MANATEE COUNTY, SUSAN D PROFANT, SUSANP@TAXCOLLECTOR COM | E-mail |
| 42304 | LAFLEUR LAW FIRM, NINA M LAFLEUR, (RE. NEASHAM INVESTMENTS LLC), NINA@LAFLEURLAW COM | E-mail |
| 42304 | LATHAM SHUKER EDEN & BEAUDINE LLP, R SCOTT SHUKER ESQ, (RE SELENE RMOF REO ACQUISITION II LLC), RSHUKER@LSEBLAW COM | E-mail |
| 42304 | LATHAM SHUKER EDEN & BEAUDINE LLP, R SCOTT SHUKER ESQ, (RE. SELENE RESIDENTIAL MORTGAGE), RSHUKER@LSEBLAW COM | E-mail |
| 42304 | LAW OFFICE OF DONALD E HOOD PLLC, DONALD E HOOD, DON.HOOD@DEHLAW COM | E-mail |
| 42304 | LAW OFFICE OF LESLIE LOCKARD PC, LESLIE LOCKARD, (RE KIMBERLY KELLY), LLOCKARD@LESLIELOCKARD.COM | E-mail |
| 42305 | LAW OFFICE OF MARSHALL C WATSON PA, SCOTT WEISS ESQ, (RE ONEWEST BANK FSB), 1800 NW 49TH STREET, SUITE 120, FORT LAUDERDALE, FL, 33309 | US Mail (1st Class) |
| 42304 | LAW OFFICE OF MARSHALL C WATSON PA, SCOTT WEISS ESQ, (RE WELLS FARGO BANK NA), SCOTT WEISS@MARSHALLWATSON COM | E-mail |
| 42305 | LAW OFFICE OF SHMUEL KLEIN PC, SHMUEL KLEIN, (RE. DAVID & NICOLE KOBRYN), 113 CEDARHILL AVE, MAHWAH, NJ, 07430 | US Mail (1st Class) |
| 42304 | LAW OFFICES OF MARSHALL C WATSON PA, SCOTT R WEISS ESQ, (RE. LITTON LOAN SERVICING LP), SCOTT.WEISS@MARSHALLWATSON COM | E-mail |
| 42304 | LAW OFFICES OF MARSHALL C WATSON, SCOTT WEISS ESQ, (RE. AMERICAS SERVICING COMPANY), SCOTT.WEISS@MARSHALLWATSON COM | E-mail |
| 42304 | LENDER PROCESSING SVCS INC ET AL, SHERYL NEWMAN ESQ, (RE: COMMITTEE MEMBER), SHERYL NEWMAN@LPSVCS COM | E-mail |
| 42304 | LINEBARGER GOGGAN BLAIR & SAMPSON, DIANE W SANDERS, (RE CITY OF SAN MARCOS & CISD (HAYS)), AUSTIN BANKRUPTCY@PUBLICANS.COM | E-mail |
| 42304 | LINEBARGER GOGGAN BLAIR & SAMPSON, JOHN P DILLMAN, (RE: STATE OF TEXAS TAXING AUTHORITIES), HOUSTON_BANKRUPTCY@PUBLICANS COM | E-mail |
| 42305 | LOTTNER RUBIN FISHMAN ET AL, RICHARD BROWN / ADAM WIEN, (RE: UPSTREET DEVELOPMENTS LLC), 633 SEVENTEENTH ST, SUITE 2700, DENVER, CO, 80202-3635 | US Mail (1st Class) |
| 42304 | LOWNDES DROSDICK DOSTER KANTOR REED, JASON WARD JOHNSON, (RE FREDDIE MAC), JASON JOHNSON@LOWNDES-LAW COM | E-mail |
| 42308 | LPP MORTGAGE LTD & LNV CORPORATION, C/O MICHAEL P BRUNDAGE, MBRUNDAGE@HWHLAW.COM | E-mail |
| 42304 | MACEY WILENSKY ET AL, HAL J LEITMAN, (RE JAMAL LEWIS), HLEITMAN@MACEYWILENSKY COM | E-mail |
| 42305 | MACFARLANE FERGUSON & MCMULLEN, PATRICK T LENNON ESQ, (RE USAMERIBANK), PO BOX 1531, TAMPA, FL, 33601 | US Mail (1st Class) |
| 42304 | MAKOWER ABBATE & ASSOC PLLC, STEPHEN M GUERRA, (RE. JEFFERSON VILLAGE I CONDO ASSOC), SGUERRA@MAKOWERABBATE COM | E-mail |
| 42304 | MANGUM & ASSOCIATES, P A , KEVIN E. MANGUM, ESQ, (RE. JOSE MALDONADO), KEVIN@MANGUM-LAW.COM | E-mail |
| 42305 | MARINOSCI LAW GROUP, PA, BART T HEFFERNAN, ESQ, (RE: AMERICAN HOME MORTGAGE SVCNG INC), 100 WEST CYPRESS CREEK ROAD, STE 1045, FT LAUDERDALE, FL, 33309 | US Mail (1st Class) |
| 42304 | MARKS GRAY PA, NICHOLAS V PULIGNANO JR, (RE CENTURION ASSET PARTNERS INC), NVP@MARKSGRAY COM | E-mail |
| 42304 | MARSHALL C WATSON PA, CONNIE DELISSER ESQ, (RE EMC MORTGAGE CORPORATION), CONNIE DELISSER@MARSHALLWATSON COM | E-mail |
| 42305 | MCCALLA RAYMER LLC, A MICHELLE HART ESQ, (RE LITTON LOAN SERVICING), 1544 OLD ALABAMA ROAD, ROSWELL, GA, 30076-2102 | US Mail (1st Class) |
| 42305 | MCCALLA RAYMER LLC, MICHELLE HART ESQ, (RE WELLS FARGO BANK NA), 1544 OLD ALABAMA ROAD, ROSWELL, GA, 30076-2102 | US Mail (1st Class) |
| 42304 | MCCREARY VESELKA BRAGG & ALLEN PC, MICHAEL REED, (RE BOWIE CAD ET AL), MREED@MVBALAW COM | E-mail |
| 42304 | MISSOURI DEPT OF REVENUE, RICHARD M MASELES, MDFL@DOR MO.GOV | E-mail |
| 42304 | MUNGER TOLLES & OLSON LLP, R ST JOHN / M DWORSKY / G WEINGART, (RE BANK OF AMERICA NA), MARC DWORSKY@MTO COM | E-mail |
| 42304 | MUNGER TOLLES & OLSON LLP, R ST JOHN / M DWORSKY / G WEINGART, (RE BANK OF AMERICA NA), GREGORY WEINGART@MTO.COM | E-mail |
| 42304 | MUNGER TOLLES & OLSON LLP, R ST JOHN / M DWORSKY / G WEINGART, (RE BANK OF AMERICA NA), STJOHNR@MTO COM | E-mail |

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42304 | MUNGER TOLLES & OLSON LLP, T ROSEN / D KAUFMAN, (RE BANK OF AMERICA NA), TODD ROSEN@MTO COM | E-mail |
| 42304 | MUNGER TOLLES & OLSON LLP, T ROSEN / D KAUFMAN, (RE. BANK OF AMERICA NA), DEREK KAUFMAN@MTO.COM | E-mail |
| 42305 | NATIXIS NORTH AMERICA, S ALDRICH / J FALCONE III, 9 WEST 57TH STREET, 36TH FLOOR, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 42305 | OFFICE OF THE US ATTORNEY, ATTENTION CIVIL PROCESS CLERK, 400 N TAMPA ST, STE 3200, TAMPA, FL, 33602 | US Mail (1st Class) |
| 42305 | OFFICE OF THE US ATTORNEY, ATTENTION CIVIL PROCESS CLERK, 300 N HOGAN ST, STE 700, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42304 | OFFICE OF THE US TRUSTEE, ELENA L ESCAMILLA, (RE: DONALD F WALTON US TRUSTEE RG 21), ELENA L ESCAMILLA@USDOJ GOV | E-mail |
| 42304 | OHIO DEPT OF TAXATION, ROBERT L DOTY, ROBERT DOTY@OHIOATTORNEYGENERAL GOV | E-mail |
| 42305 | PERDUE BRANDON FIELDER ET AL, OWEN M SONIK, (RE SPRING BRANCH ISD), 1235 NORTH LOOP WEST, SUITE 600, HOUSTON, TX, 77008 | US Mail (1st Class) |
| 42305 | PINELLAS COUNTY FLORIDA, DIANE NELSON CFC, TAX COLLECTOR, PO BOX 10834, CLEARWATER, FL, 33757-8834 | US Mail (1st Class) |
| 42304 | PROSKAUER ROSE LLP, GARY CREEM ESQ, (RE· PLAINFIELD SPECIALTY HOLDINGS V INC), GCREEM@PROSKAUER.COM | E-mail |
| 42304 | PROSKAUER ROSE LLP, SCOTT K RUTSKY ESQ, (RE· PLAINFIELD SPECIALTY HOLDINGS V INC), SRUTSKY@PROSKAUER COM | E-mail |
| 42304 | RIDDELL WILLIAMS PS, MARIA A MILANO, (RE MICROSOFT), MMILANO@RIDDELLWILLIAMS.COM | E-mail |
| 42305 | RIDDLE & WILLIAMS PC, LANCE E WILLIAMS, (RE: FAIRVIEW VLG HOMEOWNERS ASSOC INC), 3710 RAWLINS STREET, SUITE 1400, REGENCY PLAZA, DALLAS, TX, 75219-4217 | US Mail (1st Class) |
| 42305 | ROETZEL & ANDRESS LPA, ASHLEY D LUPO, BRANDEN J MONTIERTH, (RE· VERANDAH COMMUNITY ASSOC INC), 850 PARK SHORE DRIVE, THIRD FL, TRIANON CENTRE, STE 300, NAPLES, FL, 34103 | US Mail (1st Class) |
| 42304 | ROGERS TOWERS PA, BETSY C COX, (RE. MBIA INSURANCE CORPORATION), BCOX@RTLAW.COM | E-mail |
| 42304 | ROGERS TOWERS PA, J ELLSWORTH SUMMERS JR, (RE: CODA ROBERSON), JES@RTLAW COM | E-mail |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE FIRST INTERNATIONAL BANK & TRUST), 118 W ADAMS ST, #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE JODY MCKNIGHT & LACY MCKNIGHT), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE FIRST AMERICAN TITLE INS CO), 118 W ADAMS ST, #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE. CRAIG CROWELL & LYNDSI CROWELL), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE FIRST FINANCIAL BANK NA), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE MOUNTAIN VIEW CONDO ASSOC OF VERNON), 118 W ADAMS ST, #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42305 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE BRODIE CALDER & LAURA CALDER), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42304 | SCOTT H MARCUS & ASSOCIATES, SCOTT H MARCUS ESQ, (RE CANON FINANCIAL SERVICES INC), SMARCUS@MARCUSLAW NET | E-mail |
| 42308 | SEDGWICK DETERT MORAN & ARNOLD LLP, VALERIE SHEA, VALERIE SHEA@SDMA COM | E-mail |
| 42304 | SHAPIRO & FISHMAN LLP, KEVIN L HING, (RE· US BANK NA, BANK OF NY MELLON CORP), KHING@LOGS COM | E-mail |
| 42304 | SHAPIRO & FISHMAN LLP, STEVEN G POWROZEK, (RE MERRILL LYNCH CREDIT CORP), SPOWROZEK@LOGS COM | E-mail |
| 42304 | SHAPIRO & FISHMAN LLP, STEVEN G POWROZEK, (RE. JPMORGAN CHASE BANK NA), SPOWROZEK@LOGS COM | E-mail |
| 42304 | SIRLIN GALLOGLY & LESSER PC, DANA S PLON ESQ, (RE G&I VI 655/755 BUSINESS CTR FE LLC), DPLON@SIRLINLAW COM | E-mail |
| 42304 | SLOTT BARKER & NUSSBAUM, HOLLYN FOSTER / EARL BARKER JR, (RE COMPU-LINK CORP DBA CELINK), EMBARKER@SBNJAX COM | E-mail |
| 42304 | SMITH HULSEY & BUSEY, JAMES H POST ESQ, (RE WELLS FARGO BANK NA), JPOST@SMITHHULSEY.COM | E-mail |
| 42304 | STATE OF MICLHIGAN DEPT OF TREASURY, BILL SCHUETTE / SUANN COCHRAN, COCHRANS@MICHIGAN GOV | E-mail |

T B & W Mortgage

*page 8 of 9*

# Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42304 | STEARNS WEAVER ET AL, ANDREW D MCNAMEE ESQ, (RE PREMIER LLC), AMCNAMEE@STEARNSWEAVER COM | E-mail |
| 42304 | STEARNS WEAVER ET AL, PATRICIA A REDMOND ESQ, (RE· BENJAFMIN L HENSCHEL PA), PREDMOND@STEARNSWEAVER.COM | E-mail |
| 42306 | STICHTER, RIEDEL, BLAIN & PROSSER, P A , RBLAIN@SRBP COM | E-mail |
| 42306 | STICHTER, RIEDEL, BLAIN & PROSSER, P.A., EPETERSON@SRBP.COM | E-mail |
| 42307 | STICHTER, RIEDEL, BLAIN & PROSSER, PA, RICHARD C PROSSER, ESQ, 110 EAST MADISON ST, STE 200, TAMPA, FL, 33602 | US Mail (1st Class) |
| 42305 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE: OASIS AT PEARL LAKE CONDO ASSOC INC), 150 N WESTMONTE DR, ALTAMONTE SPRINGS, FL, 32714-3342 | US Mail (1st Class) |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE THE GREEN HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE WINDSOR HILLS MASTER COMM ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE ENCLAVE AT WINDSOR HILLS HOMEOWNERS), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE BELLA TOSCANA HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS.COM | E-mail |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE ALAFAYA WOODS HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42304 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE. PINES OF WEKIVA HOMEOWNER ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42307 | TAYLOR BEAN & WHITAKER MORTGAGE CORP, ATTN.ACCOUNTS PAYABLE, 4901 VINELAND RD STE 120, ORLANDO, FL, 32811 | US Mail (1st Class) |
| 42305 | TENNESSEE DEPT OF FINANCIAL INST, TN ATTORNEY GENERAL, BANKRUPTCY DIVISION, PO BOX 20207, NASHVILLE, TN, 37202-0207 | US Mail (1st Class) |
| 42304 | TESSITORE LAW FIRM, MICHAEL A TESSITORE, (RE BANK OF AMERICA NA), MTESSITORE@TESS-LAW COM | E-mail |
| 42304 | THE BARTHET FIRM, DANIEL MORMAN ESQ, (RE GREATAMERICAN LEASING COMPANY), DMORMAN@BARTHET COM | E-mail |
| 42305 | TRENAM KEMKER SCHARF ET AL, WILLIAM KNIGHT ZEWADSKI, (RE STEWART TITLE GUARANTY COMPANY), 2700 BANK OF AMERICA PLAZA, PO BOX 1102, TAMPA, FL, 33601-1102 | US Mail (1st Class) |
| 42305 | TROTT & TROTT PC, MARCY J FORD, 31440 NORTHWESTERN HIGHWAY, SUITE 200, FARMINGTON HILLS, MI, 48334-2525 | US Mail (1st Class) |
| 42304 | TROUTMAN SANDERS LLP, J DAVID DANTZLER JR, (RE SPECIAL COUNSEL TO DEBTOR), DAVID DANTZLER@TROUTMANSANDERS.COM | E-mail |
| 42304 | TROUTMAN SANDERS LLP, JEFFREY W KELLEY ESQ, (RE· SPECIAL COUNSEL TO DEBTOR), JEFFREY KELLEY@TROUTMANSANDERS COM | E-mail |
| 42304 | TROW & PERRY, RICHARD A PERRY, (RE· RN INC DBA PIP PRINTING & MKTING), RICHARDPERRY@RICHARD-A-PERRY COM | E-mail |
| 42304 | US DEPT OF JUSTICE, GLEN D GILLETT / ALICIA M HUNT, (RE HUD & GNMA), GLENN.GILLETT@USDOJ.GOV | E-mail |
| 42304 | US DEPT OF JUSTICE, GLEN D GILLETT / ALICIA M HUNT, (RE· HUD & GNMA), ALICIA M HUNT@USDOJ GOV | E-mail |
| 42304 | US DOJ - CIVIL DIVISION, REBECCA FORD, TRIAL ATTY, (RE. UNITED STATES OF AMERICA), REBECCA FORD@USDOJ GOV | E-mail |
| 42305 | US SECURITIES & EXCHANGE COMMISSION, BRANCH OF REORGANIZATION, ATLANTA REGIONAL OFFICE, 3475 LENOX ROAD, N E. STE 1000, ATLANTA, GA, 30326-1323 | US Mail (1st Class) |
| 42305 | WEISS SEROTA HELFMAN ET AL, DOUGLAS R GONZALES ESQ, (RE CITY OF MIRAMAR), 200 E BROWARD BLVD, SUITE 1900, FORT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 42304 | WHITE & CASE LLP, MATTHEW C BROWN ESQ, (RE· ASSURED GUARANTY CORP), MBROWN@WHITECASE COM | E-mail |
| 42304 | WRIGHT LINDSEY & JENNINGS LLP, JUDY SIMMONS HENRY, (RE STEPHENS INC), JHENRY@WLJ COM | E-mail |

**Subtotal for this group: 186**

T B & W Mortgage

*page 9 of 9*