United States Bankruptcy Court
For the Middle District Of Florida

| TAYLOR BEAN & WHITAKER MORTGAGE CORP | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-07047 |
| Debtor | } Amount $3,579.88 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**BRAND MORTGAGE GROUP**
**1255 LAKES PKWY, STE 201**
**LAWRENCEVILLE, GA 30043**

The transfer of your claim as shown above in the amount of **$3,579.88** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By/s/Michael Handler
      Liquidity Solutions Inc
      (201) 968-0001

497818

## TRANSFER NOTICE

Brand Mortgage Group ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Taylor, Bean & Whitaker Mortgage Corp., et al., (the "Debtor"), in the aggregate amount of $3,579.88 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Middle District of Florida Jacksonville Division, administered as Case No. 09-07047.

IN WITNESS WHEREOF, Assignor has signed below as of the 22 day of Feb, 2011.

Brand Mortgage Group                    Liquidity Solutions, Inc.

_____             _____
(Signature)                             (Signature)

_____             ___Michael Handler_____
(Print Name)                            (Print Name)