## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )        Chapter 11
                                          )
TAYLOR, BEAN & WHITAKER                   )        Case No. 3:09-bk-07047-JAF
MORTGAGE CORP.,                           )        Case No. 3:09-bk-10022-JAF
REO SPECIALISTS, LLC, and                 )        Case No. 3:09-bk-10023-JAF
HOME AMERICA MORTGAGE, INC.               )
                                          )        Jointly Administered Under
            Debtors.                      )        Case No. 3:09-bk-07047-JAF
                                          )

## <u>CERTIFICATE OF MAILING</u>

I, Alex Cedeño, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims, Noticing and Balloting Agent for the Debtor, whose business address is 444 North Nash Street, El Segundo, California 90245.

2.      On March 2, 2011, at the direction of Stichter, Riedel, Blain & Prosser, P.A., attorneys for the Debtor, copies of the document identified below by docket number were served on the parties as set forth below in Exhibit "A" at the addresses shown thereon and via the modes of service indicated thereon:

|  |  |
|---|---|
| Docket No. 2747 | DEBTORS' MOTION TO FURTHER ADJOURN, CONTINUE, AND RESCHEDULE HEARING ON CONFIRMATION AND RELATED MATTERS<br>/// |

Exhibit "A"     Address List regarding Docket No. 2747
- The Local 1007-2 Parties in Interest are referenced in Service Lists 42916 and 42917
- The Affected Parties are referenced in Service List 42953

DATED: March _3_ , 2011
El Segundo, California

_Alex Cedeño_ (signature)

Alex Cedeño

State of California          )
                             )
County of Los Angeles        )

On March 3, 2011 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_James H. Myers_ (signature)

JAMES H. MYERS
Commission # 1855175
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2013

# EXHIBIT A

# T B & W Mortgage

Total number of parties: 185

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 42917 | JOHN A CRAIN, PRO SE, PO BOX 13, MELBOURNE, FL, 32902 | **US Mail (1st Class)** |
| 42917 | MARY HAMEL-SCHWULST PH.D., 242 WOODMAN AVENUE, PASS CHRISTIAN, MS, 39571 | **US Mail (1st Class)** |
| 42917 | SANDY S SMITH, (RE: CREDITOR/DEFENDANT), 1427 WILD HORSE LN, STEPHENVILLE, TX, 76401 | **US Mail (1st Class)** |
| 42917 | TAMMY GORDON, 2416 CALLE LOMA BONITA, SANTA FE, NM, 87507 | **US Mail (1st Class)** |
| 42917 | W SCOTT WYNN, PO BOX 447, GROVELAND, FL, 34736 | **US Mail (1st Class)** |
| 42916 | AKERMAN SENTERFITT, DAVID E OTERO, PETER LARSEN, (RE: GREG HICKS), DAVID OTERO@AKERMAN.COM | **E-mail** |
| 42916 | AKERMAN SENTERFITT, DAVID E OTERO, PETER LARSEN, (RE: GREG HICKS), PETER LARSEN@AKERMAN.COM | **E-mail** |
| 42917 | AKERMAN SENTERFITT, WILLIAM HELLER, (RE: US BANK NA AS TRUSTEE FFMLT 2007-1), WILLIAM.HELLER@AKERMAN.COM | **E-mail** |
| 42917 | ALBERTELLI LAW, ANDREW L FIVECOAT ESQ, (RE· THE BANK OF NEW YORK), 600 N WESTSHORE BLVD, SUITE 400, TAMPA, FL, 33609 | **US Mail (1st Class)** |
| 42916 | ALSTON & BIRD LLP, JWEITNAUER/JEDWARDS/W MACURDA, (RE WELLS FARGO BANK NA), KIT.WEITNAUER@ALSTON.COM | **E-mail** |
| 42916 | ALSTON & BIRD LLP, JWEITNAUER/JEDWARDS/W MACURDA, (RE. WELLS FARGO BANK NA), JONATHAN.EDWARDS@ALSTON.COM | **E-mail** |
| 42916 | AMERICAN EXPRESS, ALICE SWEENEY, (RE: COMMITTEE MEMBER), ALICE.SWEENEY@AEXP.COM | **E-mail** |
| 42917 | AMERICAN HOME MORTGAGE SERVICING, 1525 S BELTLINE RD, STE 100 N, COPPELL, TX, 75019 | **US Mail (1st Class)** |
| 42916 | ANGELO & BANTA PA, JAMES W CARPENTER, (RE RBC BANK (USA)), JWC@ANGELOLAW.COM | **E-mail** |
| 42916 | ASSISTANT TRAVIS COUNTY ATTORNEY, KARON Y WRIGHT, KARON WRIGHT@CO.TRAVIS TX.US | **E-mail** |
| 42916 | BAKER & HOSTETLER LLP, DONALD A WORKMAN ESQ, (RE· LENDER PROCESSING SERVICES INC), DWORKMAN@BAKERLAW.COM | **E-mail** |
| 42916 | BAKER DONELSON BEARMAN ET AL, LINDA S FINLEY / KEVIN A STINE ESQ, (RE: CAL-WESTERN RECONVEYANCE CORP), LFINLEY@BAKERDONELSON.COM | **E-mail** |
| 42916 | BAKER DONELSON BEARMAN ET AL, LINDA S FINLEY / KEVIN A STINE ESQ, (RE: CAL-WESTERN RECONVEYANCE CORP), KSTINE@BAKERDONELSON.COM | **E-mail** |
| 42917 | BANKRUPTCY LAW FIRM LANSING J ROY, L ROY, C DEMETROS, K PAYSINGER, (RE: FIVE BROTHERS MORTGAGE SERVICES), 1710 SHADOWOOD LANE, SUITE 210, JACKSONVILLE, FL, 32207-2184 | **US Mail (1st Class)** |
| 42916 | BARTLETT HACKETT FEINBERG PC, FRANK F MCGINN, (RE: IRON MOUNTAIN), FFM@BOSTONBUSINESSLAW COM | **E-mail** |
| 42916 | BARTLETT HACKETT FEINBERG PC, JAMES M LISTON, (RE: BRAINTREE HILL OFFICE PARK LLC), JML@BOSTONBUSINESSLAW COM | **E-mail** |
| 42916 | BAST AMRON LLP, JEFFREY P BAST, (RE· PAUL ALLEN & RAYMOND BOWMAN), JBAST@BASTAMRON COM | **E-mail** |
| 42916 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE: ACE AMERICAN INSURANCE CO), CCLAYTON@BAZLESS COM | **E-mail** |
| 42916 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE· ACE AMERICAN INSURANCE CO), LSPECTOR@BAZLESS.COM | **E-mail** |
| 42916 | BAZELON LESS & FELDMAN PC, AR FELDMAN/E CLAYTFON/L SPECTOR, (RE: ACE AMERICAN INSURANCE CO), RFELDMAN@BAZLESS COM | **E-mail** |
| 42916 | BBVA COMPASS, CHARLES SEBESTA SVP, CHARLES.SEBESTA@GUARANTYBANK.COM | **E-mail** |
| 42917 | BEN-EZRA & KATZ PA, ALLISON B DUFFIE, (RE: JPMORGAN CHASE BANK NA), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | **US Mail (1st Class)** |
| 42917 | BEN-EZRA & KATZ PA, LISA EHRENREICH, (RE: US BANK NATIONAL ASSOCIATION), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | **US Mail (1st Class)** |
| 42917 | BEN-EZRA & KATZ PA, MONICA REYES, (RE· SELENE FINANCE LP AS SRVCR FOR TBW), 2901 STIRLING ROAD, SUITE 300, FORT LAUDERDALE, FL, 33312 | **US Mail (1st Class)** |
| 42916 | BERGER SINGERMAN PA, ARTHUR J SPECTOR ESQ, (RE: UNSECURED CREDITORS' COMMITTEE), ASPECTOR@BERGERSINGERMAN.COM | **E-mail** |
| 42916 | BERGER SINGERMAN PA, P SINGERMAN / J GASSENHEIMER, (RE· UNSECURED CREDITORS' COMMITTEE), SINGERMAN@BERGERSINGERMAN.COM | **E-mail** |

# Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42916 | BERGER SINGERMAN PA, P SINGERMAN / J GASSENHEIMER, (RE: UNSECURED CREDITORS' COMMITTEE), JGASSENHEIMER@BERGERSINGERMAN.COM | E-mail |
| 42916 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE DEUTSCHE BANK AG), ROBERT DOMBROFF@BINGHAM.COM | E-mail |
| 42916 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE: DEUTSCHE BANK AG), MARK ELLIOTT@BINGHAM.COM | E-mail |
| 42916 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE: DEUTSCHE BANK AG), TODD MARCUS@BINGHAM.COM | E-mail |
| 42916 | BINGHAM MCCUTCHEN LLP, RDOMBROFF/MELLIOT/TMARCUS/E MAUTNER, (RE: DEUTSCHE BANK AG), ERIN.MAUTNER@BINGHAM COM | E-mail |
| 42916 | BOGIN MUNNS & MUNNS PA, BRIAN J GILLIS, (RE· DIRECT MORTGAGE CORPORATION), BGILLIS@BOGINMUNNS.COM | E-mail |
| 42916 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE: BNP PARIBAS), MSHULMAN@BSFLLP.COM | E-mail |
| 42916 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE: BNP PARIBAS), JWILSON@BSFLLP.COM | E-mail |
| 42916 | BOIES SCHILLER & FLEXNER LLP, R HENRY / M SHULMAN / J WILSON, (RE· BNP PARIBAS), RHENRY@BSFLLP.COM | E-mail |
| 42916 | BOYD RICHARDS PARKER & COLONNELLI, BARRY WARSCH / JOSEPH RIOPELLE, (RE· LAND SETTLEMENT SERVICES INC), BWARSCH@BOYDLAWGROUP.COM | E-mail |
| 42916 | BOYD RICHARDS PARKER & COLONNELLI, BARRY WARSCH / JOSEPH RIOPELLE, (RE: LAND SETTLEMENT SERVICES INC), JRIOPELLE@BOYDLAWGROUP COM | E-mail |
| 42917 | BRADLEY ARANT BOULT CUMMINGS LLP, WILLIAM L NORTON III, (RE: HENLEY HOLDING LLC), 1600 DIVISION ST; STE 700, PO BOX 340025, NASHVILLE, TN, 37203 | US Mail (1st Class) |
| 42916 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE: ADVANCED HOMEBUILDERS INC), RDWILCOX@BMDPL.COM | E-mail |
| 42916 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE: 443 BUILDING CORPORATION), RDWILCOX@BMDPL.COM | E-mail |
| 42916 | BRENNAN MANNA & DIAMOND PL, ROBERT D WILCOX ESQ, (RE: CUMBERLAND VALLEY NAT BANK & TRUST), RDWILCOX@BMDPL COM | E-mail |
| 42916 | BROWN RUDNICK LLP, WILLIAM R BALDIGA ESQ, (RE: CENTURION ASSET PARTNERS INC), WBALDIGA@BROWNRUDNICK.COM | E-mail |
| 42916 | CAVITCH FAMILO & DURKIN CO LPA, DANIEL C WOLTERS, (RE: INTEGRITY FIELD SERVICES INC), DWOLTERS@CAVITCH COM | E-mail |
| 42916 | CITY OF FORT WORTH, CHRISTOPHER B MOSLEY, CHRIS MOSLEY@FORTWORTHGOV.ORG | E-mail |
| 42916 | COCHISE COUNTY ATTORNEYS OFFICE, TERRY BANNON, TBANNON@COCHISE.AZ.GOV | E-mail |
| 42916 | DLA PIPER LLP (US), E. COLIN THOMPSON, (RE: FDIC AS RECEIVER FOR COLONIAL BANK), COLIN THOMPSON@DLAPIPER COM | E-mail |
| 42916 | DLA PIPER LLP (US), JEREMY JOHNSON, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), JEREMY JOHNSON@DLAPIPER COM | E-mail |
| 42916 | DLA PIPER LLP (US), RONALD HOLLIDAY, (RE: FDIC AS RECEIVER FOR COLONIAL BANK), RONALD.HOLLIDAY@DLAPIPER.COM | E-mail |
| 42916 | DLA PIPER LLP (US), THOMAS CALIFANO, (RE· FDIC AS RECEIVER FOR COLONIAL BANK), THOMAS.CALIFANO@DLAPIPER COM | E-mail |
| 42916 | DUNCAN & ASSOCIATES PA, GORDON R DUNCAN ESQ, (RE: DAVID ISLEY), INFO@DUNCANASSOCIATESFL.COM | E-mail |
| 42917 | EPSTEN GRINNELL & HOWELL APC, DEBORA M ZUMWALT, (RE: RANCHO VILLAS COMMUNITY ASSOCIATION), 9980 CARROLL CANYON ROAD, 2ND FLOOR, SAN DIEGO, CA, 92131 | US Mail (1st Class) |
| 42917 | FIRST AMERICAN CAPITAL V LLC, JON KRIGSMAN, 7286 SIENA WAY, BOULDER, CO, 80301 | US Mail (1st Class) |
| 42916 | FIRST AMERICAN REAL ESTATE TAX SVC, CRAIG ZINDA, (RE: COMMITTEE MEMBER), CZINDA@FIRSTAM.COM | E-mail |
| 42916 | FLORIDA DEFAULT LAW GROUP PL, CINDY L RUNYAN, (RE· WELLS FARGO BANK NA), BKATT@DEFAULTLAWFL.COM | E-mail |
| 42917 | FLORIDA DEFAULT LAW GROUP, JOHN C BROCK JR, (RE: WELLS FARGO BANK NA), PO BOX 25018, TAMPA, FL, 33622-5018 | US Mail (1st Class) |
| 42917 | FLORIDA FORECLOSURE ATTORNEYS PLLC, LAURA L WALKER, (RE: JAMES B NUTTER & COMPANY), 601 CLEVELAND STREET, SUITE 690, CLEARWATER, FL, 33755 | US Mail (1st Class) |
| 42917 | FOLEY & LARDNER LLP, JAMES S GRODIN ESQ, (RE: SEASIDE NATIONAL BANK & TRUST), 111 NORTH ORANGE AVE, SUITE 1800, ORLANDO, FL, 32801 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42916 | FOWLER WHITE BOGGS PA, DONALD R KIRK, DAVID W BARRETT, (RE: MICHAEL C CABASSOL), DAVID.BARRETT@FOWLERWHITE.COM | E-mail |
| 42916 | FOWLER WHITE BOGGS PA, DONALD R KIRK, DAVID W BARRETT, (RE: MICHAEL C CABASSOL), DKIRK@FOWLERWHITE.COM | E-mail |
| 42916 | FOX ROTHSCHILD LLP, JOSEPH R ZAPATA JR ESQ, (RE· NATIONAL ALLIANCE CAPITAL MARKETS), JZAPATA@FOXROTHSCHILD.COM | E-mail |
| 42916 | FULBRIGHT & JAWORSKI LLP, M PARKER / S PEIRCE, (RE: NL VENTURES VII MAGNOLIA LLC), SPEIRCE@FULBRIGHT.COM | E-mail |
| 42916 | FULBRIGHT & JAWORSKI LLP, M PARKER / S PEIRCE, (RE: NL VENTURES VII MAGNOLIA LLC), MPARKER@FULBRIGHT COM | E-mail |
| 42917 | GENERAL ELECTRIC CAPITAL CORP, JOHN S SCHOENE ESQ, 100 E SYBELIA AVE , #205, MAITLAND, FL, 32751 | US Mail (1st Class) |
| 42916 | GIBBONS NEUMAN BELLO ET AL, PATTI W HALLORAN ESQ, (RE: BANK OF THE OZARKS), PHALLORAN@GIBBLAW.COM | E-mail |
| 42917 | GLAZER & ASSOCIATES PA, MAY HUSTEY, (RE: SIAN OCEAN RES CONDO ASSOC INC), CORPORATE PLACE, 3113 STIRLING RD, STE 201, HOLLYWOOD, FL, 33312 | US Mail (1st Class) |
| 42916 | GREENBERG TRAURIG PA, ROBERT A SORIANO, (RE· SOVEREIGN BANK), SORIANOR@GTLAW COM | E-mail |
| 42916 | GREENFIELD & COOMB0ER PA, LAWRENCE M WEISBERG, (RE: GMAC MORTGAGE LLC), BANKRUPTCY@LMWLEGAL.COM | E-mail |
| 42916 | GUNSTER YOAKLEY & STEWART PA, GREGOR J SCHWINGHAMMER JR ESQ, (RE: DEUTSCHE BANK AG), GSCHWINGHAMMER@GUNSTER COM | E-mail |
| 42916 | GUNSTER YOAKLEY & STEWART PA, MARSHA A MCCOY ESQ, (RE: DEUTSCHE BANK AG), MMCCOY@GUNSTER COM | E-mail |
| 42916 | HEEKIN, MALIN & WENZEL, PA, S  HUNTER MALIN, (RE· JOHN CRAIN), HMALIN@JAX-LAW COM | E-mail |
| 42916 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE: MASSACHUSETTS PROP INS UNDERWRITING), KHISRAEL@HILAWFIRM.COM | E-mail |
| 42916 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE· RHODE ISLAND JOINT REINSURANCE ASSC), KHISRAEL@HILAWFIRM COM | E-mail |
| 42916 | HELD & ISRAEL, KIMBERLY HELD ISRAEL ESQ, (RE· LEE FARKAS), KHISRAEL@HILAWFIRM COM | E-mail |
| 42916 | HINDMANSANCHEZ PC, LOURA K SANCHEZ, (RE· GRANT RANCH MASTER COMM ASSOC INC), LSANCHEZ@HINDMANSANCHEZ.COM | E-mail |
| 42916 | HOLLAND & KNIGHT LLP, ALAN M WEISS, (RE· BNP PARIBAS), ALAN.WEISS@HKLAW.COM | E-mail |
| 42916 | HUNTON & WILLIAMS LLP, ANDREW ZARON, (RE· BANK OF AMERICA), AZARON@HUNTON COM | E-mail |
| 42916 | ICBA MORTGAGE INC, RON HAYNIE, (RE. COMMITTEE MEMBER), RON.HAYNIE@ICBA.ORG | E-mail |
| 42917 | IKON FINANCIAL SERVICES, MAIE GRINER, BANKRUPTCY ADMINISTRATION, PO BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 42917 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 42917 | INTERNAL REVENUE SERVICE, SPEC PROC BR MC 5720 P&I I, 400 W BAY ST, STE 35045, BKCY SECT, JACKSONVILLE, FL, 32202-4437 | US Mail (1st Class) |
| 42917 | JOHNSON POPE BOKER LLP ET AL, ANGELINA E LIM ESQ, (RE: NATIONWIDE TITLE CLEARING), PO BOX 1368, CLEARWATER, FL, 33757 | US Mail (1st Class) |
| 42917 | JONES DAY, LISA LAUKITIS, (RE: MBIA INSURANCE CORPORATION), 222 EAST 41ST STREET, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 42916 | JONES WALKER WAECHTER ET AL, R PATRICK VANCE, (RE: MOUNTAIN VIEW CAPITAL HOLDINGS LLC), PVANCE@JONESWALKER.COM | E-mail |
| 42916 | JOSEPH & MAREES PA, YEKATERINA KATE MESIC ESQ, (RE: AK CONTRACTING GEN CONTRACTR PM LLC), KMESIC@JOSEPHANDMAREES COM | E-mail |
| 42916 | JOSEPH & MAREES PA, YEKATERINA KATE MESIC ESQ, (RE: GREAT ATLANTIC REALTY INC), KMESIC@JOSEPHANDMAREES.COM | E-mail |
| 42916 | JOSEPH DAYTON FOLEY JR PA, JOSEPH DAYTON FOLEY JR ESQ, (RE: URBAN TRUST BANK HOLDINGS INC), JFOLEY@JOSEPHFOLEYLAW.COM | E-mail |
| 42917 | JUMBOLAIR INC, JEREMY THAYER, 1201 NE 77TH ST, OCALA, FL, 34479 | US Mail (1st Class) |
| 42917 | K&L GATES LLP, JEFFREY N RICH ESQ, (RE· NATIXIS REAL ESTATE CAPITAL INC), 599 LEXINGTON AVENUE, NEW YORK, NY, 10022-6030 | US Mail (1st Class) |
| 42917 | KAHANE & ASSOCIATES PA, A RASUL / J WEBER / G AHRENS, (RE: AMERICAN HOME MORTGAGE SVC INC), 8201 PETERS ROAD, SUITE 3000, PLANTATION, FL, 33324 | US Mail (1st Class) |
| 42916 | KASS SHULER SOLOFMON ET AL, LARRY M FOYLE ESQ, (RE: REPUBLIC BANK), LFOYLE@KASSLAW.COM | E-mail |

## Exhibit A - TB&W Mortgage

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42917 | KELLEY & FULTON PA, CRAIG I KELLEY ESQ, (RE· WACHOVIA BANK NA), 1665 PALM BEACH LAKES BLVD, THE FORUM - STE 1000, WEST PALM BEACH, FL, 33401 | US Mail (1st Class) |
| 42916 | KEN BURTON JR MANATEE COUNTY, SUSAN D PROFANT, SUSANP@TAXCOLLECTOR.COM | E-mail |
| 42916 | LAFLEUR LAW FIRM, NINA M LAFLEUR, (RE: NEASHAM INVESTMENTS LLC), NINA@LAFLEURLAW.COM | E-mail |
| 42916 | LATHAM SHUKER EDEN & BEAUDINE LLP, R SCOTT SHUKER ESQ, (RE: SELENE RMOF REO ACQUISITION II LLC), RSHUKER@LSEBLAW.COM | E-mail |
| 42916 | LATHAM SHUKER EDEN & BEAUDINE LLP, R SCOTT SHUKER ESQ, (RE: SELENE RESIDENTIAL MORTGAGE), RSHUKER@LSEBLAW COM | E-mail |
| 42916 | LAW OFFICE OF DONALD E HOOD PLLC, DONALD E HOOD, DON.HOOD@DEHLAW COM | E-mail |
| 42916 | LAW OFFICE OF LESLIE LOCKARD PC, LESLIE LOCKARD, (RE: KIMBERLY KELLY), LLOCKARD@LESLIELOCKARD.COM | E-mail |
| 42916 | LAW OFFICE OF MARSHALL C WATSON PA, SCOTT WEISS ESQ, (RE· WELLS FARGO BANK NA), SCOTT WEISS@MARSHALLWATSON.COM | E-mail |
| 42917 | LAW OFFICE OF MARSHALL C WATSON PA, SCOTT WEISS ESQ, (RE: ONEWEST BANK FSB), 1800 NW 49TH STREET, SUITE 120, FORT LAUDERDALE, FL, 33309 | US Mail (1st Class) |
| 42917 | LAW OFFICE OF SHMUEL KLEIN PC, SHMUEL KLEIN, (RE: DAVID & NICOLE KOBRYN), 113 CEDARHILL AVE, MAHWAH, NJ, 07430 | US Mail (1st Class) |
| 42916 | LAW OFFICES OF MARSHALL C WATSON PA, SCOTT R WEISS ESQ, (RE: LITTON LOAN SERVICING LP), SCOTT WEISS@MARSHALLWATSON COM | E-mail |
| 42916 | LAW OFFICES OF MARSHALL C WATSON, SCOTT WEISS ESQ, (RE· AMERICAS SERVICING COMPANY), SCOTT WEISS@MARSHALLWATSON COM | E-mail |
| 42916 | LENDER PROCESSING SVCS INC ET AL, SHERYL NEWMAN ESQ, (RE: COMMITTEE MEMBER), SHERYL NEWMAN@LPSVCS.COM | E-mail |
| 42916 | LINEBARGER GOGGAN BLAIR & SAMPSON, DIANE W SANDERS, (RE: CITY OF SAN MARCOS & CISD (HAYS)), AUSTIN.BANKRUPTCY@PUBLICANS.COM | E-mail |
| 42916 | LINEBARGER GOGGAN BLAIR & SAMPSON, JOHN P DILLMAN, (RE: STATE OF TEXAS TAXING AUTHORITIES), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 42917 | LOTTNER RUBIN FISHMAN ET AL, RICHARD BROWN / ADAM WIEN, (RE: UPSTREET DEVELOPMENTS LLC), 633 SEVENTEENTH ST, SUITE 2700, DENVER, CO, 80202-3635 | US Mail (1st Class) |
| 42916 | LOWNDES DROSDICK DOSTER KANTOR REED, JASON WARD JOHNSON, (RE: FREDDIE MAC), JASON.JOHNSON@LOWNDES-LAW COM | E-mail |
| 42953 | LPP MORTGAGE LTD & LNV CORPORATION, MBRUNDAGE@HWHLAW.COM | E-mail |
| 42916 | MACEY WILENSKY ET AL, HAL J LEITMAN, (RE: JAMAL LEWIS), HLEITMAN@MACEYWILENSKY.COM | E-mail |
| 42917 | MACFARLANE FERGUSON & MCMULLEN, PATRICK T LENNON ESQ, (RE: USAMERIBANK), PO BOX 1531, TAMPA, FL, 33601 | US Mail (1st Class) |
| 42916 | MAKOWER ABBATE & ASSOC PLLC, STEPHEN M GUERRA, (RE: JEFFERSON VILLAGE I CONDO ASSOC), SGUERRA@MAKOWERABBATE COM | E-mail |
| 42916 | MANGUM & ASSOCIATES, P A., KEVIN E. MANGUM, ESQ, (RE: JOSE MALDONADO), KEVIN@MANGUM-LAW.COM | E-mail |
| 42917 | MARINOSCI LAW GROUP, PA, BART T HEFFERNAN, ESQ, (RE: AMERICAN HOME MORTGAGE SVCNG INC), 100 WEST CYPRESS CREEK ROAD, STE 1045, FT. LAUDERDALE, FL, 33309 | US Mail (1st Class) |
| 42916 | MARKS GRAY PA, NICHOLAS V PULIGNANO JR, (RE· CENTURION ASSET PARTNERS INC), NVP@MARKSGRAY.COM | E-mail |
| 42916 | MARSHALL C WATSON PA, CONNIE DELISSER ESQ, (RE: EMC MORTGAGE CORPORATION), CONNIE DELISSER@MARSHALLWATSON.COM | E-mail |
| 42917 | MCCALLA RAYMER LLC, A MICHELLE HART ESQ, (RE. LITTON LOAN SERVICING), 1544 OLD ALABAMA ROAD, ROSWELL, GA, 30076-2102 | US Mail (1st Class) |
| 42917 | MCCALLA RAYMER LLC, MICHELLE HART ESQ, (RE: WELLS FARGO BANK NA), 1544 OLD ALABAMA ROAD, ROSWELL, GA, 30076-2102 | US Mail (1st Class) |
| 42916 | MCCREARY VESELKA BRAGG & ALLEN PC, MICHAEL REED, (RE· BOWIE CAD ET AL), MREED@MVBALAW.COM | E-mail |
| 42916 | MISSOURI DEPT OF REVENUE, RICHARD M MASELES, MDFL@DOR.MO.GOV | E-mail |
| 42916 | MUNGER TOLLES & OLSON LLP, R ST.JOHN / M DWORSKY / G WEINGART, (RE: BANK OF AMERICA NA), MARC.DWORSKY@MTO.COM | E-mail |
| 42916 | MUNGER TOLLES & OLSON LLP, R ST JOHN / M DWORSKY / G WEINGART, (RE: BANK OF AMERICA NA), GREGORY WEINGART@MTO.COM | E-mail |
| 42916 | MUNGER TOLLES & OLSON LLP, R ST JOHN / M DWORSKY / G WEINGART, (RE: BANK OF AMERICA NA), STJOHNR@MTO COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42916 | MUNGER TOLLES & OLSON LLP, T ROSEN / D KAUFMAN, (RE· BANK OF AMERICA NA), TODD.ROSEN@MTO.COM | E-mail |
| 42916 | MUNGER TOLLES & OLSON LLP, T ROSEN / D KAUFMAN, (RE. BANK OF AMERICA NA), DEREK KAUFMAN@MTO COM | E-mail |
| 42917 | NATIXIS NORTH AMERICA, S ALDRICH / J FALCONE III, 9 WEST 57TH STREET, 36TH FLOOR, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 42917 | OFFICE OF THE US ATTORNEY, ATTENTION CIVIL PROCESS CLERK, 300 N HOGAN ST, STE 700, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | OFFICE OF THE US ATTORNEY, ATTENTION CIVIL PROCESS CLERK, 400 N TAMPA ST, STE 3200, TAMPA, FL, 33602 | US Mail (1st Class) |
| 42916 | OFFICE OF THE US TRUSTEE, ELENA L ESCAMILLA, (RE· DONALD F WALTON US TRUSTEE RG 21), ELENA L.ESCAMILLA@USDOJ GOV | E-mail |
| 42916 | OHIO DEPT OF TAXATION, ROBERT L DOTY, ROBERT DOTY@OHIOATTORNEYGENERAL.GOV | E-mail |
| 42917 | PERDUE BRANDON FIELDER ET AL, OWEN M SONIK, (RE. SPRING BRANCH ISD), 1235 NORTH LOOP WEST, SUITE 600, HOUSTON, TX, 77008 | US Mail (1st Class) |
| 42917 | PINELLAS COUNTY FLORIDA, DIANE NELSON CFC, TAX COLLECTOR, PO BOX 10834, CLEARWATER, FL, 33757-8834 | US Mail (1st Class) |
| 42916 | PROSKAUER ROSE LLP, GARY CREEM ESQ, (RE: PLAINFIELD SPECIALTY HOLDINGS V INC), GCREEM@PROSKAUER COM | E-mail |
| 42916 | PROSKAUER ROSE LLP, SCOTT K RUTSKY ESQ, (RE: PLAINFIELD SPECIALTY HOLDINGS V INC), SRUTSKY@PROSKAUER.COM | E-mail |
| 42916 | RIDDELL WILLIAMS PS, MARIA A MILANO, (RE: MICROSOFT), MMILANO@RIDDELLWILLIAMS.COM | E-mail |
| 42917 | RIDDLE & WILLIAMS PC, LANCE E WILLIAMS, (RE: FAIRVIEW VLG HOMEOWNERS ASSOC INC), 3710 RAWLINS STREET, SUITE 1400, REGENCY PLAZA, DALLAS, TX, 75219-4217 | US Mail (1st Class) |
| 42917 | ROETZEL & ANDRESS LPA, ASHLEY D LUPO, BRANDEN J MONTIERTH, (RE· VERANDAH COMMUNITY ASSOC INC), 850 PARK SHORE DRIVE, THIRD FL; TRIANON CENTRE; STE 300, NAPLES, FL, 34103 | US Mail (1st Class) |
| 42916 | ROGERS TOWERS PA, BETSY C COX, (RE· MBIA INSURANCE CORPORATION), BCOX@RTLAW.COM | E-mail |
| 42916 | ROGERS TOWERS PA, J ELLSWORTH SUMMERS JR, (RE: CODA ROBERSON), JES@RTLAW.COM | E-mail |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE· FIRST INTERNATIONAL BANK & TRUST), 118 W ADAMS ST, #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE· FIRST AMERICAN TITLE INS CO), 118 W ADAMS ST; #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE: FIRST FINANCIAL BANK NA), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE: MOUNTAIN VIEW CONDO ASSOC OF VERNON), 118 W ADAMS ST; #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE: CRAIG CROWELL & LYNDSI CROWELL), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE: JODY MCKNIGHT & LACY MCKNIGHT), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42917 | SCHUYLER STEWART SMITH, SCHUYLER SMITH, (RE: BRODIE CALDER & LAURA CALDER), 118 W ADAMS ST #800, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42916 | SCOTT H MARCUS & ASSOCIATES, SCOTT H MARCUS ESQ, (RE: CANON FINANCIAL SERVICES INC), SMARCUS@MARCUSLAW NET | E-mail |
| 42953 | SEDGWICK DETERT MORAN & ARNOLD LLP, VALERIE.SHEA@SDMA.COM | E-mail |
| 42916 | SHAPIRO & FISHMAN LLP, KEVIN L HING, (RE: US BANK NA, BANK OF NY MELLON CORP), KHING@LOGS.COM | E-mail |
| 42916 | SHAPIRO & FISHMAN LLP, KEVIN L HING, (RE: JP MORGAN CHASE BANK), KHING@LOGS.COM | E-mail |
| 42916 | SHAPIRO & FISHMAN LLP, STEVEN G POWROZEK, (RE: MERRILL LYNCH CREDIT CORP), SPOWROZEK@LOGS.COM | E-mail |
| 42916 | SHAPIRO & FISHMAN LLP, STEVEN G POWROZEK, (RE: JPMORGAN CHASE BANK NA), SPOWROZEK@LOGS.COM | E-mail |
| 42917 | SIMMONS LAW PA, SHARON L SIMMONS ESQ, (RE. US BANK NATIONAL ASSOCIATION), 300 W ADAMS STREET, SUITE 580, JACKSONVILLE, FL, 32202 | US Mail (1st Class) |
| 42916 | SIRLIN GALLOGLY & LESSER PC, DANA S PLON ESQ, (RE· G&I VI 655/755 BUSINESS CTR FE LLC), DPLON@SIRLINLAW COM | E-mail |
| 42916 | SLOTT BARKER & NUSSBAUM, HOLLYN FOSTER / EARL BARKER JR, (RE· COMPU-LINK CORP DBA CELINK), EMBARKER@SBNJAX.COM | E-mail |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42916 | SMITH HULSEY & BUSEY, JAMES H POST ESQ, (RE: WELLS FARGO BANK NA), JPOST@SMITHHULSEY COM | E-mail |
| 42916 | STATE OF MICHIGAN DEPT OF TREASURY, BILL SCHUETTE / SUANN COCHRAN, COCHRANS@MICHIGAN GOV | E-mail |
| 42916 | STEARNS WEAVER ET AL, ANDREW D MCNAMEE ESQ, (RE: PREMIER LLC), AMCNAMEE@STEARNSWEAVER.COM | E-mail |
| 42916 | STEARNS WEAVER ET AL, PATRICIA A REDMOND ESQ, (RE: BENJAFMIN L HENSCHEL PA), PREDMOND@STEARNSWEAVER.COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE. THE GREEN HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS.COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE: WINDSOR HILLS MASTER COMM ASSOC INC), RBRAUN@TAYLOR-CARLS.COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE: ENCLAVE AT WINDSOR HILLS HOMEOWNERS), RBRAUN@TAYLOR-CARLS.COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE· BELLA TOSCANA HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS.COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE: ALAFAYA WOODS HOMEOWNERS ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42916 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE· PINES OF WEKIVA HOMEOWNER ASSOC INC), RBRAUN@TAYLOR-CARLS COM | E-mail |
| 42917 | TAYLOR & CARLS PA, ROBYN SEVERS BRAUN ESQ, (RE· OASIS AT PEARL LAKE CONDO ASSOC INC), 150 N WESTMONTE DR, ALTAMONTE SPRINGS, FL, 32714-3342 | US Mail (1st Class) |
| 42917 | TENNESSEE DEPT OF FINANCIAL INST, TN ATTORNEY GENERAL, BANKRUPTCY DIVISION, PO BOX 20207, NASHVILLE, TN, 37202-0207 | US Mail (1st Class) |
| 42916 | TESSITORE LAW FIRM, MICHAEL A TESSITORE, (RE: BANK OF AMERICA NA), MTESSITORE@TESS-LAW.COM | E-mail |
| 42916 | THE BARTHET FIRM, DANIEL MORMAN ESQ, (RE: GREATAMERICAN LEASING COMPANY), DMORMAN@BARTHET COM | E-mail |
| 42917 | TRENAM KEMKER SCHARF ET AL, WILLIAM KNIGHT ZEWADSKI, (RE: STEWART TITLE GUARANTY COMPANY), 2700 BANK OF AMERICA PLAZA, PO BOX 1102, TAMPA, FL, 33601-1102 | US Mail (1st Class) |
| 42917 | TROTT & TROTT PC, MARCY J FORD, 31440 NORTHWESTERN HIGHWAY, SUITE 200, FARMINGTON HILLS, MI, 48334-2525 | US Mail (1st Class) |
| 42916 | TROUTMAN SANDERS LLP, J DAVID DANTZLER JR, (RE: SPECIAL COUNSEL TO DEBTOR), DAVID DANTZLER@TROUTMANSANDERS.COM | E-mail |
| 42916 | TROUTMAN SANDERS LLP, JEFFREY W KELLEY ESQ, (RE: SPECIAL COUNSEL TO DEBTOR), JEFFREY KELLEY@TROUTMANSANDERS.COM | E-mail |
| 42916 | TROW & PERRY, RICHARD A PERRY, (RE: RN INC DBA PIP PRINTING & MKTING), RICHARDPERRY@RICHARD-A-PERRY COM | E-mail |
| 42916 | US DEPT OF JUSTICE, GLEN D GILLETT / ALICIA M HUNT, (RE: HUD & GNMA), GLENN.GILLETT@USDOJ GOV | E-mail |
| 42916 | US DEPT OF JUSTICE, GLEN D GILLETT / ALICIA M HUNT, (RE: HUD & GNMA), ALICIA M HUNT@USDOJ GOV | E-mail |
| 42916 | US DOJ - CIVIL DIVISION, REBECCA FORD, TRIAL ATTY, (RE· UNITED STATES OF AMERICA), REBECCA.FORD@USDOJ GOV | E-mail |
| 42917 | US SECURITIES & EXCHANGE COMMISSION, BRANCH OF REORGANIZATION, ATLANTA REGIONAL OFFICE, 3475 LENOX ROAD, N.E STE 1000, ATLANTA, GA, 30326-1323 | US Mail (1st Class) |
| 42917 | WEISS SEROTA HELFMAN ET AL, DOUGLAS R GONZALES ESQ, (RE: CITY ÓF MIRAMAR), 200 E BROWARD BLVD, SUITE 1900, FORT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 42916 | WHITE & CASE LLP, MATTHEW C BROWN ESQ, (RE· ASSURED GUARANTY CORP), MBROWN@WHITECASE.COM | E-mail |
| 42916 | WRIGHT LINDSEY & JENNINGS LLP, JUDY SIMMONS HENRY, (RE: STEPHENS INC), JHENRY@WLJ.COM | E-mail |

**Subtotal for this group: 185**