UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC., | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | *Jointly Administered Under Case No. 3:09-bk-07047-JAF* |

## NOTICE OF CONTINUED AND RESCHEDULED CONFIRMATION HEARING

NOTICE IS GIVEN that the hearing on confirmation of the Joint Plan of Liquidation and all related matters has been continued and rescheduled for **April 8, 2011**, at **10:00 a.m.** in Courtroom 4-D, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restrict the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent specific order of authorization
issued beforehand by the presiding judge. Please take notice that as an additional security measure a phone ID is required for entry into the Courthouse.

Dated: March 11, 2011.

                                                                          */s/ Russell M. Blain*
Russell M. Blain (Fla. Bar No. 0236314)
rblain@srbp.com
Edward J. Peterson, III (Fla. Bar No. 0014612)
epeterson@srbp.com
**STICHTER, RIEDEL, BLAIN & PROSSER P.A.**
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
**ATTORNEYS FOR DEBTORS**

—*AND*—

Ezra H. Cohen (Ga. Bar No. 173800)
ezra.cohen@troutmansanders.com
Jeffrey W. Kelley (Ga. Bar No. 412296)
jeffrey.kelley@troutmansanders.com
J. David Dantzler, Jr. (Ga. Bar No. 205125)
j.dantzler@troutmansanders.com
**TROUTMAN SANDERS LLP**
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
**SPECIAL COUNSEL TO DEBTORS**

Copies furnished to:

All Interested Parties