04/05/2011 18:28 Case 3:09-bk-07047-JAF   Doc 2954   Filed 04/12/11   Page 1 of 3   PAGE 02/02

FILED
JACKSONVILLE, FLORIDA
APR 12 2011
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

ASSIGNMENT OF CLAIMS AND WAIVER OF NOTICE; EVIDENCE OF TRANSFER

To: The Debtor and the Bankruptcy Court

For value received, the adequacy and sufficiency of which is hereby acknowledged, the undersigned Trustee of the LandAmerica OneStop, Inc. Liquidation Trust, successor in interest to LandAmerica OneStop, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Lereta LLC all of Assignor's right, title and interest in and to all of its claims and causes of action of every kind and nature against Taylor, Bean & Whitaker Mortgage Corp. ("Debtor"), including but not limited to that certain claim in the amount of $134,860 listed in Schedule F in the Debtor's chapter 11 case and identified in the Debtor's designation of Class 9 (Trade) claims as claim no. 165 (the "Claim").

Assignor waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor, any post-confirmation entity, and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable bankruptcy rules of applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court, and all other interested parties that all further notices or other communications or transmittals relating to the Claim, the Debtor's plan and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Assignee, at the following address:

    Lereta, LLC
    1123 Park View Drive
    Covina, CA 91724
    Fax: 626.667.6486
    ATTN: Douglas J. Foley
           Chief Executive Officer

IN WITNESS WHEREOF, this ASSIGNMENT OF CLAIMS AND WAIVER OF NOTICE; EVIDENCE OF TRANSFER is executed this 5TH day of APRIL, 2011.

LANDAMERICA ONESTOP, INC.

By: _____
    Bruce H. Matson, Esq.
    Trustee of LandAmerica OneStop, Inc. Liquidation Trust

LERETA, LLC

By: _____
    Douglas J. Foley
    Chief Executive Officer

775533.1 (L05034.605)

Form 210A (12/09)

# United States Bankruptcy Court

## Middle District Of Florida

In re Taylor, Bean & Whitaker Mortgage Corp.  Case No. 3:09-bk-07047-JAF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LERETA, LLC | LANDAMERICA ONESTOP, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Lereta, LLC
Attn: Douglas J. Foley
1123 Park View Drive
Covina, CA 91724
Fax: 626-667-6486
Last Four Digits of Acct #: _____

Court Claim # (if known): 165
Amount of Claim: $134,860.00
Date Claim Filed: 10/19/09

Phone: 804-783-2003
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Name and Address where transferor payments should be sent (if different from above):

Bruce H. Matson, Trustee
LandAmerica OneStop, Inc. Liquidation Trust
LeClaire Ryan
951 E. Byrd Street
Richmond, VA 23219

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Douglas J. Foley   Date: 4-6-11
Transferee/Transferee's Agent
Douglas J. Foley, CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



775621.1 (L16054.001)

Form 210B (12/09)

# United States Bankruptcy Court

## Middle District Of Florida

In re Taylor, Bean & Whitaker Mortgage Corp.    Case No. 3:09-bk-07047-JAF

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 165 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on ___ (date).

| LANDAMERICA ONESTOP, INC. | LERETA, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Bruce H. Matson, Trustee | 1123 Park View Drive |
| LandAmerica OneStop, Inc. Liquidation Trust | Covina, CA 91724 |
| LeClaire Ryan | |
| 951 E. Byrd Street | |
| Richmond, VA 23219 | |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
    CLERK OF THE COURT

775621.1 (L16054.001)

