UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | Chapter 11 |
|---|---|
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC., | Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF |
| Debtors. | *Jointly Administered Under Case No. 3:09-bk-07047-JAF* |

## ORDER ADJOURNING, CONTINUING, AND RESCHEDULING HEARING ON CONFIRMATION AND RELATED MATTERS

THIS CASE came before the Court on April 8, 2011, at 10:00 a.m. for a hearing in connection with confirmation of the *Second Amended and Restated Joint Plan of Liquidation* (Doc. No. 2143) (the "**Plan**") filed by the Debtors and the Official Committee of Unsecured Creditors (the "**Committee**") and on the *Debtors' Motion for Third Adjournment, Continuance, and Rescheduling of Hearing on Plan Confirmation and Related Matters* (Doc. No. 2926). The Court previously considered and in open court granted the Debtors' prior motions seeking first and second adjournments of confirmation (Doc. Nos. 2481 and 2747). For the reasons stated orally and recorded in open court that shall constitute the decision of the Court, it is

ORDERED:

1. The motions to adjourn and reschedule confirmation (Doc. Nos. 2481, 2747, and 2926) are granted.

2. The hearing on confirmation of the Plan, as it may be further amended or modified in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, on objections to confirmation, and on matters related to confirmation is adjourned, continued, and rescheduled for *May 6, 2011, at 10:00 a.m. in Courtroom 13-A*, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida. *(Please note the change in location from Courtroom 4-D customarily used by this Court.)*

3. The date fixed by prior order of this Court for filing objections to confirmation remains in effect except as extended by agreement of the Debtors and the Committee or by further order. Any supplement to a prior-filed objection shall be filed (and served on the Debtors and the Committee and their respective counsel) no later than five (5) business days prior to the confirmation hearing.

4. Any brief or memorandum in support of confirmation shall be filed no later than five (5) business days prior to the confirmation hearing.

DATED on this 22nd day of April, 2011, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:

Local Rule 1007-2 Parties-in-Interest List

#11371.001#1002-2