# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

*In re:*                                          Chapter 11

**TAYLOR, BEAN & WHITAKER**              Case No.: 3:09-bk-07047-JAF
**MORTGAGE CORP.,**                      Case No.: 3:09-bk-10022-JAF
**REO SPECIALISTS, LLC, and**            Case No.: 3:09-bk-10023-JAF
**HOME AMERICA MORTGAGE, INC**.

_____Debtors._____ /       Jointly Administered Under
                                          Case No.: 3:09-bk-07047-JAF


## AMENDED[1] TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A claim has been filed in this case or deemed filed under 11 U.S.C. § 1111(a).  Transferee

gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than

for security, of the claim referenced in this evidence and notice.

Name of Transferee:                       Name of Transferor:

**RL REGI-FL Cutler Ridge, LLC**          **Regions Bank**


| Court Claim # (if known) | Amount of Claim | Date Claim Filed |
|:---:|:---:|:---:|
| 3018 | $2,471,000 | 6/15/2010 |


**UNLESS TRANSFEROR, as defined above, objects to this Notice by filing such objection with the Court within twenty-one (21) days, TRANSFEROR WAIVES and shall be FOREVER BARRED from asserting any rights, title, or interest to the claims asserted by Transferee or any right to payment, distribution, or any other right arising from or related to the claims. FURTHERMORE, Transferor's failure to file an objection with the Court to the Transfer within 21 days shall constitute Transferor's consent to the Transfer and vesting of all rights, title, and interest, including, but not limited to, all rights to vote on a plan of reorganization and right to payment and related rights to Transferee.**

---

[1] Amended only to correct the amount of the claim that is being transferred.

**Transferor's Address:**

Regions Bank
c/o Michael L. Cotzen, Esq
Schlesinger & Cotzen, PL
799 Brickell Plaza, Suite 700
Miami, Florida 33131

Regions Bank
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

 **After 21 days from the date this Notice is filed with the Court, the clerk of the court is authorized to substitute the address below for notices regarding the former claims of the Transferor to reflect that of the Transferee listed below:**

RL Regi-FL Cutler Ridge, LLC
Attn: Jonathan Horowitz
700 NW 107th Avenue, Suite 200
Miami, FL 33172

 In addition to filing this Notice with the Court, Transferee is separately serving this Notice upon Transferor.

Dated:  May 20, 2011

      EHRENSTEIN CHARBONNEAU CALDERIN
      Attorneys for RL Regi-FL Cutler Ridge, LLC.
      501 Brickell Key Drive, Suite 300
      Miami, Florida 33131
      T. 305.722.2002  F. 305.722.2001

      By:     */s/ Robert Charbonneau*
          Robert Charbonneau, Esq.
          Florida Bar Number
          rpc@ecclegal.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail upon all parties on the below Service List on Friday, May 20, 2011.

By: _____ /s/ *Robert Charbonneau* _____
Robert Charbonneau, Esq.

**3:09-bk-07047-JAF Notice will be electronically mailed to:**

Sean M Affleck on behalf of Creditor Selene Finance LP
ecf@butlerandhosch.com

Gregg S Ahrens on behalf of Creditor American Home Mortgage Servicing, Inc.
gahrens@kahaneandassociates.com, wsambolin@kahaneandassociates.com;jbuchanan@kahaneandassociates.com

Antonio Alonso on behalf of Creditor Litton Loan Servicing LP...
antonio.alonso@marshallwatson.com, jairo.garcia@marshallwatson.com

Stephen Andrews on behalf of Creditor Deutsche Bank AG, New York
sandrews@wc.com

BMC Group on behalf of Other Prof. BMC Group
ecf@bmcgroup.com

Ryan D Barack on behalf of Plaintiff Charles Leforce
rbarack@ksblaw.com

Earl M. Barker on behalf of Creditor Compu-Link Corporation d/b/a Celink
embarker@sbnjax.com, cchestnut@sbnjax.com

David W Barrett on behalf of Creditor Michael Cabassol
heidi.stembridge@fowlerwhite.com, amy.intorcia@fowlerwhite.com

Jeffrey P Bast on behalf of Interested Party Paul Allen
jbast@bastamron.com, jdepina@bastamron.com;jeder@bastamron.com

Lawrence J. Bernard on behalf of Creditor Johnson Bank, a Wisconsin Banking corporation
belinda@bernardlaw.net, jamie@bernardlaw.net

Robert D Bernard on behalf of Creditor Joseph Chaplauske
bob@eightflagslaw.com

R Eric Bilik on behalf of Defendant Banc of America Securities, LLC
ebilik@mcguirewoods.com

Russell M Blain on behalf of Attorney Stichter Riedel Blain & Prosser, P.A.
rblain.ecf@srbp.com, rblain@srbp.com;srbpecf@srbp.com

3

Robyn Severs Braun on behalf of Creditor Alafaya Woods Homeowners Association, Inc.
rbraun@taylor-carls.com

John C Brock on behalf of Creditor The Bank of New York Mellon Corporation
jbrock@AlbertelliLaw.com

Jacqueline J Brown on behalf of Creditor American Home Mortgage Servicing, Inc.
jbrown@ffapllc.com, dgoulet@ffapllc.com

Michael P Brundage on behalf of Creditor LPP Mortgage, Ltd. and LNV Corporation
mbrundage@hwhlaw.com, lbecker@hwhlaw.com

Jason B. Burnett on behalf of Creditor Charles Van Hartsell III
jburnett@gray-robinson.com, zhosseini@gray-robinson.com;ldean@gray-robinson.com

Daniel A Caldwell on behalf of Interested Party United States of America
dan.caldwell@usdoj.gov

Brigham Cannon on behalf of Intervenor United States Department of Justice Criminal Division
brigham.cannon@usdoj.gov

James W Carpenter on behalf of Creditor RBC Bank (USA), Successor By Merger to Florida Choice Bank
jwc@angelolaw.com

Robert P Charbonneau on behalf of Creditor RL Regi-FL Cutler Ridge LLC
rpc@ecccounsel.com, phornia@ecclegal.com;nsocorro@ecclegal.com;sconsuegra@ecclegal.com

Suann D Cochran on behalf of Creditor State of Michigan, Department of Treasury
cochrans@michigan.gov

Ezra H Cohen on behalf of Spec. Counsel Troutman Sanders LLP
ezra.cohen@troutmansanders.com

Betsy C Cox on behalf of Creditor MBIA Insurance Corporation
bcox@rtlaw.com, aruff@rtlaw.com

Collette B Cunningham on behalf of Creditor United States Attorney
Collette.Cunningham@usdoj.gov, fitzgerald.green@usdoj.gov

James D Dantzler on behalf of Debtor Taylor, Bean & Whitaker Mortgage Corp.
david.dantzler@troutmansanders.com, kelley.wade@troutmansanders.com

Denise D Dell-Powell on behalf of Counter-Defendant Certain Underwriters at Lloyd's, London and London Market Insurance Companies, et al.
ddPowell@burr.com, ahutchinson@burr.com;mposada@burr.com;jcrawfor@burr.com;dkelley@burr.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

Robert M Dombroff on behalf of Creditor Deutsche Bank AG, New York
robert.dombroff@bingham.com

Robert L Doty on behalf of Creditor Ohio Department of Taxation
robert.doty@ohioattorneygeneral.gov

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

Allison B Duffie on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST
aduffie@fcllaw.com, bknotices@fcllaw.com

Kevin M Eckhardt on behalf of Interested Party Bank of America National Association
keckhardt@hunton.com, mmannering@hunton.com;dparry@hunton.com;acapo@hunton.com;probson@hunton.com

Kevin M Eckhardt on behalf of unknown Bank of America, National Association, as successor in interest through merger to LaSalle Bank, National Association and LaSalle Global Trust Services, and in its capacity as Collateral Agent
keckhardt@fulcruminv.com, figueroaj@hunton.com

Jonathan T Edwards on behalf of Creditor Wells Fargo Bank, National Association, as Master Servicer
jonathan.edwards@alston.com, lisa.forman@alston.com

Elena L Escamilla TB on behalf of U.S. Trustee United States Trustee - JAX 11
ustp.region21.or.ecf@usdoj.gov

Elena L Escamilla on behalf of U.S. Trustee United States Trustee - JAX 11
elena.l.escamilla@usdoj.gov

A Richard Feldman on behalf of Creditor ACE American Insurance Company
rfeldman@bazless.com

W Keith Fendrick on behalf of Creditor Dell Marketing, L.P.
keith.fendrick@hklaw.com, andrea.olson@hklaw.com

Linda S Finley on behalf of Creditor Cal-Western Reconveyance Corporation
lfinley@bakerdonelson.com,
kstine@bakerdonelson.com;crochester@bakerdonelson.com;ksdavis@bakerdonelson.com

Wendell Finner on behalf of Interested Party Richard Yanagi
wendell@1ccl.com, ecf1ccl@gmail.com

Andrew L Fivecoat on behalf of Creditor American Home Mortgage Servicing, Inc.
afivecoat@albertellilaw.com, bkfl@albertellilaw.com

Joseph D Foley on behalf of Creditor Urban Trust Bank Holdings, Inc., aka
jfoley@josephfoleylaw.com

Marcy Ford on behalf of Creditor Trott and Trott, PC
dstefaniak@trottlaw.com

Hollyn J Foster on behalf of Creditor Compu-Link Corporation d/b/a Celink
hollynf@bellsouth.net

Larry M Foyle on behalf of Creditor Republic Bank
bankruptcynotices@kasslaw.com, bankruptcynotices@yahoo.com

James D Gassenheimer on behalf of 3rd Pty Defendant Taylor Bean & Whitaker Mortgage Corporation
jgassenheimer@bergersingerman.com,
efile@bergersingerman.com;skegerreis@bergersingerman.com;MHines@bergersingerman.com;ggaukroger@bergersingerman.com

David L Gay on behalf of Creditor Committee Creditors Committee

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

dgay@bergersingerman.com, efile@bergersingerman.com;jalvarez@bergersingerman.com

Gill R Geldreich on behalf of Creditor Tennessee Dept. of Financial Institutions
agbankflorida@ag.tn.gov

Robert N Gilbert on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh, Pa.
rgilbert@carltonfields.com, kdemar@carltonfields.com

Brian J Gillis on behalf of Creditor Direct Mortgage Corporation
bgillis@marklawfirm.com, ledwards@boginmunns.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Douglas Goldin on behalf of Creditor US BANK NATIONAL ASSOCIATION AS TRUSTEE
dgoldin@broadandcassel.com, srowland@broadandcassel.com

Douglas R Gonzales on behalf of Creditor City of Miramar
dgonzales@wsh-law.com

Amir Ali Patrick Guerami on behalf of Counter-Defendant Joe Johnson
amir@gueramilaw.com

Patrick Gushue on behalf of Interested Party United States of America
patrick.b.gushue@usdoj.gov, northern.taxcivil@usdoj.gov

Teresa M. Hair on behalf of Creditor Wells Fargo Bank, N.A.
midbkmail@defaultlawfl.com

Patti W Halloran on behalf of Interested Party Bank of the Ozarks as Successor*
phalloran@gibblaw.com

Amy Denton Harris on behalf of Debtor Taylor, Bean & Whitaker Mortgage Corp.
aharris.ecf@srbp.com, srbpecf@srbp.com;mclift@srbp.com

Trevor Hawes on behalf of 3rd Pty Defendant Great American Insurance Group
trevor.hawes@csklegal.com, Leah.lamb@csklegal.com;tammy.lewis@csklegal.com

Robert A Heekin on behalf of Creditor Greg Steinmetz Construction, Inc.
rah@stmlaw.net, cs@stmlaw.net

Bart T. Heffernan on behalf of Creditor American Home Mortgage Servicing, Inc.
bheffernan@mlg-defaultlaw.com, jnazario@mlg-defaultlaw.com,agonzalez@mlg-defaultlaw.com

Judy Simmons Henry on behalf of Creditor Stephens, Inc.
jhenry@wlj.com

Kevin L Hing on behalf of Creditor JPMorgan Chase Bank, National Association
khing@logs.com, Electronicbankruptcynotices@logs.com

Maurice D Hinton on behalf of Creditor The Bank of New York Mellon Corporation, as Trustee for TBW Mortgage-Backed Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1
mdh@rasflaw.com, tb@rasflaw.com;rengineer@rasflaw.com

Sara F Holladay-Tobias on behalf of Defendant Banc of America Securities, LLC

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

sfhollad@mcguirewoods.com,
sdye@mcguirewoods.com;dblanks@mcguirewoods.com;jmaddock@mcguirewoods.com;dblanks@mcguirewoods.com;rfblair@mcguirewoods.com

Alicia M Hunt on behalf of Creditor United States Department of Housing and Urban Development
Alicia.M.Hunt@usdoj.gov

Kimberly H. Israel on behalf of Creditor Massachusetts Property Insurance Underwriting Ass'n
khisrael@hilawfirm.com, khisrael@hilawfirm.com

Jason Ward Johnson on behalf of Creditor Federal Home Loan Mortgage Corporation
jason.johnson@lowndes-law.com, joann.anderson@lowndes-law.com

Raymond B Joseph on behalf of Creditor AK Contracting General Contractors Property Management, LLC
rjoseph@josephandmarees.com, rjosephlaw@gmail.com

Jeffrey W Kelley on behalf of Counter-Claimant Taylor, Bean & Whitaker Mortgage Corp.
jeffrey.kelley@troutmansanders.com, bonnie.feuer@troutmansanders.com;stephen.roach@troutmansanders.com

Craig I Kelley on behalf of Creditor Wachovia Bank, N.A.
cik@kelleylawoffice.com,
ecf@kelleylawoffice.com,grace@kelleylawoffice.com,kelleyecfmiddle@gmail.com,sal@kelleylawoffice.com

Danielle S Kemp on behalf of Counter-Plaintiff Sovereign Bank
kempd@gtlaw.com, devlind@gtlaw.com

Roy S Kobert on behalf of Creditor Bayview Loan Servicing, LLC
orlandobankruptcy@broadandcassel.com

John W Kozyak on behalf of Creditor MBIA Insurance Corporation
jk@kttlaw.com, ypaz@kttlaw.com,la@kttlaw.com

Jeffrey T Kucera on behalf of Creditor Natixis Real Estate Capital Inc.
jeffrey.kucera@klgates.com, maxine.lewis@klgates.com;david.weitman@klgates.com

Nina M LaFleur on behalf of Creditor Neasham Investments, LLC
nina@lafleurlaw.com, corinne@lafleurlaw.com

Carol A Lawson on behalf of Creditor Wells Fargo Bank, N.A.
cal@dczahm.com, bk@dczahm.com

Linda M Leali on behalf of Creditor Assured Guaranty Corp.
lleali@whitecase.com, avenes@whitecase.com

Lee County Tax Collector (TM)
bankruptcyecfdocs@leetc.com

Patrick T Lennon on behalf of Creditor USAmeriBank
ptl@macfar.com

Hywel Leonard on behalf of Interested Party National Union Fire Insurance Company of Pittsburgh, Pa.
hleon@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net

Arnold D Levine on behalf of Defendant Coda Roberson III
alevine@lhsblaw.com, tsouthworth@lhsblaw.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

Stephanie C Lieb on behalf of Creditor Wachovia Bank, N.A.
slieb@trenam.com, jjcarminati@trenam.com

Angelina E Lim on behalf of Creditor Nationwide Title Clearing
angelinal@jpfirm.com, barbarab@jpfirm.com;minervag@jpfirm.com

James M Liston on behalf of Creditor Braintree Hill Office Park
jml@bostonbusinesslaw.com, sas@bostonbusinesslaw.com;sjm@bostonbusinesslaw.com

Kyle Lonergan on behalf of Counter-Claimant Federal Home Loan Mortgage Corporation
klonergan@mckoolsmith.com

Helena Gutierrez Malchow on behalf of Creditor Sunrise Landing Condo. Assn of Brevard Cty, Inc.
hgmalchow@wmlo.com

S. Hunter Malin on behalf of Creditor John Crain
hmalin@jax-law.com

Kevin E Mangum on behalf of Creditor Jose Maldonado
kevin@mangum-law.com, elizabeth@mangum-law.com

Bradley R Markey on behalf of 3rd Party Plaintiff United State Fire Insurance Company
BRM@stmlaw.net, rrt@stmlaw.net;enm@stmlaw.net;blc@stmlaw.net;sad@stmlaw.net

Richard M Maseles on behalf of Creditor Missouri Department of Revenue
mdfl@dor.mo.gov

Erin K Mautner on behalf of Creditor Deutsche Bank AG
erin.mautner@bingham.com

Charles W. McBurney on behalf of Creditor Aurora Loan Services, LLC
cmcburney@bellsouth.net, sgeiger@mcburneylaw.net;jbradley@mcburneylaw.net

John H. McCorvey on behalf of Creditor Bradford Village Condominium Trust
john@jacksonvillefloridalawyers.com, john@jacksonvillefloridalawyers.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Brian M McKell on behalf of 3rd Party Plaintiff National Union Fire Insurance Company of Pittsburgh, PA
brian.mckell@wilsonelser.com, stefan.dandelles@wilsonelser.com

Andrew D McNamee on behalf of Creditor Premier Corporate Centre, LLC
amcnamee@stearnsweaver.com, rross@stearnsweaver.com;mmasvidal@stearnsweaver.com;mmesones-mori@stearnsweaver.com;jmartinez@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com

David J. Miller on behalf of Creditor U.S. Bank National Association
dmiller@albertellilaw.com

Missouri Department of Revenue
mdfl@dor.mo.gov

Paul D Moak on behalf of Creditor Federal Home Loan Mortgage Corporation
pmoak@mckoolsmith.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Daniel Morman on behalf of Interested Party GreatAmerican Leasing Corporation
dmorman@barthet.com

Todd K Norman on behalf of Creditor Western Union Financial Services, Inc.
tnorman@broadandcassel.com, mwhite@broadandcassel.com

CS Office of Schuyler S Smith on behalf of Creditor Mountain View Condominium Association of Vernon, Conn
courtmail@schuylaw.com

Michael M Parker on behalf of Creditor NL Ventures VII Magnlia, LLC
mparker@fulbright.com

Kevin B Paysinger on behalf of Creditor Five Brothers Mortgage Company Services & Securing, Inc.
court@jacksonvillebankruptcy.com

Neil M Peretz on behalf of Creditor United States Department of Housing and Urban Development
neil.peretz@usdoj.gov

Richard A. Perry on behalf of Creditor RN, Inc. d/b/a PIP Printing and Marketing Services
richardperry@richard-a-perry.com, robertamiro@richard-a-perry.com,bonniepurdy@richard-a-perry.com,JonPaugh@Richard-A-Perry.com

David E. Peterson on behalf of Creditor Federal Home Loan Mortgage Corporation
david.peterson@lowndes-law.com

Edward J. Peterson on behalf of Debtor Home America Mortgage, Inc.
epeterson@srbp.com, epeterson.ecf@srbp.com;srbpecf@srbp.com

Dana S Plon on behalf of Creditor G&I VI 655/755 Business Center FE, LLC
dplon@sirlinlaw.com

Adina L Pollan on behalf of Creditor Greg Hicks
adina.pollan@akerman.com, nicole.frierson@akerman.com;susan.scott@akerman.com

James H. Post on behalf of Creditor Wells Fargo Bank, N.A.
jpost@smithhulsey.com,
kstewart@smithhulsey.com;sbusey@smithhulsey.com;;tcopeland@smithhulsey.com;;cdix@smithhulsey.com

Steven G Powrozek on behalf of Creditor JP Morgan Chase Bank NA
spowrozek@logs.com

Richard C. Prosser on behalf of Debtor Taylor, Bean & Whitaker Mortgage Corp.
rprosser.ecf@srbp.com, srbpecf@srbp.com

Nicholas V. Pulignano on behalf of Creditor Centurion Asset Partners, Inc.
npulignano@marksgray.com, slw@marksgray.com

Lincoln B Quintana on behalf of Creditor Liwayway Delino
lincoln.quintana@QMSLaw.com

Lloyd H Randolph on behalf of Cross Defendant Government National Mortgage Association
lloyd.randolph@usdoj.gov

Patricia Redmond on behalf of Attorney Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

predmond@stearnsweaver.com, rross@stearnsweaver.com;mmesones-
mori@stearnsweaver.com;jrivera@stearnsweaver.com

Peter M Reed on behalf of Creditor Bowie CAD et al
othercourts@mvbalaw.com

William M Reed on behalf of Creditor W. Wynn
attorneyreed@cfl.rr.com, will@reedandarcher.com;benjamin@reedandarcher.com

Jeffrey N Rich on behalf of Creditor Natixis Real Estate Capital Inc.
jeff.rich@klgates.com

Carolyn P Richter on behalf of Spec. Counsel Troutman Sanders LLP
carolyn.richter@troutmansanders.com

Mark S. Roher on behalf of Creditor Bayview Loan Servicing, LLC
MRoher@tabasfreedman.com

Rene S Roupinian on behalf of Plaintiff Charles Van Hartsell III
Rroupinian@outtengolden.com, kxhaferi@outtengolden.com

Marsha G Rydberg on behalf of Interested Party Florida Gas Transmission Company, LLC
mrydberg@rydberglaw.com, rydberglaw@yahoo.com

John S Sarrett on behalf of Creditor Integrity Field Services, Inc.
jsarrett@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Joey E Schlosberg on behalf of Interested Party Heiko and Sonja Viets
Joey.Schlosberg@arlaw.com

John S Schoene on behalf of Creditor General Electric Capital Corporation
schoenej@earthlink.net, snydercd@earthlink.net

Gregor Schwinghammer on behalf of Creditor Deutsche Bank AG
gschwinghammer@gunster.com, jhoppel@gunster.com

Valerie Shea on behalf of Creditor ACE American Insurance Company
valerie.shea@sdma.com, david.depiano@sdma.com;victoria.horne@sdma.com

Joseph E Shickich on behalf of Creditor Microsoft Corporation and Microsoft Licensing GP
jshickich@riddellwilliams.com, mmilano@riddellwilliams.com;ctracy@riddellwilliams.com

R Scott Shuker on behalf of Creditor Selene RMOF REO Acquisition II, LLC
bankruptcynotice@lseblaw.com

Sharon L. Simmons on behalf of Creditor American Home Mortgage Servicing, Inc
simmonslaw@juno.com

Paul S Singerman on behalf of Creditor Committee Creditors Committee
singerman@bergersingerman.com, efile@bergersingerman.com;ctarrant@bergersingerman.com

Schuyler S Smith on behalf of Creditor Brodie Calder & Laura Calder
courtmail@schuylaw.com

Stephen Sorensen on behalf of Creditor Deutsche Bank AG

EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

ssorensen@wc.com

Robert A. Soriano on behalf of Counter-Claimant Sovereign Bank
SorianoR@gtlaw.com, DevlinD@gtlaw.com

Southpaw Asset Management LP (JC)
jc@southpawasset.com

Arthur J Spector on behalf of Attorney Berger Singerman
aspector@bergersingerman.com, efile@bergersingerman.com;byglesia@bergersingerman.com

Spencer K Stephens on behalf of Creditor Matthew Zarrabina and Key Realty Group, LLC
spencer@stephensassociates.net

J. Ellsworth Summers on behalf of Creditor Coda Roberson
jes@rtlaw.com, sgs@rtlaw.com

Charles M Tatelbaum on behalf of Creditor AT&T Corp.
ctatelbaum@hinshawlaw.com, smerrill@hinshawlaw.com

Michael A Tessitore on behalf of Interested Party Bank of America National Association
mtessitore@tess-law.com

E. Colin Thompson on behalf of Creditor Federal Deposit Insurance Corporation, as Receiver for Colonial Bank, Montgomery, Alabama
colin.thompson@dlapiper.com,
docketingchicago@dlapiper.com;arlene.vice@dlapiper.com;deborah.boyle@dlapiper.com;evelyn.rodriguez@dlapiper.com;william.coleman@dlapiper.com

Jonathan Tolentino on behalf of Creditor Matthew Naufel
jtolentinopa@yahoo.com, jona1hant@yahoo.com

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

R Patrick Vance on behalf of Creditor MountainView Capital Holdings, L.L.C.
pvance@joneswalker.com, nwiebelt@joneswalker.com

Nicolette Corso Vilmos on behalf of Creditor Bayview Loan Servicing, LLC
nvilmos@broadandcassel.com, srowland@broadandcassel.com

Laura L Walker on behalf of Creditor James B Nutter & Company
lwalker@flaforeclosureattorneys.com, debbieg@flaforeclosureattorneys.com

Barry Jay Warsch on behalf of Creditor Land Settlement Services, Inc.
bwarsch@boydlawgroup.com,
warsch13@aol.com;scastro@boydlawgroup.com;jriopelle@boydlawgroup.com;scothron@boydlawgroup.com;etoribio@boydlawgroup.com

Jason A. Weber on behalf of Creditor American Home Mortgage Servicing, Inc
jweber@kahaneandassociates.com, wsambolin@kahaneandassociates.com;jbuchanan@kahaneandassociates.com

Lawrence Weisberg on behalf of Creditor GMAC Mortgage LLC
bankruptcy@lmwlegal.com

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

Scott R Weiss on behalf of Creditor Americas Servicing Company
scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com

Alan M. Weiss on behalf of Creditor BNP Paribas
alan.weiss@hklaw.com

John C Weitnauer on behalf of Creditor Wells Fargo Bank, National Association, as Master Servicer
Kit.Weitnauer@alston.com, Jonathan.Edwards@alston.com;Bill.Macurda@alston.com;kgammill@smithhulsey.com

Robert D Wilcox on behalf of Creditor 443 Building Corporation
rdwilcox@bmdpl.com, sbhightower@bmdpl.com,sahodgman@bmdpl.com

Mark J. Wolfson on behalf of Creditor Bank of America, National Association as Successor by Merger to LaSalle
Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2007-1, Mortgage Loan Asset-Backed
Certificates, Ser
mwolfson@foley.com, btanner@foley.com;jhayes@foley.com

Daniel C Wolters on behalf of Creditor Integrity Field Services, Inc.
dwolters@cavitch.com

Donald A Workman on behalf of Creditor Lender Processing Services, Inc.
dworkman@bakerlaw.com

Joseph R Zapata on behalf of Creditor National Alliance Captial Markets
jzapata@foxrothschild.com, rsolomon@foxrothschild.com;nhawke@foxrothschild.com

William Knight Zewadski on behalf of Creditor Stewart Title Guaranty Company
z@trenam.com

Brian D. Zinn on behalf of Creditor Lee County Tax Collector (TM)
brian@zinnlaw.net

**3:09-bk-07047-JAF Notice will not be electronically mailed to:**

Regions Bank
c/o Michael L. Cotzen, Esq
Schlesigner & Cotzen, PL
799 Brickell Plaza, Suite 700
Miami, Florida 33131

Regions Bank
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

```
Label Matrix for local noticing          American Home Mortgage Servicing        American Home Mortgage Servicing, Inc.
113A-3                                    c/o Jacqueline Brown                     c/o Anila Rasul
Case 3:09-bk-07047-JAF                    601 Cleveland Street, Ste 690           Kahane & Associates
Middle District of Florida                Clearwater, FL 33755-4171               8201 Peters Road, Ste 3000
Jacksonville                                                                      Plantation, Florida 33324-3292
Fri May 20 10:49:43 EDT 2011

American Home Mortgage Servicing, Inc.    Bank of the Ozarks as Successor*        Brodie & Laura Calder
c/o Bart T. Heffernan, Esq.               c/o Patti W. Halloran, Esq.             c/o Schuyler Smith
100 Cypress Creek Road, Suite 1045        Gibbons, Neuman et al.                  118 W. Adams Street, #800
Ft. Lauderdale, FL 33309-2191             3321 Henderson Blvd.                    Jacksonville, FL 32202-3866
                                          Tampa FL 33609-2921

Craig & Lyndsi Crowell                    Jody & Lacy McKnight                    Joh Crain
c/o Schuyler Smith                        c/o Schuyler Smith                      PO Box 13
118 W. Adams Street, #800                 118 W. Adams Street, #800              Melbourne, FL 32902-0013
Jacksonville, Fl 32202-3866               Jacksonville, FL 32202-3866

John A. Crain                             John Caine, Creditor                   Land Settlement Services
PO Box 13                                 c/o S. Hunter Malin                    c/o Barry Jay Warsch
Melbourne, FL  32902-0013                 P. O. Box 477                          100 Southeast 2nd Street, 36th Floor
                                          Jacksonville, FL 32201-0477            Miami, FLorida 33131-2134

Land Settlement Services, Inc.            Michael C. Cabassol                    Michael C. Cabassol
107 S. 4th Street                         c/o Donald R. Kirk                     c/o Donald R. Kirk, Esq.
Lebanon, PA 17042-6108                    Fowler White Boggs P.A.                and David W. Barrett, Esq.
                                          P.O. Box 1438                          Fowler White Boggs P.A.
                                          Tampa, FL 33601-1438                   P.O. Box 1438
                                                                                 Tampa, FL 33601-1438

Oakland County Treasurer                  Onewest Bank FSB                       RL Regi- FL Cutler Ridge,LLC
c/o Richardo Kolpatrick                   c/o Scott Weiss                        c/o Robert P. Charbonneau, Esq.
903 North Opdyke Rd., Ste C               1800 NW 49th Street Suite 120          501 Brickell Key Drive, Suite 300
Auburn Hills, MI 48326-2693               Fort Lauderdale, FL 33309-3092        Miami, FL 33131-2624

Selene Finance LP                         Selene Finance LP As Servicer          State of Michigan, Department of Treasury
Butler & Hosch, P.A.                      For Taylor, Bean & Whitaker Mortgage Cor Attn: Suann D. Cochran
3185 South Conway Road, Suite E           Butler & Hosch, P.A.                   3030 West Grand Bouelvard Suite 10-200
Orlando, Florida 32812-7349               3185 South Conway Road, Suite E        Detroit MI 48202-6030
                                          Orlando, Florida 32812-7349

The Bank of New York Mellon Corporation   The Bank of New York Mellon Corporation, as  U.S. Bank National Association
JOHN C. BROCK, JR.                        Shapiro & Fishman, LLP                 David J. Miller
Albertelli Law                            4630 Woodland Corporate Blvd Suite 100 Albertelli Law
P.O. Box 23028                            Tampa, FL 33614-2429                   Attorney for Secured Creditor
Tampa, FL 33623-2028                                                             P.O. Box 23028
                                                                                 Tampa, FL 33623-2028

U.S. Bank National Association            U.S. Bank National Association, as Trustee f  U.S. Bank National Association, as Trustee f
JOHN C. BROCK, JR.                        Shapiro & Fishman, LLP                 c/o Maurice D. Hinton, Esq.
Albertelli Law                            4630 Woodland Corporate Blvd Suite 100 3010 N. Military Trail, Suite 300
Attorney for Secured Creditor             Tampa, FL 33614-2429                   Boca Raton, FL 33431-6393
P.O. Box 23028
Tampa, FL 33623-2028

US Bank National Assoc.                   US Bank, National Association          Wayne County Treasurer
c/o Suly Espinoza                         c/o Maurice D Hinton, Esq.             c/o Richardo I. Kilpatrick
440 North Andrew Avenue                   3010 N Military Trail, Suite 300       615 Griswold, Ste 1004
Ft. Lauderdale, FL 33301-3214             Boca Raton, FL 33431-6393              Detroit, MI  48226-3985
```

```
Jeffrey W Kelley +                      Russell M Blain +                        Richard C. Prosser +
Troutman Sanders LLP                    Stichter, Riedel, Blain & Prosser        Stichter, Riedel, Blain & Prosser PA
600 Peachtree Street                    110 East Madison Street, Suite 200        110 E. Madison Street, Suite 200
Suite 5200                              Tampa, FL 33602-4718                      Tampa, FL 33602-4718
Atlanta, GA 30308-2216


United States Trustee - JAX 11 11+      Amy Denton Harris +                      Edward J. Peterson III+
135 W Central Blvd, Suite 620           Stichter, Riedel, Blain & Prosser, P.A.  Stichter, Riedel, Blain & Prosser, PA
Orlando, FL 32801-2440                  110 E Madison Street, Suite 200           110 East Madison Street, Suite 200
                                        Tampa, FL 33602-4718                      Tampa, FL 33602-4718



James D Dantzler Jr+
Troutman Sanders LLP
600 Peachtree Street Northeast
Suite 5200
Atlanta, GA 30308-2216
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank National Association, as Trustee    End of Label Matrix
                                                 Mailable recipients    36
                                                 Bypassed recipients     1
                                                 Total                  37
```