# UNITED STATES BANKRUPTCY COURT
Middle District of Florida Jacksonville Division

In re: **Taylor, Bean & Whitaker Mortgage Corp., ET AL.**, Case No. **3:09-bk-07047-JAF**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SONAR CREDIT PARTNERS, LLC** | **Lex Inc.** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**SONAR CREDIT PARTNERS, LLC**
**200 BUSINESS PARK DRIVE, SUITE 201**
**ARMONK, NY 10504**

Phone: **(914) 730-1005**
Last Four Digits of Acct #: N/A

Court Claim # (if known): N/A
Amount of Claim: **$16,668.00**
Date Claim Filed: N/A

Phone: N/A
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Name and Current Address of Transferor:

Lex Inc.
1912 Woodford Road
Vienna, VA 22181

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By: /s/Michael Goldberg          Date: 6/30/2011
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court ("Bankruptcy Court")
    Middle District of Florida Jacksonville Division
    Attn: Clerk

AND TO: Taylor, Bean & Whitaker Mortgage Corp.("Debtor"), Case No. 3:09-bk-07047-JAF)

Claim # (if known): 52679 |

**LEX INC.**  its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **SONAR CREDIT PARTNERS, LLC**
    200 Business Park Drive
    Suite 201
    Armonk, NY 10504
    Attn: Michael Goldberg
    Phone: (914) 730-1005

its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of **$16,668.00** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June __28__, 2011.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Signature: _[signed]_ | Signature: _Michael Goldberg_ |
| Name: David Tomashefk | Name: Michael Goldberg |
| Title: President / CEO | Title: Managing Member |
| Date: 6-28-11 | Date: 6/29/11 |

| Claim # | Creditor Name | Creditor Address | Class 9 Amount |
|---|---|---|---|
| 2804 | LEDOUX, ANN | LEDOUX, ANN<br>JACK A RAISNER ESQ & RENE S ROUPINIAN ESQ<br>OUTTEN & GOLDEN LLP<br>3 PARK AVE<br>29TH FL<br>NEW YORK, NY 10016 | $2,430.00 |
| 1382 | LEE WOODS CONST.OF FL.INC. | LEE WOODS CONST.OF FL.INC.<br>PO BOX 101<br>FRUITLAND PARK, FL 34731 | $1,945.00 |
| 2806 | LEFORCE, SHARON | LEFORCE, SHARON<br>JACK A RAISNER ESQ & RENE S ROUPINIAN ESQ<br>OUTTEN & GOLDEN LLP<br>3 PARK AVE<br>29TH FL<br>NEW YORK, NY 10016 | $1,200.00 |
| s5984 | LENZER APPRAISALS | LENZER APPRAISALS<br>1024 HUNTERS CHASE<br>GRAFTON, OH 44044 | $75.00 |
| 2560 | LERNER, SAMPSON & ROTHFUSS | LERNER, SAMPSON & ROTHFUSS<br>120 EAST FOURTH ST, 8TH FLOOR<br>CINCINNATI, OH 45202 | $35,403.85 |
| s5983 | LEWIS ELECTRICAL CONTRS INC | LEWIS ELECTRICAL CONTRS INC<br>1625 SW 80TH STREET<br>OCALA, FL 34476 | $2,454.05 |
| s26291 | LEX INC. | LEX INC.<br>1912 WOODFORD ROAD<br>VIENNA, VA 22181 | $16,668.00 |
| 764 | LEXISNEXIS A DIV OF REED ELSEVIER INC | LEXISNEXIS A DIV OF REED ELSEVIER INC<br>ATTN: BETH FARNHAM<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | $10,653.87 |
| s26289 | LINDA J BUHRMAN | LINDA J BUHRMAN<br>8007 WEST 78TH CIRCLE<br>ARVADA, CO 80005-5003 | $350.00 |
| s26287 | LINDA ZADACH | LINDA ZADACH<br>7370 HODGSON MEMORIAL DRIVE, STE A-7<br>SAVANNAH, GA 31406 | $1,122.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    TBW - Am to Sch F #2
                    Debtor

Case No.   3:09-bk-07047-JAF

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lesly Sliger<br>3120 Lafayette Road<br>Knoxville, TN 37621 | | - | | | | | 112.78 |
| Account No.<br><br>Lewis Figueroa<br>10 Magnolia Sq<br>Clarksville, TN 37043 | | - | | | | | 210.00 |
| Account No.<br><br>LEX Inc.<br>1912 Woodford Road<br>Vienna, VA 22181 | | - | | | | | 16,668.00 |
| Account No.<br><br>LexisNexis<br>PO Box 2314<br>Carol Stream, IL 60132-2314 | | - | | | | | 10,653.87 |
| Account No.<br><br>Linda J. Buhrman<br>8007 West 78th Circle<br>Arvada, CO 80005-5003 | | - | | | | | 350.00 |

Sheet no. 66 of 115 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    27,994.65