IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 3:09-bk-07047-JAF<br>Case No. 3:09-bk-10022-JAF<br>Case No. 3:09-bk-10023-JAF<br><br>Jointly Administered Under<br>Case No. 3:09-bk-07047-JAF |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP.,<br><br>Applicable Debtor. | |

ORDER GRANTING MOTION TO APPROVE SETTLEMENT
AGREEMENT BY AND AMONG TAYLOR, BEAN & WHITAKER
MORTGAGE CORP., NATIXIS REAL ESTATE HOLDINGS LLC,
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter came before the Court for hearing on July 13, 2011, on the Motion to Approve Settlement Agreement by and among Taylor Bean & Whitaker Mortgage Corp., Natixis Real Estate Holdings LLC, and the Official Committee of Unsecured Creditors, filed on June 22, 2011 [Docket No. 3238] (the "**Motion**"). The Motion seeks approval of a Settlement Agreement (the "**Natixis Settlement Agreement**") among the parties named above. There is no objection to the Motion.

The Court having reviewed and considered the Motion and the exhibit thereto, the evidence and arguments of counsel presented in open court, and having reviewed the record in support of the Motion; the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and finding that this is a core proceeding pursuant to 28 U.S.C. § 157(b); notice of the Motion and notice of the hearing to consider the Motion was adequate, and all persons with

2294498v1

standing have been afforded the opportunity to present evidence and argument of counsel at the hearing; and the Debtor having demonstrated at the hearing and by the Motion that the Settlement Agreement satisfies the standards established by the Eleventh Circuit for the approval of a compromise and settlement and is fair and reasonable to all interested parties and that the approval of the Natixis Settlement Agreement is in the best interests of the Debtor's estate; and good cause having been shown, IT IS HEREBY **FOUND AND ORDERED** that,

1. The Motion is **GRANTED**;

2. The Natixis Settlement Agreement is **APPROVED**; and

3. The Parties are authorized and directed to take such actions as may be necessary to effectuate the terms of the Natixis Settlement Agreement.

DATED: July 21, 2011 in Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

Debtor's counsel shall serve a copy of this Order upon the creditors and parties in interest on the Local Rule 1007 list.