B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Middle District of Florida

In re Taylor Bean & Whitaker Mortgage Corp.          Case No. 3:09-bk-7047-JAF

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

RBC BANK (USA), _its successors t/or_          315 N.E. 14th Street Ocala, LLC
Name of Transferee      _assigns_               Name of Transferor

Name and Address where notices to transferee should be sent:
James W. Carpenter, Esq.
515 E. Las Olas Blvd., Ste. 850
Ft. Lauderdale, FL 33301

Phone: 954-766-9930
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim: _1,750,000.00_
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
515 E. Las Olas Blvd., Ste. 850
Ft. Lauderdale, FL 33301

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Wendy Wilson_          Date: _7/12/11_
Transferee/Transferee's Agent
_Vice President, RBC Bank (USA)_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.