# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0109188-IN
Invoice Date:  2/26/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0816328 | 7698 | | | PSS |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date:  2/26/2009 | | |
| Transfer/Excise tax | Foreclosure | 231.00 |
| Service Date:  2/26/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**   **248.00**

**Balance Due:**   **248.00**

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:   0109665-IN
Invoice Date:   3/6/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0813977 | ▇1275 | | | DECLARATION OF INTENT |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 400.00 |
| Service Date:  3/4/2009 | | |

Please include a copy of this invoice with your remittance to:
   1315 Westbrook Plaza Drive, Suite 100
   Winston-Salem,  NC  27103
   EIN # 56-2107459
   E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**         **400.00**

**Balance Due:**         **400.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0109687-IN
Invoice Date: 3/6/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0818091 | 9624 | | | FINAL |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 800.00 |
| Service Date: 12/2/2008 | | |
| Title search - outsource - rep | Foreclosure | 300.00 |
| Service Date: 12/2/2008 | | |
| Title search-update-hearing | Foreclosure | 75.00 |
| Service Date: 2/13/2009 | | |
| Mail | Foreclosure | 149.50 |
| Service Date: 3/6/2009 | | |
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date: 12/22/2008 | | |
| Recording / Registrar | Foreclosure | 20.00 |
| Service Date: 3/6/2009 | | |
| Recording / Registrar | Foreclosure | 12.00 |
| Service Date: 3/6/2009 | | |
| Court filing | Foreclosure | 75.00 |
| Service Date: 12/22/2008 | | |
| Sheriff Service | Foreclosure | 30.00 |
| Service Date: 12/8/2009 | | |
| Classified ad - sales | Foreclosure | 448.88 |
| Service Date: 2/24/2009 | | |
| Transfer/Excise tax | Foreclosure | 1,353.00 |
| Service Date: 3/6/2009 | | |
| Court assessment | Foreclosure | 500.00 |
| Service Date: 3/6/2009 | | |
| Title seach-tasc-update-sale | Foreclosure | 75.00 |
| Service Date: 3/6/2009 | | |

Please include a copy of this invoice with your remittance to:
  1315 Westbrook Plaza Drive, Suite 100
  Winston-Salem,  NC  27103
  EIN # 56-2107459
  E-Mail: AcctsRec@brockandscott.com

**Net Invoice:** **3,855.38**

**Balance Due:** **3,855.38**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0109783-IN
Invoice Date:  3/9/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0819636 | 0682 |  |  | LOAN MOD CLOSED |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| 45 Day Letter | Foreclosure | 125.00 |
| Service Date:  12/31/2008 | | |

Please include a copy of this invoice with your remittance to:
   1315 Westbrook Plaza Drive, Suite 100
   Winston-Salem,  NC  27103
   EIN # 56-2107459
   E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**           **125.00**

**Balance Due:**           **125.00**

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0109846-IN
Invoice Date: 3/11/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0813383 | ▇545 | | | EVICTION |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 375.00 |
| Service Date: 1/15/2009 | | |
| Court filing | Foreclosure | 25.00 |
| Service Date: 1/26/2009 | | |
| Sheriff Service | Foreclosure | 30.00 |
| Service Date: 1/26/2009 | | |
| Cost Advance | Foreclosure | 25.00 |
| Service Date: 2/6/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:** 455.00

**Balance Due:** 455.00

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0109883-IN
Invoice Date:  3/11/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0813265 | 6821 | | | TITLE CURATIVE |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| DNU-Declare of Intent-Mob Home | Foreclosure | 500.00 |
| DNU-Opinion Letter-Mobile Home | Foreclosure | 200.00 |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**  **700.00**

**Balance Due:**  **700.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0109940-IN
Invoice Date: 3/12/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0817462 | 7572 | | | REPAY PLAN CLOSE |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 240.00 |
| Service Date: 11/18/2008 | | |
| 45 Day Letter | Foreclosure | 125.00 |
| Service Date: 11/18/2008 | | |
| Title search - outsource - rep | Foreclosure | 300.00 |
| Service Date: 11/18/2008 | | |

Please include a copy of this invoice with your remittance to:
   1315 Westbrook Plaza Drive, Suite 100
   Winston-Salem,  NC  27103
   EIN # 56-2107459
   E-Mail: AcctsRec@brockandscott.com

**Net Invoice:** **665.00**

**Balance Due:** **665.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:   0110897-IN
Invoice Date:   3/26/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0816328 | ▇7698 | | | TITLE CURATIVE |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| DNU-Declare of Intent-Mob Home | Foreclosure | 500.00 |
| DNU-Opinion Letter-Mobile Home | Foreclosure | 200.00 |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**   **700.00**

**Balance Due:**   **700.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0111270-IN
Invoice Date: 4/1/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0819610 | 3604 | | | BK HOLD |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 330.00 |
| Service Date: 12/31/2008 | | |
| 45 Day Letter | Foreclosure | 125.00 |
| Service Date: 12/31/2008 | | |
| Title search - outsource - rep | Foreclosure | 300.00 |
| Service Date: 12/31/2008 | | |
| Mail | Foreclosure | 128.00 |
| Service Date: 4/1/2009 | | |
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date: 3/31/2009 | | |
| Court filing | Foreclosure | 75.00 |
| Service Date: 3/31/2009 | | |
| Sheriff Service | Foreclosure | 30.00 |
| Service Date: 3/31/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:** **1,005.00**

**Balance Due:** **1,005.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0111347-IN
Invoice Date: 4/2/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0709463 | 4890 | | | PSS |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date: 4/7/2009 | | |
| Transfer/Excise tax | Foreclosure | 275.00 |
| Service Date: 4/7/2009 | | |

Please include a copy of this invoice with your remittance to:
  1315 Westbrook Plaza Drive, Suite 100
  Winston-Salem,  NC  27103
  EIN # 56-2107459
  E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**   292.00

**Balance Due:**   292.00

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0111811-IN
Invoice Date:  4/10/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0816145 | █9123 | | | EVICTION |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 425.00 |
| Service Date: 3/13/2009 | | |
| Court filing | Foreclosure | 25.00 |
| Service Date: 3/24/2009 | | |
| Sheriff Service | Foreclosure | 45.00 |
| Service Date: 3/24/2009 | | |
| Cost Advance | Foreclosure | 25.00 |
| Service Date: 3/24/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**  **520.00**

**Balance Due:**  **520.00**

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0111875-IN
Invoice Date: 4/13/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0817766 | 7035 | | | PSS |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Recording / Registrar | Foreclosure | 20.00 |
| Service Date: 4/13/2009 | | |
| Transfer/Excise tax | Foreclosure | 203.00 |
| Service Date: 4/13/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:** 223.00

**Balance Due:** 223.00

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0112451-IN
Invoice Date:  4/21/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0901331 | 7491 | | | LOSS MIT HOLD |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 480.00 |
| Service Date:  1/22/2009 | | |
| 45 Day Letter | Foreclosure | 125.00 |
| Service Date:  1/22/2009 | | |
| Title search - outsource - rep | Foreclosure | 300.00 |
| Service Date:  1/22/2009 | | |
| Mail | Foreclosure | 128.00 |
| Service Date:  4/21/2009 | | |
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date:  4/7/2009 | | |
| Court filing | Foreclosure | 75.00 |
| Service Date:  4/7/2009 | | |
| Sheriff Service | Foreclosure | 30.00 |
| Service Date:  4/7/2009 | | |

Please include a copy of this invoice with your remittance to:
  1315 Westbrook Plaza Drive, Suite 100
  Winston-Salem,  NC  27103
  EIN # 56-2107459
  E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**  1,155.00

**Balance Due:**  1,155.00

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number: 0112987-IN
Invoice Date: 4/30/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0901613 | 6122 | | | LENDER HOLD |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 550.00 |
| Service Date:  1/29/2009 | | |
| OTA - title claim/resolution | Foreclosure | 250.00 |
| Service Date:  1/29/2009 | | |
| 45 Day Letter | Foreclosure | 125.00 |
| Service Date:  1/29/2009 | | |
| Allowable Fee - attend hrg | Foreclosure | 250.00 |
| Service Date:  4/8/2009 | | |
| Title search - outsource - rep | Foreclosure | 300.00 |
| Service Date:  1/29/2009 | | |
| Mail | Foreclosure | 149.50 |
| Service Date:  4/29/2009 | | |
| Recording / Registrar | Foreclosure | 17.00 |
| Service Date:  3/2/2009 | | |
| Court filing | Foreclosure | 75.00 |
| Service Date:  3/2/2009 | | |
| Sheriff Service | Foreclosure | 30.00 |
| Service Date:  3/2/2009 | | |
| Classified ad - sales | Foreclosure | 615.76 |
| Service Date:  4/17/2009 | | |

Please include a copy of this invoice with your remittance to:
  1315 Westbrook Plaza Drive, Suite 100
  Winston-Salem,  NC  27103
  EIN # 56-2107459
  E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**  2,362.26

**Balance Due:**  2,362.26

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:   0118211-IN
Invoice Date:   7/8/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0801762 | 19894 | | | MOHO TITLE CURATIVE |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 250.00 |
| Service Date:  7/7/2009 | | |
| OTA Doc Prep - opinion letter | Foreclosure | 200.00 |
| Service Date:  7/7/2009 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**   **450.00**

**Balance Due:**   **450.00**

**INVOICE**

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:   0120905-IN
Invoice Date:   8/7/2009

Client:

Taylor, Bean & Whitaker
rhodgman@taylorbean.com
Ocala, FL  34474-9078

Name and Address:



| File # | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0819198 | 1717 |  | 489780458 | LENDER/HOLD |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee | Foreclosure | 475.00 |
| Service Date:  12/19/2008 | | |
| Title search - outsource - rep | Foreclosure | 275.00 |
| Service Date:  12/19/2008 | | |

Please include a copy of this invoice with your remittance to:
1315 Westbrook Plaza Drive, Suite 100
Winston-Salem,  NC  27103
EIN # 56-2107459
E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**   750.00

**Balance Due:**   750.00

# INVOICE

**Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100
Winston Salem, NC 27103
(336) 354-1200 - phone
(336) 354-1206 - fax

Invoice Number:  0128241-IN

Invoice Date:  8/25/2009

Client:

Taylor, Bean & Whitaker
email: rhodgman@taylorbean.com
email: jmuhammad@taylorbean.co
Ocala, FL  34475

Name and Address:



Donnella Simmons

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
| 0904319/7 | 8863 | | | 0817668/MFR |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Allowable Fee/RECOVERABLE<br>    Service Date:  7/20/2009 | Bankruptcy | 550.00 |
| Court filing/RECOVERABLE<br>    Service Date:  7/20/2009 | Bankruptcy | 150.00 |

Please include a copy of this invoice with your remittance to:
   1315 Westbrook Plaza Drive, Suite 100
   Winston-Salem,  NC  27103
   EIN # 56-2107459
   E-Mail: AcctsRec@brockandscott.com

**Net Invoice:**     **700.00**

**Balance Due:**     **700.00**

Created by Neevia docuPrinter Pro trial version   http://www.neevia.com