

## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37264
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Abdala, Aixa Skinner
Account No. ████0333
Our File No. 26154
Address - ████████████████████████████,
████████
Status -
Type of Billing -
Referral Date 8/28/2008
Complaint Date - 09/08/2008
Date Of Sale - 10/30/2009

**For Disbursements Incurred:**

| 04/30/2009 | Clerk's Filing Fee restart 4cls | $50.00 |
|---|---|---|

## INVOICE SUMMARY

| For Disbursements Incurred: | $50.00 |
|---|---|
| **Total Due:** | $50.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



EXHIBIT " A "



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36785
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Abreu, Yaima
Account No ▇▇0277
Our File No. 29877
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - BK Filed
Referral Date 11/4/2008
Complaint Date - 11/24/2008
Date Of Sale - 06/18/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/09/2009 | Documentary stamps | $0 60 |
| 08/14/2009 | Publication of notice of sale - 8/3, 10/09 | $150.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$150 60* |
| **Total Due:** | *$150.60* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  6374

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW5 v Acosta, Rolando
Account No. █████9688
Our File No. 24377
Address -██████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 7/18/2008
Complaint Date - 07/22/2008
Date Of Sale - 7/8/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/06/2009 | Clerk's Filing Fee reset 3/13 sale | $50 00 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/08/2009 | Publication of notice of sale 6/24, 7/1/09 | $183.52 |
| 07/08/2009 | Cost of certified court documents | $5.00 |
| 07/08/2009 | Documentary stamps | $0.70 |
| 07/15/2009 | Clerk's recording fee | $27.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$336 22* |
| **Total this Invoice:** | *$336.22* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 34001

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW5 v Acosta, Rolando
Account No. ███9688
Our File No  24377
Address - ███████████████████████████0
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 7/18/2008
Complaint Date - 07/22/2008
Date Of Sale - 7/8/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 08/03/2009 | Flat fee for Retirement of Mobile Home titles | $500.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 08/08/2009 | Secure mobile home title | $210.20 |
| 08/15/2009 | Mobile home real property decals | $15.70 |
| 08/17/2009 | Cost of certified court documents | $6.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$231.90* |
| **Total Due:** | ***$731.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37043
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Adam, Faby & Vanessa
Account No. ███0836
Our File No. 35439
Address - ████████████████████
Status - Foreclosure
Type of Billing - H&B/Loss Mitigation
Referral Date 1/28/2009
Complaint Date - 02/06/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee for title claim | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/26/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$23.50* |
| **Total Due:** | *$148.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7751

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Adams, Pamela
Account No. ▇▇9311
Our File No. 38381-bk
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - BK CH 7, 8:09-bk-08335-CPM, 4/27/2009
Type of Billing - MFR
Referral Date 7/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/23/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $525.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Bankruptcy filing fee | $150 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $525 00 |
| For Disbursements Incurred: | $150.00 |
| **Total this Invoice:** | **$675.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW  OFFICES  OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33289
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Adams, Pamela
Account No. ▬▬9311
Our File No. 38381
Address - ▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 03/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275 00 |
| 07/01/2009 | Service of process | $227.00 |
| 07/01/2009 | Skip Trace | $95.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$597 40* |
| **Total Due:** | ***$597.40*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6259

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Adriaansen, Leslie & Phyllis
Account No. ███6103
Our File No. 36669
Address - ███████████████████████████████
Status - Foreclosure
Type of Billing - Contested Fees
Referral Date 2/12/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/27/2009 | Flat fee for title claim. | $125.00 |
| 03/05/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |
| 04/06/2009 | Flat fee for response to defendant's motion to dismiss. (OTA approved 4/10) | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Title Search | $275 00 |
| 04/24/2009 | Cost of Certified Court Documents | $19.00 |
| 05/12/2009 | SOP Leslie Adriaansen-ut#2 (x7) | $695.00 |
| 06/03/2009 | Record assignment of mortgage** | $18 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$850.00* |
| For Disbursements Incurred: | *$1,007.50* |
| **Total this Invoice:** | *$1,857.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6569

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Agheli, Nasrollah & Monroe,
Nancy
Account No. ▓▓4912
Our File No. 32372
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankrupcty Filing
Referral Date - 12/11/2008
Complaint Date - 01/08/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 07/14/2009 | Flat fee to prepare and file motion to compel. (OTA approved 7/14) | $600.00 |
| 07/14/2009 | Flat fee to prepare discovery package. (OTA approved 7/14) | $475.00 |
| 07/14/2009 | Flat fee to respond to defendant's Request for Production and Mediation. (OTA approved 7/14) | $475.00 |

### *INVOICE SUMMARY*

For Professional Services: **$1,550.00**

**Total this Invoice:** **$1,550.00**
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328   BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *I N V O I C E*

Invoice # 33292
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Agheli, Nasrollah & Monroe,
Nancy
Account No. ████4912
Our File No  32372
Address - ██████████████████████████████████████
████████
Status - Foreclosure
Type of Billing - Per Bankrupcty Filing
Referral Date - 12/11/2008
Complaint Date - 01/08/2009
Date Of Sale -

## For Professional Services Rendered:

| | | |
|---|---|---|
| 05/04/2009 | Flat fee for response to defendant's request for production and request for mediation. | $1,675.00 |

## For Disbursements Incurred:

| | | |
|---|---|---|
| 01/21/2009 | Court Call | $60.00 |
| 02/10/2009 | Clerk's Recording Fee | $1.00 |
| 02/10/2009 | Record Assignment of Mortgage | $18.50 |
| 03/12/2009 | Srvc of Process- Nasrollah Agheli-ut2 (x8) | $360.00 |
| 03/19/2009 | Cost of Certified Court Documents | $17.00 |
| 04/17/2009 | Court Call | $60 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $1,675.00 |
| For Disbursements Incurred: | $516.50 |
| **Total Due:** | **$2,191.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33293
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Alamillo, Robert
Account No. ████9254
Our File No. 29004
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 10/20/2008
Complaint Date - 11/06/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/12/2009 | Flat fee to draft and prepare response to Motion for Extension of Time. | $250.00 |

## *INVOICE SUMMARY*

For Professional Services:      *$250.00*

**Total Due:**      *$250.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6086

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allard, Kevin
Account No. ■■7039
Our File No. 31268
Address - ■■■■■■■■■■■■■■■■■■■■
Status - Bankruptcy Filing
Type of Billing - Amend COT/Retire Mobil Home
Referral Date 11/19/2008
Complaint Date - 12/05/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 12/10/2008 | Flat fee to prepare assignment of mortgage. ** | $125 00 |
| 07/14/2009 | Second part of foreclosure through 7/14/2009 sale | $650 00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/18/2008 | Title Search | $340.00 |
| 12/30/2008 | Service of Process summons | $40.00 |
| 01/02/2009 | Hydra Investigation-Sandra Allard | $45.00 |
| 01/16/2009 | Cost of Certified Court Documents | $11.00 |
| 01/20/2009 | Clerk's Recording Fee | $2.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/10/2009 | Publication of NOA 2/243/3/09 | $345 43 |
| 07/01/2009 | Cost of certified court documents | $4.50 |
| 07/01/2009 | Documentary stamps | $0 70 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/10/2009 | Publication of notice of sale | $273.68 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$1,150.81* |
| **Total this Invoice:** | **$1,925.81** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 42246
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allard, Kevin
Account No ███7039
Our File No. 31268
Address - ████████████████████████
Status - Bankruptcy Filing
Type of Billing - Amend COT/Retire Mobil Home
Referral Date 11/19/2008
Complaint Date - 12/05/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/20/2009 | Flat fee for mobile home retirement | $500.00 |
| 07/20/2009 | Flat Fee to Amend Certificate of Title | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/05/2009 | Documentary stamps | $0.70 |
| 10/05/2009 | Cost of certified court documents | $4 00 |
| 10/05/2009 | Clerk's recording fee | $18.50 |
| 10/05/2009 | Clerk's Re-Open File Fee | $50 00 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | *$850.00* |
| For Disbursements Incurred: | | *$73.20* |
| **Total Due:** | | *$923.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37143
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allard, Steven & Sandra
Account No. ████9005
Our File No. 38444
Address - ███████████████████
Status -
Type of Billing -
Referral Date 3/16/2009
Complaint Date -
Date Of Sale -

---

**For Disbursements Incurred:**

---

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $340.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$340.00* |
| **Total Due:** | *$340.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8329

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allen, Michael
Account No. ▬▬0008
Our File No 30429-bk
Address - ▬▬▬▬▬▬▬▬▬▬▬▬
Status - BK CH 7, 3:09-bk-04335-PMG, 05/29/2009
Type of Billing - MFR
Referral Date 7/20/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/04/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/04/2009 | Bankruptcy filing fee | $150.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | *$700.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33296
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allen, Michael
Account No. ▇▇0008
Our File No. 30429
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/01/2008
Date Of Sale - 6/1/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|-------:|
| 06/04/2009 | Cost of certified court documents | $5.00 |
| 06/04/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                                    *$5.70*

**Total Due:**                                              *$5.70*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36995
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allison, Lisa & Charles
Account No. ⬛2867
Our File No. 34718
Address - ▬▬▬▬▬▬▬▬▬▬▬▬
Status -
Type of Billing –
Referral Date 1/20/2009
Complaint Date - 01/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/19/2009 | Clerk's Recording Fee | $2 00 |
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/08/2009 | Cost of Certified Court Documents | $10.00 |
| 04/08/2009 | Publication of NOA 4/310/09 | $195 00 |
| 04/16/2009 | Srvc of process Lisa Allison-ut#2 (x7) | $552.00 |
| 04/16/2009 | Clerk's Additional Filing Fee | $4.00 |
| 04/16/2009 | Skip Trace Charlie Allison | $96 30 |

## INVOICE SUMMARY

For Disbursements Incurred:                         $877.80

**Total Due:**                                      **$877.80**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8327

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allred, Sydney & Sherry
Account No ▧▧9153
Our File No. 35529-bk
Address - ◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼
Status - BK CH 7, 6:09-bk-06629-ABB, 5/14/2009
Type of Billing - MFR
Referral Date 7/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/21/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/21/2009 | Bankruptcy filing fee | $150.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | ***$700.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37047
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Allred, Sydney & Sherry
Account No. ████9153
Our File No. 35529
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 1/29/2009
Complaint Date - 02/23/2009
Date Of Sale - 06/04/2009

---

**For Professional Services Rendered:**

---

| 05/04/2009 | Flat fee for second half of foreclosure lawsuit through 5/4/09 hearing; bankruptcy filed 5/14/09. | $700 00 |

## INVOICE SUMMARY

| For Professional Services: | *$700 00* |
|---|---|
| **Total Due:** | **$700.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36715
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Altreche-Gonzalez, Jessika
Account No. ████6348
Our File No. 24818
Address - ████████████████████████████████
Status -
Type of Billing -
Referral Date 7/31/2008
Complaint Date - 08/14/2008
Date Of Sale - 05/14/2009

**For Disbursements Incurred:**

07/24/2009        Hydra investigation                                              $45 00

### *INVOICE SUMMARY*

For Disbursements Incurred:                          *$45 00*

**Total Due:**                          *$45.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33298
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Amarilla, Juan
Account No. ███5560
Our File No. 30519
Address - ███████████████████████████████
██████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/13/2008
Complaint Date - 12/01/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/08/2008 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/13/2009 | Clerk's recording fee | $2.00 |
| 01/13/2009 | Record assignment of mortgage | $18.50 |
| 01/13/2009 | Abstract fee | $0 60 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125 00 |
| For Disbursements Incurred: | $21.10 |
| **Total Due:** | **$146.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37258

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Amaya, Carlos
Account No.████5403
Our File No. 41474
Address - ████████████████████████████
Status -
Type of Billing –
Referral Date 4/29/2009
Complaint Date – 05/08/2009
Date Of Sale - 09/30/2009

**For Professional Services Rendered:**

| 05/28/2009 | Starting Receivable: 135408 | $650.00 |

**For Disbursements Incurred:**

| 05/28/2009 | Starting Receivable: 135408 | $351.00 |

## *INVOICE SUMMARY*

| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$351.00* |
| **Total Due:** | ***$1,001.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

August 05, 2009

Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 7378

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Amburgy, Randal
Account No. XXX8624
Our File No 32280
Address -
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/9/2008
Complaint Date - 12/17/2008
Date Of Sale - 07/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/22/2009 | Second part of foreclosure through 7/22/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/02/2009 | Court Call | $60.00 |
| 01/05/2009 | Title Search | $275.00 |
| 01/19/2009 | Record Assignment of Mortgage** | $18.50 |
| 01/28/2009 | Hydra Investigation-Randal Amburgy | $45.00 |
| 03/03/2009 | Cost of Certified Court Documents | $7.00 |
| 04/08/2009 | Publication of NOA 03/19,26/09 | $497.42 |
| 06/17/2009 | Publication of notice of sale 6/24,7/1/09 | $404.60 |
| 07/14/2009 | Sale fee | $70.00 |
| 07/22/2009 | Cost of certified court documents | $5.00 |
| 07/22/2009 | Documentary stamps | $497.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$1,879.52* |
| **Total this Invoice:** | **$2,529.52** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37028

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Anderson, Hubert
Account No. ███9878
Our File No. 34851
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale - 08/13/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Clerk's filing fee | $50.00 |
| 08/11/2009 | Publication of notice of sale | $205.58 |
| 08/27/2009 | Publication of notice of sale | $187.08 |
| 09/15/2009 | Publication of notice of sale | $187.08 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $629.74 |
| **Total Due:** | $629.74 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 · BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42262

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Anderson, Hubert
Account No. ████9878
Our File No. 34851
Address - ███████████████████
Status - Bankruptcy Filing
Type of Billing - Cancel Sale
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale - 08/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/16/2009 | Flat Fee to cancel sale (11-16-09) | $250 00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0 00* Hours | *$250.00* |
| **Total Due:** | | *$250.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL **C** CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8261

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Anderson, Hubert
Account No. ▓▓9878
Our File No. 34851
Address - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status - Bankruptcy Filing
Type of Billing - Cancel Sale
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale - 08/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/24/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 08/04/2009 | Second part of foreclosure through cancellation of 8/13/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/27/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/23/2009 | Cost of Certified Court Documents | $22.00 |
| 04/24/2009 | SOP- Hubert Anderson-ut2 (x7) | $825.00 |
| 04/24/2009 | Skip Trace- BSM Financial | $96.30 |
| 05/13/2009 | Publication of NOA 4/23,30/09 | $172.72 |
| 07/17/2009 | Clerk's filing fee | $50.50 |
| 07/23/2009 | Publication of notice of sale | $205.58 |
| 08/04/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$1,440.60* |
| **Total this Invoice:** | *$2,215.60* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37061
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Andrews, Donald
Account No ███7184
Our File No. 35849
Address - ████████████████████████████████
████████
Status -
Type of Billing -
Referral Date 2/4/2009
Complaint Date - 02/23/2009
Date Of Sale - 09/24/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------------|------------------------------------|----------|
| 04/20/2009 | Srvc of process Donald Andrews-ut#2 (x6) | $459.00 |
| 04/20/2009 | Clerk's Additional Filing Fee | $4.00 |
| 06/10/2009 | Notice of dropping | $13.00 |
| 07/28/2009 | Cost of certified court documents | $15.00 |
| 09/10/2009 | Publication of notice of sale | $171.60 |
| 09/14/2009 | Sale fee | $70.00 |

## INVOICE SUMMARY

For Disbursements Incurred:                    $732.60

Total Due:              $732.60

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

February 11, 2010
Selene Finance
Via New Invoice

# *INVOICE*

Invoice # 28878
Federal ID # 59-2885854

Taylor, Bean & Whitaker/Selene Finance(SF) v Andrews, Tashimba
Account No ●●●●●0164
Our File No. 40217
Address – ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
Status - Foreclosure
Type of Billing – Service Transfer
Referral Date 4/13/2009
Complaint Date – 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/15/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |
| 01/29/2010 | Second part of foreclosure through cancellation of 09/24/2009 hearing. | $430.00 |
| 01/29/2010 | Flat fee for TBW transfer to Selene Finance. | $300.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/08/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 07/14/2009 | Payoff request | $3.00 |
| 08/04/2009 | Service of process-5 defendants | $225.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$855.00* |
| For Disbursements Incurred: | *$521.50* |
| **Total this Invoice:** | *$1,376.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37238
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Appleton, Stephen & Sulfaro, Maureen
Account No. ███5255
Our File No. 41149
Address – ██████████████████████████
Status –
Type of Billing –
Referral Date 4/24/2009
Complaint Date - 05/05/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 05/29/2009 | Clerk's Recording Fee | $1.00 |
| 05/29/2009 | Record Assignment of Mortgage | $18 50 |
| 06/15/2009 | Cost of certified court documents | $10.00 |
| 07/01/2009 | Title search | $275 00 |
| 07/10/2009 | Cost of certified court documents | $10.00 |
| 08/07/2009 | Service of process | $450.00 |
| 08/07/2009 | Skip Trace | $95.85 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $860.35

**Total Due:** *$860.35*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33319
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Aramburo, Hans
Account No. ████9844
Our File No. 40323
Address - ██████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 5/1/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 05/19/2009 | Flat fee to prepare assignment of mortgage | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 06/18/2009 | Record assignment of mortgage | $2.00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 06/25/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $495.00 |

### INVOICE SUMMARY

| | |
|---|---:|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$790.50* |
| **Total Due:** | ***$915.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 36771

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Aramini, Yvette
Account No. ███0398
Our File No. 29448
Address - ██████████████████████████████
Status -
Type of Billing -
Referral Date 10/28/2008
Complaint Date - 11/03/2008
Date Of Sale - 05/13/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/20/2009 | Publication of NOS 4/305/7/09 | $128.80 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$128.80* |
| **Total Due:** | *$128.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33321
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Arango, Maria
Account No. ●●1375
Our File No. 35196
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/26/2009
Complaint Date - 02/18/2009
Date Of Sale - 9/15/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 03/04/2009 | Court Call | $60.00 |
| 03/27/2009 | Record Assignment of Mortgage | $18.50 |
| 04/08/2009 | Publication of NOA 4/310/09 | $179.40 |
| 05/12/2009 | SOP- Maria Arango-ut2 (x4) | $180.00 |
| 05/12/2009 | Skip Trace- Maria Arango | $95.40 |
| 05/12/2009 | SOP- Maria Arango-ut2 (x4) | $180.00 |
| 05/12/2009 | Skip Trace- Maria Arango | $95.40 |
| 09/02/2009 | Publication of notice of sale | $152.10 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$960.80* |
| **Total Due:** | *$960.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 13192

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ash, Jason & Melissa
Account No. ▉▉7719
Our File No. 40125
Address ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/28/2009
Date Of Sale - 09/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/15/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/12/2009 | Cost of certified court documents | $15.00 |
| 06/12/2009 | Notice of dropping | $13.00 |
| 06/18/2009 | Title search | $275.00 |
| 06/22/2009 | Record assignment of mortgage | $18.50 |
| 07/10/2009 | Cost of certified court documents | $15.00 |
| 07/29/2009 | Service of process- 8 Defendants | $360.00 |
| 09/01/2009 | Publication of notice of sale date 08/26/2009 | $88.62 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$785 12* |
| **Total Due:** | ***$910.12*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 36796
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Aubert, Shelby
Account No. ●●1390
Our File No. 30308
Address -
Status -
Type of Billing -
Referral Date 11/10/2008
Complaint Date - 11/28/2008
Date Of Sale - 06/10/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/12/2008 | Clerk's Recording Fee | $1.00 |
| 12/12/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/16/2009 | Hydra Investigation-Shelby Aubert | $45.00 |
| 03/31/2009 | Cost of Certified Court Documents | $10.00 |
| 04/13/2009 | Publication of NOA 1/1/09 only | $67.90 |
| 06/03/2009 | Sale fee | $70.00 |
| 06/22/2009 | Publication of notice of sale | $130.20 |
| 07/28/2009 | Publication of notice of action | $134.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$477.00* |
| **Total Due:** | *$477.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37055
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Augustin, John
Account No. ███1047
Our File No. 35736
Address - ███████████████████████
Status -
Type of Billing -
Referral Date 2/2/2009
Complaint Date - 02/12/2009
Date Of Sale -

**For Disbursements Incurred:**

| 05/04/2009 | Srvc of process John Agustin-ut#2(x4) | $180.00 |
|---|---|---|

## *INVOICE SUMMARY*

| For Disbursements Incurred: | *$180.00* |
|---|---|
| **Total Due:** | *$180.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12668
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ayoub, Stephan
Account No. ████4803 /██████3600
Our File No. 35195
Address ████████████████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 1/26/2009
Complaint Date - 02/19/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/08/2009 | Second part of foreclosure through cancellation of 09/08/2009 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/14/2009 | Hydra Investigation Stephan Ayoub | $45.00 |
| 06/10/2009 | Notice of dropping | $13.00 |
| 06/16/2009 | Service of process | $180.00 |
| 06/25/2009 | Publication of notice of action - 6/12, 6/19 | $167.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$405.70* |
| **Total Due:** | *$975.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33326
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Azouki, Elia
Account No. 2767
Our File No  38456
Address -
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/03/2009 | Cost of certified court documents | $16.00 |
| 07/09/2009 | Service of process | $360.00 |
| 07/09/2009 | Record lis pendens | $3.50 |
| 07/31/2009 | Cost of certified court documents | $16.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: | $395.50

**Total Due:** | **$395.50**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7956

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Baker, Glenn
Account No. ▮▮3924
Our File No. 33593
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date - 12/31/2008
Complaint Date - 01/07/2009
Date Of Sale - N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/28/2009 | Second part of foreclosure through bankruptcy filing 7/28/09. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $340.00 |
| 02/09/2009 | Court Call | $60.00 |
| 02/19/2009 | Clerk's Recording Fee** | $1.00 |
| 02/19/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/05/2009 | Srv of process Glenn Baker-ut#2 (x5) | $315.00 |
| 03/25/2009 | Publication of NOA 3/12,19/09 | $217.00 |
| 04/16/2009 | Cost of Certified Court Documents | $17.00 |
| 07/01/2009 | Court Charge - Hearing | $60.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$695.00* |
| For Disbursements Incurred: | *$1,028.50* |
| **Total this Invoice:** | **$1,723.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3515

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ballard, Dennis & Seamans, Carol
Account No. ███0697
Our File No. 41664
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - H&B/ Forbearance Agreement
Referral Date 5/1/2009
Complaint Date - 5/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/14/2009 | Second part of the foreclosure through completion of service | $225.00 |
| 05/22/2009 | Flat fee for title claim. | $125.00 |
| 06/02/2009 | Flat fee to prepare assignment of mortgage ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | Service of process 6 Defendants | $270.00 |
| 06/23/2009 | Recording of dismissal | $23.50 |
| 06/24/2009 | Clerk's recording fee | $1.00 |
| 06/24/2009 | Record assignment of mortgage** | $18.50 |
| 07/06/2009 | Title search | $340.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$475.00* |
| For Disbursements Incurred: | *$653.00* |
| **Total this Invoice:** | ***$1,128.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL**C**CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33327
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Basel, Richard & Rebecca
Account No. ███7436
Our File No. 36657
~~Address - 6606 Apple Blossom Drive, Lakeland, FL 33810~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/24/2009
Date Of Sale - 08/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 02/27/2009 | Flat fee for title claim. | $125 00 |
| 08/28/2009 | Second part of foreclosure through cancellation of 08/28/09 sale. | $480.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 03/27/2009 | Srvc of process Richard Basel-ut#2 (x9) | $405.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 06/02/2009 | Cost of certified court documents | $17.00 |
| 06/03/2009 | Notice of dropping | $13.00 |
| 09/10/2009 | Publication of notice of sale 8/15,22/09 | $164.53 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$605 00* |
| For Disbursements Incurred: | *$618.03* |
| **Total Due:** | ***$1,223.03*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37065
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Baskin, Kevin
Account No ▮▮5460
Our File No. 36030
Address ▮▮▮▮▮▮ Elm Road, Lakeland, FL 33801
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/6/2009
Complaint Date - 02/18/2009
Date Of Sale - 06/04/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/28/2009 | Sale Fee | $70.00 |
| 07/07/2009 | Cost of certified court documents | $18.50 |
| 07/07/2009 | Documentary stamps | $0.70 |
| 10/15/2009 | Title policy | $253.58 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$342.78* |
| **Total Due:** | *$342.78* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
### DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3786

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Battle-Carattini, Amelia
Account No. ▄▄9956
Our File No. 41476
Addr▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄2
Status - Foreclosure
Type of Billing - C&B/Loss Mitigation
Referral Date 4/29/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/25/2009 | Second part of foreclosure through cancellation of 07/27/2009  hearing | $520.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/17/2009 | Service of process 6 Defendants | $410.85 |
| 06/26/2009 | Recording of dismissal | $23.50 |
| 07/02/2009 | Title search | $275.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $520.00 |
| For Disbursements Incurred: | $709.35 |
| **Total this Invoice:** | **$1,229.35** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12711

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Becera, Ailime
Account No ▉6470 / ▉3087
Our File No. 39422
Address ▉▉▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 3/27/2009
Complaint Date - 04/06/2009
Date Of Sale - 9/11/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/11/2009 | Second part of foreclosure through cancellation of 09/11/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/09/2009 | Service of process | $315.00 |
| 08/21/2009 | ** Publication of notice of sale ** 8/7, 8/14/09 | $120.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$435.00* |
| **Total Due:** | *$1,135.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36788
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bejarano, Diane
Account No. ▬3569
Our File No. 30164
Address –
Status –
Type of Billing –
Referral Date 11/6/2008
Complaint Date –
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/20/2008 | Title Search | $275.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$275.00* |
| **Total Due:** | *$275.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33329
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Benjaman, Julie
Account No. ▬7126
Our File No. 38393
Addr▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 03/30/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/27/2009 | Title Search | $275.00 |
| 05/15/2009 | Publication of NOA 5/29/09 | $121.44 |
| 07/06/2009 | Service of process | $225 00 |
| 07/06/2009 | Skip Trace | $96.30 |
| 07/30/2009 | Service of process | $45.00 |
| 07/30/2009 | Clerk's filing fee | $10.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$772.74* |
| **Total Due:** | *$772.74* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33332
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bernal-Lage, Martha
Account No. ████6121
Our File No. 34177
Address ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/22/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 04/07/2009 | Srvc of process Martha Bernal-Lage-ut#2 (x8) | $450.00 |
| 04/07/2009 | Skip Trace Martha Bernel-Lage | $96.30 |
| 04/08/2009 | Cost of Certified Court Documents | $17.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:          *$581.80*

**Total Due:**          *$581.80*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8361

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Berry, Jennifer
Account No. ██8911
Our File No. 41355
~~████████████████████~~
Status - Foreclosure
Type of Billing - BK Filed
Referral Date 4/28/2009
Complaint Date - 05/15/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/05/2009 | Second part of foreclosure through cancellation of 8/5/09 hearing. | $475 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/01/2009 | Title search | $275.00 |
| 07/02/2009 | Record assignment of mortgage** | $18.50 |
| 07/02/2009 | Cost of certified court documents | $10.00 |
| 08/05/2009 | Service of process | $180 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$475.00* |
| For Disbursements Incurred: | *$483 50* |
| **Total this Invoice:** | **$958.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37025
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bertoline, Alfred & Amanda
Account No. ▓2569
Our File No. 34841
Address -
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 01/29/2009
Date Of Sale - 10/8/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/11/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37075
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bevilacqua, Theresa
Account No. ███7691
Our File No. 36719
Address ███████ North ████ ████ Tampa, FL █████
Status -
Type of Billing -
Referral Date 2/13/2009
Complaint Date - 03/09/2009
Date Of Sale -

---

**For Disbursements Incurred:**

---

| 06/03/2009 | Cost of certified court documents | $20.00 |
| 07/01/2009 | Service of process | $495.00 |

### INVOICE SUMMARY

For Disbursements Incurred: $515 00

**Total Due:** **$515.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8052

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bianchi, Peter
Account No. ████8922
Our File No. 31940
~~Address ...~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/4/2008
Complaint Date - 12/24/2008
Date Of Sale - 8/3/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |
| 06/19/2009 | Second part of foreclosure through 8/3/09 sale. | $650.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/2009 | Record Assignment of Mortgage ** | $18.50 |
| 02/18/2009 | Cost of Certified Court Documents | $11.00 |
| 07/27/2009 | Sale fee | $70.00 |
| 07/28/2009 | Documentary stamps | $0 70 |
| 07/28/2009 | Cost of certified court documents | $5.00 |
| 07/30/2009 | Publication of notice of sale 7/13,20/09 | $223 20 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $775 00 |
| For Disbursements Incurred: | $328 40 |
| **Total this Invoice:** | **$1,103.40** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36807

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bianchi, Peter
Account No. ●●8922
Our File No. 31940
~~Address~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/4/2008
Complaint Date - 12/24/2008
Date Of Sale - 8/3/2009

**For Disbursements Incurred:**

| 08/11/2009 | Documentary stamps | $0 70 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$0.70* |
|---|---|
| **Total Due:** | *$0.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36976

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Biser, Gary
Account No. ⬛9831
Our File No. 33788
Address - ~~[redacted]~~
Status -
Type of Billing -
Referral Date 1/6/2009
Complaint Date - 01/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | ***$125.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5144

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bishop, Brian
Account No. ██0312
Our File No. 31330
~~Address 213 Jewel Lynn Drive 508...~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 11/20/2008
Complaint Date - 12/04/2008
Date Of Sale - 07/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/10/2008 | Flat fee for title claim | $125.00 |
| 06/01/2009 | Second part of foreclosure through 7/1/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/18/2008 | Title Search | $275.00 |
| 01/14/2009 | Hydra Investigation Vivien Hastings | $45.00 |
| 03/16/2009 | Cost of Certified Court Documents | $18.00 |
| 04/08/2009 | Publication of NOA 3/26,4/2/09 | $345.55 |
| 06/22/2009 | Sale fee | $70.00 |
| 06/25/2009 | Publication of notice of sale 6/11,18/09 | $301.35 |
| 07/01/2009 | Service of process | $420.00 |
| 07/01/2009 | Skip Trace | $96.75 |
| 07/20/2009 | Cost of certified court documents | $5.00 |
| 07/20/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$1,577.35* |
| **Total this Invoice:** | *$2,402.35* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37142
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bittar, Elias & Marie
Account No. ▮▮5293
Our File No. 38440
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------------|------------------------------|---------|
| 04/22/2009 | Record Assignment of Mortgage | $18.50 |
| 04/29/2009 | Title Search | $275.00 |
| 07/09/2009 | Service of process | $405.00 |
| 07/09/2009 | Clerk's filing fee | $12.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                          $710.50

Total Due:                          $710.50

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37223
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Black, Dustin
Account No. ███2184
Our File No. 40953
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 4/22/2009
Complaint Date - 5/1/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/22/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/11/2009 | Record assignment of mortgage | $18.50 |
| 06/26/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $227 00 |
| 08/07/2009 | Skip Trace | $96.30 |
| 10/13/2009 | Notice of dropping | $10 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$626.80* |
| **Total Due:** | ***$751.80*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33334
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Black, John
Account No - 1⬛4107
Our File No. 32766
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/16/2008
Complaint Date - 01/06/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/03/2009 | Clerk's Recording Fee | $3.00 |
| 02/03/2009 | Record Assignment of Mortgage** | $27.00 |
| 02/16/2009 | Srvc of Process-john black-ut2 (X7) | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$345.00* |
| **Total Due:** | *$345.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36759

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Blanchard, Raymond
Account No. ▪▪2497
Our File No. 29294
Address ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
Status -
Type of Billing –
Referral Date 10/24/2008
Complaint Date - 11/13/2008
Date Of Sale - 05/13/2009

**For Disbursements Incurred:**

| 07/20/2009 | Clerk's filing fee | $50 00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$50 00* |
|---|---|
| **Total Due:** | *$50.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF

# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33335
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bolivar, Daisy
Account No. ████4458
Our File No. 25353
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/13/2008
Complaint Date - 08/21/2008
Date Of Sale - 10/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 03/03/2009 | Clerk's Filing Fee- reset 2-12 sale | $50 00 |
| 06/04/2009 | Clerk's filing fee to cancel 6/4/09 sale | $50 00 |
| 06/04/2009 | Clerk's filing fee to cancel 6/4/09 sale. | ($50 00) |
| 06/18/2009 | Publication of notice of sale | $150.00 |
| 10/09/2009 | Publication of notice of sale | $150 00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: *$350.00*

**Total Due:** *$350.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37000
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Boone, Leroy & Weston, Tracy
Account No. ▉3454
Our File No. 34726
A▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/28/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/17/2009 | Srvc of process Leroy Boone Jr-ut#2 (x7) | $500.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$500.00* |
| **Total Due:** | *$500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33338
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Boros, Parashiva
Account No. ▓0449
Our File No. 38464
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
34287
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/17/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/11/2009 | Clerk's Indexing Fee | $2 00 |
| 05/11/2009 | Record Assignment of Mortgage | $18 50 |
| 07/31/2009 | Service of process | $495 00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                    $515.50

**Total Due:**                                                 $515.50

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37113
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bowens, Patricia & WIllis, Robert
Account No. ███606
Our File No. 37859
Address –
Status –
Type of Billing –
Referral Date 3/5/2009
Complaint Date - 03/13/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37257
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bowman, Amy & Joe
Account No. ████4332
Our File No. 41473
████████████████████████████████
Status -
Type of Billing -
Referral Date 4/29/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF

# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 15, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4918

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Boyd, Charles & Lynn
Account No ~~●~~6412
Our File No. 34828
~~Address~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/21/2009
Complaint Date - 01/28/2009
Date Of Sale - 06/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 05/26/2009 | Second part of foreclosure through 06/25/2009 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/19/2009 | Clerk's Recording Fee | $2 00 |
| 02/19/2009 | Record Assignment of Mortgage** | $18 50 |
| 04/17/2009 | Srvc of process Charles Boyd-ut#2 (x6) | $270.00 |
| 04/17/2009 | Clerk's Additional Filing Fee | $17 50 |
| 06/16/2009 | Sale fee | $70 00 |
| 06/25/2009 | Publication of notice of sale | $416 50 |
| 07/10/2009 | Cost of certified court documents | $5 00 |
| 07/10/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775 00* |
| For Disbursements Incurred: | *$800.20* |
| **Total this Invoice:** | *$1,575.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37020
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Boyd, Charles & Lynn
Account No. ███6412
Our File No. ██828-evic
~~Address~~
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 01/28/2009
Date Of Sale - 06/25/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/29/2009 | Writ of possession | $90.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$90.00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33339
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bracy, Kathleen
Account No. ████4034
Our File No. 32278
Address ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/9/2008
Complaint Date - 12/17/2008
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/01/2009 | Cost of certified court documents | $16.00 |
| 07/02/2009 | Notice of dropping | $13.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $29.00 |
| **Total Due:** | **$29.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37099
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Braden, Wyndi & Jason
Account No ⬛1426
Our File No. 37768
~~Address~~
Status -
Type of Billing –
Referral Date 3/4/2009
Complaint Date - 03/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/09/2009 | Title Search | $395.00 |
| 04/17/2009 | Summons Fee | $20.00 |
| 04/17/2009 | Hydra Scan- Wyndi Braden | $45.00 |
| 05/06/2009 | Publication of NOA 4/2229/09 | $333.80 |
| 05/28/2009 | SOP Wyndi Braden-ut#2 (x6) | $450.00 |
| 05/28/2009 | Skip Trace-Wyndi & Jason Braden | $191.70 |
| 07/02/2009 | Lost mortgage note bond | $101.00 |
| 07/28/2009 | Service of process | $90.00 |
| 07/28/2009 | Skip Trace | $95.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,721.90* |
| **Total Due:** | ***$1,846.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33341
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bradford, Alfred
Account No. ████9355
Our File No. 36880
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/26/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/06/2009 | Fee to prepare send and file Fair Debt Verification Letter. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Clerk's Recording Fee | $1.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 05/12/2009 | Mediation Fee | $300.00 |
| 05/14/2009 | Mediation Fee | $250.00 |
| 07/09/2009 | Service of process | $315.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$884.50* |
| **Total Due:** | *$1,134.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33343
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brancati, Steven
Account No. ⬛1000
Our File No. 38383
Address ▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 03/30/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/2009 | Title Search | $275.00 |
| 06/03/2009 | Cost of certified court documents | $15.00 |
| 07/07/2009 | Service of process | $225.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$515.00* |
| **Total Due:** | *$515.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# INVOICE

Invoice # 37144
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brantley, John
Account No. �includes6870
Our File No. 38447
Address ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status -
Type of Billing -
Referral Date 3/16/2009
Complaint Date - 04/13/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/03/2009 | Service of process | $35.00 |
| 07/24/2009 | Service of process | $315.00 |
| 07/24/2009 | Summons fee | $10.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $360.00 |
| **Total Due:** | **$360.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37230
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brea, Domingo & Guerrero,
Maritza
Account No. ⬛5745
Our File No. 41057
~~Address 1230 Bo 26th~~
Status -
Type of Billing –
Referral Date 4/23/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Clerk's recording fee | $1 00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 07/01/2009 | Title search | $275 00 |
| 08/07/2009 | Service of process | $315 00 |
| 08/07/2009 | Record lis pendens | $1.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$610.50* |
| **Total Due:** | **$735.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33344
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brems, Joanne
Account No. ▆▆5181
Our File No. 38460
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 07/09/2009 | Service of process | $550.00 |
| 07/09/2009 | Record lis pendens | $0 50 |
| 07/27/2009 | Cost of certified court documents | $18.00 |
| 07/28/2009 | Notice of dropping | $13.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: | *$856.50*
---|---
**Total Due:** | *$856.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5535

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brine, Janette
Account No. ███7095
Our File No. 37606
~~Address - ██████████████████████████~~
Status - Foreclosure
Type of Billing - Sale
Referral Date 3/2/2009
Complaint Date - 03/16/2009
Date Of Sale - 7/7/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/20/2009 | Flat fee for title claim. | $125.00 |
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/07/2009 | Second part of foreclosure through 07/07/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/01/2009 | Clerk's Recording Fee | $1.00 |
| 04/01/2009 | Record Assignment of Mortgage | $18.50 |
| 04/08/2009 | Title Search | $275.00 |
| 05/01/2009 | Cost of Certified Court Documents | $12.00 |
| 05/20/2009 | SOP Janette Brine-ut#2 (x9) | $405.00 |
| 06/28/2009 | Publication of notice of sale | $117.50 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$900.00* |
| For Disbursements Incurred: | *$904.70* |
| **Total this Invoice:** | ***$1,804.70*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37091
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brine, Janette
Account No. ███7095
Our File No. 37606
~~████████████████████████~~
Status - Foreclosure
Type of Billing - Sale
Referral Date 3/2/2009
Complaint Date - 03/16/2009
Date Of Sale - 7/7/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/07/2009 | Cost of certified court documents | $5.00 |
| 07/07/2009 | Documentary stamps | $0.70 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $5.70 |
| **Total Due:** | **$5.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33345
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brodeur, Judy
Account No. ███6792
Our File No. 36665
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/06/2009 | Flat fee to prepare and file response to the affirmative defenses. | $900.00 |
| 07/13/2009 | Review and analyze defensive pleadings; prepare draft of discovery package including Requet to Produce, Request for Interrogatories; review and analyze foreclosure file; communicate with client. Flat fee for response to Discovery request. | $553.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/23/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Judy Brodeur-ut2 (x6) | $360.00 |
| 05/20/2009 | Cost of Certified Court Docs | $19.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,453.00* |
| For Disbursements Incurred: | *$397.50* |
| **Total Due:** | **$1,850.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37167
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brookins, Donald & Nancy
Account No. ▉5163
Our File No. 40252
Address █████████████████████████████████
Status -
Type of Billing -
Referral Date 4/14/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/08/2009 | Record assignment of mortgage | $27.00 |
| 06/18/2009 | Title search | $275.00 |
| 08/06/2009 | Service of process | $270.00 |
| 08/06/2009 | Record assignment of mortgage | $3 50 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                    $575.50

**Total Due:**                    $575.50

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 14, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  3920

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Brooks, James & Tracy
Account No  ⬤2563
Our File No. 38709

Status - Foreclosure
Type of Billing - H&B / Forbearance
Referral Date 3/18/2009
Complaint Date - 04/09/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/29/2009 | Second part of the foreclosure through completion of service. | $275.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/29/2009 | Service of process | $1,021.20 |
| 06/29/2009 | Record assignment of mortgage** | $27.00 |
| 06/29/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $275.00 |
| For Disbursements Incurred: | $1,071.70 |
| **Total this Invoice:** | $1,346.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36789
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brown, Crystal
Account No ██8640
Our File No. 30225
~~Address~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 05/28/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Cost of certified court documents | $18.50 |
| 01/27/2010 | Title policy | $808.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $827.00 |
| **Total Due:** | *$827.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37019

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brown, Douglas & Anna
Account No. ●●●0775
Our File No. 34827
~~Address~~
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/12/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

### *INVOICE SUMMARY*

For Professional Services:      *$125.00*

**Total Due:**      *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37246
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brown, Jamie
Account No. ████1834
Our File No. 41329
~~Address - 1075 Baylor █████████ Hastings, FL 0██~~
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

## INVOICE SUMMARY

| For Professional Services: | *$125.00* |
|---|---|
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37128
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brown, Robert & Lynda
Account No. ●7097
Our File No. 38289
~~██████████████████████████████~~
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 3/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/27/2009 | Title Search | $395 00 |
| 06/30/2009 | Service of process | $675.00 |
| 08/11/2009 | Hydra investigation | $45.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:      *$1,115 00*

**Total Due:**      *$1,115.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37157
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bruce, Kevin
Account No. ███1222
Our File No. 39666
~~Address 23~~
Status -
Type of Billing -
Referral Date 3/31/2009
Complaint Date - 04/15/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/14/2009 | Title Search | $275.00 |
| 07/12/2009 | Service of process | $270.00 |
| 08/06/2009 | Cost of certified court documents | $15.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $560.00 |
| **Total Due:** | *$560.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

Page 1



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37057
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Brun, Marie & Jean
Account No. ⬛0600
Our File No. 35836
Address - ~~2948 Port Pkwy...~~
Status -
Type of Billing -
Referral Date 2/4/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/25/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37254
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bruner, David
Account No ███9451
Our File No. 41360
████████████████████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/08/2009
Date Of Sale - 09/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

## *INVOICE SUMMARY*

For Professional Services:    *$125.00*

**Total Due:**    *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33346
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bryant, David
Account No. ●9786
Our File No. 37406

Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/25/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/15/2009 | Record Assignment of Mortgage | $18.50 |
| 06/03/2009 | Cost of certified court documents | $15.00 |
| 06/26/2009 | Service of process | $315.00 |
| 06/26/2009 | Clerk's filing fee | $18 50 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $367.00

**Total Due:** *$367.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6587

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Buchart, Michael & Reva
Account No. ████4208
Our File No. 40211

Status -
Type of Billing -
Referral Date 4/13/2009
Complaint Date - 04/30/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |
| 07/20/2009 | Flat fee for Fair Debt Verification Letter. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $340.00 |
| 06/22/2009 | Cost of certified court documents | $9.00 |
| 06/24/2009 | Clerk's recording fee | $1.00 |
| 06/24/2009 | Record assignment of mortgage | $18.50 |
| 08/04/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$375.00* |
| For Disbursements Incurred: | *$683.50* |
| **Total this Invoice:** | *$1,058.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33349
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bult, Kyle
Account No. ⬛6092
Our File No. 37403
Address - ~~77 ████████ Court, Saint Petersburg, FL 33████~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/25/2009
Complaint Date - 03/05/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 03/26/2009 | Record Assignment of Mortgage | $18.50 |
| 05/14/2009 | SOP- Kyle Bult-ut2 (x6) | $272.00 |
| 05/27/2009 | Cost of Certified Court Docs | $15.00 |
| 08/10/2009 | Notice of dropping | $13.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: *$318.50*

**Total Due:** *$318.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37228
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Bunting, Alvin & Donna
Account No. ████0545
Our File No. 40960
~~Address - 345 PINE 30th Circle, Sanford, FL, 32116~~
Status -
Type of Billing -
Referral Date 4/22/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/21/2009 | Flat fee to prepare assignment of mortgage ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/11/2009 | Clerk's recording fee | $3.00 |
| 06/11/2009 | Record assignment of mortgage | $27.00 |
| 06/26/2009 | Title search | $340.00 |
| 07/01/2009 | Cost of certified court documents | $11.00 |
| 08/04/2009 | Service of process | $920.00 |
| 08/04/2009 | Skip Trace | $190.80 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,491.80* |
| **Total Due:** | ***$1,616.80*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 08, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3760
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Burkiett, Orion & Melissa
Account No. ████5357
Our File No. 34738
~~Address~~
Status - Bankruptcy Filing
Type of Billing - Mobile Home Retirement
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |
| 02/12/2009 | Flat fee for title claim. | $125 00 |
| 05/05/2009 | Second part of foreclosure through 6/16/09 sale. | $650 00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/2009 | Clerk's Recording Fee | $3 00 |
| 02/13/2009 | Record Assignment of Mortgage ** | $27 00 |
| 03/03/2009 | Cost of Certified Court Documents | $11 00 |
| 03/12/2009 | Hydra Investigation-Orion/MelissaBurkiett | $90 00 |
| 04/08/2009 | Publication of NOA 3/26,4/2/09 | $255 00 |
| 04/17/2009 | SOP- Orion Burkiett-ut2 (x6) | $450 00 |
| 04/17/2009 | Skip Traces- Orion & Melissa Burkiett | $192 60 |
| 06/05/2009 | Sale fee | $70 00 |
| 06/18/2009 | Publication of notice of sale 5/21,28/09 | $339 00 |
| 06/29/2009 | Cost of certified court documents | $5 00 |
| 06/29/2009 | Documentary stamps | $0 70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $900 00 |
| For Disbursements Incurred: | $1,443.30 |
| **Total this Invoice:** | **$2,343.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42256
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Burkiett, Orion & Melissa
Account No ⬤5357
Our File No. 34738
~~Address~~
Status - Bankruptcy Filing
Type of Billing - Mobile Home Retirement
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/01/2009 | Flat Fee to Retire Mobile Home | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/06/2009 | Secure mobile home title | $227.20 |
| 10/19/2009 | Clerk's recording fee | $35.50 |
| 10/23/2009 | Void old cks previously billed or not to be billed – QB CK# 156856 | ($7 00) |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0.00* Hours | *$500 00* |
| For Disbursements Incurred: | | *$255 70* |
| **Total Due:** | | *$755.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37237
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Burns, Thomas
Account No. 1▆▆9570
Our File No. 41144
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status -
Type of Billing -
Referral Date 4/24/2009
Complaint Date - 05/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/27/2009 | Flat fee to prepare assignment of mortgage.** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/16/2009 | Summons fee | $10 00 |
| 06/16/2009 | Hydra investigation | $45.00 |
| 07/01/2009 | Title search | $275.00 |
| 07/22/2009 | Publication of notice of sale | $201.65 |
| 08/03/2009 | Record assignment of mortgage | $27.00 |
| 08/07/2009 | Service of process | $460.00 |
| 08/07/2009 | Skip Trace | $96.30 |
| 08/07/2009 | Service of process | $90.00 |
| 08/07/2009 | Skip Trace | $96.30 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,301 25* |
| **Total Due:** | ***$1,426.25*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 01, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 2851

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Byrd, Alicia
Account No. ▉3303
Our File No. 31880
~~Address 1400 ...~~
Status - Fcl/Sale
Referral Date 12/3/2008
Complaint Date - 12/17/2008
Date Of Sale - 06/11/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 06/11/2009 | Second part of foreclosure through 6/11/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 12/30/2008 | Title Search | $275.00 |
| 02/10/2009 | Cost of Certified Court Documents | $23.00 |
| 03/21/2009 | Srvc of Process blnc-alicia byrdhomeport hoa | $30.00 |
| 04/17/2009 | Notice of Sale | $386.94 |
| 06/04/2009 | Sale fee | $70.00 |
| 06/11/2009 | Documentary stamps | $287.00 |
| 06/24/2009 | Cost of certified court documents | $5.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$1,076.94* |
| **Total this Invoice:** | *$1,776.94* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

\*\*\* Items with an asterisk (\*\*) are not recoverable\*\*\*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37030
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Byrd, Jared & Stephanie
Account No. ███5755
Our File No. 34852
~~Address - 400 County Highway 400 North, Ponce de Leon Springs, FL~~
32433
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/27/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/08/2009 | Publication of NOA 3/264/2/09 | $108 00 |
| 04/25/2009 | SOP- Jared Byrd-ut2 (x6) | $270.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125 00* |
| For Disbursements Incurred: | *$378.00* |
| **Total Due:** | *$503.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33351
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cabrera, Anuar
Account No.  ██6998
Our File No. 28533
██████████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/14/2008
Complaint Date - 10/28/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/2008 | Flat fee for motion for extension of time. | $250.00 |
| 01/06/2009 | Flat fee for response to defendant's motion to dismiss. | $600.00 |
| 04/02/2009 | Flat fee for response to the request to produce. | $450.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,300.00* |
| **Total Due:** | **$1,300.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36802
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Callaway, Joseph
Account No. ███3101
Our File No. 31866

Status -
Type of Billing -
Referral Date 11/26/2008
Complaint Date - 01/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/05/2009 | Srvc of Process-joseph callaway-ut2 (X5) | $225 00 |
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| For Disbursements Incurred: | *$243.50* |
| **Total Due:** | *$368.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 33352
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cameron, Kerry #1
Account No. ▓▓4329
Our File No. 34162
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 9/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $340.00 |
| 02/09/2009 | Court Call | $60.00 |
| 02/18/2009 | Clerk's Recording Fee | $1.00 |
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 04/03/2009 | SOP- Kerry Cameron-ut2 (x5) | $225.00 |
| 04/10/2009 | Cost of Certified Court Documents | $17.00 |
| 07/01/2009 | Court Charge - Hearing | $60.00 |
| 09/23/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $771.50 |
| **Total Due:** | **$896.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 11422
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cameron, Kerry #2
Account No. ███0590
Our File No. 34170
~~████████ 1.████████████████████████~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 08/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/26/2009 | Flat fee for title claim. | $125.00 |
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 06/22/2009 | Second part of foreclosure through 8/25/09 sale | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/26/2009 | Title Search | $340.00 |
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 04/01/2009 | Cost of Certified Court Documents | $17.00 |
| 04/03/2009 | SOP- Kerry Cameron-ut2 (x5) | $225.00 |
| 08/05/2009 | Publication of notice of sale 7/23,30/09 | $185.50 |
| 08/13/2009 | Sale fee | $70.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$950.00* |
| For Disbursements Incurred: | *$856.00* |
| **Total Due:** | **$1,806.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33354
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cameron, Nancy
Account No ▇▇5191
Our File No. ▇4166
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275.00 |
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 04/03/2009 | Srvc of process Nancy Cameron-ut#2 (x4) | $180.00 |
| 06/25/2009 | Cost of certified court documents | $17.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$490.50* |
| **Total Due:** | **$615.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36809
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cammarata, Nicole
Account No. ▉▉1420
Our File No. 32284
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status -
Type of Billing -
Referral Date 12/9/2008
Complaint Date - 12/16/2008
Date Of Sale - 05/07/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/02/2009 | Hydra Investigation-Nicole Cammarata | $45.00 |
| 01/05/2009 | Title Search | $395.00 |
| 01/13/2009 | Srvc of Process NY-nicole c-michael gibb | $336.00 |
| 01/23/2009 | Srvc of Process citrus spring civic assoc | $25.00 |
| 03/05/2009 | Cost of Certified Court Documents | $17.00 |
| 04/21/2009 | Publication of NOS 4/1623/09 | $227.53 |
| 04/24/2009 | Sale Fee | $70.00 |
| 05/08/2009 | Documentary Stamps | $0.70 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                   *$1,116.23*

Total Due:                                   *$1,116.23*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37120
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Camp, David & Shelly
Account No. ████4479
Our File No. 37950
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 3/6/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/10/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| Total Due: | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  33355

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Campbell, Peter
Account No. ▮▮2931
Our File No. 40317
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 05/14/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/03/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |
| 08/04/2009 | Flat fee to draft and prepare response to Motion for Extension of Time. Requesting OTA Fees from Client $250.00 ORD DEF MFET 8-4-09 skc | $250.00 |

54597022* Additional Fee Request    8/4/2009 4:22 PM (CT) 8/4/2009 4:22 PM (CT)
54597024* Litigation Documentation    8/4/2009 4:22 PM (CT) 8/4/2009 4:22 PM (CT)

RE:    TAYLOR BEAN/TBW vs. CAMPBELL, PETER
ACCT NO. ENDING IN: 2931
FILE NO: 40317
CASE NO: 2009 CA 003625

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/01/2009 | Court Call | $60.00 |
| 06/22/2009 | Record assignment of mortgage | $18.50 |
| 06/25/2009 | Title search | $275.00 |
| 08/05/2009 | Service of process | $225.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$375.00* |
| For Disbursements Incurred: | *$578.50* |
| **Total this Invoice:** | *$953.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 7045

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Caneus, Sylvicise
Account No. ███7147
Our File No. 38605
Acct ████████████████████████████
Status - Foreclosure
Type of billing - Per Bankruptcy Filing
Referral Date 3/17/2009
Complaint Date - 04/06/2009
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 03/24/2009 | Flat fee for title claim. | $125.00 |
| 07/21/2009 | Second part of foreclosure through 7/21/09 sale | $700.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 05/14/2009 | Certified Court Documents | $15.00 |
| 07/13/2009 | Publication of notice of sale | $120 00 |
| 07/13/2009 | Sale fee | $70.00 |
| 07/21/2009 | Cost of certified court documents | $5 00 |
| 07/21/2009 | Documentary stamps | $0.70 |
| 07/23/2009 | Service of process | $270 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$755 70* |
| **Total this Invoice:** | **$1,580.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33926
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Caneus, Sylvicise
Account No. ███7147
Our File No. 38605
~~Address 4412 ██████████~~
Status - Foreclosure
Type of billing – Per Bankruptcy Filing
Referral Date 3/17/2009
Complaint Date - 04/06/2009
Date Of Sale - 07/21/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Cost of certified court documents | $5 00 |
| 08/10/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  $5.70

**Total Due:**  *$5.70*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

May 27, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 41888

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carballo, Nilda
Account No ●●●6075
Our File No. 26735-Evic
~~Address~~
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 9/11/2008
Complaint Date - 09/18/2008
Date Of Sale - 02/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/24/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Writ of Possession | $70 00 |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | *$350.00* |
| For Disbursements Incurred: | | *$70 00* |
| **Total Due:** | | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36737
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carballo, Nilda
Account No. ███5075
Our File No. 26735
~~Address~~ ████████████████████████
Status -
Type of Billing -
Referral Date 9/11/2008
Complaint Date - 09/18/2008
Date Of Sale - 02/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/04/2008 | Prepare and send acceleration letter. | $50.00 |
| 02/23/2009 | Flat fee for foreclosure lawsuit - second half | $600.00 |
| 09/19/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/23/2009 | Cost of Court Certified Documents | $5.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $5.00 |
| **Total Due:** | $780.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33356
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carrera, Julio
Account No. ▆▆2804
Our File No. 40212
Address ▆▆▆▆▆▆▆▆▆▆▆ Naples Fla ▆▆▆▆▆
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 05/14/2009 | Court Call | $60.00 |
| 06/08/2009 | Clerk's recording fee | $3.00 |
| 06/08/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 07/09/2009 | Cost of certified court documents | $15.00 |
| 07/31/2009 | Service of process | $450.00 |
| 08/04/2009 | Service of process | $360.00 |
| 08/04/2009 | Skip Trace | $90.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,271.50* |
| **Total Due:** | ***$1,396.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37232
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carter, Rebecca
Account No. 5470
Our File No. 41059
~~Address~~
Status -
Type of Billing -
Referral Date 4/23/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/11/2009 | Record assignment of mortgage | $18.50 |
| 07/01/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $225.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$518.50* |
| **Total Due:** | **$643.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4838

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carter, Roy & Woods, Tonya
Jean
Account No. ██9397
Our File No  37765
~~Address~~
Status - Foreclosure
Type of Billing - H & B/Loss Mit
Referral Date 3/4/2009
Complaint Date - 03/25/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/25/2009 | Flat fee for title claim. | $125.00 |
| 07/08/2009 | Second part of foreclosure through cancellation of 7/23/09 hearing | $275.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $395.00 |
| 06/25/2009 | Cost of certified court documents | $10.00 |
| 07/01/2009 | Service of process | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$400.00* |
| For Disbursements Incurred: | *$675.00* |
| **Total this Invoice:** | *$1,075.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33359
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Castrejon, Eric
Account No. ▉132
Our File No. 38466
Address - ▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 07/24/2009 | Service of process | $274.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$549.00* |
| **Total Due:** | *$549.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37149
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Chernisky, Alexander &
Rodriguez, Anaisyely
Account No. ████459
Our File No. 39420
Address - ██████████████████
Status -
Type of Billing -
Referral Date 3/27/2009
Complaint Date - 4/14/2009
Date Of Sale - 09/24/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 05/14/2009 | Title Search | $275.00 |
| 07/01/2009 | Cost of certified court documents | $9.00 |
| 07/12/2009 | Service of process | $270.00 |
| 07/12/2009 | Clerk's filing fee | $2.00 |
| 09/15/2009 | Publication of notice of sale | $215.45 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$771.45* |
| **Total Due:** | ***$771.45*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33371
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cramer, Robert
Account No. ▉▉962
Our File No. 36876
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP Robert Cramer-ut#2 (x8) | $740.00 |
| 08/07/2009 | Service of process | $280 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,020 00* |
| **Total Due:** | **$1,020.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37097
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Carter, Roy & Woods, Tonya Jean
Account No. ███9397
Our File No. 37765
Address - ████████████████████
Status - Foreclosure
Type of Billing - H & B/Loss Mit
Referral Date 3/4/2009
Complaint Date - 03/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/10/2009 | Cost of certified court documents | $10 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$10.00* |
| **Total Due:** | *$10.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7471

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Castillo, Marleny
Account No. ████9864
Our File No. 25352
Address - ██████████████████
Status - Foreclosure
Type of Billing -
Referral Date 8/13/2008
Complaint Date - 08/21/2008
Date Of Sale - 07/27/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/27/2009 | Second part of foreclosure through cancellation of 07/27/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/18/2008 | Clerk's Recording Fee | $2.50 |
| 09/18/2008 | Record Assignment of Mortgage** | $18.50 |
| 09/18/2008 | Abstract Fee | $0.60 |
| 10/09/2008 | Title Search | $400.00 |
| 10/21/2008 | Cost of Certified Court Documents | $18.00 |
| 11/20/2008 | Tele-Court | $25.00 |
| 07/20/2009 | Sale fee | $70.00 |
| 07/23/2009 | Publication of notice of sale | $150.00 |
| 07/27/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$734.60* |
| **Total this Invoice:** | *$1,434.60* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable ***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33357
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Castillo, Ricardo & Gloria
Account No. ████1787
Our File No. 38387
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 07/01/2009 | Cost of certified court documents | $18.00 |
| 07/09/2009 | Service of process | $135.00 |
| 09/01/2009 | Record assignment of mortgage | $18.50 |

## *INVOICE SUMMARY*

For Disbursements Incurred: *$446.50*

**Total Due:** *$446.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF

# DANIEL **C** CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 7833

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cazeau, Richard
Account No. ▋8076
Our File No. 28537-bk
Address -
Status - BK CH 13, 6:09-bk-02745-ABB, 3/9/2009
Type of Billing - OBJ
Referral Date 3/26/2009
Complaint Date -
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee to respond to objection to proof of claim. | $375.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$375.00* |
| **Total this Invoice:** | *$375.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7761

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Cazeau, Wilkens
Account No ███8177
Our File No. 29751
Address - ██████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 10/31/2008
Complaint Date - 11/14/2008
Date Of First (Canceled) Sale - 06/24/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/21/2009 | Sale fee | $70.00 |
| 07/29/2009 | Cost of certified court documents | $5.00 |
| 07/29/2009 | Documentary stamps | $0 70 |
| 07/30/2009 | Publication of notice of sale 7/9,16/09 | $143.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$219 20* |
| **Total this Invoice:** | *$219.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4587

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Cazeau, Wilkens
Account No. ███8177
Our File No. 29751
Address - ███████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 10/31/2008
Complaint Date - 11/14/2008
Date Of First (Canceled) Sale - 06/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/24/2008 | Flat fee for title claim. Please see Lenstar 11/17/2008. | $125.00 |
| 04/29/2009 | Second part of foreclosure through cancellation of 06/24/2009 sale. | $700.00 |
| 06/23/2009 | Flat fee to reset sale date 06/24/2009; Prepare for sale date 07/29/2009. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/11/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/20/2009 | Cost of Certified Court Documents | $18.00 |
| 06/17/2009 | Publication of notice of 6/24/09 sale | $143.50 |
| 06/23/2009 | Clerk's filing fee | $50.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,075.00* |
| For Disbursements Incurred: | *$230.00* |
| **Total this Invoice:** | *$1,305.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 33997
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Cazeau, Wilkens
Account No. ████8177
Our File No. 29751
Address - ██████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 10/31/2008
Complaint Date - 11/14/2008
Date Of First (Canceled) Sale - 06/24/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/03/2009 | Cost of certified court documents | $4.00 |
| 08/03/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

For Disbursements Incurred:      *$4.70*

**Total Due:**      *$4.70*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33993
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cegarra, Victor & Susana
Account No. ███8788
Our File No. 35325
Address ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/27/2009
Complaint Date - 02/16/2009
Date Of Sale - 10/13/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/16/2009 | Record Assignment of Mortgage | $18.50 |
| 05/04/2009 | Cost of Certified Court Documents | $18.00 |
| 05/12/2009 | SOP- Victor Cegarra-ut2 (x6) | $650.00 |
| 07/22/2009 | Court Charge - Hearing | $60.00 |
| 08/06/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $796.50

**Total Due:** $796.50

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

March 10, 2009

Taylor, Bean & Whitaker
Via Email
JMuhammad@taylorbean.com


RE:   Taylor, Bean & Whitaker/TBW v Cegarra, Victor &
      Susana
      Account No.    ████8788
      Our File No. 35325
      Address -   ████████████████
      ████████
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 1/27/2009
      Invoice Number 130499

Tax ID # 59-2885854

            Professional services:


2/16/09  Flat fee for foreclosure lawsuit - first half.           600 00

2/24/09  Flat fee to prepare assignment of mortgage. *            125 00


            Professional Costs:

2/12/09- Title Search                                             340.00
2/16/09- Clerk's Filing Fee                                       302.50
       - Clerk's Recording Fee                                      2 00
       - Clerk's Summons Fee                                       60.00
       - Record Lis Pendens                                         9.00

         Total Amount This Invoice                            $1,438.50


         Total Current Charges                                $1,438.50


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

***Items with asterisk (**) are not recoverable ***



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage
Via New Invoice

# *INVOICE*

Invoice # 12453
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cepero, Magalis
Account No. ███6324
Our File No. 27648
Address - ████████████████
Status - Foreclosure
Type of Billing - H&B/Transfer to Roundpoint
Referral Date 9/29/2008
Complaint Date - 10/08/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/05/2009 | Second part of foreclosure through cancellation of 9/23/09 hearing. | $520.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/06/2008 | Title Search | $275 00 |
| 12/30/2008 | Cost of Certified Court Documents | $25.00 |
| 01/21/2009 | Srvc of Process-2nd address magalis ceperous of mc | $60.00 |

### <u>INVOICE SUMMARY</u>

| | |
|---|---|
| For Professional Services: | *$520.00* |
| For Disbursements Incurred: | *$360.00* |
| **Total Due:** | ***$880.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6135

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Chaisson, Dean
Account No. ___2108
Our File No. 32821
Address -
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/17/2008
Complaint Date - 12/30/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage  ** | $125 00 |
| 07/14/2009 | Second part of foreclosure through 7/14/2009 sale | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/08/2009 | Title Search | $340.00 |
| 01/29/2009 | Hydra Investigation-Dean Chaisson | $45.00 |
| 02/06/2009 | Clerk's Recording Fee | $1 00 |
| 02/06/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/06/2009 | Publication of NOA 2/1926/09 | $231 00 |
| 03/11/2009 | Cost of Certified Court Documents | $12.00 |
| 04/13/2009 | Court Call | $60.00 |
| 06/25/2009 | Publication of notice of sale | $196.00 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/14/2009 | Cost of certified court documents | $5 00 |
| 07/14/2009 | Documentary stamps | $0.70 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $979.20 |
| **Total this Invoice:** | $1,754.20 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33360
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Chicas, Eric
Account No. ███8962
Our File No. 32369
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/26/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Clerk's Recording Fee | $2.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 01/20/2009 | Abstract Fee | $0.60 |
| 02/02/2009 | Tele-Court | $25.00 |
| 04/02/2009 | Publication of NOA 3/1724/09 | $150 00 |
| 06/15/2009 | Cost of certified court documents | $15.00 |

## INVOICE SUMMARY

For Disbursements Incurred: $211.10

**Total Due:** *$211.10*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36949
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Chaisson, Dean
Account No. ███2108
Our File No. 32821
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/17/2008
Complaint Date - 12/30/2008
Date Of Sale - 07/14/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Cost of certified court documents | $4.00 |
| 07/28/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$4.70* |
| **Total Due:** | *$4.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37231
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Charles, Marie
Account No. ▮▮3655
Our File No. 41058
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 4/23/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/27/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/11/2009 | Clerk's recording fee | $1.00 |
| 06/11/2009 | Record assignment of mortgage | $18.50 |
| 07/01/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $360.00 |
| 08/07/2009 | Skip Trace | $190.80 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$845.30* |
| **Total Due:** | ***$970.30*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 24, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 5340

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Chisholm, Mark
Account No. ▇▇8075
Our File No. 25355
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 8/13/2008
Complaint Date - 08/20/2008
Date Of Sale - 6/26/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/20/2009 | Second part of foreclosure through cancellation of 06/26/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/25/2009 | Publication of notice of sale | $112.50 |
| 06/26/2009 | Clerk's filing fee | $50 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$162 50* |
| **Total this Invoice:** | ***$862.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33361
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Chisholm, Mark
Account No ███3075
Our File No. 25355
Address -███████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 8/13/2008
Complaint Date - 08/20/2008
Date Of Sale - 6/26/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/03/2009 | Sale fee | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $70.00 |
| **Total Due:** | **$70.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# INVOICE

Invoice # 12718
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cipolla, Jerry
Account No ███7943 /███████3483
Our File No. 35190
Address -██████████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 1/26/2009
Complaint Date - 02/20/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/04/2009 | Flat fee for title claim. | $125 00 |
| 07/16/2009 | Second part of foreclosure through cancellation of 07/16/2009 hearing. | $570 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Hydra Investigation-Jerry Cipolla update | $45 00 |
| 05/13/2009 | SOP Jerry Cipolla-ut#2 (x5) | $415 00 |
| 08/26/2009 | Publication of notice of action -- 08/14,21/09 | $187 20 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $695.00 |
| For Disbursements Incurred: | $647.20 |
| **Total Due:** | *$1,342.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33362
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Claudio, Roy & Dawn
Account No. ▮2195▮
Our File No. 40076
Address ▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/9/2009
Complaint Date - 04/28/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $275.00 |
| 07/29/2009 | Service of process | $315.00 |
| 07/29/2009 | Record lis pendens | $5.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$595.00* |
| **Total Due:** | ***$595.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33363
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cloe, Vincent
Account No.____0214
Our File No. 40450
Address - _____
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/16/2009
Complaint Date - 5/18/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/08/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/25/2009 | Title search | $275.00 |
| 07/02/2009 | Record assignment of mortgage | $18.50 |
| 07/10/2009 | Hydra investigation | $45.00 |
| 08/07/2009 | Service of process | $360.00 |
| 08/12/2009 | Payment to Court Call; Disbursement for Court Call | $60.00 |
| 10/09/2009 | Publication of notice of action | $472.85 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,231.35* |
| **Total Due:** | **$1,356.35** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37176

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cioffi, Adam
Account No. ▮▮0782
Our File No. 40326
Address - ▬▬▬▬▬▬▬▬
Status -
Type of Billing -
Referral Date 4/15/2009
Complaint Date - 05/01/2009
Date Of Sale - 08/18/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 28, 2009

Taylor, Bean & Whitaker
Via New Invoice

RE:   Taylor, Bean & Whitaker/TBW v Cole, Tabitha &
      Frederick
      Account No ____0154
      Our File No  41233
      Address - ██████████████████████
      ████████
      Status - Foreclosure
      Type of Billing -Complaint
      Referral Date 4/27/2009
      Complaint Date - 05/08/2009
      Date Of Sale -

      Invoice Number  135389

  Tax ID # 59-2885854

---

        Professional services:


  5/8/09  Flat fee for foreclosure lawsuit - first half.        650.00

---

        Professional Costs:

  5/7/09- Clerk's Filing Fee                                    302.50
        - Clerk's Recording Fee                                   3.00
        - Summons Fee                                            60.00
        - Record Lis Pendens                                      9.00
                                                              --------
        Total Amount This Invoice                            $1,024.50


        Total Current Charges                                $1,024.50

---

                  PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

***Items with asterisk (**) are not recoverable ***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37240
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cole, Tabitha & Frederick
Account No. ████0154
Our File No. 41233
Address - ████████████████████
Status -
Type of Billing -
Referral Date 4/27/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/24/2009 | Clerk's recording fee | $1.00 |
| 06/24/2009 | Record assignment of mortgage | $18.50 |
| 07/01/2009 | Title search | $340.00 |
| 08/07/2009 | Service of process | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$629.50* |
| **Total Due:** | *$754.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37056
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Colegrove, William
Account No. ██0969
Our File No. 35740
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 2/2/2009
Complaint Date - 02/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/10/2009 | Clerk's Recording Fee | $1.00 |
| 03/10/2009 | Record Assignment of Mortgage | $18.50 |
| 03/11/2009 | Title Search | $275.00 |
| 05/11/2009 | Srvc of process William Colgrove-ut#2 (x6) | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$564.50* |
| **Total Due:** | *$564.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37023
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Coleman, Thomas & Susan
Account No. ████0757
Our File No. 34835
Address – ████████████████████████
Status –
Type of Billing –
Referral Date 1/21/2009
Complaint Date – 01/29/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 04/17/2009 | Srvc of process Thomas Coleman-ut#2 (x7) | $315 00 |
| 04/17/2009 | Clerk's Additional Filing Fee | $3.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$337.00* |
| **Total Due:** | ***$462.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37253
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Collier, Larry & Deborah
Account No ████0552
Our File No. 41359
Address – ██████████████████
Status –
Type of Billing –
Referral Date 4/28/2009
Complaint Date – 05/08/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33367
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Collins, Stephen
Account No. ████0369
Our File No. 40213
Address - ████████████████████████
32413
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| 06/08/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $395.00 |
| 08/07/2009 | Service of process | $740.00 |

## *INVOICE SUMMARY*

| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,153 50* |
| **Total Due:** | **$1,278.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL **C** CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36797
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Conger, Kyril
Account No. ▇3002
Our File No. 30309
Address – ▇▇▇▇▇▇▇▇▇▇, Naples▇▇▇▇
Status –
Type of Billing –
Referral Date 11/10/2008
Complaint Date – 11/24/2008
Date Of Sale – 07/28/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/26/2008 | Record Assignment of Mortgage** | $18.50 |
| 01/05/2009 | Court Call | $60.00 |
| 02/09/2009 | Cost of Certified Court Documents | $18.00 |
| 07/16/2009 | Publication of notice of sale | $171.60 |
| 07/20/2009 | Documentary stamps | $0.70 |
| 07/20/2009 | Sale fee | $70.00 |

## INVOICE SUMMARY

For Disbursements Incurred: *$338.80*

**Total Due:** *$338.80*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33368
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Conley, Lauren
Account No. ▮▮7748
Our File No. 40208
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Clerk's recording fee | $2.00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 07/28/2009 | Non-Resident Cost Bond | $108.50 |
| 08/04/2009 | Service of process | $865.00 |
| 08/04/2009 | Skip Trace | $95.40 |
| 08/04/2009 | Clerk's filing fee | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,381.40* |
| **Total Due:** | **$1,506.40** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37260
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Connelly, Dale & Latonya
Account No █2297
Our File No. 41566
Address - █████████████████████
Status -
Type of Billing -
Referral Date 4/30/2009
Complaint Date - 05/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/02/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7861

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cook, Kenneth
Account No. ███3439
Our File No. 31936
Address -███████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/4/2008
Complaint Date - 12/22/2008
Date Of Sale - 04/30/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Clerk's recording fee | $35.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328   BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33369
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cool, Maureen
Account No. █████2882
Our File No. 36664
Address - █████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/11/2009 | Court Call | $60.00 |
| 03/23/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Maureen Cool-ut2 (x6) | $270.00 |
| 07/06/2009 | Cost of certified court documents | $15.00 |
| 07/14/2009 | Hydra investigation | $45.00 |
| 08/12/2009 | Payment to Court Call; Disbursement for Court Call | $60.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$468.50* |
| **Total Due:** | *$468.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37104
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Coomes, Matthew
Account No. ▆▆▆9838'
Our File No. 37774
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status -
Type of Billing -
Referral Date 3/4/2009
Complaint Date - 03/13/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/08/2009 | Title Search | $275.00 |
| 05/20/2009 | SOP Matthew Coomes-ut#2 (x5) | $600.00 |
| 05/20/2009 | Skip Trace-Matthew Coomes | $95.40 |
| 06/04/2009 | Cost of certified court documents | $19.00 |
| 08/12/2009 | Cost of certified court documents | $19.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:            *$1,008.40*

**Total Due:**            *$1,008.40*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 01, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 2855

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Coon, Dennis
Account No. ███3277
Our File No. 35455
Address - ███████████████
Status - Fcl/Sale
Referral Date 1/28/2009
Complaint Date - 02/24/2009
Date Of Sale - 6/11/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/11/2009 | Second part of foreclosure through 6/11/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/09/2009 | Cost of Certified Court Documents | $25.00 |
| 05/12/2009 | SOP Dennis Coon-ut#2 (x7) | $315.00 |
| 05/21/2009 | Publication Notice of Sale | $241.62 |
| 06/04/2009 | Sale fee | $70.00 |
| 06/11/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$652.32* |
| **Total this Invoice:** | *$1,302.32* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7485

Federal ID # 59-2885854

Taylor, Bean & Whitaker/ TBW v Coon, Dennis
Account No ████3277
Our File No.35455-EVIC
Address- ████████████████
Status-Eviction
Referral Date-01/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/27/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total this Invoice:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33370
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cooper, Donald
Account No. ██████0144
Our File No. 32289
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/9/2008
Complaint Date - 12/23/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/14/2009 | Flat fee for response to defendant's motion to dismiss. | $600.00 |
| 04/15/2009 | Flat fee for response to the request to produce and to set the amended motion to dismiss. | $450.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/28/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/10/2009 | Cost of Certified Court Documents | $17.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,050.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total Due:** | **$1,085.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37125
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cooper, Montee
Account No. ████7729
Our File No. 38054
Address - ████████████████████
Status -
Type of Billing -
Referral Date 3/9/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $340.00 |
| 05/29/2009 | SOP Montee Cooper-ut#2 (x6) | $270.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $610.00 |
| **Total Due:** | $610.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 36730
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cordero-Hernandez, Carlos
Account No. ▓▓0298
Our File No. 26155
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 8/28/2008
Complaint Date - 9/12/2008
Date Of Sale - 1/5/2010

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/27/2009 | Flat fee to prepare assignment of mortgage | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/09/2008 | Hydra Investigation Aida Rodriguez | $90.00 |
| 10/21/2008 | Title Search | $275.00 |
| 11/26/2008 | Srvc of Process city of hialeah | $30.00 |
| 03/27/2009 | Srvc of Process-2nd address aida rodriguez poemonica hernandez | $60.00 |
| 04/06/2009 | Cost of Certified Court Documents | $26.00 |
| 05/11/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | Publication of NOA 4/295/6/09 | $150.00 |
| 12/14/2009 | Documentary stamps | $0.60 |
| 12/14/2009 | Sale fee | $70.00 |
| 12/31/2009 | Publication of notice of sale | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $870.10 |
| **Total Due:** | *$995.10* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5824

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Costello, Lisa
Account No. ▮▮8963
Our File No. 25556
Address - ▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/30/2008
Date Of Sale - 09/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee for title claim. | $125.00 |
| 07/10/2009 | Second part of foreclosure through cancellation of 7/10/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/11/2008 | Cost of Certified Court Documents | $18.00 |
| 06/28/2009 | Publication of notice of sale | $144.30 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/10/2009 | Clerk's filing fee | $50.00 |
| 08/05/2009 | Publication of notice of sale | $120.90 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$403.20* |
| **Total this Invoice:** | ***$1,228.20*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 12400
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Costello, Lisa
Account No. ████8963
Our File No. 25556
Address ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/30/2008
Date Of Sale - 09/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee for title claim. | $125.00 |
| 07/22/2009 | Flat fee to reset sale date 07/10/2009; Cancel sale date 09/01/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/31/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $375.00 |
| For Disbursements Incurred: | $50.00 |
| **Total Due:** | **$425.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36745
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Coton, Sidney
Account No. ███2615
Our File No. 27785
Address - ████████████████████
Status -
Type of Billing -
Referral Date 9/30/2008
Complaint Date - 10/08/2008
Date Of Sale - 05/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/12/2009 | Court Call | $60.00 |
| 05/15/2009 | Cost of Court Certified Documents | $5 00 |
| 05/15/2009 | Documentary Stamps | $0 70 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $65 70

**Total Due:** $65.70

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37177
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cottrell, James
Account No. ███9717
Our File No. 40332
Address - ███████████████████
Status -
Type of Billing –
Referral Date 4/15/2009
Complaint Date – 04/30/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/22/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## *INVOICE SUMMARY*

For Professional Services:   $125 00

**Total Due:**   *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# INVOICE

Invoice # 12727
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Crowley, Timothy & Judith
Account No ▮▮0495▮▮6577
Our File No. 35187
Address - ▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing -  H & B, transfer to Roundpoint
Referral Date 1/26/2009
Complaint Date - 02/24/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/08/2009 | Flat fee for title claim | $125.00 |
| 07/10/2009 | Second part of foreclosure through cancellation of 07/10/2009 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/27/2009 | Clerk's Recording Fee | $3.00 |
| 03/27/2009 | Record Assignment of Mortgage ** | $27.00 |
| 05/13/2009 | SOP Timothy Crowley-ut#2 (x5) | $405.00 |
| 05/13/2009 | Skip Trace-Timothy & Judith Crowley | $192.60 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $695.00 |
| For Disbursements Incurred: | $627.60 |
| **Total Due:** | **$1,322.60** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37151
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Crowley, Timothy
Account No. ███0495
Our File No. 39543
Address – ████████████████
Status -
Type of Billing -
Referral Date 3/30/2009
Complaint Date -
Date Of Sale -

**For Disbursements Incurred:**

| 05/08/2009 | Title Search | $150.00 |
|---|---|---|

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$150.00* |
| **Total Due:** | *$150.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# INVOICE

Invoice # 37261
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cruz, Deborah & Enrique
Account No. ██0877
Our File No. 41567
Address - ████████████████████
Status - Foreclosure
Type of Billing - C & B / Fresh Start Program
Referral Date 4/30/2009
Complaint Date - 05/12/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/27/2009 | Service of Process | $35 00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $35 00 |
| **Total Due:** | **$35.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36955
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cruz, Gloria
Account No. ▓▓7470
Our File No. 33467
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 12/29/2008
Complaint Date - 01/06/2009
Date Of Sale - 10/14/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:  *$125.00*

**Total Due:**  *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 8075

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cruz, Suany M.
Account No. ████2867
Our File No. 33663
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Vacate Sale
Referral Date 1/2/2009
Complaint Date - 01/12/2009
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Flat fee to vacate 7/21/09 sale. | $400.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/03/2009 | Clerk's filing fee to vacate 7/21/09 sale. | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$400.00* |
| For Disbursements Incurred: | *$50.00* |
| **Total this Invoice:** | *$450.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6642

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cruz, Suany M.
Account No. ███2867
Our File No. 33663
Address ███████████████████████████████

Status – Foreclosure
Type of Billing - Vacate Sale
Referral Date 1/2/2009
Complaint Date - 01/12/2009
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/11/2009 | Flat fee to reset 06/02/2009 sale; Attend sale date 07/21/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/13/2009 | Sale fee | $70.00 |
| 07/15/2009 | Publication of notice of sale | $160.77 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$236.47* |
| **Total this Invoice:** | **$486.47** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 12807
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cuervo, Juan & Urrea, Maria
Account No. ▪▪7185
Our File No. 41351
Address - ▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 4/28/2009
Complaint Date - 5/6/2009
Date Of Sale - 09/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/02/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13027
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Cumberbatch, Charles & Caroline
Account No. ●8773
Our File No. 38325
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date 3/12/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/2009 | Flat fee for title claim. | $125.00 |
| 09/03/2009 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/2009 | Title Search | $275.00 |
| 07/02/2009 | Notice of dropping | $13.00 |
| 07/09/2009 | Service of process | $319.00 |
| 07/09/2009 | Record lis pendens | $1.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$435.00* |
| For Disbursements Incurred: | *$608.00* |
| **Total Due:** | **$1,043.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  4833

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v. Cuyler, Tanya
Account No. ▉2080
Our File No. 31556
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  FL 00000
Status - Foreclosure
Type of Billing - H & B / Loss Mitigation
Referral Date - 11/25/2008
Complaint Date - 12/15/2008
Date Of Sale - N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/08/2009 | Second part of foreclosure through cancellation of 6/9/09 hearing | $310 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/26/2008 | Title Search | $275.00 |
| 01/21/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/04/2009 | Cost of Certified Court Documents | $13 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$310.00* |
| For Disbursements Incurred: | *$306 50* |
| **Total this Invoice:** | *$616.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36999
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dafinisse, Fenel & Lucienne
Account No. ████4727
Our File No. 34725
Address – ████████████████████████
Status –
Type of Billing –
Referral Date 1/20/2009
Complaint Date - 01/26/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/05/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37173
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Daniels, David & Pettys, Amy R
Account No       3800
Our File No. 40257
Address -
Status -
Type of Billing -
Referral Date 4/14/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33372
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dasilva, Scott
Account No. ███2001
Our File No. 40214
Address – ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/12/2009 | Clerk's recording fee | $1.00 |
| 06/12/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $340.00 |
| 06/29/2009 | Cost of certified court documents | $14.00 |
| 08/04/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                    *$688.50*

**Total Due:**                    *$688.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7565

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davenport, Kenneth
Account No. ████4627
Our File No. 28329
Address - ███████████████████
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date 10/10/2008
Complaint Date - 10/21/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 10/24/2008 | Flat fee for title claim. | $125.00 |
| 07/29/2009 | Second part of foreclosure through cancellation of 6/12/09 hearing. | $570.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 11/04/2008 | Clerk's Recording fee | $2.00 |
| 11/04/2008 | Record Assignment of Mortgage** | $18.50 |
| 11/07/2008 | Title Search | $275.00 |
| 11/25/2008 | Service of Process | $40.00 |
| 11/25/2008 | Alias Summons | $20.00 |
| 12/18/2008 | Record Lis Pendens | $13.00 |
| 12/18/2008 | Service of process | $25.00 |
| 01/16/2009 | Publication of notice of action 1/22,29/09 | $162.40 |
| 02/09/2009 | Cost of Certified Court Documents | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$695.00* |
| For Disbursements Incurred: | *$572.90* |
| **Total this Invoice:** | **$1,267.90** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 4549

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davenport, Kenneth
Account No - ███7761
Our File No. 30226
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 06/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/10/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 05/15/2009 | Second part of foreclosure through 6/24/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Clerk's Recording Fee | $2.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/09/2009 | Publication of NOA 1/15,22/09 | $156.80 |
| 03/04/2009 | Cost of Certified Court Documents | $17.00 |
| 06/16/2009 | Sale fee | $70.00 |
| 07/01/2009 | Publication of notice of sale 6/11,18/09 | $149.80 |
| 07/09/2009 | Check # 97790  Clerk of Court; Disbursement for TBW vs. Davenport, Kenneth 30226 | $5.00 |
| 07/09/2009 | Check # 97791  Clerk of Court; Disbursement for TBW vs. Davenport, Kenneth 30226 | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $825.00 |
| For Disbursements Incurred: | $419.80 |
| **Total this Invoice:** | **$1,244.80** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *I N V O I C E*

Invoice # 33884
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davenport, Kenneth
Account No ████761
Our File No. 30226
Address -████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 06/24/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/24/2009 | Cost of certified court documents | $5.00 |
| 06/24/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $5.70 |
| **Total Due:** | **$5.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4402

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davenport, Kenneth #2
Account No. ●●●4447
Our File No. 28336
Address - ▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 10/10/2008
Complaint Date - 10/22/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/26/2008 | Flat fee for title claim. | $125.00 |
| 05/11/2009 | Second part of foreclosure through cancellation of 6/17/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/06/2008 | Clerk's Indexing Fee | $2.00 |
| 11/06/2008 | Record Assignment of Mortgage* | $18.50 |
| 11/07/2008 | Service of Process | $40.00 |
| 11/07/2008 | Hydra Investigation- Kenneth Davenport Dawn Garcia | $90.00 |
| 11/07/2008 | Title Search | $275.00 |
| 11/25/2008 | Service of Process | $40.00 |
| 11/25/2008 | Alias Summons | $20.00 |
| 01/29/2009 | Publication of notice of action 1/22,29/09 | $149.80 |
| 02/11/2009 | Cost of Certified Court Documents | $17.00 |
| 06/11/2009 | Publication of notice of sale 6/4,11/09 | $151.20 |
| 07/06/2009 | Clerk's filing fee to cancel 6/17/09 sale. | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$853.50* |
| **Total this Invoice:** | **$1,678.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5251

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davis, Rayna
Account No ⬛8483
Our File No. 28192
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Close & Bill
Referral Date 10/8/2008
Complaint Date - 10/21/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee for deed in lieu of foreclosure. | $350.00 |
| 06/09/2009 | Second part of foreclosure through cancellation of 6/9/09 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/21/2009 | Express delivery charge | $25.00 |
| 06/30/2009 | Certify and copy of warranty deed | $4.00 |
| 06/30/2009 | Clerk's recording fee | $72.50 |
| 06/30/2009 | Documentary stamps | $1,802.50 |
| 07/01/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$920.00* |
| For Disbursements Incurred: | *$1,927.50* |
| **Total this Invoice:** | **$2,847.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12676

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Davis, Vincent & Brenda
Account No. ██1498 / ██████7650
Our File No. 37500
Address – ███████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 2/26/2009
Complaint Date - 03/09/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/12/2009 | Second part of the foreclosure through completion of service. | $310 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/01/2009 | Summons Fee | $10.00 |
| 05/15/2009 | Service of Process: Vincent David-ut#2 (x9) | $500 00 |
| 06/10/2009 | Cost of certified court documents | $17.00 |
| 08/07/2009 | Service of process | $45.00 |

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| For Professional Services: | *$310.00* |
| For Disbursements Incurred: | *$572.00* |
| **Total Due:** | **$882.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
American Home Mortgage
Via New Invoice

,

# *INVOICE*

Invoice # 24934

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dejesus, Aixa
Account No. 1██0937 .
Our File No. 29594
Address - ████████████
Status -
Type of Billing -
Referral Date 10/30/2008
Complaint Date - 11/17/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/11/2009 | Flat fee to draft and prepare response to Motion for Extension of Time (TWB OTA approved by Linda Jones on 2/10/09 - AHM OTA submitted 2/9/10). | $262.50 |
| 03/11/2009 | Flat fee to prepare and file motion to dismiss (TBW OTA approved by Linda Jones 3/27/09- AHM OTA submitted 2/9/10) . | $595.00 |
| 05/11/2009 | Second part of foreclosure through cancellation of 5/11/09 hearing. | $240.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/28/2009 | Cost of Certified Court Documents | $17.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,097.50* |
| For Disbursements Incurred: | *$17.00* |
| **Total Due:** | ***$1,114.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 20, 2009

Taylor, Bean & Whitaker
Via Email
CKJohnson@taylorbean.com
CC: RHodgman@taylorbean.com

RE:   Taylor, Bean & Whitaker/TBW v Dellorso, Charles
      Account No. ███5883
      Our File No. 28650-Evic
      Address – ████████████████████████
      Type of Billing – Eviction
      Referral Date 3/12/2009

      Invoice Number  134954

Tax ID # 59-2885854

---

        Professional services:

3/27/09  Flat fee to prepare and file the eviction after the       350.00
         foreclosure.

---

        Professional Costs:

3/27/09- Writ of Possession                                          70.00

         Total Amount This Invoice                                 $420.00

         Total Current Charges                                     $420.00

---

                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

***Items with asterisk (**) are not recoverable.***
dcj



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36720
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Diaz, Jose
Account No. ____8740
Our File No. 25543
Address - ■■■■■■■■■■■■■■■■
Status - Foreclosure
Type of Billing - H&B / Loss Mitigation
Referral Date 8/18/2008
Complaint Date - 08/26/2008
Date Of Sale - 07/09/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/30/2009 | Sale fee - Cancel Sale | $70 00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:      $70.00

**Total Due:**      **$70.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 17, 2009
Taylor, Bean & Whitaker
Via New Invoice

## *INVOICE*

Invoice # 4453

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Diaz, Jose
Account No. ████8740
Our File No. 25543
Address - ████████████████
Status - Foreclosure
Type of Billing - H&B / Loss Mitigation
Referral Date 8/18/2008
Complaint Date - 08/26/2008
Date Of Sale - 07/09/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/01/2008 | OTA approved $500 for research of liens- ok'd Lenstar 10/1/2008 | $500.00 |
| 06/03/2009 | Second part of foreclosure through cancellation of 7/9/09 sale | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/19/2008 | Record Assignment of Mortgage** | $18.50 |
| 09/25/2008 | Clerk's Filing Fee | $2.00 |
| 10/10/2008 | Title Search | $400.00 |
| 11/05/2008 | Service of Process | $35.00 |
| 11/05/2008 | Issue Alias Summons | $10.00 |
| 11/17/2008 | Cost of Certified Court Documents | $14.00 |
| 12/24/2008 | Publication of NOA 12/6,13/08 | $129.00 |
| 07/03/2009 | Clerk's filing fee to cancel 7/9/09 sale. | $50.00 |
| 07/03/2009 | Recording of dismissal | $23.50 |
| 07/10/2009 | Publication of notice of sale | $114.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,200 00* |
| For Disbursements Incurred: | *$796 00* |
| **Total this Invoice:** | *$1,996.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37166

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dillon, David R
Account No. ▓▓1432
Our File No. 40251
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 4/14/2009
Complaint Date - 04/30/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage | $125 00 |

## *INVOICE SUMMARY*

|  |  |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 06, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5841

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Djordjevic, Milica
Account No. ███0471
Our File No. 34171
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 02/17/2009
Date Of Sale - 07/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/03/2009 | Flat fee for title claim. | $125 00 |
| 07/10/2009 | Second part of foreclosure through cancellation of 7/10/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/17/2009 | Record Death Certificate | $10 00 |
| 03/27/2009 | Cost of Certified Court Documents | $19.00 |
| 04/22/2009 | Publication of NOA 4/10, 17/09 | $142.50 |
| 05/11/2009 | Skip Trace Thomas SmithFlorence CollinsKimstella BoldenDandira Brokenborough | $383.40 |
| 05/12/2009 | Service of Process | $1,135.00 |
| 07/02/2009 | Publication of notice of sale | $135.00 |
| 07/10/2009 | Clerk's filing fee - Cancel Sale | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$1,874.90* |
| **Total this Invoice:** | *$2,699.90* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33374
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Djordjevic, Milica
Account No. ██████0471
Our File No. 34171
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 02/17/2009
Date Of Sale - 07/10/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/05/2009 | Sale fee | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $70 00 |
| **Total Due:** | $70.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37236
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dobson, Paul & Gael
Account No. ████1904
Our File No. 41138
Address - ████████████████
Status -
Type of Billing -
Referral Date 4/24/2009
Complaint Date - 05/04/2009
Date Of Sale - 10/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/26/2009 | -cannot bill- Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage
Via New Invoice

# *INVOICE*

Invoice # 12455
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dominguez, Alexander
Account No ▓▓9855
Our File No. 27543
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - H&B/Transfer to Roundpoint
Referral Date 9/25/2008
Complaint Date - 10/01/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/05/2009 | Second part of foreclosure through cancellation of 10/28/09 hearing. | $520.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/04/2008 | Title Search | $275.00 |
| 11/21/2008 | Cost of Certified Court Documents | $23 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$520.00* |
| For Disbursements Incurred: | *$298.00* |
| **Total Due:** | *$818.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 15, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4935

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Donaruma, Louis
Account No. ████1813
Our File No. 30222
Address - ████████████████████
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 06/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 01/20/2009 | Flat fee for title claim | $125.00 |
| 05/11/2009 | Second part of foreclosure through 06/25/2009 sale | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 12/09/2008 | Court Call | $60.00 |
| 12/12/2008 | Record Assignment of Mortgage** | $18 50 |
| 01/06/2009 | Srvc of Process blnc louis donarumaus of ld | $50.00 |
| 01/16/2009 | Cost of Certified Court Documents | $10.00 |
| 06/16/2009 | Sale fee | $70.00 |
| 06/18/2009 | Publication of notice of sale | $206 46 |
| 07/10/2009 | Cost of certified court documents | $4.00 |
| 07/10/2009 | Documentary stamps | $378 70 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$775 00* |
| For Disbursements Incurred: | *$797.66* |
| **Total this Invoice:** | ***$1,572.66*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37064
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Douglas, George
Account No. ████2226
Our File No. 35937
Address – ████████████████████████
Status –
Type of Billing –
Referral Date 2/5/2009
Complaint Date - 02/24/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/28/2009 | SOP George Douglas-ut#2 (x5) | $180.00 |
| 05/28/2009 | Clerk's Additional Filing Fee | $10.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$190.00* |
| **Total Due:** | ***$190.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37244
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dressler, Teri
Account No. ▉▉3673
Our File No. 41328
Address – ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status –
Type of Billing –
Referral Date 4/28/2009
Complaint Date – 05/06/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/02/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36775
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Driggers, Vernon
Account No  ●●●5524
Our File No. 29596
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale
Referral Date - 10/30/2008
Complaint Date - 11/17/2008
Date Of Sale - 07/07/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 09/23/2009 | Secure mobile home title | $258 20 |
| 10/16/2009 | Mobile home real property decals | $10 20 |
| 10/19/2009 | Clerk's recording fee | $27 00 |
| 10/22/2009 | Mobile home real property decals | $6 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$301 90* |
| **Total Due:** | *$301.90* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL **C** CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5560

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Driggers, Vernon
Account No. ▓▓▓5524
Our File No. 29596
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Bankruptcy Filing
Type of Billing – Retire Mobil Home
Referral Date – 10/30/2008
Complaint Date – 11/17/2008
Date Of Sale – 07/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/25/2008 | Flat fee to prepare assignment of mortgage  ** | $125.00 |
| 07/07/2009 | Second part of foreclosure through 07/07/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/11/2009 | Cost of Certified Court Documents | $12.00 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/06/2009 | Publication of notice of sale | $100.65 |
| 07/16/2009 | Cost of certified court documents | $4.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $205.85 |
| **Total this Invoice:** | ***$980.85*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 42244

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Driggers, Vernon
Account No. ████5524
Our File No. 29596
Address – ██████████████████
Status - Bankruptcy Filing
Type of Billing - Retire Mobil Home
Referral Date - 10/30/2008
Complaint Date - 11/17/2008
Date Of Sale - 07/07/2009

For Professional Services Rendered:

| | | |
|---|---|---|
| 07/17/2009 | Flat fee for mobile home retirement | $500.00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0.00* Hours | *$500.00* |
| **Total Due:** | | *$500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33376
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Drumm, Thomas
Account No. ████8511
Our File No. 36662
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/18/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/17/2009 | Cost of Certified Court Documents | $17.00 |
| 05/12/2009 | SOP- Thomas Drumm-ut2 (x4) | $180 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$197.00* |
| **Total Due:** | *$197.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6852

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Dunn, Jason & Gileta
Account No ▓8040
Our File No. 36528
Address - ▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Contested
Referral Date 2/10/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |
| 03/26/2009 | Flat fee to draft and prepare response to Motion for Extension of Time. **Requested approval 8/7/09** | $250.00 |
| 04/06/2009 | Flat fee for response to Discovery request. **Approved 5/4/09 in LPS** | $600.00 |
| 05/04/2009 | Flat fee to prepare discovery package. **Approved 5/4/09 in LPS** | $475.00 |
| 05/04/2009 | Flat fee for Fair Debt Verification Letter. **Approved 5/4/09 in LPS** | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/09/2009 | Cost of Certified Court Documents | $15.00 |
| 04/20/2009 | Srvc of process usofJasonDunn-ut#2 (x6) | $315.00 |

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| For Professional Services: | *$1,700.00* |
| For Disbursements Incurred: | *$330.00* |
| **Total this Invoice:** | *$2,030.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36810

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Duque, Fabio
Account No. ████6184
Our File No. 32285
Address - ███████████████████
Status -
Type of Billing -
Referral Date 12/9/2008
Complaint Date - 12/16/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/08/2009 | Bankruptcy Filing Fee | $150.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$150.00* |
| **Total Due:** | *$150.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37130
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Durachko, Victor & Dorothy
Account No. ▓▓8379
Our File No. 38298
Address - ▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 04/03/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/03/2009 | Clerk's Filing fee | $302 50 |
| 04/03/2009 | Clerk's Indexing Fee | $5.00 |
| 04/03/2009 | Summons fee | $60 00 |
| 04/03/2009 | Record Lis Pendens | $9.00 |
| 04/17/2009 | Record Assignment of Mortgage | $18.50 |
| 04/24/2009 | Clerk's Filing Fee | $1.00 |
| 04/27/2009 | Title Search | $395.00 |
| 07/09/2009 | Service of process | $270.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                    *$1,061.00*

**Total Due:**                    **$1,061.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33379
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Duran, Oscar & Doris
Account No. ⬛0922
Our File No. 34243
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/13/2009
Complaint Date - 04/28/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/24/2009 | Record assignment of mortgage | $18.50 |
| 07/29/2009 | Service of process | $495.00 |
| 07/29/2009 | Skip Trace | $96.30 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$609.80* |
| **Total Due:** | *$609.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7959

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Easton, Joe
Account No. ████3624
Our File No. 35188
Address - ██████████████████████
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date 1/26/2009
Complaint Date - 02/20/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Second part of foreclosure through cancellation of 7/30/09 hearing due to bankruptcy filed. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Record Assignment of Mortgage ** | $18.50 |
| 04/14/2009 | Cost of Certified Court Documents | $19.00 |
| 07/16/2009 | Service of process | $495.00 |
| 07/16/2009 | Skip Trace | $192.60 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$725.10* |
| **Total this Invoice:** | **$1,295.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7547

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ecken, William
Account No. ████8721
Our File No. 40952-bk
Address - ████████████████
Status - BK CH 7, 09-31214-LMK, 6/12/2009
Referral Date 7/16/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/29/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Bankruptcy filing fee | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | *$700.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33381
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Edler, Ray
Account No. ▓▓▓6445
Our File No. 28540
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/14/2008
Complaint Date - 10/21/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/10/2008 | Clerk's Recording Fee | $3.00 |
| 12/10/2008 | Record Assignment of Mortgage** | $18 50 |
| 12/10/2008 | Abstract Fee | $0.60 |
| 02/19/2009 | Cost of Certified Court Documents | $17.00 |
| 03/24/2009 | Srvc of Process-2nd address ray edlerus of raydebbie gardner | $105 00 |

## <u>INVOICE SUMMARY</u>

For Disbursements Incurred:  *$144 10*

**Total Due:**  *$144.10*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33383

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ellis, Ananya
Account No. ████0670
Our File No. 36899
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/02/2009 | Hydra Investigation-Ananya Ellis | $45.00 |
| 07/27/2009 | Service of process | $540.00 |
| 07/27/2009 | Skip Trace | $180.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$765.00* |
| **Total this Invoice:** | *$765.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7944

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Ellis, Teodora
Account No. ██9852
Our File No. 38322
Address - ███████████████████
Status - Fcl/Sale
Referral Date - 3/12/2009
Complaint Date - 04/08/2009
Date Of Sale - 07/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/03/2009 | Flat fee for title claim. | $125.00 |
| 07/28/2009 | Second part of foreclosure through 7/28/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/22/2009 | Cost of Certified Court Docs | $19.00 |
| 07/12/2009 | Service of process | $685.00 |
| 07/20/2009 | Sale fee | $70.00 |
| 07/27/2009 | Publication of notice of sale 7/10, 7/17/09. | $122.50 |
| 08/10/2009 | Cost of certified court documents | $5.00 |
| 08/10/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$902.20* |
| **Total this Invoice:** | *$1,727.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36766
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Eloit, Raymond
Account No. ███8248
Our File No. 29391-Evic
Address - ███████████████████████
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 11/7/2008
Date Of Sale - 03/31/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/09/2009 | Writ of possession | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$70.00* |
| **Total Due:** | *$70.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36765
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Eloit, Raymond
Account No. ▓8248
Our File No. 29391
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 11/7/2008
Date Of Sale - 03/31/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/2009 | Cost of Certified Court Documents | $4.00 |
| 04/01/2009 | Documentary Stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$4.70* |
| **Total Due:** | *$4.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42219

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Eloit, Raymond
Account No ▉▉ 8248
Our File No. 29391-Evic
Address – ▉▉▉▉▉▉▉▉▉▉▉▉
Status - Bankruptcy Filing
Type of Billing - Eviction Fee
Referral Date 10/27/2008
Complaint Date - 11/7/2008
Date Of Sale - 03/31/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/09/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| **Total Due:** | *$350.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37046

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Elsberry, Peggy
Account No. ⬛⬛8348
Our File No. 35457
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 1/28/2009
Complaint Date - 02/25/2009
Date Of Sale -

---

**For Professional Services Rendered:**

---

| 03/30/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:    $125.00

**Total Due:**    $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36763

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Enouiti, Staci
Account No. ⬛7373
Our File No. 29386
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 11/06/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/16/2008 | Clerk's Recording Fee | $1.00 |
| 12/16/2008 | Record Assignment of Mortgage** | $18.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $19.50 |
| **Total Due:** | *$19.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7942

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Ermilus, Louicira
Account No ████4100
Our File No. 28863
Address - ████████████████████
Status - Fcl/Sale
Referral Date - 10/16/2008
Complaint Date - 11/14/2008
Date Of Sale - 07/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/28/2009 | Flat fee to reset 6/10/09 sale; attend 7/28/09 sale. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/10/2009 | Publication of notice of sale | $189.00 |
| 07/20/2009 | Sale fee | $70.00 |
| 08/03/2009 | Cost of certified court documents | $5 00 |
| 08/03/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$264 70* |
| **Total this Invoice:** | *$514.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33384
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Evans, Rhonda
Account No. ███3260
Our File No. 26736
Address - ████████████████████████
████
Status - Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date - 9/11/2008
Complaint Date - 09/19/2008
Date Of Sale - 07/14/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/11/2008 | Acceleration Letter | $35.00 |

### *INVOICE SUMMARY*

For Professional Services: | *$35 00*

**Total Due:** | *$35.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 24, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5375

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Evans, Rhonda
Account No. ●3260
Our File No. 26736
Address -
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 9/11/2008
Complaint Date - 09/19/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/23/2008 | Flat fee for title claim. | $125.00 |
| 04/14/2009 | Second part of foreclosure through cancellation of 7/14/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/10/2008 | Record Assignment of Mortgage** | $18.50 |
| 10/24/2008 | Title Search | $275.00 |
| 03/17/2009 | Cost of Certified Court Documents | $17.00 |
| 05/13/2009 | Publication of NOS 4/27,5/4/09 | $95.46 |
| 07/10/2009 | Clerk's filing fee to cancel 7/14/09 sale. | $50.00 |
| 07/10/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$479.46* |
| **Total this Invoice:** | *$1,304.46* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6980
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Exume, Ruth & Hercule, Vines
Account No. ▮1332
Our File No. 38711
Address – ▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date 3/18/2009
Complaint Date - 04/02/2009
Date Of Sale - 07/23/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 03/31/2009 | Flat fee for title claim. | $125.00 |
| 06/18/2009 | Second part of foreclosure through 07/23/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/15/2009 | Clerk's Recording Fee | $1.00 |
| 04/15/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/29/2009 | Title Search | $275.00 |
| 07/15/2009 | Sale fee | $70.00 |
| 07/23/2009 | Cost of certified court documents | $5.00 |
| 07/23/2009 | Documentary stamps | $0.70 |
| 07/27/2009 | Publication of notice of sale | $105.00 |
| 07/27/2009 | Service of process-6 Defendants | $315.00 |
| 07/27/2009 | Skip Trace | $95.85 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$886.05* |
| **Total this Invoice:** | **$1,661.05** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37148

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Exume, Ruth &  Hercule, Vines
Account No ●1332
Our File No. 38711
Address – ▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/18/2009
Complaint Date - 04/02/2009
Date Of Sale - 07/23/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 08/04/2009 | Cost of certified court documents | $4.00 |
| 08/04/2009 | Documentary stamps | $0 70 |

### *INVOICE SUMMARY*

For Disbursements Incurred:      *$4.70*

**Total Due:**      *$4.70*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36808
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Fairchild, Dwain
Account No. 7~~~~4788
Our File No. 32196
Address - ~~[redacted]~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 12/8/2008
Complaint Date – 12/22/2008
Date Of Sale - 7/27/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/27/2009 | Second part of foreclosure through cancellation of 05/26/2009 sale | $700.00 |
| 06/11/2009 | Flat fee to reset sale date 05/26/2009; Cancel sale date 07/27/2009. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/13/2009 | Hydra Investigation Dwain Fairchild | $45.00 |
| 03/02/2009 | Attorney Ad Litem Fee | $750.00 |
| 03/18/2009 | Publication of NOA 3/411/09 | $415.77 |
| 03/26/2009 | Cost of Certified Court Documents | $29.00 |
| 05/15/2009 | Publication of NOS 5/512/09 | $390 95 |
| 06/12/2009 | Clerk's filing fee | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$950.00* |
| For Disbursements Incurred: | *$1,680.72* |
| **Total Due:** | *$2,630.72* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33386
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Fanfan, Martin
Account No. ▓▓0334
Our File No. 38379
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 03/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/27/2009 | Title Search | $340.00 |
| 06/04/2009 | Cost of certified court documents | $15.00 |
| 06/18/2009 | Service of process | $225.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$580.00* |
| **Total Due:** | *$580.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 02, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  3039

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Farless, Garrah
Account No. ███2731
Our File No. 29300
Address - ████████████████████████████
Status - Fcl/Hold
Referral Date 10/24/2008
Complaint Date – 11/07/2008
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/17/2008 | Flat fee for title claim. | $125.00 |
| 11/26/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 06/18/2009 | Second part of foreclosure through cancellation of 6/22/09 hearing | $525.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/10/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/02/2009 | Cost of Certified Court Documents | $10.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$28.50* |
| **Total this Invoice:** | *$803.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 05, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7396

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Farmer, Edward & Janice
Account No. ▓▓0287
Our File No. 35729
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/2/2009
Complaint Date - 02/12/2009
Date Of Sale - 7/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/20/2009 | Second part of foreclosure through 07/22/2009 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/11/2009 | Title Search | $275 00 |
| 04/21/2009 | Cost of Certified Court Documents | $10.00 |
| 05/04/2009 | Srvc of process Edward Farmer-ut#2(x6) | $270 00 |
| 05/22/2009 | Clerk's Recording Fee | $13.00 |
| 07/14/2009 | Sale fee | $70.00 |
| 07/14/2009 | Publication of notice of sale 7/8,15/09 | $147.10 |
| 07/22/2009 | Cost of certified court documents | $5.00 |
| 08/04/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$790.80* |
| **Total this Invoice:** | ***$1,440.80*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37052
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Farmer, Edward & Janice
Account No. ███0287
Our File No. 35729
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/2/2009
Complaint Date - 02/12/2009
Date Of Sale - 7/22/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/22/2009 | Documentary stamps | $0 70 |
| 08/13/2009 | Payment to The Polk County Democrat; Disbursement for TBW 35729  Legal# 2250152 7/8,7/15/09 | $147 10 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$147.80* |
| **Total Due:** | *$147.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

February 09, 2010
Selene Finance
Via New Invoice

# *INVOICE*

Invoice # 27587

Federal ID # 59-2885854

Taylor, Bean & Whitaker/Selene Finance (SF) v Farrington, Tenice
Account No. ████████7335
Our File No. 32771
Address - ████████████████████████
Status – Foreclosure
Type of Billing - Service Transfer
Referral Date 12/16/2008
Complaint Date - 01/13/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2010 | Second part of foreclosure through cancellation of 07/20/2009 hearing | $480.00 |
| 01/29/2010 | Flat fee for transfer of file from TBW to Selene Finance. | $300.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/02/2009 | Tele-Court | $25.00 |
| 02/10/2009 | Clerk's Recording Fee | $2.00 |
| 02/10/2009 | Record Assignment of Mortgage | $18.50 |
| 02/10/2009 | Abstract Fee | $0.60 |
| 06/22/2009 | Cost of certified court documents | $12.00 |
| 07/01/2009 | Service of process-7 defendants | $315.00 |
| 07/10/2009 | Cost of certified court documents | $12.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$780.00* |
| For Disbursements Incurred: | *$385.10* |
| **Total this Invoice:** | ***$1,165.10*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6383

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Felipe, Jose
Account No. 1858679
Our File No. 26845
Address - ████████████████████████████
Status - Foreclosure
Type of Billing – Cancel Sale
Referral Date 9/12/2008
Complaint Date - 09/19/2008
Date Of Sale - 7/8/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/08/2009 | Second part of foreclosure through cancellation of 7/8/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/24/2008 | Title Search | $275.00 |
| 12/09/2008 | Cost of Certified Court Documents | $17.00 |
| 03/16/2009 | Record Assignment of Mortgage * | $18.50 |
| 07/03/2009 | Publication of notice of sale 6/19, 26/09 | $251.66 |
| 07/08/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$612.16* |
| **Total this Invoice:** | ***$1,312.16*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13169
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Felistin, Oxelan
Account No. ██1240
Our File No. 26677
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 9/10/2008
Complaint Date - 10/17/2008
Date Of Sale - 08/27/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/27/2009 | Second part of foreclosure through cancellation of 08/27/2009 sale.. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/06/2008 | Hydra- Exelan Felistin 2nd address | $45.00 |
| 04/28/2009 | Court Call | $60.00 |
| 08/21/2009 | Publication of notice of sale dates 08/06*08/13/2009 | $154.00 |
| 08/25/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $700.00 |
| For Disbursements Incurred: | $309.00 |
| **Total Due:** | **$1,009.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6681

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Flanary, James
Account No. ███3707
Our File No. 37654
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/3/2009
Complaint Date - 03/13/2009
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/20/2009 | Second part of foreclosure through 07/21/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/08/2009 | Title Search | $275 00 |
| 04/23/2009 | Certified Court Documents | $17 00 |
| 05/26/2009 | SOP James Flanary-ut#2 (x6) | $315 00 |
| 05/26/2009 | Skip Trace-James Flanary | $96 30 |
| 07/02/2009 | Publication of notice of sale | $132.80 |
| 07/13/2009 | Sale fee | $70.00 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$911.80* |
| Total this Invoice: | *$1,561.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 34003
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Flanary, James
Account No. ███3707
Our File No. 37654
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/3/2009
Complaint Date - 03/13/2009
Date Of Sale - 07/21/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/05/2009 | Cost of certified court documents | $4.00 |
| 08/05/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $4.70 |
| **Total Due:** | **$4.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33473
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Fontaine, Deborah
Account No. ████2365
Our File No. 39240
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/25/2009
Complaint Date - 04/06/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------------|------------------------------------|---------|
| 05/14/2009 | Title Search | $340.00 |
| 06/03/2009 | Cost of certified court documents | $15.00 |
| 06/16/2009 | Mediation fee | $750.00 |
| 07/09/2009 | Service of process | $135.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,240.00* |
| **Total Due:** | *$1,240.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36992
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Foo, Robbyanne
Account No. ███2502
Our File No. 34234
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 1/13/2009
Complaint Date - 01/22/2009
Date Of Sale -

---

**For Disbursements Incurred:**

---

| 04/09/2009 | Srvc of process Robbyanne Foo-ut#2 (X5) | $225.00 |

### *INVOICE SUMMARY*

| For Disbursements Incurred: | $225.00 |
|---|---|
| **Total Due:** | **$225.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33471
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Forcino, Suzane
Account No. ████1319
Our File No. 40134
Address - ██████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/08/2009 | Record assignment of mortgage | $10.00 |
| 06/18/2009 | Title search | $275.00 |
| 08/04/2009 | Service of process | $180.00 |
| 08/04/2009 | Record lis pendens | $4.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$469.50* |
| **Total Due:** | *$469.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

## *I N V O I C E*

Invoice # 37247
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ford, Shasma & Michael
Account No. ███2382
Our File No. 41331
Address - ████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/24/2009 | Clerk's recording fee | $1.00 |
| 06/24/2009 | Record assignment of mortgage | $18.50 |
| 07/02/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $270.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$564.50* |
| **Total Due:** | *$689.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328   BILLING@CONSUEGRALAW.COM
Phone (813)915-8660   Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36942
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Foster, Alan
Account No. ⬛⬛⬛⬛7560
Our File No. 32755-Evic
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 12/16/2008
Complaint Date - 12/18/2008
Date Of Sale - 05/01/2009

---

**For Disbursements Incurred:**

---

| | | |
|---|---|---:|
| 07/07/2009 | Payment to Alan Foster; Disbursement for TBW5 vs. Foster, Alan - Cash for Keys | $2,500.00 |

### *INVOICE SUMMARY*

| | |
|---|---:|
| For Disbursements Incurred: | *$2,500.00* |
| **Total Due:** | *$2,500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36978
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Francois, Jocelyn
Account No. ████360
Our File No. 33877
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 1/7/2009
Complaint Date - 01/19/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33475
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Francois, Jules
Account No. ▓7954
Our File No. 28010
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/6/2008
Complaint Date - 11/05/2008
Date Of Sale - 06/05/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/13/2009 | Publication of notice of sale  7/23,30/2009 | $114.00 |
| 08/17/2009 | Clerk's filing fee | $50.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $164.00 |
| **Total Due:** | *$164.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4946

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Fritscher, Laura & Anthony
Account No. ████2071
Our File No. 31848-Evic
Address - ████████████████████████
Status - Eviction
Type of Billing - Eviction
Referral Date - 5/27/2009
Complaint Date - N/A
Date Of Sale - N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/25/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/03/2009 | Writ of possession | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3615

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Fuller, William & Jessica
Account No. ▒▒▒0477
Our File No. 35731
Address - ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/2/2009
Complaint Date - 02/12/2009
Date Of Sale - 06/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/22/2009 | Second part of foreclosure through 06/22/2009  sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/11/2009 | Title Search | $395.00 |
| 04/10/2009 | Cost of Certified Court Documents | $9.00 |
| 05/06/2009 | SOP- William Fuller-ut2 (x6) | $450.00 |
| 05/06/2009 | Skip Trace- William Fuller | $95.40 |
| 05/18/2009 | Lost Mortgage Note Bond | $126.00 |
| 06/09/2009 | Sale fee | $70.00 |
| 06/17/2009 | Publication of notice of sale | $278.60 |
| 06/22/2009 | Cost of certified court documents | $5.00 |
| 06/22/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$1,429.70* |
| **Total this Invoice:** | *$2,079.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37053
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Fuller, William & Jessica
Account No ▬▬0477
Our File No. 35731
Address - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/2/2009
Complaint Date - 02/12/2009
Date Of Sale - 06/22/2009

---

**For Disbursements Incurred:**

| 07/06/2009 | Documentary stamps | $0.70 |
|---|---|---|

## *INVOICE SUMMARY*

| For Disbursements Incurred: | $0.70 |
|---|---|
| **Total Due:** | $0.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6646

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gabriel, Julia
Account No. ████2043
Our File No. 25555
Address – ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/25/2008
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/22/2009 | Second part of foreclosure through 07/21/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/18/2008 | Record Assignment of Mortgage** | $18.50 |
| 10/10/2008 | Title Search | $400.00 |
| 01/28/2009 | Cost of Certified Court Documents | $15.00 |
| 07/13/2009 | Documentary stamps | $0.70 |
| 07/13/2009 | Sale fee | $70.00 |
| 07/15/2009 | Publication of notice of sale | $199.10 |
| 07/21/2009 | Cost of certified court documents | $5.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$708.30* |
| **Total this Invoice:** | *$1,408.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33927

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gabriel, Julia
Account No ⬛⬛2043
Our File No. 25555
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/25/2008
Date Of Sale - 07/21/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/05/2009 | Service of process | $60.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:      *$60.00*

**Total Due:**      *$60.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37106
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Galarneau, Roy & Theresa
Account No ████4539
Our File No. 37843
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 04/23/2009 | Title Search | $275.00 |
| 04/23/2009 | Title Search | $275.00 |
| 07/01/2009 | Service of process | $405.00 |

## INVOICE SUMMARY

| | |
|---|---:|
| For Disbursements Incurred: | $955.00 |
| **Total Due:** | **$955.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37026
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gallups, Aubrey & Bethany
Account No. ▆▆9190
Our File No. 34845
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/11/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33476
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Garcia, Thomas & Erika
Account No. ████9083
Our File No. 40077
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/9/2009
Complaint Date - 04/28/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/12/2009 | Clerk's recording fee | $1.00 |
| 06/12/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $340.00 |
| 07/29/2009 | Service of process | $830.00 |
| 08/07/2009 | Service of process | $45.00 |
| 08/07/2009 | Summons fee | $10.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $1,244.50 |
| **Total Due:** | *$1,244.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36767
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Garrett, Michael
Account No ████6891
Our File No. 29392
Address - ███████████████████████████████
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 11/25/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/22/2008 | Flat fee to prepare assignment of mortgage  * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/21/2009 | Record Assignment of Mortgage** | $35 50 |
| 04/01/2009 | Cost of Certified Court Documents | $12 00 |
| 05/28/2009 | Alias Summons | $10 00 |
| 06/15/2009 | Hydra investigation | $45.00 |
| 07/06/2009 | Hydra investigation | $45 00 |
| 08/07/2009 | Service of process | $45 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$192.50* |
| **Total Due:** | ***$317.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37115

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Garris, Sean
Account No. ████4255
Our File No. 37881
Address - ~~███████████████████████████████~~
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $275.00 |
| 05/26/2009 | SOP Sean Garris-ut#2 (x6) | $315.00 |
| 05/26/2009 | Skip Trace-Joseph Garris | $95.85 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$685.85* |
| **Total Due:** | *$685.85* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37034
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Garske, Amanda
Account No. ████9257
Our File No. 34919
Address – ████████████████████
Status -
Type of Billing -
Referral Date 1/22/2009
Complaint Date - 02/03/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 02/28/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 04/01/2009 | Fee to prepare send and file Fair Debt Verification Letter. | $400.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 02/27/2009 | Record Assignment of Mortgage * | $18.50 |
| 04/24/2009 | Srvc of process Amanda Garske-ut#2 (x5) | $270.00 |
| 04/24/2009 | Skip Trace Christopher Garske | $96.30 |

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| For Professional Services: | *$525.00* |
| For Disbursements Incurred: | *$384.80* |
| **Total Due:** | *$909.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37243
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gay, Gregory
Account No. ▓▓▓8181
Our File No. 41324
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status –
Type of Billing –
Referral Date 4/28/2009
Complaint Date – 5/7/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/29/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36948

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gebru, Tekleberhan
Account No. ████0185
Our File No. 32807
Address - ██████████████████████████
Status - Foreclosure
Type of Billing - Trailing Cost
Referral Date 12/17/2008
Complaint Date - 01/15/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/29/2009 | Hydra investigation | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$45.00* |
| **Total Due:** | *$45.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 02, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 2841

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gilbert, Henry
Account No. ▓▓9592
Our File No. 32336
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - BK filed
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/02/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |
| 06/12/2009 | Second part of foreclosure through cancellation of 10/12/09 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $275.00 |
| 01/15/2009 | Court Call | $60.00 |
| 02/10/2009 | Record Assignment of Mortgage ** | $18.50 |
| 04/27/2009 | Certified Court Documents | $15.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$695.00* |
| For Disbursements Incurred: | *$368.50* |
| **Total this Invoice:** | *$1,063.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 10967
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gilbert, Henry
Account No.. ████9592
Our File No. 32336-bk
Address - ████████████████████████████
Status - BK CH 7, 09-21193-PGH, 6/5/2009
Type of Billing - MTL
Referral Date 7/22/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/17/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Bankruptcy filing fee | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550 00* |
| For Disbursements Incurred: | *$150.00* |
| **Total Due:** | *$700.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 14, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3919

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gillespie, Steven & Cheryl
Account No ██████9145
Our File No. 35725
Address - ████████████████████████
Status - Foreclosure
Type of Billing - H&B / Loss Mitigation
Referral Date 2/2/2009
Complaint Date - 02/13/2009
Date Of Sale - 07/09/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 02/23/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |
| 06/29/2009 | Flat fee for foreclosure through cancellation of 7/9/09 sale. | $1,250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 02/12/2009 | Clerk's Filing Fee | $307.50 |
| 02/12/2009 | Summons Fee | $60.00 |
| 02/12/2009 | Record Lis Pendens | $9.00 |
| 03/03/2009 | Clerk's Indexing Fee | $2.00 |
| 03/03/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/11/2009 | Title Search | $275.00 |
| 04/03/2009 | Cost of Certified Court Documents | $10.00 |
| 05/08/2009 | Srvc of process Steven Gillespie-ut#2 (x5) | $505.00 |
| 05/08/2009 | Skip Trace Steven & Cheryl Gillespie | $191.70 |
| 06/17/2009 | Publication of notice of sale | $83.42 |
| 06/29/2009 | Clerk's filing fee | $50.00 |
| 06/29/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | $1,375.00 |
| For Disbursements Incurred: | $1,535.62 |
| **Total this Invoice:** | **$2,910.62** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37051

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gillespie, Steven & Cheryl
Account No. ████9145
Our File No. 35725
Address – ████████████████████████████████
Status – Foreclosure
Type of Billing - H&B / Loss Mitigation
Referral Date 2/2/2009
Complaint Date - 02/13/2009
Date Of Sale - 07/09/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/13/2009 | Flat fee for first half of foreclosure lawsuit. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/08/2010 | Clerk's filing fee | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$600 00* |
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$650.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37013
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Glass, Carl & Miller, Brandi
Account No. ████4129
Our File No. 34847
Address – ████████████████████████████
Status –
Type of Billing –
Referral Date 1/21/2009
Complaint Date - 01/28/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage * | $125.00 |
| 04/01/2009 | Flat fee for response to defendant's motion to dismiss | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 02/26/2009 | Clerk's Filing Fee | $1.00 |
| 04/17/2009 | Srvc of process Carl Glass-ut#2 (x6) | $270.00 |
| 07/09/2009 | Cost of certified court documents | $14.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $725.00 |
| For Disbursements Incurred: | $303.50 |
| **Total Due:** | **$1,028.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37109
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Glass, Lisa
Account No. ██0199
Our File No. 37851
Address – ████████████████████████████
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date – 03/13/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:      *$125.00*

**Total Due:**      *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36768
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Glick, Craig
Account No ████8148
Our File No. 29401
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 02/27/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37118
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Godden, James & Shannon
Account No. ▇▇8896
Our File No. 37941
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status -
Type of Billing -
Referral Date 3/6/2009
Complaint Date - 3/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $275.00 |
| 07/02/2009 | Service of process | $315.00 |
| 07/02/2009 | Skip Trace | $96.30 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$686.30* |
| **Total Due:** | *$811.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33483
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Goellner, Jennifer
Account No. ██2696
Our File No. 40318
Address - ██████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/22/2009 | Clerk's Recording Fee | $1.00 |
| 05/22/2009 | Summons Fee | $10.00 |
| 05/22/2009 | Record Lis Pendens | $13.00 |
| 06/12/2009 | Clerk's recording fee | $2.00 |
| 06/12/2009 | Record assignment of mortgage | $18.50 |
| 06/25/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $360.00 |
| 08/07/2009 | Service of process | $95.40 |
| 08/24/2009 | Service of process | $45.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $819.90

**Total Due:** $819.90

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37259
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gomez, Maria
Account No. ████5306
Our File No. 41477
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - Complaint
Referral Date 4/29/2009
Complaint Date - 05/15/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/02/2009 | Record assignment of mortgage | $18 50 |
| 07/02/2009 | Title search | $275 00 |
| 07/10/2009 | Record assignment of mortgage | $18.50 |
| 08/07/2009 | Service of process | $360.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                     *$672 00*

**Total Due:**                                     *$672.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7470

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzales, Raymond & Maria
Account No. ████5876
Our File No. 36534
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/24/2009
Date Of Sale - 07/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/10/2009 | Fee to prepare send and file Fair Debt Verification Letter. | $250.00 |
| 06/16/2009 | Second part of foreclosure through 7/22/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/27/2009 | Record Assignment of Mortgage ** | $18.50 |
| 05/12/2009 | SOP Raymond Gonzalez-ut#2 (x7) | $695.00 |
| 05/21/2009 | Cost of Certified Court Documents | $18.00 |
| 07/14/2009 | Sale fee | $70.00 |
| 07/15/2009 | Publication of notice of sale 6/30,7/7/09 | $203.98 |
| 07/22/2009 | Cost of certified court documents | $5.00 |
| 07/22/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$950.00* |
| For Disbursements Incurred: | *$1,011.18* |
| **Total this Invoice:** | *$1,961.18* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33929
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzales, Raymond & Maria
Account No. ████6876
Our File No. 36534
Address – ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/24/2009
Date Of Sale – 07/22/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Cost of certified court documents | $5.00 |
| 08/10/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$5.70* |
| **Total Due:** | **$5.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37250
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzalez, Gustavo & Patricia
Account No ▓▓3046
Our File No. 41344
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Fcl/C&B
Referral Date 4/28/2009
Complaint Date - 05/06/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/24/2009 | Flat fee to prepare assignment of mortgage | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6042

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzalez, Javier
Account No. ⬛⬛1243
Our File No. 25546-bk
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - BK CH 7, 8:09-bk-10937-KRM, 5/27/2009
Referral Date 6/25/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/13/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/06/2009 | Bankruptcy filing fee | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | *$700.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33486
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzalez, Javier
Account No. ████243
Our File No. 25546
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 09/05/2008
Date Of Sale -

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/22/2009 | Publication of notice of sale | $235.94 |

### *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | $235.94 |
| **Total Due:** | $235.94 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37060

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Gonzalez, Virginia & Nunez,
Yohanna
Account No. 1██6684
Our File No. 35845
Address - ██████████████████████████████
Status -
Type of Billing -
Referral Date 2/4/2009
Complaint Date - 02/16/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/07/2009 | Clerk's recording fee | $18.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$18.50* |
| **Total Due:** | *$18.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 08, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3522

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Green, Anthony
Account No. ●●●0453
Our File No. 41060
Address - ███████████████████████████
Status - Foreclosure
Type of Billing - C&B/Loss Mitigation
Referral Date 4/23/2009
Complaint Date - 5/18/2009
Date Of Sale -

## For Professional Services Rendered:

| | | |
|---|---|---|
| 06/04/2009 | Flat fee to prepare assignment of mortgage ** | $125.00 |
| 06/10/2009 | Second part of the foreclosure through completion of service | $225.00 |

## For Disbursements Incurred:

| | | |
|---|---|---|
| 06/15/2009 | Service of process 8 Defendants | $550.00 |
| 06/24/2009 | Recording of dismissal | $23.50 |
| 07/01/2009 | Title search | $275.00 |
| 07/02/2009 | Record assignment of mortgage | $27.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $350.00 |
| For Disbursements Incurred: | $875.50 |
| Total this Invoice: | $1,225.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33487
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Greenling, Brian
Account No. ████0950
Our File No. 40312
Address - ███████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/25/2009 | Title search | $275.00 |
| 07/20/2009 | Cost of certified court documents | $16.00 |
| 07/22/2009 | Cost of certified court documents | $4.00 |
| 08/04/2009 | Service of process | $270 00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                          *$565.00*

**Total Due:**                                       *$565.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Bank of America
Via New Invoice

# *INVOICE*

Invoice # 37270
Federal ID # 59-2885854

Bank of America Corp/BAC v. Griffin, Timothy & Tidwell, Shirley
Account No. ████9562
Our File No. 36110
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - H & B / Modification
Referral Date - 2/6/2009
Complaint Date - 2/23/2009
Date Of Sale - 8/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/05/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

February 09, 2010
Selene Finance
Via New Invoice

,

# *INVOICE*

Invoice # 27566

Federal ID # 59-2885854

Taylor, Bean & Whitaker/Selene Finance (SF) v Grimes, Joann &
Ernest J.
Account No. ⬛⬛⬛⬛⬛5081
Our File No. 38047
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Service Transfer
Referral Date 3/9/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |
| 01/29/2010 | Second part of the foreclosure through completion of service. | $240 00 |
| 01/29/2010 | Flat fee for transfer file from TBW to Selene Finance | $300 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/27/2009 | Title Search | $340.00 |
| 06/04/2009 | Cost of certified court documents | $10.00 |
| 06/26/2009 | Service of process-6 defendants | $360.00 |
| 06/26/2009 | Skip Trace | $95.85 |
| 08/19/2009 | Cost of certified court documents | $10.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$665.00* |
| For Disbursements Incurred: | *$815 85* |
| **Total this Invoice:** | *$1,480.85* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12673
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Grote, Daniel
Account No. ⬛⬛3405 / ⬛⬛6926
Our File No. 28535
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 10/14/2008
Complaint Date - 11/03/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 11/10/2008 | Flat fee for title claim. | $125.00 |
| 11/21/2008 | Flat fee to prepare assignment of mortgage  ** | $125.00 |
| 12/30/2008 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/01/2008 | Title search | $340.00 |
| 12/26/2008 | Clerk's Recording Fee | $1.00 |
| 12/26/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/25/2009 | Cost of Certified Court Documents | $20.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$560.00* |
| For Disbursements Incurred: | *$379.50* |
| **Total Due:** | *$939.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33488

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Guzman, Adam
Account No. ▮▮2353
Our File No. 32288
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/9/2008
Complaint Date - 12/24/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $275.00 |
| 02/18/2009 | Clerk's Recording Fee | $1.00 |
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 03/11/2009 | Cost of Certified Court Documents | $17.00 |
| 04/07/2009 | Clerk's Notice of Dropping Fee | $13.00 |
| 02/19/2010 | Void Check # 159088 Record assignment of mortgage | ($18.50) |

## **INVOICE SUMMARY**

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$306.00* |
| **Total Due:** | *$431.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7851

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Haithcock, Donnie
Account No. ████8639
Our File No. 29446
Address - ████████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 10/28/2008
Complaint Date - 11/13/2008
Date Of Sale - 04/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500 00* |
| **Total this Invoice:** | **$500.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 29, 2009
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 5588

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hanner, James
Account No. ██2569
Our File No. 32758
Address ███████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/16/2008
Complaint Date – 12/30/2008
Date Of Sale – 07/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/08/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/06/2009 | Second part of foreclosure through 7/06/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/13/2009 | Title Search | $340.00 |
| 01/19/2009 | Record Assignment of Mortgage** | $27.00 |
| 01/28/2009 | Hydra Investigation-Andrea Lavoie | $45.00 |
| 02/23/2009 | Cost of Certified Court Documents | $11.00 |
| 04/14/2009 | Publication of NOA 4/29/09 | $567.00 |
| 04/24/2009 | SOP- Andrea Lavoie & Unknown Spouse | $90.00 |
| 05/04/2009 | Publication of NOA 3/512/09 | $408.00 |
| 06/17/2009 | Publication of notice of sale | $369.00 |
| 06/24/2009 | Sale fee | $70.00 |
| 07/06/2009 | Documentary stamps | $0.70 |
| 07/16/2009 | Cost of certified court documents | $6.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$1,933.70* |
| **Total this Invoice:** | **$2,708.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36943
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hanner, James
Account No. █2569
Our File No. 32758
Address - ██████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/16/2008
Complaint Date - 12/30/2008
Date Of Sale - 07/06/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 08/11/2009 | Publication of notice of action | $408.00 |
| 10/07/2009 | Secure mobile home title | $255.70 |
| 10/16/2009 | Mobile home real property decals | $10.20 |
| 10/22/2009 | Mobile home real property decals | $6.50 |
| 11/02/2009 | Clerk's recording fee | $44.00 |

## INVOICE SUMMARY

For Disbursements Incurred:                                    $724.40

**Total Due:**                                                 **$724.40**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL ☐ CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 36944
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hanner, James
Account No ▉2569
Our File No. 32758-Evic
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status -Eviction
Referral Date - 12/16/08

---

**For Disbursements Incurred:**

| 07/29/2009 | Writ of possession | $90 00 |
|---|---|---|

## INVOICE SUMMARY

| For Disbursements Incurred: | $90 00 |
|---|---|
| **Total Due:** | **$90.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37068
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hare, Michael Sr. & Marcia
Account No. ████1877
Our File No. 36035
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 2/6/2009
Complaint Date - 02/17/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP- Michael Hare Sr-ut2 (x6) | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $270 00 |
| **Total Due:** | **$270.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37121

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Harrell, Willis
Account No. ████1999
Our File No. 37952
Address - ██████████████████████████
Status -
Type of Billing -
Referral Date 3/6/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/07/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

## *INVOICE SUMMARY*

For Professional Services: $125.00

**Total Due:** $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42207

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Harris, Lowanda
Account No ███1150
Our File No. 28860-Evic
Address – ████████████████
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 10/16/2008
Complaint Date - 10/29/2008
Date Of Sale - 05/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/09/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| | | $70.00 |
| 06/09/2009 | Writ of possession | |

## INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $350 00 |
| For Disbursements Incurred: | | $70.00 |
| **Total Due:** | | $420.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6967

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Harris, Melvin
Account No. ██7587
Our File No. 34732
Address - ████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/20/2009
Complaint Date - 01/28/2009
Date Of Sale - 07/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/12/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |
| 06/17/2009 | Second part of foreclosure through 07/23/2009 sale | $700 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/24/2009 | Cost of Certified Court Documents | $17 00 |
| 02/27/2009 | Clerk's Recording Fee | $1.00 |
| 02/27/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/17/2009 | Srvc of process Melvin Harris-ut#2 (x6) | $270.00 |
| 04/28/2009 | NOA Fee | $10.00 |
| 05/26/2009 | Publication of NOA 5/1320/09 | $255.50 |
| 07/01/2009 | Publication of notice of sale | $249 00 |
| 07/15/2009 | Sale fee | $130 00 |
| 07/23/2009 | Cost of certified court documents | $5 00 |
| 07/23/2009 | Documentary stamps | $1,127 70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$2,083.70* |
| **Total this Invoice:** | *$2,908.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 17, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4474

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Harrod, William & Leonforte,
Thomas
Account No. ████0629
Our File No. 34850
Address - ████████████████████████
Status - Foreclosure
Type of Billing - C&B / Client Request
Referral Date 1/21/2009
Complaint Date - 02/04/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/28/2009 | Service of Process | $35.00 |
| 07/01/2009 | Recording of dismissal | $23.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $58.50 |
| **Total this Invoice:** | $58.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 14, 2009
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 4385

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hart, Buffy
Account No. ████8171
Our File No. 31668-bk
Address - ████████████████████████
Status - BK CH 13, 8:09-bk-07857, 4/22/2009
Type of Billing - POC
Referral Date 6/2/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/23/2009 | Prepare and file proof of claim in bankruptcy with client | $150.00 |

## *INVOICE SUMMARY*

| For Professional Services: | *$150.00* |
|---|---|
| **Total this Invoice:** | *$150.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33489
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hartman, James
Account No. ███5797
Our File No. 40123
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $275.00 |
| 06/22/2009 | Record assignment of mortgage | $18.50 |
| 08/04/2009 | Service of process | $270.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$563.50* |
| **Total Due:** | *$563.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6974

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hartman, Stacy
Account No. ██3037
Our File No. 36520
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/23/2009
Date Of Sale - 07/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/27/2009 | Flat fee for title claim. | $125.00 |
| 06/19/2009 | Second part of foreclosure through 07/23/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Certified Court Documents | $18.00 |
| 05/12/2009 | SOP Stacy Hartman-ut#2 (x7) | $405.00 |
| 07/15/2009 | Documentary stamps | $0.70 |
| 07/15/2009 | Sale fee | $70.00 |
| 07/23/2009 | Cost of certified court documents | $5 00 |
| 07/27/2009 | Publication of notice of sale | $251.10 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$749 80* |
| **Total this Invoice:** | *$1,574.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 33937

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hartman, Stacy
Account No. ███3037
Our File No. 36520
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/23/2009
Date Of Sale - 07/23/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Documentary stamps | $0.70 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $0.70 |
| **Total Due:** | $0.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37018
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Haynes, Michael & Espinosa,
Keyla
Account No ●●1795
Our File No. 34826
Address -
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/19/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/17/2009 | Record Assignment of Mortgage | $18.50 |
| 05/12/2009 | SOP- Michael Haynes-ut2 (x11) | $540.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$558.50* |
| **Total Due:** | *$683.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33491

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Heath, Tracy
Account No. ▓▓7431
Our File No. 40321
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/25/2009 | Title search | $275.00 |
| 08/04/2009 | Service of process | $315.00 |
| 08/04/2009 | Skip Trace | $95.85 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$685.85* |
| **Total Due:** | *$685.85* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36926

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hernandez, Douglas
Account No. ▆▆7168
Our File No. 32751
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/16/2008
Complaint Date - 01/12/2009
Date Of Sale - 09/11/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/31/2009 | Second part of foreclosure through cancellation of 9/11/09 sale. | $700.00 |

## *INVOICE SUMMARY*

For Professional Services: $700.00

**Total Due:** $700.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 12989
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hernandez, Douglas
Account No. ███7168
Our File No. 32751
Address - ███████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/16/2008
Complaint Date - 01/12/2009
Date Of Sale - 09/11/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/19/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/11/2009 | Service of process Douglas Hernandez-ut#2 (x8) | $360.06 |
| 03/18/2009 | Cost of Certified Court Documents | $17.00 |
| 03/31/2009 | Clerk's Recording Fee | $2.00 |
| 03/31/2009 | Record Assignment of Mortgage ** | $18.50 |
| 06/23/2009 | Publication of notice of sale 6/6,13/09 | $117.65 |
| 10/23/2009 | Void old cks previously billed or not to be billed - QB CK# 151118 | ($3.00) |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$512.21* |
| **Total Due:** | ***$637.21*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33493
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Heidig, Bonne
Account No. ▮▮▮5713
Our File No. 34233
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/13/2009
Complaint Date - 01/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/18/2009 | Clerk's Recording Fee | $1.00 |
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 04/13/2009 | Srvc of process Bonne Heidig-ut#2 (x5) | $225.00 |
| 04/13/2009 | Clerk's Additional Filing Fee | $0.50 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                    *$245.00*

Total Due:                    **$245.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328   BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33494
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Herard, Thonyson
Account No. ⬛⬛2050
Our File No. 34172
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 08/18/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/09/2009 | Srvc of process Thonyson Herard-ut#2 (x7) | $315 00 |
| 06/19/2009 | Publication of notice of sale | $150.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: *$465.00*

**Total Due:** *$465.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 02, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 42310

Federal ID # 59-2885854

Taylor, Bean & Whitaker/OCN5 v Hernandez, Michel
Account No. █████8557
Our File No. 24368-EVIC
~~Address~~ ████████████████████████████
32835
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 7/18/2008
Complaint Date - 07/24/2008
Date Of Sale - 03/19/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/22/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $400 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/21/2009 | Writ of Possession | $70.00 |
| 07/13/2009 | Writ of possession | $90.00 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0 00 Hours | $400.00 |
| For Disbursements Incurred: | | $160 00 |
| **Total Due:** | | *$560.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33495

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hernandez, Myrna
Account No. ⬛1654
Our File No. 37405
Address ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/25/2009
Complaint Date - 03/09/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------------|---------------------------------|---------|
| 04/15/2009 | Clerk's Recording Fee | $1.00 |
| 04/15/2009 | Record Assignment of Mortgage | $18.50 |
| 05/15/2009 | SOP- Myrna Hernandez-ut2 (x12) | $540.00 |
| 05/15/2009 | Skip Trace- Michelle Reed | $96.30 |
| 05/26/2009 | Publication of NOA 5/916/09 | $131.34 |
| 06/10/2009 | Cost of certified court documents | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$804.14* |
| **Total Due:** | *$804.14* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33498
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hester, Hal
Account No. ⬛⬛3110
Our File No. 36352
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/9/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/10/2009 | Death Certificate - Nancy Hester | $35.25 |
| 05/12/2009 | SOP Hall Hester-ut#2 (x9) | $640.00 |
| 05/12/2009 | Skip Trace-Nancy Hester | $96.30 |
| 05/12/2009 | Clerk's Additional Filing Fee | $7 00 |
| 06/04/2009 | Cost of certified court documents | $20.00 |

### **INVOICE SUMMARY**

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $798.55 |
| **Total Due:** | $923.55 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13146
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hill, Dustin & Randy
Account No. ███4108
Our File No. 40449
████████████████████████
Status - Foreclosure
Type of Billing - Contested
Referral Date 4/16/2009
Complaint Date - 05/06/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 06/02/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services: $125.00

**Total Due:** $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37087

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hill, Roger & Terri
Account No. ⬤24781
Our File No. 37338
Address - ~~2008 ...~~
Status -
Type of Billing -
Referral Date 2/24/2009
Complaint Date - 03/17/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/09/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/02/2009 | Service of process | $315.00 |
| 07/02/2009 | Record lis pendens | $2.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$317.50* |
| **Total Due:** | *$442.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37074
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hires, Marion & Christina
Account No. ██4936
Our File No. 36715
Address - ~~████ Monarch Park Drive, Apollo Beach, FL 33572~~
Status -
Type of Billing -
Referral Date 2/13/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/05/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Title Search | $275.00 |
| 03/16/2009 | Record Assignment of Mortgage | $18 50 |
| 04/02/2009 | Hydra Investigation-Marion Hires | $45.00 |
| 04/29/2009 | Srvc of process Marion Hires-ut#2 (x8) | $630.00 |
| 04/29/2009 | Skip Trace Marion/ChristinaHiresCovingtonParkHOA | $288.90 |
| 05/08/2009 | Publication of NOA 4/255/2/09 | $133 65 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,391 05* |
| **Total Due:** | *$1,516.05* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37090

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hittel, Jeffery Sr & April
Account No ███2165
Our File No. 37604
Address ████████████████████████
Status –
Type of Billing –
Referral Date 3/2/2009
Complaint Date – 03/10/2009
Date Of Sale –

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/15/2009 | SOP Jeffery Hittel Sr-ut#2 (x6) | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$270 00* |
| **Total Due:** | *$270.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 01, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 2802

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hoefle, David
Account No. ████0274
Our File No. 26157
Address ███████████████████████████
Status - Fcl/Hold
Referral Date 8/28/2008
Complaint Date - 09/25/2008
Date Of Sale - 06/18/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/01/2008 | Flat fee for title claim. | $125.00 |
| 06/16/2009 | Second part of foreclosure through cancellation of 6/18/09 sale | $600 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/23/2008 | Title Search | $275.00 |
| 12/10/2008 | Cost of Certified Court Documents | $27.00 |
| 02/11/2009 | Publication of NOA 1/2229/09 | $449.64 |
| 06/16/2009 | Publication of notice of sale | $460.10 |
| 06/17/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$725 00* |
| For Disbursements Incurred: | *$1,261.74* |
| **Total this Invoice:** | **$1,986.74** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33500
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Holley, Kathleen
Account No. ⬛4006
Our File No. 37046
Address ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/19/2009
Complaint Date - 03/02/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/07/2009 | Clerk's Recording Fee | $1.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$19.50* |
| **Total Due:** | *$19.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6129

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hollier, John
Account No. ▮▮▮4576
Our File No. 32770
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/16/2008
Complaint Date - 12/26/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/14/2009 | Second part of foreclosure through 7/14/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/03/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/09/2009 | Court Call | $60.00 |
| 04/10/2009 | Cost of Certified Court Documents | $10.00 |
| 06/26/2009 | Publication of notice of sale | $154.00 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/14/2009 | Cost of certified court documents | $5.00 |
| 07/14/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$318.20* |
| **Total this Invoice:** | *$968.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36946
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hollier, John
Account No. ████4576
Our File No. 32770
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/16/2008
Complaint Date - 12/26/2008
Date Of Sale - 07/14/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/28/2009 | Cost of certified court documents | $4.00 |
| 07/28/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $4.70 |
| **Total Due:** | **$4.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37094
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hopcraft, Charles
Account No ▓▓6287
Our File No. 37658
~~Address~~
Status -
Type of Billing -
Referral Date 3/3/2009
Complaint Date - 03/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/20/2009 | Publication of NOA 5/714/09 | $185 50 |

### *INVOICE SUMMARY*

For Disbursements Incurred: *$185.50*

**Total Due:** *$185.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7854

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hosler, Jeffery
Account No. ▮▮9056
Our File No. 30235
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 04/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Clerk's recording fee | $35.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36791
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hosler, Jeffery
Account No. ███9056
Our File No. 30235
~~Address~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 04/01/2009

---

**For Disbursements Incurred:**

---

| 05/19/2009 | Apply for Doublewide MH | $246.70 |
|---|---|---|

### *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | *$246.70* |
| **Total Due:** | *$246.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 27, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3897

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hubbs, Gary
Account No. ⬛3764
Our File No. 26526
~~Address~~
32118
Status -Foreclosure
Type of Billing - FOR INTERNAL PURPOSES ONLY!!!
Referral Date 9/8/2008
Complaint Date - 9/15/2008
Date Of Sale - 7/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/18/2009 | Second part of foreclosure through cancellation of 06/19/2009 sale | $700 00 |
| 07/24/2009 | Flat fee to reset 6/19/09 sale; attend 7/24/09 sale | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/22/2008 | Court Call | $60.00 |
| 10/23/2008 | Title Search | $275.00 |
| 12/12/2008 | Cost of Certified Court Documents | $20.00 |
| 12/29/2008 | Clerk's Filing Fee alias | $20.00 |
| 12/31/2008 | Court Call | $60.00 |
| 01/02/2009 | Hydra Investigation-Gary Hubbs | $45.00 |
| 04/07/2009 | Srvc of process Gary Hubbs-usofgh (x2) | $180.00 |
| 04/07/2009 | Skip Trace Gary Hubbs | $95.85 |
| 06/17/2009 | Publication of notice of sale | $90.30 |
| 06/19/2009 | Clerk's filing fee | $50.00 |
| 07/13/2009 | Sale fee | $70.00 |
| 07/15/2009 | Publication of notice of sale | $79 98 |
| 07/24/2009 | Documentary stamps | $0 70 |
| 07/24/2009 | Cost of certified court documents | $5.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$950.00* |
| For Disbursements Incurred: | *$1,051.83* |
| **Total this Invoice:** | *$2,001.83* |
| Payment due upon receipt | |

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage Services
Via New Invoice

,

# *INVOICE*

Invoice # 12672
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Humes, Charles
Account No. ██8041
Our File No. 27548
~~Address - ████████████████████████~~
Status –
Type of Billing –
Referral Date 9/25/2008
Complaint Date - 10/02/2008
Date Of Sale - .

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 11/19/2008 | Tele-Court | $25.00 |
| 04/01/2009 | Cost of Certified Court Documents | $18.00 |
| 02/15/2010 | Clerk's recording fee | $1.00 |
| 02/15/2010 | Record assignment of mortgage | $18.50 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                                *$62.50*

**Total Due:**                                                            *$62.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6456

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hunt, James Kevin
Account No. ████9792
Our File No. 42608
~~Address - 900 Highlan Ridge Drive, Suite 300, Irving, TX, 75000~~
Status - Eviction
Referral Date 5/19/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/08/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/16/2009 | Writ of possession | $90.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total this Invoice:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6840

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hunt, William
Account No. ████4454
Our File No. 35848
Address - ~~████████████████████~~
Status - Foreclosure
Type of Billing - H&B/Loan Modification
Referral Date 2/4/2009
Complaint Date - 02/17/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/24/2009 | Second part of foreclosure through cancellation of 09/23/2009 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/27/2009 | Clerk's Recording Fee | $1.00 |
| 03/27/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/06/2009 | Cost of Certified Court Documents | $17.00 |
| 05/12/2009 | SOP- William Hunt-ut2 (x6) | $270.00 |
| 07/22/2009 | Mediation fee | $275.00 |
| 07/24/2009 | Recording of dismissal | $23.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$605.00* |
| **Total this Invoice:** | ***$1,175.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37131
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hutcheson, Ernest & Beverly
Account No. ███7248
Our File No. 38306
~~Address - 440 White Cap Way, Panama City Beach, Fla 32407~~
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $395.00 |
| 07/24/2009 | Service of process | $405.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$800.00* |
| **Total Due:** | *$800.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36748
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Hyacinth, Tracey
Account No. ████1268
Our File No. 28541-bk
Address ████████████████████████
Status - BK CH 13, 09-22505-JKO, 6/22/2009
Type of Billing -
Referral Date 7/15/2009
Complaint Date -
Date Of Sale –

For Professional Services Rendered:

| | | |
|---|---|---|
| 07/22/2009 | Prepare and file an amended proof of claim in bankruptcy case; request copy of plan/schedules; review treatment of client under plan/bankruptcy with client. | $150 00 |

## INVOICE SUMMARY

For Professional Services: *$150.00*

**Total Due:** *$150.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22,  2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33502

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Irigoyen, Raul
Account No. ███7680
Our File No. 38439
~~Address~~ ██████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale - 11/30/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------------|----------------------------------|---------|
| 04/15/2009 | Court Call | $60 00 |
| 04/29/2009 | Title Search | $275.00 |
| 07/02/2009 | Cost of certified court documents | $19.00 |
| 07/09/2009 | Skip Trace | $95.40 |
| 07/09/2009 | Service of process | $450.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                    *$899.40*

**Total Due:**                    *$899.40*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 36803

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Isaula, Henry
Account No. ●●7650
Our File No. 31669
Address ████████████████████████
Status -
Type of Billing -
Referral Date 11/26/2008
Complaint Date - 12/15/2008
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/23/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 26, 2009

Taylor, Bean & Whitaker
Via New Invoice

RE:   Taylor, Bean & Whitaker/TBW5 v Isles, Jeremy
      Account No. ▪▪▪0144
      Our File No. 31550
      ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
      ▪▪▪▪▪▪
      Status - Foreclosure
      Type of Billing - Sale Bill
      Referral Date 11/25/2008
      Complaint Date-11/26/2008
      Sale Date-04/17/2009

      Invoice Number  135218

Tax ID # 59-2885854

        Professional services:


3/13/09  Flat fee for foreclosure lawsuit - second half.        600.00

        Professional Costs:

12/18/08- Title Search                                     400.00
12/26/08- Record Assignment of Mortgage**                   18.50
 1/6/09- Cost of Certified Court Documents                  17.00
 4/2/09- Sale Fee                                           70.00
4/14/09- Publication of NOS 3/27,4/3/09                    195.30
4/17/09- Cost of Court Certified Documents                  5.00
       - Documentary Stamps                                 0.70

        Total Amount This Invoice                       $1,306.50


        Total Current Charges                          $1,306.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 15534
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Jackson, Willie & Brenda
Account No. ●2919
Our File No. 38331
~~Address - 8826 Fowler Br, Jacksonville, FL, 32216~~
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 3/12/2009
Complaint Date -
Date Of Sale -

---

For Disbursements Incurred:

| 04/27/2009 | Title Search | $340.00 |
|---|---|---|

### *INVOICE SUMMARY*

For Disbursements Incurred: $340.00

**Total Due:** *$340.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33503
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Jadotte, Maybelle
Account No. ████6370
Our File No. 38317
Addre████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/12/2009
Complaint Date - 04/03/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/27/2009 | Title Search | $340.00 |
| 05/01/2009 | Record Assignment of Mortgage | $18.50 |
| 07/07/2009 | Service of process | $785.00 |
| 07/10/2009 | Cost of certified court documents | $17.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:    *$1,160.50*

**Total Due:**    *$1,160.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36941
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Janik, Dariusz
Account No ●5018
Our File No. 32752
Address 27 Richardson Drive ████████████
Status -
Type of Billing -
Referral Date 12/16/2008
Complaint Date - 01/13/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/2009 | Court Call | $60 00 |
| 03/26/2009 | Hydra Investigation-Magdalena Janik | $45.00 |
| 05/11/2009 | Issue Alias Summons | $30.00 |
| 05/22/2009 | Cost of Certified Court Docs | $10.00 |
| 07/28/2009 | Court Charge - Hearing | $60 00 |
| 07/31/2009 | Service of process | $315.00 |
| 07/31/2009 | Skip Trace | $288 90 |
| 07/31/2009 | Summons fee | $30.00 |
| 08/05/2009 | Service of process | $270.00 |
| 09/23/2009 | Publication of notice of action | $48.96 |
| 10/27/2009 | Attorney ad litem fee | $265.76 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $1,423.62 |
| **Total Due:** | **$1,423.62** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6163

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johns, Alicia
Account No. ███3241
Our File No. 33783
Address ~~████████████~~
Status - Bankruptcy Filing
Type of Billing - Retire Mobil Home
Referral Date 1/6/2009
Complaint Date - 01/21/2009
Date Of Sale - 7/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/26/2009 | Flat fee for title claim | $125 00 |
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |
| 06/01/2009 | Second part of foreclosure through 7/13/09 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/19/2009 | Clerk's Recording Fee | $3.00 |
| 02/19/2009 | Record Assignment of Mortgage | $27.00 |
| 03/12/2009 | Cost of Certified Court Documents | $12.00 |
| 04/03/2009 | Srvc of process Alicia Johns-ut#2 (x7) | $360 00 |
| 04/03/2009 | Skip Trace TS Funding | $96 30 |
| 06/25/2009 | Publication of notice of sale | $483 00 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/13/2009 | Cost of certified court documents | $5.00 |
| 07/13/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $900 00 |
| For Disbursements Incurred: | $1,057 00 |
| **Total this Invoice:** | $1,957.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36959
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johns, Alicia
Account No ⬛3241
Our File No. 33783
~~Address - 1011 Old Springfield Road, Middleburg, FL~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/6/2009
Complaint Date - 01/21/2009
Date Of Sale - 7/13/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/28/2009 | Cost of certified court documents | $6.00 |
| 07/28/2009 | Documentary stamps | $0.70 |
| 10/06/2009 | Secure mobile home title | $252.70 |
| 10/16/2009 | Mobile home real property decals | $10.20 |
| 10/19/2009 | Clerk's recording fee | $44.00 |
| 10/22/2009 | Mobile home real property decals | $6.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$320 10* |
| **Total Due:** | *$320.10* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42251

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johns, Alicia
Account No. ●3241
Our File No. 33783
~~Address~~
Status - Bankruptcy Filing
Type of Billing - Retire Mobil Home
Referral Date 1/6/2009
Complaint Date - 01/21/2009
Date Of Sale - 7/13/2009

For Professional Services Rendered:

| | | |
|---|---|---|
| 07/13/2009 | Flat Fee to Retire Mobile Home | $500.00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0.00* Hours | *$500.00* |
| **Total Due:** | | *$500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37001
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Amanda & Terry
Account No. 1062623
Our File No. 34728
Address - ~~1720~~
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/29/2009
Date Of Sale -

---

**For Professional Services Rendered:**

---

| 02/05/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

## *INVOICE SUMMARY*

| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4820

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Johnson, Donna
Account No. ████1105
Our File No. 41128
~~Address~~
Status - Foreclosure
Type of Billing - Trailling Costs
Referral Date - 4/24/2009
Complaint Date - 05/11/2009
Date Of Sale -  N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/22/2009 | Flat fee for title claim. | $125 00 |
| 06/01/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |
| 07/08/2009 | Second part of the foreclosure through completion of service | $225 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/08/2009 | Service of process | $140.00 |
| 06/08/2009 | Record assignment of mortgage** | $27.00 |
| 06/25/2009 | Cost of certified court documents | $11 00 |
| 07/02/2009 | Title search | $395 00 |
| 07/10/2009 | Cost of certified court documents | $11 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$475.00* |
| For Disbursements Incurred: | *$584.00* |
| **Total this Invoice:** | *$1,059.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 15543

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Johnson, Donna
Account No. ⬛1105
Our File No. 41128
Address ▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Trailling Costs
Referral Date - 4/24/2009
Complaint Date - 05/11/2009
Date Of Sale - N/A

For Disbursements Incurred:

| | | |
|---|---|---|
| 08/07/2009 | Service of process | $180 00 |
| 08/07/2009 | Record lis pendens | $3.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $183.00

**Total Due:** $183.00
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF

# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33505

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Erminette
Account No. ████1821
Our File No. 33664
Address ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/2/2009
Complaint Date - 01/12/2009
Date Of Sale - 11/17/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/23/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275.00 |
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 02/23/2009 | Cost of Certified Court Documents | $17.00 |
| 03/06/2009 | Publication of NOA 2/223/1/09 | $168.95 |
| 03/06/2009 | Srvc of process Erminette Johnson-ut#2 (x8) | $450.00 |
| 03/06/2009 | Skip Trace | $6.30 |
| 09/14/2009 | Publication of notice of sale | $163.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,099 25* |
| **Total Due:** | **$1,224.25** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33507

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Erminette #2
Account No. ●●2883
Our File No. 38385

Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 04/03/2009
Date Of Sale - 9/8/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 07/02/2009 | Cost of certified court documents | $18.00 |
| 07/09/2009 | Service of process | $360.00 |
| 07/09/2009 | Clerk's filing fee | $12.50 |
| 09/01/2009 | Publication of notice of sale | $105 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $770.50 |
| **Total Due:** | **$770.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37135

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Erminette #3
Account No. ●●2868
Our File No. 38376
Address - ~~3363 W Pine~~
Status -
Type of Billing -
Referral Date 3/13/2009
Complaint Date - 04/02/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 07/09/2009 | Service of process | $225 00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  $500.00

**Total Due:**  *$500.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37107

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Kathy & Rogers,
Daniel
Account No. ███3185
Our File No. 37848
~~███████████████~~
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/20/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/03/2009 | Hydra Investigation-Daniel Rogers | $45.00 |
| 04/23/2009 | Title Search | $395.00 |
| 05/21/2009 | Cost of Certified Court Documents | $11.00 |
| 06/29/2009 | Service of process | $360.00 |
| 06/29/2009 | Skip Trace | $96.75 |
| 07/13/2009 | Publication of notice of action | $571.25 |

### INVOICE SUMMARY

For Disbursements Incurred:          *$1,479.00*

**Total Due:**          *$1,479.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33509
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Keith
Account No. ██████463
Our File No. 30232
Address ████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/7/2008
Complaint Date - 11/26/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/07/2009 | Flat fee to prepare and file response to the affirmative defenses. | $900.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/26/2008 | Record Assignment of Mortgage** | $18.50 |
| 12/26/2008 | Abstract Fee | $0.60 |
| 03/31/2009 | Cost of Certified Court Documents | $16.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $900.00 |
| For Disbursements Incurred: | $35.10 |
| **Total Due:** | **$935.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36724
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, Samuel
Account No. ▓▓3762
Our File No. 25559
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/27/2008
Date Of Sale - 03/31/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/01/2009 | Cost of Certified Court Documents | $5 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$5.00* |
| **Total Due:** | *$5.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
TBW
Taylor, Bean & Whitaker

# *INVOICE*

Invoice # 33510
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Johnson, William
Account No. ▆▆4443
Our File No. 32290
Address ▆▆▆▆▆▆▆▆▆▆▆▆▆
FL, 33703
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/9/2008
Complaint Date - 12/17/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/02/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/07/2009 | Hydra Investigation-Jamie/WilliamJohnson | $90.00 |
| 01/23/2009 | Srvc of Process-2nd address william johnson-us of jamie johnson | $160.00 |
| 03/11/2009 | Cost of Certified Court Documents | $15.00 |
| 03/25/2009 | Notice of Dropping Fee | $13.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$278.00* |
| **Total Due:** | *$403.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 12993

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Jones, David
Account No. ●●6846
Our File No. 34927
Address - ~~27 ...~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/22/2009
Complaint Date - 02/02/2009
Date Of Sale - 09/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 08/31/2009 | Second part of foreclosure through cancellation of 9/1/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/12/2009 | Court Call | $60.00 |
| 03/12/2009 | Cost of Certified Court Documents | $20.00 |
| 03/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/24/2009 | Service of Process - 2nd3rd address david jones-ut2 (X5) | $505.00 |
| 04/24/2009 | Skip Trace-David Jones | $95.40 |
| 08/21/2009 | Publication of notice of sale 8/14,21/09 | $175.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$874.40* |
| **Total Due:** | **$1,699.40** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 28, 2009

Taylor, Bean & Whitaker
Via New Invoice

RE:   Taylor, Bean & Whitaker/TBW v Jones, Edeania
      Account No. ●●5540
      Our File No. 41349
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 4/28/2009
      Complaint Date - 5/12/2009
      Date Of Sale -

      Invoice Number  135410

Tax ID # 59-2885854

            Professional services:


5/12/09  Flat fee for foreclosure lawsuit - first half              650 00


            Professional Costs:

5/11/09- Clerk's Filing Fee                                        300.00
       - Clerk's Recording Fee                                       1.00
       - Summons Fee                                                50 00

         Total Amount This Invoice                              $1,001 00


         Total Current Charges                                  $1,001.00


                  PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

***Items with asterisk (**) are not recoverable ***
hkw



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7836

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Jones, Lonnie
Account No. ████7160
Our File No. 28652
Address ████████████████████, Quincy, FL ██████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 10/15/2008
Complaint Date - 10/29/2008
Date Of Sale - 04/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/28/2009 | Srvc of Process- additional attempt - randy box, unknown spouse of randy box | $20.00 |
| 07/30/2009 | Clerk's recording fee | $35.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$55.50* |
| **Total this Invoice:** | *$555.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 36957
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Joseph, Carlo
Account No. ████9099
Our File No. 33727
~~Address~~
Status -
Type of Billing -
Referral Date 1/5/2009
Complaint Date - 1/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/21/2009 | Title Search | $275.00 |
| 02/17/2009 | Clerk's Recording Fee | $1.00 |
| 02/17/2009 | Record Assignment of Mortgage | $18.50 |
| 06/30/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $609.50 |
| **Total Due:** | **$734.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33511
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Juarez, Helder
Account No. ████8093
Our File No. 38457
Add████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/08/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/22/2009 | Record Assignment of Mortgage | $18.50 |
| 04/27/2009 | Hydra Investigation-Helder/MildredJuarez | $90.00 |
| 04/29/2009 | Clerk's Filing Fee | $2.00 |
| 04/29/2009 | Title Search | $275.00 |
| 07/31/2009 | Service of process | $495.00 |
| 07/31/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

For Disbursements Incurred:  $976.80

**Total Due:**  *$976.80*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

Page 1



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12690

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Joseph, Leonette
Account No. ■■■4126
Our File No. 35843
~~Address~~
Status -
Type of Billing -
Referral Date 2/4/2009
Complaint Date - 02/24/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/02/2009 | Second part of the foreclosure through completion of service. | $310.00 |
| 03/06/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/11/2009 | Title Search | $340.00 |
| 03/27/2009 | Clerk's Recording Fee | $1.00 |
| 03/27/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/27/2009 | Srvc of process usofLeonette Joseph-ut#2(x7) | $315.00 |
| 03/27/2009 | Clerk's Additional Filing Fee | $15.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$435.00* |
| For Disbursements Incurred: | *$689 50* |
| **Total Due:** | ***$1,124.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37105

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Jupiter, Marie & Emmanise
Account No. ██4929
Our File No. 37842
~~Address~~
Status –
Type of Billing –
Referral Date 3/5/2009
Complaint Date - 03/16/2009
Date Of Sale –

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### INVOICE SUMMARY

For Professional Services:  *$125.00*

Total Due:  *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# INVOICE

Invoice # 12680
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Keawekane, Scott
Account No ███5846 / ██████8195
Our File No. 35330
~~Address~~

Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 1/27/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/27/2009 | Flat fee for title claim. | $125.00 |
| 03/20/2009 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/20/2009 | Srvc of process Scott Keawekane-ut#2 (x8) | $785.00 |
| 04/20/2009 | Skip Trace-Blue Pearl LLC | $95.85 |
| 04/20/2009 | Clerk's Additional Filing Fee | $14.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $435.00 |
| For Disbursements Incurred: | $894.85 |
| **Total Due:** | **$1,329.85** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6817

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Keen, Clay & Theresa
Account No. ███2948
Our File No. 38707
Ad̶d̶r̶e̶s̶s̶ ̶-̶ ̶
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/18/2009
Complaint Date - 4/9/2009
Date Of Sale - 7/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/24/2009 | Second part of foreclosure through 07/24/2009 sale | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 05/22/2009 | Cost of Certified Court Docs | $10.00 |
| 07/12/2009 | Service of process - 8 defendants | $360.00 |
| 07/13/2009 | Sale fee | $70 00 |
| 07/24/2009 | Cost of certified court documents | $5.00 |
| 07/24/2009 | Documentary stamps | $0.70 |
| 07/27/2009 | Publication of notice of sale | $115.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $650.00 |
| For Disbursements Incurred: | $835.70 |
| **Total this Invoice:** | **$1,485.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4320

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Keith, Cody & Jaclyn
Account No. ▆▆▆4636
Our File No. 37620
~~Address~~
Status - Foreclosure
Type of Billing - H&B, Loss Mitigation
Referral Date 3/2/2009
Complaint Date - 03/10/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/02/2009 | Second part of foreclosure through cancellation of 6/12/2009 hearing. | $525 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/15/2009 | Certified Court Documents | $10.00 |
| 05/15/2009 | SOP Cody Keith-ut#2 (x6) | $270 00 |
| 07/02/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $525.00 |
| For Disbursements Incurred: | $303.50 |
| **Total this Invoice:** | **$828.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37092
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Keith, Cody & Jaclyn
Account No. ▓▓4636
Our File No. 37620
Address ~~▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓~~
Status - Foreclosure
Type of Billing - H&B, Loss Mitigation
Referral Date 3/2/2009
Complaint Date – 03/10/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/04/2009 | Flat fee for motion to dismiss. | $1,050.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,050.00* |
| **Total Due:** | *$1,050.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37077
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kelley, Kelly & Travis
Account No. ▬▬6277
Our File No. 37047
~~Address - ~~
Status -
Type of Billing -
Referral Date 2/19/2009
Complaint Date - 02/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/20/2009 | Title Search | $395 00 |
| 05/13/2009 | SOP- Kelly Kelley-ut2 (x6) | $270 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$665.00* |
| **Total Due:** | *$665.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36726
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kelly, Dennis
Account No. ●3231
Our File No. 25562

Status -
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/29/2008
Date Of Sale - 02/27/2009

---

**For Disbursements Incurred:**

| 03/05/2009 | Publication of NOS 2/1118/09 | $152.92 |

## *INVOICE SUMMARY*

| For Disbursements Incurred: | $152.92 |
| **Total Due:** | **$152.92** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33512
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kerekach, Lisa
Account No. ████2952
Our File No. 36671
~~Address - ████████████████████████~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/23/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/20/2009 | Srvc of process Lisa Kerekach-uf#2 (x6) | $270.00 |
| 04/20/2009 | Clerk's Additional Filing Fee | $10.50 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$280.50* |
| **Total Due:** | **$405.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37134
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kettering, Vincent
Account No. ▓▓8363
Our File No. 38326
~~Address~~
Status - Foreclosure
Type of Billing - C & B/ Reinstatement
Referral Date - 3/12/2009
Complaint Date - 04/08/2009
Date Of Sale - N/A

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/09/2009 | Service of process | $175 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$175.00* |
| **Total Due:** | *$175.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33584

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Khleif, Albert
Account No. ●●5606
Our File No. 24746
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 7/30/2008
Complaint Date - 8/8/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/26/2009 | Flat fee to prepare and file response to the affirmative defenses. | $900.00 |
| 01/30/2009 | Flat fee to prepare and file response to request for production | $900.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/18/2008 | Srvc of Process-2nd address ak | $25 00 |
| 10/02/2008 | Title Search | $400.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$1,800.00* |
| For Disbursements Incurred: | *$425 00* |
| **Total Due:** | *$2,225.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 33585
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Khleif, Albert #2
Account No. ⬛5866
Our File No. 24751
~~Address~~
Status -
Type of Billing -
Referral Date 7/30/2008
Complaint Date - 08/07/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/25/2008 | Flat fee for response to defendant's motion to dismiss. | $550.00 |
| 12/17/2008 | Flat fee to prepare and file response to the affirmative defenses. | $2,250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/18/2008 | Srvc of Process-2nd address ak-ut2 | $200.00 |
| 09/26/2008 | Record Assignment of Mortgage* | $18.50 |
| 10/02/2008 | Title Search | $400.00 |
| 10/16/2008 | Publication of NOA 10/1017/08 | $191.25 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$2,800.00* |
| For Disbursements Incurred: | *$809.75* |
| **Total Due:** | ***$3,609.75*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36799
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kilpatrick, John
Account No. ⬛2902
Our File No. 30420
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/01/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 12/08/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 03/25/2009 | Flat fee for response to defendant's motion to dismiss. | $1,200.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/11/2008 | Hydra Investigation-John Kilpatrick | $45.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 01/23/2009 | Srvc of Process-2nd address john k-us of teresa k | $100.00 |
| 02/06/2009 | Clerk's Summons Fee | $20.00 |
| 02/23/2009 | Cost of Certified Court Documents | $15.00 |
| 03/03/2009 | Publication of NOA 2/1219/09 | $142.40 |
| 04/25/2009 | SOP- Teresa Kilpatrick & Unknown Spouse | $90.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,325.00* |
| For Disbursements Incurred: | *$430.90* |
| **Total Due:** | ***$1,755.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5252

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kirkhan, Darrell
Account No. ⬛0906
Our File No. 30239
Address ~~⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛~~
Status - Foreclosure
Type of Billing - Mobile Home Title Retirement
Referral Date 11/7/2008
Complaint Date - 12/02/2008
Date Of Sale - 7/1/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 12/17/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/09/2009 | Second part of foreclosure through 07/01/2009 sale. | $650 00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 01/12/2009 | Clerk's Filing Fee | $1 00 |
| 01/14/2009 | Clerk's Additional Filing Fee | $2.50 |
| 03/03/2009 | Publication of NOA 12/2027/08 | $135.00 |
| 05/05/2009 | Cost of Certified Court Documents | $10.00 |
| 06/22/2009 | Sale fee | $70.00 |
| 07/01/2009 | Cost of certified court documents | $5.00 |
| 07/10/2009 | Publication of notice of sale | $105.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$347.70* |
| **Total this Invoice:** | **$1,122.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 14599
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kirkhan, Darrell
Account No. ●●●0906
Our File No. 30239
~~Address: 0170 Camp Baton, Saint Cloud, FL 34773~~
Status - Foreclosure
Type of Billing - Mobile Home Title Retirement
Referral Date 11/7/2008
Complaint Date - 12/02/2008
Date Of Sale - 7/1/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/25/2009 | Flat fee for mobile home retirement. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/28/2009 | Secure mobile home title | $113.60 |
| 10/19/2009 | Clerk's recording fee | $18.50 |
| 12/18/2009 | Void old cks previously billed or not to be billed - QB ck #193936 | ($10.00) |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$122.10* |
| **Total Due:** | **$622.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8324

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Kittle, James
Account No. ▓▓4367
Our File No. 28539-bk
~~Address~~
Status - BK CH 13, 8:09-bk-03686-CPM, 02/27/2009
Type of Billing - POC
Referral Date 8/3/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Prepare and file proof of claim in bankruptcy with client. | $150.00 |

## **INVOICE SUMMARY**

For Professional Services:          *$150.00*

**Total this Invoice:**          *$150.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *I N V O I C E*

Invoice # 36778

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Klump, Derrick
Account No. ███3925
Our File No. 29727
Address ~~███████████████████~~, FL, ████35
Status -
Type of Billing -
Referral Date 11/3/2008
Complaint Date - 11/25/2008
Date Of Sale - 09/24/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/16/2009 | Cost of Certified Court Documents | $24.00 |
| 06/25/2009 | Clerk's filing fee | $50.00 |
| 06/26/2009 | Publication of notice of sale | $264.60 |
| 09/16/2009 | Clerk's filing fee | $50.00 |
| 09/24/2009 | Publication of notice of sale | $274.04 |

## *INVOICE SUMMARY*

For Disbursements Incurred: *$681.14*

**Total Due:** *$681.14*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37122

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Knowles, Letitia
Account No ████8387
Our File No. 38043
Address ██████████████████████████████████
34950
Status -
Type of Billing –
Referral Date 3/9/2009
Complaint Date - 03/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/08/2009 | Hydra Investigation-Letitia Knowles | $45 00 |
| 04/09/2009 | Record Assignment of Mortgage | $27.00 |
| 04/23/2009 | Title Search | $275.00 |
| 05/14/2009 | Court Call | $60.00 |
| 08/07/2009 | Service of process | $405.00 |
| 08/07/2009 | Skip Trace | $95.85 |
| 08/17/2009 | Payment to Clerk of Court; Disbursement for TBW vs Knowles, Letitia  38043 | $12.00 |
| 08/19/2009 | Payment to Clerk of Court; Disbursement for TBW vs Knowles, Letitia  38043 | $5.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:      $924.85

Total Due:      $924.85

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  8323

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Korf, Mark
Account No. ▆▆▆1372
Our File No. 29882-Evic
~~Address - 1301 NW 22ND TERRACE, CAPE CORAL, FL, 33993~~
Status – Eviction
Referral Date 11/4/2008
Complaint Date - 11/05/2008
Date Of Sale - 05/26/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/23/2009 | Writ of possession | $70.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 17, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 5174

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krcmaric, Mitchell
Account No. ●9691
Our File No. 29002
~~Address~~
Status -Bankruptcy Filing
Type of Billing - Mobil Home Retirement
Referral Date 10/20/2008
Complaint Date - 11/05/2008
Date Of Sale - 07/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/14/2009 | Second part of foreclosure through 7/1/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/10/2008 | Record Assignment of Mortgage** | $18.50 |
| 04/14/2009 | Cost of Certified Court Documents | $13.00 |
| 06/22/2009 | Publication of notice of sale 6/12,19/09 | $235.02 |
| 06/22/2009 | Sale fee | $70.00 |
| 07/01/2009 | Cost of certified court documents | $5.00 |
| 07/01/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$342.22* |
| **Total this Invoice:** | *$992.22* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36753
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krcmaric, Mitchell
Account No. ███9691
Our File No. 29002
Address ████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/20/2008
Complaint Date – 11/05/2008
Date Of Sale – 07/01/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/07/2009 | Secure mobile home title | $227.20 |
| 11/02/2009 | Clerk's recording fee | $27 00 |
| 12/18/2009 | -OVER BILLED- Void old cks previously billed or not to be billed - QB ck #184978 | ($13 00) |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$241 20* |
| **Total Due:** | *$241.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# INVOICE

Invoice # 42214

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krcmaric, Mitchell
Account No - ███9691
Our File No. 29002
Address - ████████████████████████
Status - Bankruptcy Filing
Type of Billing - Mobil Home Retirement
Referral Date 10/20/2008
Complaint Date - 11/05/2008
Date Of Sale - 07/01/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 07/17/2009 | Flat fee for mobile home retirement | $500.00 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | 0.00 Hours | $500.00 |
| **Total Due:** | | $500.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3754

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krell, Caryn
Account No. ████5628
Our File No. 34052
~~Address - 19218 Greenlock Drive Fustice Fla 33730~~
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 1/9/2009
Complaint Date - 01/19/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 01/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 04/14/2009 | Second part of foreclosure through 6/16/09 sale. | $650.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 01/22/2009 | Title Search | $275.00 |
| 02/10/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/13/2009 | Cost of Certified Court Docs | $12.00 |
| 04/03/2009 | SOP- Caryn Krell-ut2 (x6) | $270.00 |
| 06/05/2009 | Sale fee | $70.00 |
| 06/22/2009 | Publication of notice of sale | $135.20 |
| 06/29/2009 | Cost of certified court documents | $4.00 |
| 06/29/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$785.40* |
| **Total this Invoice:** | ***$1,560.40*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7876

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krell, Caryn
Account No. ~~628~~
Our File No. 34052
~~Address~~
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 1/9/2009
Complaint Date - 01/19/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500.00 |

## INVOICE SUMMARY

For Professional Services:            *$500.00*

**Total this Invoice:**            *$500.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# I N V O I C E

Invoice # 16624
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Krell, Caryn
Account No. ████5628
Our File No. 34052
Address - ████████████████████
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 1/9/2009
Complaint Date - 01/19/2009
Date Of Sale - 06/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 07/30/2009 | Mobile home real property decals | $82.70 |
| 10/02/2009 | Clerk's recording fee | $27.00 |

### INVOICE SUMMARY

| | |
|---|---:|
| For Disbursements Incurred: | *$109.70* |
| **Total Due:** | *$109.70* |

. Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33593
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lagroue, Bernard
Account No ⬛⬛6288
Our File No. 40215
Address – ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Status – Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/15/2009 | Hydra Investigation-Bernard Lagroue | $45.00 |
| 06/18/2009 | Clerk's recording fee | $1.00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $340.00 |
| 07/01/2009 | Cost of certified court documents | $17.00 |
| 08/04/2009 | Service of process | $360.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services | *$125.00* |
| For Disbursements Incurred: | *$781.50* |
| **Total Due:** | *$906.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7862

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Langdale, Alan & Garry, Scott
Account No. ▮▮3429
Our File No. 31942
~~Address - 1600 Old Government Rd, Lakeland, FL 33811~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/4/2008
Complaint Date - 12/16/2008
Date Of Sale - 04/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Clerk's recording fee | $35.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33594
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Langston, Lana
Account No. ⬛9010
Our File No. 32277
Address - ~~2000 Dyehwood Ct, ...~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/9/2008
Complaint Date - 12/16/2008
Date Of Sale - 08/14/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $275.00 |
| 03/04/2009 | Cost of Certified Court Documents | $18.00 |
| 05/26/2009 | Publication of NOS 5/916/09 | $111 54 |
| 08/03/2009 | Sale fee | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $474.54 |
| **Total Due:** | $474.54 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33595
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lapietra, Charles
Account No. ▮▮3852
Our File No. 38462
Address - ~~12600 Stillwater Terrace Drive, Tampa, FL 33618~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 04/03/2009 | Clerk's Filing Fee | $322.50 |
| 04/03/2009 | Clerk's Recording Fee | $10 00 |
| 04/03/2009 | Summons Fee | $100.00 |
| 04/03/2009 | Record Lis Pendens | $17 00 |
| 04/22/2009 | Clerk's Recording Fee | $2.00 |
| 04/22/2009 | Record Assignment of Mortgage | $18 50 |
| 04/29/2009 | Title Search | $275.00 |
| 05/07/2009 | Hydra Investigation-Genoveva/Diane Lapietra | $45 00 |
| 07/09/2009 | Service of process | $680.00 |
| 07/09/2009 | Skip Trace | $192 60 |

## *INVOICE SUMMARY*

For Disbursements Incurred:            *$1,662.60*

**Total Due:**            *$1,662.60*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33596
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Larcher, Floyd
Account No. ▇7305
Our File No. 40081
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/9/2009
Complaint Date - 04/17/2009
Date Of Sale -

For Disbursements Incurred:

| Date | Description | Amount |
|------|-------------|--------|
| 06/18/2009 | Title search | $275.00 |
| 06/28/2009 | Publication of notice of action | $179.40 |
| 07/02/2009 | Cost of certified court documents | $18.00 |
| 07/17/2009 | Service of process | $415.00 |
| 07/17/2009 | Skip Trace | $95.40 |
| 08/12/2009 | Record assignment of mortgage | $18.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,001.30* |
| **Total Due:** | *$1,001.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Bank of America
Via New Invoice

,

# *INVOICE*

Invoice # 12404
Federal ID # 59-2885854

Taylor, Bean & Whitaker/BAC v Lashley, Jeff
BAC Account No. ████9485
Our File No. 35443
~~Address~~ ████████████████████████
Status - Foreclosure
Type of Billing – Cancel Sale
Referral Date 1/28/2009
Complaint Date – 02/06/2009
Date Of Sale - 08/13/2009

---

**For Professional Services Rendered:**

---

| 02/27/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### INVOICE SUMMARY

For Professional Services:                                    $125.00

**Total Due:**                                              **$125.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6678

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lashley, Marco
Account No. ████7461
Our File No. 28133
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/7/2008
Complaint Date - 10/20/2008
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/10/2009 | Flat fee to reset sale date 06/10/2009 ; Attend sale date 07/21/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/13/2009 | Sale fee | $70.00 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |
| 07/27/2009 | Publication of notice of sale | $199.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$275.20* |
| **Total this Invoice:** | *$525.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33938
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lashley, Marco
Account No. ███7461
Our File No. 28133
Address ████████████████████
Status – Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/7/2008
Complaint Date - 10/20/2008
Date Of Sale - 07/21/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Cost of certified court documents | $5.00 |
| 08/10/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$5 70* |
| **Total Due:** | *$5.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33597

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Latmore, Errol
Account No. ██1448
Our File No. 36900
~~Address██████ Rose ████ ████, Fla ████~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

For Disbursements Incurred:

| | | |
|---|---|---|
| 05/12/2009 | SOP Errol Latmore-ut#2 (x6) | $555.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                            $555.00

**Total Due:**                            *$555.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8314

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Laurencio, Elian
Account No. ●●●3158
Our File No. 25541
Address
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/22/2008
Date Of Sale - 08/05/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/05/2009 | Flat fee to reset 6/17/09 sale; attend 8/5/09 sale | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Publication of notice of sale | $114.59 |
| 07/28/2009 | Sale fee | $70.00 |
| 08/05/2009 | Cost of certified court documents | $5 00 |
| 08/05/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

For Professional Services:                          *$250.00*

For Disbursements Incurred:                        *$190.29*

**Total this Invoice:**                              *$440.29*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4389

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Laurencio, Elian
Account No. ▓▓3158
Our File No. 25541
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/22/2008
Date Of Sale - 08/05/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/04/2009 | Second part of foreclosure through cancellation of 6/17/09 sale. | $700 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/19/2008 | Clerk's Recording Fee | $1.00 |
| 09/19/2008 | Record Assignment of Mortgage** | $18.50 |
| 10/10/2008 | Title Search | $400 00 |
| 12/10/2008 | Cost of Certified Court Documents | $15.00 |
| 03/26/2009 | Publication of NOS 3/14,21/09 | $117.65 |
| 06/17/2009 | Clerk's filing fee to cancel 6/17/09 sale. | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700 00* |
| For Disbursements Incurred: | *$602.15* |
| **Total this Invoice:** | *$1,302.15* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33939
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Laurencio, Elian
Account No. ████158
Our File No. 25541
~~Address - 72 ██ FN ██████~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/22/2008
Date Of Sale - 08/05/2009

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 08/18/2009 | Payment to Clerk of Court; Disbursement for TBW vs. Laurencio, Elian  25541 | $27.00 |
| 08/18/2009 | Payment to Clerk of Court; Disbursement for TBW vs. Laurencio, Elian  25541 | $5.00 |
| 08/18/2009 | Payment to Clerk of Court; Disbursement for TBW vs. Laurencio, Elian  25541 | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---:|
| For Disbursements Incurred: | $32.70 |
| **Total Due:** | $32.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33599

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lay, Chan
Account No ⬛6289
Our File No. 35054
Address ~~180 Hasse Drive~~ ~~Beach, FL 32~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/23/2009
Complaint Date - 02/02/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/24/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 04/10/2009 | Flat fee for response to the request to produce and to prepare fair debt package. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/09/2009 | Court Call | $60.00 |
| 02/19/2009 | Hydra Investigation-Chan Lay | $45.00 |
| 04/24/2009 | SOP- Chan Lay-ut2 (x5) | $415.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$725.00* |
| For Disbursements Incurred: | *$520.00* |
| **Total Due:** | ***$1,245.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37155
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Leboeuf, John
Account No. ●●2507
Our File No. 39664
Address ●●●●●●●●●●●●●●●●●●●●●●●●●●●
Status -
Type of Billing -
Referral Date 3/31/2009
Complaint Date - 04/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/22/2009 | Title Search | $340.00 |
| 07/01/2009 | Cost of certified court documents | $18 00 |
| 07/28/2009 | Service of process | $680.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,038.00* |
| **Total Due:** | ***$1,038.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
**DANIEL CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37154
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ledford, Glen
Account No. ████8433
Our File No. 39663
Address - ~~████ Real Oak ████ Tampa, Fl 33618~~
Status -
Type of Billing -
Referral Date 3/31/2009
Complaint Date - 04/21/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/14/2009 | Title Search | $275.00 |
| 05/29/2009 | Record Assignment of Mortgage | $18.50 |
| 06/25/2009 | Publication of notice of action | $123.75 |
| 07/14/2009 | Attorney ad litem fee | $500.00 |
| 07/24/2009 | Service of process | $270.00 |
| 07/24/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$1,283.55* |
| **Total Due:** | *$1,283.55* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

**DANIEL C. CONSUEGRA**
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 13, 2009

Taylor, Bean & Whitaker
Via New Invoice

RE:  Taylor, Bean & Whitaker/TBW v Lee, Matthew
     Account No. ██0463
     Our File No. 38710
     ~~Address~~
     ~~Street, Okeechobee, FL, 9~~
     Status - Foreclosure
     Type of Billing - Complaint
     Referral Date 3/18/2009
     Complaint Date - 05/01/2009
     Date Of Sale -

     Invoice Number  134376

Tax ID # 59-2885854

        Professional services:


 5/1/09  Flat fee for foreclosure lawsuit - first half.        650 00

 5/12/09 Flat fee for title claim/title curative.             125 00

        Professional Costs:

 4/29/09- Clerk's Filing Fee                                   305 00
        - Mediation Fee                                        750 00
        - Clerk's Recording Fee                                  4 00
        - Summons Fee                                           70 00
        - Record Lis Pendens                                    13 00
 5/7/09- Title Search                                          340 00
                                                              -------
        Total Amount This Invoice                          $2,257 00

        Total Current Charges                              $2,257 00

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37031
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Leiva, Osvaldo
Account No. ███2575
Our File No. 34853
~~Address - 361 SW 6th Place, Florida City, FL, 33034~~
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/12/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37242

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Leon, Leopoldina & Trevino
Account No. ███0870
Our File No. 41237
Address - ~~1000 Indian Oak Drive, Mulberry, FL, 33860~~
Status -
Type of Billing -
Referral Date 4/27/2009
Complaint Date – 05/06/2009
Date Of Sale -

---

**For Professional Services Rendered:**

---

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:        *$125.00*

**Total Due:**        *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

August 06, 2009

Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6167

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Leto, Christopher F.
Account No. ███0652
Our File No. 35331
~~Address - ████ Candy███ PL Land O Lakes, FL █████~~
Status - Foreclosure
Type of Billing - Contested Bill
Referral Date 1/27/2009
Complaint Date - 02/20/2009
Date Of Sale -

## For Professional Services Rendered:

| | | |
|---|---|---|
| 07/13/2009 | Flat fee for answer to Motion for Dismissal for preparation of Supplemental Affidavit as to notice. *OTA Approval 5/26/09* | $450.00 |
| 07/13/2009 | Flat fee to litigate Motion to Dismiss. *OTA Approval 5/26/09* | $600.00 |

## For Disbursements Incurred:

| | | |
|---|---|---|
| 03/19/2009 | Record Assignment of Mortgage ** | $18.50 |
| 04/20/2009 | Srvc of process Christopher Leto-ut#2 (x7) | $315.00 |
| 04/20/2009 | Clerk's Additional Filing Fee | $6.50 |
| 05/13/2009 | Certified Court Documents | $19.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$1,050.00* |
| For Disbursements Incurred: | *$359.00* |
| **Total this Invoice:** | **$1,409.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37262
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Levandusky, Mary
Account No. ███8768
Our File No. 41666
~~Address - 1870 Meridian Drive Unit 204, Largo, FL 33770~~
Status –
Type of Billing –
Referral Date 5/1/2009
Complaint Date - 5/11/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/02/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

For Professional Services: | *$125.00*

**Total Due:** | *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 24, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5418

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Leverenz, Patricia
Account No. ▮▮4258
Our File No. 34163
Address - ~~4386 San Massimo Dr, Punta Gorda, FL 33980~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date - 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 07/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/26/2009 | Flat fee for title claim. | $125.00 |
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 05/07/2009 | Second part of foreclosure through cancellation of 07/06/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/26/2009 | Title Search | $275.00 |
| 02/18/2009 | Summons Fee | $10.00 |
| 02/18/2009 | Record Lis Pendens | $9.00 |
| 02/18/2009 | Record Assignment of Mortgage* | $18.50 |
| 04/03/2009 | SOP- Patricia Leverenz-ut2 (x6) | $270.00 |
| 04/03/2009 | Cost of Certified Court Documents | $15.00 |
| 05/12/2009 | SOP Regions Bank Successor by Merger to Amsouth | $140.00 |
| 06/19/2009 | Publication of notice of sale | $208.68 |
| 06/24/2009 | Sale fee | $70.00 |
| 07/06/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$950.00* |
| For Disbursements Incurred: | *$1,066.18* |
| **Total this Invoice:** | ***$2,016.18*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37035
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lewis, Joseph & Ang
Account No. ███4806
Our File No. 34923
~~Address - 10210 Crewsen Lane, Fountain, FL, 32400~~
Status -
Type of Billing -
Referral Date 1/22/2009
Complaint Date - 02/02/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/24/2009 | Srvc of process Joseph Lewis-ut#2 (x6) *already billed* | $270.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $270.00 |
| **Total Due:** | $270.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33602
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Limage, Carmel
Account No. ███4901
Our File No. 28332
Address - ~~6944 Sugarloaf Key Street, Lake Worth, FL, 33467~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/10/2008
Complaint Date - 10/21/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/18/2008 | Flat fee for response to the request to produce; request for interrogatories; request for admissions. | $1,200.00 |
| 12/23/2008 | Fee to prepare Answer and Affirmative Defenses | $900.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/07/2008 | Title Search | $275.00 |
| 02/19/2009 | Cost of Certified Court Documents | $17.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$2,100.00* |
| For Disbursements Incurred: | *$292.00* |
| **Total Due:** | *$2,392.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37224
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Linde, Freda & Robert
Account No. ███3363
Our File No. 40954
~~Address - 6865 109th Avenue N, Pinellas Park, FL 33782~~
Status -
Type of Billing -
Referral Date 4/22/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/26/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $276.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$551.00* |
| **Total Due:** | *$551.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37271
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lindsey, Phillip & Webb, Shirley
Account No. ████4870
Our File No. 37331
Address - ~~850 Cudalewood~~
Status -
Type of Billing -
Referral Date 2/24/2009
Complaint Date - 03/10/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/16/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## *INVOICE SUMMARY*

For Professional Services: *$125.00*

**Total Due:** *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36718
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Llanes, Virgilio
Account No. ██7882
Our File No. 24937
~~Address  18618 NW 87 PL AVE, MIAMI, FL 33055~~
Status -
Type of Billing -
Referral Date 8/1/2008
Complaint Date - 8/7/2008
Date Of Sale - 09/23/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/2009 | Attorney Ad Litem Fee | $1,000.00 |
| 07/01/2009 | Service of process | $45.00 |
| 09/24/2009 | Publication of notice of sale | $150.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,195.00* |
| **Total Due:** | *$1,195.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37037

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lleras, Carmen & Leonardo
Account No. ████7557
Our File No. 34931
~~Address - 0000 N 00th Street, Tampa, FL 00012~~
Status -
Type of Billing -
Referral Date 1/22/2009
Complaint Date - 02/03/2009
Date Of Sale - 

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Hydra investigation | $45 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$45.00* |
| **Total Due:** | *$45.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37044
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Llerena, Valentin & Colon,
Norma
Account No. ▓7408
Our File No. 35441
~~Address: 1204 El Camino Drive, Bellview, FL 27700~~
Status -
Type of Billing -
Referral Date 1/28/2009
Complaint Date - 02/05/2009
Date Of Sale - 9/10/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 02/17/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | ***$125.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7882

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Locey, Melissa
Account No. ████2531
Our File No. 40080
Address - ~~1651 Viking Ave. Delton FL 32725~~
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date - 4/9/2009
Complaint Date - 04/29/2009
Date Of Sale - 07/30/2009

**For Professional Services Rendered:**

| 06/25/2009 | Second part of foreclosure through 07/30/2009 sale | $600 00 |

**For Disbursements Incurred:**

| 05/13/2009 | Service of process-6 defendants | $650.00 |
| 05/28/2009 | Cost of Certified Court Docs | $10.00 |
| 06/18/2009 | Title search | $275.00 |
| 06/24/2009 | Clerk's recording fee** | $3.00 |
| 06/24/2009 | Record assignment of mortgage** | $18.50 |
| 07/22/2009 | Sale fee | $70.00 |
| 07/27/2009 | Publication of notice of sale | $86 00 |
| 08/05/2009 | Cost of certified court documents | $4.00 |
| 08/05/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$600.00* |
| For Disbursements Incurred: | *$1,117.20* |
| **Total this Invoice:** | **$1,717.20** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7261

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Logiste, Lisa
Account No. ████1812
Our File No. 26739
Address - ~~████████████████████████████~~
Status -
Type of Billing -
Referral Date 9/11/2008
Complaint Date - 09/16/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/07/2008 | Flat fee to prepare and file motion to dismiss. **OTA approval 11/14/2008** | $550.00 |
| 11/07/2008 | Review and analyze Request for Production and request for admissions; draft Response to Request to Produce. **OTA approval 11/14/08** | $550.00 |
| 03/26/2009 | Flat fee to prepare and file Supplemental Affidavit; Respond to the Motion to Dismiss; Respond to the Request for Discovery **OTA approved** | $875.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/24/2008 | Title Search | $275.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,975.00* |
| For Disbursements Incurred: | *$275.00* |
| **Total this Invoice:** | **$2,250.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 22, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33603
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Longo, Michelle
Account No. ⬛3759
Our File No. 36515
~~Address~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/19/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/20/2009 | Srvc of process Michelle Longo-ut#2 (x5) | $225.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $225.00 |
| **Total Due:** | **$225.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 28, 2009

Taylor, Bean & Whitaker
Via New Invoice

RE:    Taylor, Bean & Whitaker/TBW v Longo, Salvatore #1
       Account No. ████3199
       Our File No. 41667
       Addr███████████████████████████████████████████
       ███████
       Status - Foreclosure
       Type of Billing - Complaint
       Referral Date 5/1/2009
       Complaint Date - 5/12/2009
       Date Of Sale -

       Invoice Number  135413

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 5/12/09 | Flat fee for foreclosure lawsuit - first half | 650.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 5/8/09- | Clerk's Filing Fee | 300.00 |
| - | Clerk's Recording Fee | 1.00 |
| - | Clerk's Summons Fee | 40.00 |
| - | Record Lis Pendens | 9.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,000.00 |
| Total Current Charges | $1,000.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

***Items with asterisk (**) are not recoverable.***

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 28, 2009

Taylor, Bean & Whitaker
Via New Invoice


RE:  Taylor, Bean & Whitaker/TBW v Longo, Salvatore #2
     Account No. ███1487
     Our File No  41668
     ~~Address~~
     Status - Foreclosure
     Type of Billing - Complaint
     Referral Date 5/1/2009
     Complaint Date - 05/08/2009
     Date Of Sale -

     Invoice Number  135390

Tax ID # 59-2885854

_____

        Professional services:


5/8/09  Flat fee for foreclosure lawsuit - first half        650.00

_____

        Professional Costs:

5/7/09- Clerk's Filing Fee                                   300.00
      - Clerk's Recording Fee                                  3.00
      - Summons Fee                                           20.00
      - Record Lis Pendens                                     9.00
                                                          -----------
        Total Amount This Invoice                          $982.00

                                                          -----------
        Total Current Charges                              $982.00
                                                          ===========
_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

***Items with asterisk (**) are not recoverable ***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33996
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Longo, Salvatore #2
Account No. ███1487
Our File No. 41668
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 5/1/2009
Complaint Date - 05/08/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|-------:|
| 07/02/2009 | Title search | $275.00 |
| 08/07/2009 | Service of process | $270.00 |
| 08/07/2009 | Clerk's filing fee | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Disbursements Incurred: | *$562.00* |
| **Total Due:** | *$562.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37108
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lopez, George & Elisabel
Account No. ●●●5849
Our File No. 37849
~~Address~~
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/16/2009
Date Of Sale -

---

**For Professional Services Rendered:**

---

| | | |
|---|---|---|
| 07/31/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

## *INVOICE SUMMARY*

For Professional Services:  $125.00

**Total Due:**  $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**

# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8997

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lopez, Gloria
Account No. ▓▓4483
Our File No: 38461
~~Address - 3700 Green Lance, Brianny, FL 33379~~
Status - Foreclosure
Type of Billing -
Referral Date 3/16/2009
Complaint Date - 4/7/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/05/2009 | Flat fee to draft and prepare response to Motion for Extension of Time. Requesting OTA Fees from Client, $250.00 ORD DEF MFET 8-5-09 skc | $250.00 |
| | 54632895 Additional Fee Request 37800 1 8/5/2009 8:06 AM (CT) 8/5/2009 8:06 AM (CT)<br>54632896 Litigation Documentation 87370 2 8/5/2009 8:06 AM (CT) 8/5/2009 8:06 AM (CT) | |

RE:    TAYLOR BEAN/TBW vs. LOPEZ, GLORIA
ACCT NO. ENDING IN: 4483
FILE NO: 38461
CASE NO: 2009-CA-522

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $340.00 |
| 06/15/2009 | Cost of certified court documents | $12.00 |
| 07/09/2009 | Service of process | $495.00 |
| 07/10/2009 | Cost of certified court documents | $12.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$859.00* |
| **Total this Invoice:** | ***$1,109.00*** |

Payment due upon receipt

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33697
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lopez, Rodolfo & Pons, Odalis
Account No  ███2955
Our File No. 37854
Address ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/5/2009
Complaint Date - 04/07/2009
Date Of Sale - 10/22/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/15/2009 | Court Call | $60.00 |
| 04/23/2009 | Title Search | $275.00 |
| 06/11/2009 | Cost of certified court documents | $15.00 |
| 07/09/2009 | Service of process | $315.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  $665 00

**Total Due:**  **$665.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 3757

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Loriston, Jean-Louis & Jossie A.
Account No. 2~7807
Our File No. 34723
Address ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/20/2009
Complaint Date - 01/26/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/27/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 03/05/2009 | Motion for Extension of Time | $250.00 |
| 04/03/2009 | Second part of foreclosure through 6/16/09 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/27/2009 | Clerk's Recording Fee | $1 00 |
| 02/27/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/05/2009 | Cost of Certified Court Documents | $10.00 |
| 04/17/2009 | Srvc of process Jean Loriston-ut#2 (x7) | $315.00 |
| 04/25/2009 | Notice of Sale- ran 4/10,17/09 | $150 00 |
| 06/05/2009 | Documentary stamps | $0.70 |
| 06/05/2009 | Sale fee | $70.00 |
| 06/16/2009 | Cost of certified court documents | $5 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$1,025 00* |
| For Disbursements Incurred: | *$570.20* |
| **Total this Invoice:** | *$1,595.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36997

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Loriston, Jean-Louis & Jossie A.
Account No. ██7807
Our File No  34723
~~Address~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/20/2009
Complaint Date - 01/26/2009
Date Of Sale - 06/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/14/2009 | Payment to Clerk of Court; Disbursement for TBW vs Loriston, Jean-Louis  34723 vacate 6/16 sale | $50.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$50.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36998

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lorriston, Jean-Louis & Jossie
A
Account No  ~~2~~7807
~~Our File~~
~~Address  2400 NW 93 Ave  Lauderdale Lakes FL 33066~~
Status -Eviction
Referral Date -1/26/09

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $90 00 |
| **Total Due:** | **$90.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7878

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lovretich, Jeffrey & Tanja
Account No. ▓▓4571
Our File No. 35181
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 1/26/2009
Complaint Date - 02/10/2009
Date Of Sale - 6/8/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

## INVOICE SUMMARY

For Professional Services: | *$500.00*

**Total this Invoice:** | *$500.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33989

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lovretich, Jeffrey & Tanja
Account No. ████4571
Our File No. 35181
Address ~~County Road 602, Wildwood, FL 34785~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 1/26/2009
Complaint Date - 02/10/2009
Date Of Sale - 6/8/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/30/2009 | Payment to Hillsborough County Tax Collector; Disbursement for TBW vs Lovretich, Jeffrey  35181  mh decals | $102.70 |
| 10/02/2009 | Clerk's recording fee | $27 00 |
| 10/15/2009 | Title policy | $714.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$843.70* |
| **Total this Invoice:** | *$843.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37161
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lucas, Deidra
Account No  ██2926
Our File No. 40078
Address ~~████ 106 A  Thomas Creek Road, Callahan, FL 32011~~
Status - Foreclosure
Type of Billing - C & B/Loss Mitigation
Referral Date 4/9/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/27/2009 | Service of Process | $35.00 |
| 05/27/2009 | Record Assignment of Mortgage ** | $18 50 |
| 06/18/2009 | Title search | $340 00 |
| 08/04/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | *$708.50* |
| **Total Due:** | *$708.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37162
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Luoma, Jon
Account No ██6076
Our File No. 40128
Address - ~~10210 Rebel Road, Pensacola, FL 32506~~
Status -
Type of Billing -
Referral Date 4/10/2009
Complaint Date - 05/14/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $275.00 |
| 06/22/2009 | Clerk's recording fee | $3.00 |
| 06/22/2009 | Record assignment of mortgage | $27.00 |
| 07/31/2009 | Service of process | $225.00 |
| 07/31/2009 | Clerk's filing fee | $8.50 |
| 10/12/2009 | Clerk's recording fee | $18.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$557.00* |
| **Total Due:** | *$557.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7856

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lynch, Karen
Account No. ▮▮1206
Our File No. 30237
~~Address - 70 Dempster Ridge Rd, Midway, FL, 82049~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 05/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Clerk's recording fee | $35.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36792

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Lynch, Karen
Account No. 1581206
Our File No. 30237
~~Address - 70 Sumpter Ridge Rd, Midway, FL, 32010~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 05/28/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Payment to Hillsborough County Tax Collector; Disbursement for TBW vs Lynch, Karen  30237  dw mh title | $102.70 |
| 10/02/2009 | Clerk's recording fee | $27.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $129.70 |
| **Total Due:** | $129.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36776

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Maiden, Nathan
Account No ███1061
Our File No. 29643
~~Address - 1960 Dove Way, Crestview, FL, 32539~~
Status -
Type of Billing -
Referral Date 10/31/2008
Complaint Date - 11/26/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/22/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 27, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5280

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Maldonado, Gladys
Account No. 1007453
Our File No. 26740
Address - ~~10443 Tree Line Drive, Hudson, FL, 34667~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 9/11/2008
Complaint Date - 09/17/2008
Date Of Sale - 07/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/13/2009 | Second part of foreclosure through cancellation of 07/01/2009 sale date. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/24/2008 | Title Search | $275.00 |
| 11/05/2008 | Hydra Investigation Gladys Maldonado | $45.00 |
| 11/05/2008 | Service of Process | $35.00 |
| 11/11/2008 | Cost of Certified Court Documents | $17.00 |
| 01/15/2009 | Issue Alias Summons | $40.00 |
| 03/13/2009 | SOP- Gladys Maldonado-ut2 (x4) | $180.00 |
| 03/17/2009 | Publication of NOA 11/28 12/5/08 | $171.58 |
| 06/22/2009 | Publication of notice of sale | $206.96 |
| 07/01/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$1,020.54* |
| **Total this Invoice:** | **$1,720.54** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37265
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Maldonado, Gladys
Account No. ██87453
Our File No. 26740
~~Address - 16113 Tree Line Drive, Hudson, FL, 34667~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 9/11/2008
Complaint Date - 09/17/2008
Date Of Sale - 07/01/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/24/2009 | Publication of notice of sale 08/21,28/09 | $220.62 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $220.62 |
| **Total Due:** | **$220.62** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4619

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mandat, Susan Reilly & Dato,
Samuel
Account No. ▒▒2072
Our File No. 33787
Address - 1911 Tropic Terrace, North Fort Myers, FL, 33903
Status – Foreclosure
Type of Billing - Sale Bill
Referral Date 1/6/2009
Complaint Date - 01/16/2009
Date Of Sale - 06/24/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 05/21/2009 | Second part of foreclosure through 6/24/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/21/2009 | Title Search | $275.00 |
| 02/04/2009 | Hydra Investigation-Susan Mandat | $45.00 |
| 02/18/2009 | Cost of Certified Court Documents | $12.00 |
| 02/19/2009 | Clerk's Recording Fee | $1.00 |
| 02/19/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/09/2009 | Publication of NOA 2/20,27/09 | $299.15 |
| 03/13/2009 | SOP- Susan Mandat-ut2 (x7) | $315.00 |
| 03/13/2009 | Skip Traces- Susan Mandat & Samuel Dato | $190.80 |
| 06/16/2009 | Sale fee | $70.00 |
| 06/24/2009 | Publication of notice of sale 6/3,10/09 | $252.65 |
| 06/24/2009 | Cost of certified court documents | $5.00 |
| 07/09/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$1,484.80* |
| **Total this Invoice:** | **$2,259.80** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13766
Federal ID # 59-2885854

Taylor, Bean, and Whitaker/ TBW vs Mandat, Susan Reilly &
Dato, Samuel
Account No. ~~2072~~
Our File No 33787-Evic
~~Address 1911 Tropic Terrace North Fort Myers, FL 33903~~
Status-Eviction
Referral Date-07/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/15/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$350 00* |
| For Disbursements Incurred: | *$90.00* |
| **Total Due:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33699

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Manfull, William L
Account No. ███6721
Our File No. 36531
Address - 2650 Verna Bethany Road, Myakka City, FL 34251
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 03/12/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/05/2009 | Flat fee for response to the affirmative defenses. | $450.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | SOP William Manfull-ut#2 (x5) | $225 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$450.00* |
| For Disbursements Incurred: | *$225 00* |
| **Total Due:** | *$675.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37070
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mann, Douglas & Sarah
Account No. ███0188
Our File No. 36041
Address - ~~1000 Aladdin Court, Saint Cloud, FL  34774~~
Status -
Type of Billing -
Referral Date 2/6/2009
Complaint Date – 02/19/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP- Douglas Mann-ut2 (x6) | $270 00 |
| 05/12/2009 | Short Filing Fee | $2 50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $272 50 |
| **Total Due:** | $272.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6437

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Marchica, Branda
Account No ███6032
Our File No. 29595
Address - ~~1809 Marquise Court Unit B3, Rockledge, FL 32955~~
Status - Foreclosure
Type of Billing - Vacate Sale
Referral Date 10/30/2008
Complaint Date - 11/17/2008
Date Of Sale - 07/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/25/2008 | Flat fee to prepare assignment of mortgage.** | $125.00 |
| 04/06/2009 | Second part of foreclosure through 07/15/2009 sale | $700.00 |
| 07/29/2009 | Flat fee to vacate 7/15/09 sale. | $400.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/16/2008 | Clerk's Additional Filing Fee | $4.00 |
| 12/26/2008 | Clerk's Recording Fee | $1.00 |
| 12/26/2008 | Record Assignment of Mortgage** | $27.00 |
| 03/16/2009 | Cost of Certified Court Documents | $17.00 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/15/2009 | Cost of certified court documents | $5.00 |
| 07/15/2009 | Documentary stamps | $0.70 |
| 07/27/2009 | Publication of notice of sale 7/2, 9/09 | $152.60 |
| 07/29/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,225.00* |
| For Disbursements Incurred: | *$327.30* |
| **Total this Invoice:** | *$1,552.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 27, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5511

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Mari, Wail
Account No. ●●●9128
Our File No. 26741
~~Address - 8821 4th Ave N, Saint Petersburg, FL 33713~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 9/11/2008
Complaint Date - 09/19/2008
Date Of Sale - 07/16/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 09/22/2008 | Flat fee for title claim. | $125.00 |
| 06/05/2009 | Second part of foreclosure through cancellation of 07/16/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/2008 | Record Assignment of Mortgage** | $18.50 |
| 10/24/2008 | Title Search | $275.00 |
| 02/02/2009 | Notice of Dropping Fee | $13.00 |
| 02/02/2009 | Cost of Certified Court Documents | $17.00 |
| 07/01/2009 | Publication of notice of sale | $140.40 |
| 07/06/2009 | Sale fee | $70.00 |
| 07/09/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$583.90* |
| **Total this Invoice:** | ***$1,408.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
## DANIEL C. CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36742
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mari, Wail
Account No. ████9128
Our File No. 26741
Address ████ 4th Ave N Saint Petersburg, FL ████
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 9/11/2008
Complaint Date - 09/19/2008
Date Of Sale - 07/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/22/2009 | Flat fee for title claim. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/08/2009 | Sale fee | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125 00 |
| For Disbursements Incurred: | $70 00 |
| **Total Due:** | $195.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36793
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Marquez, Lorenzo
Account No. 1804520
Our File No. 30241
Address - 1505 Crescent Circle Unit 13 G, West Palm Beach
FL, 33403
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 08/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Flat fee to reset sale date 06/11/2009; Cancel Sale date 09/17/2009. | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/14/2009 | Publication of notice of sale dates 09/01*09/08/2009 | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $250 00 |
| For Disbursements Incurred: | $150 00 |
| **Total Due:** | **$400.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  8350

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Marquez, Lorenzo
Account No. ▓▓4520
Our File No. 30241
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓
Status - Foreclosure
Type of Billing – Cancel Sale
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 08/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Flat fee to cancel 8/6/09 sale | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/04/2009 | Voided Check for Sale fee | ($70.00) |
| 07/31/2009 | Publication of notice of sale | $150 00 |
| 08/06/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$130.00* |
| **Total this Invoice:** | *$380.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3400

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Marquez, Lorenzo
Account No. ~~XXX~~4520
Our File No. 30241
~~Address - 1566 Crescent Circle Unit 12-C, West Palm Beach, FL 33403~~
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 11/7/2008
Complaint Date - 11/25/2008
Date Of Sale - 08/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/26/2008 | Flat fee for title claim. | $125.00 |
| 05/04/2009 | Second part of foreclosure through cancellation of 06/11/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/26/2008 | Clerk's Recording Fee | $3.00 |
| 12/26/2008 | Record Assignment of Mortgage** | $18.50 |
| 12/26/2008 | Abstract Fee | $0.60 |
| 03/24/2009 | Srvc of Process-2nd address lorenzo marquez | $35.00 |
| 03/31/2009 | Cost of Certified Court Documents | $17.00 |
| 05/01/2009 | Cost of Certified Court Docs | $4.00 |
| 06/04/2009 | Sale fee | $70.00 |
| 06/11/2009 | Clerk's filing fee for cancellation of 06/11/2009 sale. | $50.00 |
| 06/22/2009 | Publication of notice of sale | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$348.10* |
| **Total this Invoice:** | ***$1,173.10*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36953
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Marsh, Frank
Account No. ████287
Our File No. 33054
~~Address - 9044 Villa Drive, Valrico, FL 33594~~
Status -
Type of Billing -
Referral Date 12/19/2008
Complaint Date - 01/16/2009
Date Of Sale - 08/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

For Professional Services: | *$125.00*

**Total Due:** | *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37156
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mart, Gary & Elaine
Account No. ●●0444
Our File No. 39665
~~Address - 2325 Palm Beach Blvd Unit 147, Fort Myers, FL, 33916~~
Status -
Type of Billing -
Referral Date 3/31/2009
Complaint Date - 04/22/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/12/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/14/2009 | Title Search | $275 00 |
| 05/26/2009 | Hydra Investigation-Gary Mart | $45.00 |
| 06/12/2009 | Clerk's recording fee | $1.00 |
| 06/12/2009 | Record assignment of mortgage | $18.50 |
| 07/28/2009 | Service of process | $450.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| For Disbursements Incurred: | *$789.50* |
| **Total Due:** | ***$914.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37112
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Martin, Billie & Plumb, Devin
Account No. ████4469
Our File No. 37858
~~Address - 802 Carriage Crossing Circle, Brandon, FL 33510~~
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/13/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 05/04/2009 | Flat fee for response to the affirmative defenses request to produce and request for interrogatories. | $2,250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $275.00 |
| 05/20/2009 | SOP Billie Martin-ut#2 (x7) | $315.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$2,375.00* |
| For Disbursements Incurred: | *$590.00* |
| **Total Due:** | ***$2,965.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 20072
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Matta, Kevin
Account No. ●●0212
Our File No. 27484
Address - ~~5936 North Farragut Drive, Hollywood, FL 33021~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 9/24/2008
Complaint Date - 09/30/2008
Date Of Sale - 08/20/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 08/20/2009 | Second part of foreclosure through 8/20/2009 sale | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 11/04/2008 | Title Search | $275.00 |
| 11/04/2008 | Record Assignment of Mortgage** | $18.50 |
| 11/28/2008 | Cost of Certified Court Documents | $22.00 |
| 12/16/2008 | Hydra Investigation-Kevin Matta | $45.00 |
| 02/03/2009 | Srvc of Process-2nd-4th address kevin matta us of km | $210.00 |
| 02/24/2009 | Publication of NOA 2/310/09 | $150.00 |
| 07/10/2009 | Publication of notice of sale | $150.00 |
| 08/10/2009 | Documentary stamps | $0.70 |
| 08/10/2009 | Sale fee | $70.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$600.00* |
| For Disbursements Incurred: | *$941.20* |
| **Total Due:** | **$1,541.20** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 05, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  6515

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v  Mauldin, Charlotte
Account No. ●●●5232
Our File No. 32283
Address - 0000 E Heatherwood St, Inverness, FL 34450
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 12/9/2008
Complaint Date - 12/26/2008
Date Of Sale - 05/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/17/2009 | Secure mobile home title | $82 70 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$82.70* |
| **Total this Invoice:** | ***$582.70*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8065

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Mauldin, Charlotte
Account No. ~~●●~~5232
Our File No. 32283
~~Address - 2650 E Heatherwood St, Inverness, FL 34452~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 12/9/2008
Complaint Date - 12/26/2008
Date Of Sale - 05/14/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Flat fee for retirement of mobile home title. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/03/2009 | Clerk's recording fee | $35.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6300

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mauro, Rick
Account No ⬤⬤0358
Our File No. 39557
~~Address - ...~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/30/2009
Complaint Date - 04/14/2009
Date Of Sale - 7/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/27/2009 | Flat fee to prepare assignment of mortgage.** | $125.00 |
| 06/12/2009 | Second part of foreclosure through 07/16/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/14/2009 | Title Search | $275.00 |
| 05/15/2009 | Cost of Certified Court Docs | $30.00 |
| 06/24/2009 | Record assignment of mortgage ** | $18.50 |
| 07/07/2009 | Sale fee | $70.00 |
| 07/13/2009 | Publication of notice of sale | $158.05 |
| 07/28/2009 | Cost of certified court documents | $5.00 |
| 07/28/2009 | Documentary stamps | $0.70 |
| 07/30/2009 | Service of process | $270.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$827.25* |
| **Total this Invoice:** | **$1,602.25** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 06, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  5993

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v May, Claudia & Pegues, Garnette
Account No. ⬛⬛8138
Our File No. 34241
~~Address - 2717 Emerson Lane, Kissimmee, FL  34746~~
Status - Foreclosure
Type of Billing - BK Filed
Referral Date 1/13/2009
Complaint Date - 01/21/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/04/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/14/2009 | Second part of foreclosure through cancellation of 8/06/2009 hearing. | $310.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/26/2009 | Title Search | $275.00 |
| 02/13/2009 | Record Assignment of Mortgage ** | $18.50 |
| 04/03/2009 | Srvc of process Claudia May-ut#2 (x8) | $360.00 |
| 04/03/2009 | Clerk's Additional Filing Fee | $2.50 |
| 07/02/2009 | Cost of certified court documents | $15.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$435.00* |
| For Disbursements Incurred: | *$671.00* |
| **Total this Invoice:** | ***$1,106.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36786
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mcclain, II Richard
Account No. ●4153
Our File No. 29879
~~Address - 2010 Clebarnu Rd, Orlando, FL, 32817~~
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 11/4/2008
Complaint Date - 11/24/2008
Date Of Sale - 06/09/2009

**For Disbursements Incurred:**

| 08/10/2009 | Writ of possession | $90.00 |
|---|---|---|

## *INVOICE SUMMARY*

| For Disbursements Incurred: | $90.00 |
|---|---|
| **Total Due:** | **$90.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37269
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McCoy, Julian & Felecia
Account No ████2618
Our File No. 32371
~~Address - 1766 Marcia Drive, Orlando, FL 32807~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/30/2008
Date Of Sale - 09/25/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/14/2009 | Sale fee | $70.00 |
| 09/17/2009 | Publication of notice of sale | $77.00 |
| 10/12/2009 | Service of process | $45.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$192.00* |
| **Total Due:** | *$192.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33700

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McCoy, Julian & Felecia
Account No ▮▮2618
Our File No. 32371
~~Address - 4708 Marcia Drive, Orlando, FL 32837~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/30/2008
Date Of Sale - 09/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 02/06/2009 | Flat fee for response to defendant's motion to dismiss. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 01/19/2009 | Clerk's Recording Fee | $2.00 |
| 01/19/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/05/2009 | Cost of Certified Court Documents | $18.00 |
| 04/27/2009 | Clerk's Filing Fee | $2.50 |
| 04/27/2009 | Summons Fee | $10.00 |
| 04/28/2009 | Record Lis Pendens | $13.00 |
| 08/07/2009 | Service of process | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$600.00* |
| For Disbursements Incurred: | *$109.00* |
| **Total Due:** | *$709.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33701

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McDonnell, Nancy
Account No ████4239
Our File No  40133
~~Address - 115 Harrison Street, Lake Wales, FL 33898~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/08/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 06/25/2009 | Cost of certified court documents | $14.00 |
| 06/25/2009 | Hydra investigation | $45.00 |
| 06/25/2009 | Notice of dropping | $13.00 |
| 07/10/2009 | Cost of certified court documents | $14.00 |
| 08/04/2009 | Service of process | $180 00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  *$559.50*

**Total Due:**  *$559.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36985
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McFarland, Charles
Account No. ███1514
Our File No. 34168
~~Address - 959 Halstead Street, Deltona, FL 32725~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/27/2009
Date Of Sale - 09/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/01/2009 | Publication of notice of sale | $46 87 |
| 09/08/2009 | Sale fee | $70.00 |
| 09/09/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | *$166.87* |
| **Total Due:** | **$166.87** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33702
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McFarland, Charles
Account No. 1█████514
Our File No. 34168
~~Address - 856 Halstead Street, Deltona, FL, 32725~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/27/2009
Date Of Sale - 09/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/11/2009 | Hydra Investigation-Charles McFarland | $45.00 |
| 03/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/17/2009 | SOP- Charles McFarland-ut2 (x5) | $315.00 |
| 04/17/2009 | Skip Trace- Charles McFarland | $95.85 |
| 07/06/2009 | Cost of certified court documents | $16.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $490.35 |
| **Total Due:** | **$615.35** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37163

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McGaw, Horace
Account No. ●●●8552
Our File No. 40209
~~Address - 662 Barbuda Way, Altamonte Springs, FL 32714~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale - 9/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/13/2009 | Payment to The Seminole Herald/Sanford Herald; Disbursement for TBW 40209 Ad# 52117-5384  7/26,8/2/09 | $149.87 |
| 09/08/2009 | Sale fee | $70 00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $219.87

**Total Due:** $219.87

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33703
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McGaw, Horace
Account No. ●●8552
•Our File No. 40209
~~Address - 802 Parkside Way, Altamonte Springs, FL, 32714~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/29/2009
Date Of Sale - 9/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/15/2009 | Hydra Investigation-Horace McGaw | $45.00 |
| 06/17/2009 | Cost of certified court documents | $15.00 |
| 06/18/2009 | Clerk's recording fee | $1.00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 07/10/2009 | Cost of certified court documents | $15.00 |
| 08/04/2009 | Service of process | $680.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,049.50* |
| **Total Due:** | *$1,174.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33704
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McGee, Phaedra
Account No. ~~2259~~
Our File No. 40132
Address - ~~1100 Barcelona Ave, Fort Myers, FL 33901~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/30/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/18/2009 | Title search | $275 00 |
| 06/24/2009 | Record assignment of mortgage | $18.50 |
| 08/04/2009 | Service of process | $270.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$563.50* |
| **Total Due:** | *$563.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3622

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McGowens, Timothy
Account No. ████3155
Our File No. 32822
Address - 6237 Misty View Drive, Jacksonville, FL 33240
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date 12/17/2008
Complaint Date - 01/05/2009
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/23/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 04/16/2009 | Second part of foreclosure through 6/16/09 sale | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/03/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/05/2009 | Srvc of Process-tim mcgowens-ut2 (X4) | $180 00 |
| 02/12/2009 | Cost of Certified Court Documents | $13.00 |
| 05/27/2009 | Publication of NOS 5/11,18/09 | $229.50 |
| 06/05/2009 | Sale fee | $130.00 |
| 06/29/2009 | Cost of certified court documents | $4.00 |
| 06/29/2009 | Documentary stamps | $210.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $785.70 |
| **Total this Invoice:** | **$1,560.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36950

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McGowens, Timothy
Account No ███3155
Our File No. 32822-Evic
Address - ████████████████████████
Status -Eviction
Referral Date -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$90.00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37062
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McKain, Patrick
Account No. ▮▮▮8694
Our File No. 35852
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 2/4/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| 05/12/2009 | SOP Patrick McKain-ut#2 (x4) | $180.00 |

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$180.00* |
| **Total Due:** | *$180.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 08, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3906

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McLeod, Carol
Account No ▓▓7325
Our File No. 32756-EVIC
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 12/16/2008
Complaint Date - 12/30/2008
Date Of Sale - 05/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/19/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/29/2009 | Writ of Possession | $70 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 33705
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McMaster, R. Glen #1
Account No. ▓▓0364
Our File No. 34178
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/22/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275.00 |
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/03/2009 | Srvc of process R. Glen McMaster-ut#2 (x6) | $645.00 |
| 04/03/2009 | Skip Trace R. Glenn McMaster | $96.30 |
| 04/03/2009 | Clerk's Additional Filing Fee | $7.50 |
| 07/02/2009 | Cost of certified court documents | $19 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,061.30* |
| **Total Due:** | **$1,186.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36991

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McMaster, R  Glen #2
Account No. ●●●8252
Our File No. 34179
Address - ~~600 Details Drive, Kissimmee, FL 34759~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/21/2009
Date Of Sale - 09/14/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/01/2009 | Publication of notice of sale | $57.00 |
| 09/03/2009 | Sale fee | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$127.00* |
| **Total Due:** | *$127.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33706
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McMaster, R. Glen #2
Account No' ●●●8252
Our File No. 34179
Address - ~~●●●●●●●●●●●●●~~
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/21/2009
Date Of Sale - 09/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 02/26/2009 | Hydra Investigation-Robert McMaster | $45.00 |
| 04/03/2009 | Srvc of process R.Glen McMaster-ut#2 (x6) | $740.00 |
| 04/03/2009 | Clerk's Additional Filing Fee | $2.50 |
| 07/09/2009 | Cost of certified court documents | $19 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125 00 |
| For Disbursements Incurred: | $825 00 |
| **Total Due:** | **$950.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36772

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McMurray, Thomas
Account No. ████5775
Our File No  29566
Address - ███████████████████████████
Status -
Type of Billing -
Referral Date 10/29/2008
Complaint Date - 01/27/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/17/2009 | SOP- Thomas McMurray-ut2 (x7) | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$315.00* |
| **Total Due:** | *$315.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37054
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v McNamara, Julia
Account No. ████4462
Our File No. 35732
Address ████████████████████████████
Status -
Type of Billing -
Referral Date 2/2/2009
Complaint Date - 02/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| 03/11/2009 | Title Search | $395.00 |
| 05/11/2009 | SOP- Julia McNamara-ut2 (x4) | $180.00 |
| 07/22/2009 | Attorney ad litem fee | $450 00 |

### *INVOICE SUMMARY*

| For Disbursements Incurred: | $1,025.00 |
| **Total Due:** | **$1,025.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36782
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mcnish, Alphonso
Account No. ▨▨3264
Our File No. 29752
Address – ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨
Status –
Type of Billing –
Referral Date 10/31/2008
Complaint Date – 11/24/2008
Date Of Sale –

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Record Assignment of Mortgage** | $18.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$18.50* |
| **Total Due:** | *$18.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37027
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Medel, Marta
Account No. ███3837
Our File No. 34847
Address - ███████████████████████
Status –
Type of Billing –
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/24/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# I N V O I C E

Invoice # 36954
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mercado, Gilberto & Marta
Account No. ███2025
Our File No. 33058
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Contested Bill
Referral Date 12/19/2008
Complaint Date - 01/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 23, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5546

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mendez, Gloria & Ribot, Anibal
Account No. ▮▮4717
Our File No. 34829
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Bankruptcy Filing
Type of Billing - Retire Mobile Home
Referral Date 1/21/2009
Complaint Date - 02/09/2009
Date Of Sale - 7/7/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/07/2009 | Second part of foreclosure through 07/07/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/30/2009 | Srvc of process Gloria Mendez-ut#2 (x8) | $450.00 |
| 04/30/2009 | Skip Trace Gloria MendezAnibal Ribot | $192.60 |
| 04/30/2009 | Clerk's Additional Filing Fee | $2.50 |
| 05/07/2009 | Cost of Certified Court Docs | $13.00 |
| 05/08/2009 | Publication of NOA 4/1118/09 | $132.00 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/07/2009 | Cost of certified court documents | $5.00 |
| 07/10/2009 | Publication of notice of sale | $114.00 |
| 07/21/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$979.80* |
| | *$1,629.80* |

**Total this Invoice:**
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37021

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mendez, Gloria & Ribot, Anibal
Account No. ████4717
Our File No. 34829
Address -████████████████████████
Status - Foreclosure
Type of Billing - Sale
Referral Date 1/21/2009
Complaint Date - 02/09/2009
Date Of Sale - 7/7/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Cost of certified court documents | $30.00 |
| 09/23/2009 | Secure mobile home title | $113.60 |
| 10/19/2009 | Clerk's recording fee | $18.50 |
| 12/18/2009 | Void old cks previously billed or not to be billed - QB ck #195290 | ($13.00) |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$149.10* |
| **Total Due:** | *$149.10* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37022
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mendez, Gloria & Ribot, Anibal
Account No. ████4717
Our File No. 34829-Evic
Address - ███████████████████████
Status -Eviction
Referral Date -1/26/09

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/04/2009 | Writ of possession | $90.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $90.00

**Total Due:** $90.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 42258
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mendez, Gloria & Ribot, Anibal
Account No ████4717
Our File No. 34829
Address - ████████████████████████████
Status - Bankruptcy Filing
Type of Billing - Retire Mobile Home
Referral Date 1/21/2009
Complaint Date - 02/09/2009
Date Of Sale - 7/7/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/28/2009 | Flat Fee to Retire Mobile Home | $500 00 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| For Professional Services: | *0.00* Hours | *$500.00* |
| **Total Due:** | | *$500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6165

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mercado, Gilberto & Marta
Account No ████2025
Our File No 33058
Address - ██████████████████████████
Status - Foreclosure
Type of Billing - Contested Bill
Referral Date 12/19/2008
Complaint Date - 01/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/04/2009 | Flat fee for response to Defendant's Request for Production. *OTA Approval 5/6/09* | $250 00 |
| 07/10/2009 | Flat fee for response to Discovery request. *OTA Approval 7/15/09* | $553.00 |
| 07/29/2009 | Flat fee for Fair Debt Verification Letter. *OTA Approved 7/29/09* | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/18/2009 | Record Assignment of Mortgage ** | $18 50 |
| 03/11/2009 | Srvc of process Gilberto Mercado-ut#2 (x8) | $540.00 |
| 03/11/2009 | Skip Trace South Fork of Hillsborough | $6.30 |
| 03/17/2009 | Publication of NOA 2/28,3/7/09 | $133.65 |
| 03/18/2009 | Cost of Certified Court Documents | $11 00 |
| 07/13/2009 | Hydra investigation | $45 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$1,053.00* |
| For Disbursements Incurred: | *$754 45* |
| **Total this Invoice:** | *$1,807.45* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6622

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Messado, Donald
Account No. ███5138
Our File No. 28864
Address - ██████████████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/16/2008
Complaint Date - 10/28/2008
Date Of Sale - 07/20/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 11/17/2008 | Flat fee for title claim. | $125.00 |
| 01/13/2009 | Flat fee to draft and prepare response to Motion for Extension of Time   (OTA approved 2/19/09) | $250.00 |
| 04/14/2009 | Second part of foreclosure through cancellation of 05/18/2009 sale. | $650.00 |
| 08/03/2009 | Flat fee to reset 5/18/09 sale; attend 7/20/09 sale | $250.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 03/24/2009 | Srvc of Process-2nd address donald messadous of don messado | $70.00 |
| 05/15/2009 | Publication of NOS 5/18/09 | $150.00 |
| 06/08/2009 | Clerk's filing fee | $50.00 |
| 07/09/2009 | Documentary stamps | $0.70 |
| 07/16/2009 | Publication of notice of sale | $150.00 |
| 07/30/2009 | Certified copy of deed | $5.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,275.00* |
| For Disbursements Incurred: | *$425.70* |
| **Total this Invoice:** | **$1,700.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36752

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Messado, Donald
Account No. ████5138
Our File No. 28864
Address - ████████████████████████
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date 10/16/2008
Complaint Date - 10/28/2008
Date Of Sale - 07/20/2009

**For Disbursements Incurred:**

| 07/09/2009 | Sale fee | $70.00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | $70.00 |
|---|---|
| **Total Due:** | $70.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 5435

Federal ID # 59-2885854

Taylor,Bean&Whitaker/ TBW v Methax, Gary
Acctount No. ●●●3540
Our File No. 29593-EVIC
Referral Date-06/20/2009
Sale Date-06/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/07/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/23/2009 | Writ of possession | $70 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Via New Invoice

# *INVOICE*

Invoice # 36760

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mick, Robert
Account No. ●●●1296
Our File No. 29296
Address -
Status -
Type of Billing -
Referral Date 10/24/2008
Complaint Date - 11/13/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/25/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 8086

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Millikin, Ernest
Account No ▆▆7565
Our File No. 30220
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Referral Date 11/7/2008
Complaint Date - 12/16/2008
Date Of Sale - 08/04/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/04/2009 | Second part of foreclosure through 8/4/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/29/2008 | Death Certificate - Ernest Millikin | $31.50 |
| 12/31/2008 | Record Death Certificate | $10.00 |
| 01/02/2009 | Hydra Investigation-Earnest Milliken | $45.00 |
| 01/06/2009 | Cost of Certified Court Documents | $10.00 |
| 01/29/2009 | Clerk's Recording Fee** | $1.00 |
| 01/29/2009 | Record Assignment of Mortgage** | $27.00 |
| 02/12/2009 | Clerk's Filing Fee- amend complaint for additional defendant | $12.50 |
| 02/12/2009 | Clerk's Recording Fee- amend complaint for additional defendant | $5.00 |
| 02/12/2009 | Summons Fee- amend complaint for additional defendant | $50.00 |
| 04/01/2009 | Hydra Investigation-Christopher Millikin | $45.00 |
| 04/10/2009 | Clerk's NOA Fee | $10.00 |
| 04/27/2009 | Publication of NOA 4/20,27/09 | $489.50 |
| 05/06/2009 | Attorney Ad Litem Fee | $360.00 |
| 05/12/2009 | SOP- Gynne Panke- Brandy Millikin (x4) | $315.00 |
| 05/12/2009 | Skip Trace- Christopher Millikin Heir | $96.30 |
| 05/12/2009 | Short Filing Fee | $42.50 |
| 06/02/2009 | Cost of certified court documents- book 14250, page 296 | $10.00 |
| 07/28/2009 | Sale fee | $130.00 |
| 07/30/2009 | Publication of notice of sale | $463.50 |
| 08/05/2009 | Cost of certified court documents | $6.00 |
| 08/05/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

Invoice # 8086

Federal ID # 59-2885854

| | |
|---|---:|
| For Professional Services: | $650 00 |
| For Disbursements Incurred: | $2,160.50 |
| **Total this Invoice:** | $2,810.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 33707
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mirabal, Vivian
Account No. ███1088
Our File No. 40135
Address - ███████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $275 00 |
| 06/22/2009 | Record assignment of mortgage | $18.50 |
| 08/04/2009 | Service of process | $550.00 |
| 08/04/2009 | Service of process | $3.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$847.00* |
| **Total Due:** | *$847.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36804
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Miranda, Rosa
Account No. ████6632
Our File No. 31878
Address - ████████████████████████████
Status –
Type of Billing –
Referral Date 12/3/2008
Complaint Date - 12/22/2008
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/10/2009 | Clerk's Recording Fee | $1 00 |
| 02/10/2009 | Record Assignment of Mortgage | $18.50 |
| 03/06/2009 | Cost of Certified Court Documents | $14.00 |
| 07/13/2009 | Mediation fee | $250.00 |
| 08/13/2009 | Payment to David L. Fleming; Disbursement for TBW vs. Miranda, Rosa  31878 08/05/09 stmt | $30 00 |
| 09/09/2009 | Mediation fee | $200.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                     *$513 50*

**Total Due:**                                     *$513.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36947
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mitchell, Christopher
Account No. ████7319
Our File No. 32803
Address - ███████████████████████████████
Status -
Type of Billing -
Referral Date 12/17/2008
Complaint Date - 12/26/2008
Date Of Sale -

---

**For Professional Services Rendered:**

---

| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| For Professional Services: | *$125.00* |
|---|---|
| **Total Due:** | ***$125.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33708
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Molina, Fanny
Account No. ████9879
Our File No. 36903
Address - ███████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 05/12/2009 | SOP Fany Molina-ut#2 (x7) | $360.00 |
| 06/18/2009 | Cost of certified court documents | $14.00 |
| 07/10/2009 | Cost of certified court documents | $14.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$388.00* |
| **Total Due:** | *$388.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

## *INVOICE*

Invoice # 7438

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mooney, Paul
Account No. ▓▓0481
Our File No. 35197
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - BK Filed
Referral Date 1/26/2009
Complaint Date - 02/20/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/28/2009 | Second part of foreclosure through cancellation of 7/28/09 hearing. | $570 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/31/2009 | Cost of Certified Court Documents | $23.00 |
| 04/20/2009 | Srvc of process Paul Mooney-ut#2 (x5) | $225.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$248.00* |
| **Total this Invoice:** | *$818.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33709
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Morabito, Stacey
Account No ⬛4232
Our File No. 36892
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/27/2009 | Clerk's Recording Fee | $2.00 |
| 03/27/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Stacey Morabito-ut2 (x8) | $725.00 |
| 05/13/2009 | Skip Trace- Hunterdon HoA | $95.85 |
| 05/13/2009 | Short Filing Fee | $13.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                                $854.35

**Total Due:**                                             $854.35

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33710
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Morgan, Eileen
Account No ●●●2645
Our File No. 28331
Address -███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/10/2008
Complaint Date - 10/23/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/07/2008 | Title Search | $275.00 |
| 12/10/2008 | Clerk's Recording Fee | $1.00 |
| 12/10/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/11/2009 | Cost of Certified Court Documents | $17.00 |
| 02/17/2009 | Clerk's Recording Fee | $1.00 |
| 02/17/2009 | Record Assignment of Mortgage | $18.50 |
| 02/18/2009 | Hydra Investigation-Eileen Morgan | $45.00 |
| 05/08/2009 | Srvc of Process-2nd address clerk of pasco co court | $25.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$401 00* |
| **Total Due:** | **$401.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36723
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Morel, Antonio
Account No. ████1030
Our File No. 25552
Address - ████████████████████████
████████
Status -
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/27/2008
Date Of Sale - 12/30/2008

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/19/2009 | Documentary Stamps | $0 70 |

## **INVOICE SUMMARY**

| | |
|---|---|
| For Disbursements Incurred: | *$0.70* |
| **Total Due:** | *$0.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5541

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mosley, Diana & Frank
Account No ▇▇3455
Our File No. 34915
Address -▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing -Sale
Referral Date 1/22/2009
Complaint Date - 02/10/2009
Date Of Sale - 07/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee for title claim. | $125 00 |
| 07/07/2009 | Second part of foreclosure through 07/09/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Cost of Certified Court Documents | $11.00 |
| 05/01/2009 | Srvc of process Diana Mosley-ut#2 (x5) | $225.00 |
| 06/26/2009 | Publication of notice of sale | $165.38 |
| 06/30/2009 | Sale fee | $70 00 |
| 07/14/2009 | Hydra investigation | $45.00 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$522.08* |
| **Total this Invoice:** | *$1,297.08* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37033
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Mosley, Diana & Frank
Account No▉3455
Our File No.34915-Evic
Address ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status -Eviction
Referral Date -1/22/09

---

**For Disbursements Incurred:**

| 07/29/2009 | Writ of possession | $90 00 |
|---|---|---|

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$90 00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36993

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Muff, Michael
Account No. ███2176
Our File No. 34387
Address ███████████████████████████████
Status -
Type of Billing -
Referral Date 1/15/2009
Complaint Date - 01/26/2009
Date Of Sale - 09/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

### *INVOICE SUMMARY*

For Professional Services:      $125 00

**Total Due:**      $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36800
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Muller, Bruce
Account No ████4545
Our File No. 31167
Address - ████████████████████████
Status – Foreclosure
Type of Billing – Cost of Title Policy
Referral Date - 11/18/2008
Complaint Date - 12/04/2008
Date Of Sale - 04/29/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/07/2009 | Clerk's recording fee | $18 50 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                    *$18.50*

**Total Due:**                                 *$18.50*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 3796

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Munch, Jessie & Abraham
Account No. ▆▆7494
Our File No. 40948
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
▆▆▆▆
Status -Foreclosure
Type of Billing - H&B/Forbearance Agreement
Referral Date 4/22/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/22/2009 | Flat fee to prepare assignment of mortgage ** | $125.00 |
| 06/25/2009 | Second part of foreclosure through cancellation of 08/11/2009 hearing. | $475.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/22/2009 | Service of process 7 Defendants | $501.30 |
| 06/24/2009 | Clerk's recording fee | $1.00 |
| 06/24/2009 | Record assignment of mortgage** | $18.50 |
| 06/25/2009 | Recording of dismissal | $23.50 |
| 06/26/2009 | Title Search | $340.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $600.00 |
| For Disbursements Incurred: | $884.30 |
| **Total this Invoice:** | $1,484.30 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37222
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Munch, Jessie & Abraham
Account No ▇▇7494
Our File No  40948
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇
Status -Foreclosure
Type of Billing - H&B/Forbearance Agreement
Referral Date 4/22/2009
Complaint Date - 05/04/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 08/07/2009 | Service of process | $405.00 |
| 08/07/2009 | Skip Trace | $96.30 |
| 12/07/2009 | Record assignment of mortgage | $18.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$519.80* |
| **Total Due:** | *$519.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37255
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Murphy, Jason & Melissa
Account No. ██1541
Our File No. 41365
Address - ████████████████████████████ FL ████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/07/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/03/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### *INVOICE SUMMARY*

| For Professional Services: | $125.00 |
|---|---|
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

Page 1



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33711
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Murray, Jonathan
Account No. ████9685
Our File No. 34174
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275 00 |
| 02/17/2009 | Record Assignment of Mortgage | $18.50 |
| 02/26/2009 | Hydra Investigation-Jonathan Murray | $45.00 |
| 03/17/2009 | Publication of NOA 2/283/7/09 | $133.65 |
| 04/01/2009 | Cost of Certified Court Documents | $17.00 |
| 04/03/2009 | SOP- Johnathan Murray-ut2 (x8) | $640.00 |
| 04/03/2009 | Skip Trace- Johnathan Murray | $96.30 |
| 07/14/2009 | Hydra investigation | $45.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:    *$1,270.45*

Total Due:    *$1,270.45*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

September 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 5581

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Nguyen, Andy
Account No. ███7801
Our File No. 28011
Address ███████████████████████████████████████
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 10/6/2008
Complaint Date - 10/15/2008
Date Of Sale - 7/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/06/2009 | Second part of foreclosure through cancellation of 7/13/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/04/2008 | Record Assignment of Mortgage** | $18.50 |
| 11/04/2008 | Abstract Fee | $0.60 |
| 11/06/2008 | Title Search | $275.00 |
| 02/17/2009 | Cost of Certified Court Documents | $17.00 |
| 03/24/2009 | Srvc of Process-3rd address victoria grove hoa | $35.00 |
| 07/23/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$700 00* |
| For Disbursements Incurred: | *$396.10* |
| **Total this Invoice:** | **$1,096.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37267
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Nguyen, Andy
Account No. ███7801
Our File No. 28011
Address - ████████████████████████████████████
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 10/6/2008
Complaint Date - 10/15/2008
Date Of Sale - 7/13/2009

---

**For Disbursements Incurred:**

---

| 08/24/2009 | Sale fee | $70.00 |
|---|---|---|

## *INVOICE SUMMARY*

| For Disbursements Incurred: | $70.00 |
|---|---|
| **Total Due:** | **$70.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4388

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Nichols, Tara
Account No. ●●0522
Our File No. 31943
Address - ●●●●●●●●●●●●●●●●●●●●●●●●●
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/4/2008
Complaint Date - 12/23/2008
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/14/2009 | Second part of foreclosure through 06/23/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/13/2009 | Clerk's Recording Fee | $1.00 |
| 01/13/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/17/2009 | Certified Court Documents | $14.00 |
| 06/10/2009 | Sale fee | $70.00 |
| 06/23/2009 | Cost of certified court documents | $50.00 |
| 06/23/2009 | Cost of certified court documents | $5.00 |
| 07/02/2009 | Publication of notice of sale | $84.00 |
| 07/08/2009 | Cost of certified court documents | $4.00 |
| 07/08/2009 | Documentary stamps | $7.77 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$254.27* |
| **Total this Invoice:** | **$904.27** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37132

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Nicolaev, Philip & Ana
Account No. ▓▓▓698
Our File No. 38311
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 03/25/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/05/2009 | Flat fee for motion for extension of time. | $250 00 |

## *INVOICE SUMMARY*

For Professional Services: *$250.00*

**Total Due:** *$250.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 16, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4110

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Noel, Alan
Account No. ⬤7410
Our File No. 39998
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓, Bradenton, FL ▓▓▓▓▓
Status - Foreclosure
Type of Billing - C&B,payoff
Referral Date 4/7/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/29/2009 | Flat fee for title claim | $125.00 |
| 06/12/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |
| 06/30/2009 | Second part of the foreclosure through completion of service. | $260.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/20/2009 | Service of process | $596.70 |
| 06/12/2009 | Record assignment of mortgage. ** | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 06/30/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$510.00* |
| For Disbursements Incurred: | *$913.70* |
| **Total this Invoice:** | ***$1,423.70*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37159
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Noel, Alan
Account No. ███7410
Our File No. 39998
Address - ████████████████████0
Status - Foreclosure
Type of Billing - C&B,payoff
Referral Date 4/7/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/07/2009 | Service of process | $405.00 |
| 08/07/2009 | Skip Trace | $191.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$596 70* |
| **Total Due:** | *$596.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33712
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Norris, Lori
Account No. ▌▌▌3278
Our File No. 40131
Address - ▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 05/15/2009 | Hydra Investigation-Lori Norris | $45.00 |
| 06/11/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 08/04/2009 | Service of process | $409.00 |
| 08/04/2009 | Skip Trace | $96.30 |
| 08/04/2009 | Record lis pendens | $3.50 |

## **INVOICE SUMMARY**

| | |
|---|---:|
| For Disbursements Incurred: | *$847.30* |
| **Total Due:** | *$847.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# I N V O I C E

Invoice #  8066

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v. Noyola, Delia & Noe Jr
Account No ▮▮2337
Our File No. 37773
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - BK Filed
Referral Date - 3/4/2009
Complaint Date - 03/16/2009
Date Of Sale - 08/04/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Second part of foreclosure through cancellation of 8/4/09 sale due to bankruptcy filed 8/3/09 | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/31/2009 | Clerk's Recording Fee | $1.00 |
| 03/31/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/09/2009 | Title Search | $275 00 |
| 05/05/2009 | Cost of Certified Court Documents | $10 00 |
| 05/20/2009 | SOP Delia Noyola-ut#2 (x6) | $270 00 |
| 05/20/2009 | Clerk's Additional Filing Fee | $9.00 |
| 06/28/2009 | Publication of notice of sale | $226.20 |
| 07/28/2009 | Sale fee | $70.00 |
| 08/03/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $650 00 |
| For Disbursements Incurred: | $929.70 |
| **Total this Invoice:** | **$1,579.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36717
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Nunez, Jose
Account No. ●●●6136
Our File No. 24820
Address - ████████████████████
Status -
Type of Billing -
Referral Date 7/31/2008
Complaint Date - 08/08/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/30/2008 | Flat fee for responding to the request to produce. | $475 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/02/2008 | Title Search | $465 00 |
| 07/10/2009 | Cost of certified court documents | $19.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$475.00* |
| For Disbursements Incurred: | *$484.00* |
| **Total Due:** | *$959.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37235
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Obando, Luis
Account No.███0831
Our File No. 41136
Address -████████████████████
Status -
Type of Billing -
Referral Date 4/24/2009
Complaint Date - 05/06/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/15/2009 | Cost of certified court documents | $20.00 |
| 07/01/2009 | Title search | $275.00 |
| 07/10/2009 | Cost of certified court documents | $20.00 |
| 08/03/2009 | Clerk's recording fee | $1.00 |
| 08/03/2009 | Record assignment of mortgage | $18.50 |
| 08/07/2009 | Service of process | $225.00 |
| 08/07/2009 | Clerk's filing fee | $9.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:       *$568.50*

Total Due:       *$568.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37126
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Odom, Sheila
Account No. ▮▮2532
Our File No. 38287
Address – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 5/18/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/06/2009 | Clerk's recording fee | $2.00 |
| 08/06/2009 | Record assignment of mortgage | $27.00 |
| 08/07/2009 | Service of process | $315.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$344.00* |
| **Total Due:** | *$344.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37038
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ohrt, Brian & Christine
Account No. ███7860
Our File No. 35191
Address - ███████████████████████
Status -
Type of Billing –
Referral Date 1/26/2009
Complaint Date - 02/10/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/07/2009 | Clerk's recording fee | $18 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$18.50* |
| **Total Due:** | *$18.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36725
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Oliva, Daniel
Account No ⬛6640
Our File No  25560
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/26/2008
Date Of Sale - 02/11/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 10/05/2009 | Service of process | $3.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$3.00* |
| **Total Due:** | *$3.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33713

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Olmedo, Carla
Account No. ▮▮▮0086
Our File No. 36874
Address - ▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Clerk's Recording Fee | $1.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 05/12/2009 | SOP Carla Olmedo-ut#2 (x8) | $360.00 |
| 05/12/2009 | Clerk's Additional Filing Fee | $8.50 |

### INVOICE SUMMARY

For Disbursements Incurred:            *$388.00*

**Total Due:**            **$388.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36746

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Olshefskie, Lee
Account No. ▇1284
Our File No. 28532
Address - ▇▇▇▇▇▇
Status -
Type of Billing –
Referral Date 10/14/2008
Complaint Date - 10/28/2008
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/01/2009 | Clerk's Recording Dismissal Fee (replacement check) | $18 50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$18 50* |
| **Total Due:** | *$18.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33715
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ortiz, Pablo
Account No. ▇▇▇7428
Our File No. 36610
Address – ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/11/2009
Complaint Date - 03/05/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 05/14/2009 | SOP Pablo Ortiz-ut#4 (x10) | $585.00 |
| 05/14/2009 | Skip Trace-Pablo Ortiz | $95.85 |
| 06/08/2009 | Cost of certified court documents | $19.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:          *$699.85*

**Total Due:**          *$699.85*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 10995
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Osborne, John
Account No. ███7194
Our File No. 29878
Address – ████████████████████████
Status - Foreclosure
Type of Billing - Thru Fcl Sale
Referral Date - 11/4/2008
Complaint Date - 11/24/2008
Date Of Sale - 07/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/26/2008 | Flat fee for title claim. | $125.00 |
| 11/28/2008 | Flat fee to prepare assignment of mortgage.** | $125.00 |
| 07/10/2009 | Second part of foreclosure through 7/10/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/25/2009 | Cost of Certified Court Documents | $15.00 |
| 05/26/2009 | Publication of NOS 5/9, 16/09 | $108.49 |
| 06/30/2009 | Sale fee | $70.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$900.00* |
| For Disbursements Incurred: | *$211.99* |
| **Total Due:** | ***$1,111.99*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4839

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v  Oteng-Amponsah, Wisdom &
Milor, Rodna
Account No. ███9425
Our File No. 34843
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Sale Bill, Vacate Sale
Referral Date - 1/21/2009
Complaint Date - 02/05/2009
Date Of Sale - 06/26/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 06/05/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/26/2009 | Second part of foreclosure through 6/26/2009 sale. | $650 00 |
| 06/26/2009 | Flat fee to vacate 6/26/2009 sale. | $400.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/23/2009 | Srvc of process usofwaw-ut#2 (x7) | $405.00 |
| 04/23/2009 | Skip Trace-Rodna Milor | $96.30 |
| 04/27/2009 | Cost of Certified Court Documents | $12 00 |
| 06/05/2009 | Record assignment of mortgage* | $27 00 |
| 06/13/2009 | Publication of notice of sale 6/6,13/09 | $111 00 |
| 06/17/2009 | Sale fee | $70 00 |
| 06/26/2009 | Cost of certified court documents | $5 00 |
| 06/26/2009 | Documentary stamps | $0.70 |
| 06/29/2009 | Clerk's filing fee | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,175.00* |
| For Disbursements Incurred: | *$777 00* |
| **Total this Invoice:** | ***$1,952.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37041
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pacheco, Carmen
Account No. ███3536
Our File No. 35323
Address - ███████████████████████████
Status -
Type of Billing -
Referral Date 1/27/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/13/2009 | SOP- Carmen Pachecho-ut2 (x6) | $460 00 |
| 05/20/2009 | Cost of Certified Court Docs | $18.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$478 00* |
| **Total Due:** | *$478.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37133
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pallares, Jose & Margarito
Account No. ●1273
Our File No. 38321
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 04/14/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/06/2009 | Hydra Investigation-Margarito Pallares | $45.00 |
| 07/29/2009 | Service of process | $450.00 |
| 07/29/2009 | Skip Trace | $95.85 |

### INVOICE SUMMARY

For Disbursements Incurred: _$590.85_

**Total Due:** _$590.85_

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37147
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Panza, Nicholas & Joann
Account No. ████1560
Our File No. 38708
Address – ██████████████████████████████
Status –
Type of Billing –
Referral Date 3/18/2009
Complaint Date – 03/30/2009
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/13/2009 | Clerk's Recording Fee | $1.00 |
| 04/13/2009 | Record Assignment of Mortgage | $18.50 |
| 04/15/2009 | Hydra Investigation-Nicholas Panza | $45.00 |
| 05/07/2009 | Title Search | $275.00 |
| 07/07/2009 | Service of process | $930.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:     *$1,269.50*

**Total Due:**     *$1,269.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7482

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pariso, Eric & Kim
Account No. ████2858
Our File No  46325-bk
Address - ████████████████████
Status - BK CH 13, 08-27575-EPK, 11/19/2008
Type of Billing - Open & Close File
Referral Date 7/22/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/22/2009 | Flat fee to open and close bankruptcy file. | $125.00 |

## *INVOICE SUMMARY*

For Professional Services:      *$125 00*

**Total this Invoice:**      **$125.00**
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 10467
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Parker, Thomas & Sybil
Account No. ▇▇6316
Our File No. 34820
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 1/21/2009
Complaint Date - 01/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/17/2009 | Srvc of process Thomas Parker-ut#2 (x6) | $270 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $270 00 |
| **Total Due:** | **$270.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

May 27, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 41892

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Parry, William
Account No ▆▆5643
Our File No  27542-EVIC
Address – ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 9/25/2008
Complaint Date – 10/01/2008
Date Of Sale - 01/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/03/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350 00 |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0 00* Hours | *$350 00* |
| **Total Due:** | | *$350.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37251
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pate, Timothy & Jennifer
Account No. ████0926
Our File No. 41346
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37239
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pattie, Britney & Thelma
Account No. ████4626
Our File No. 41231
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 4/27/2009
Complaint Date - 05/06/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | Hydra Investigation-Thelma Pattie | $45.00 |
| 07/01/2009 | Title search | $275.00 |
| 08/03/2009 | Clerk's recording fee | $1.00 |
| 08/03/2009 | Record assignment of mortgage | $18.50 |
| 08/07/2009 | Service of process | $315.00 |
| 08/07/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$750.80* |
| **Total Due:** | *$875.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 21, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5255

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pellegrino, Joseph
Account No. ▓▓4771
Our File No. 29754
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/31/2008
Complaint Date - 11/24/2008
Date Of Sale - 07/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/16/2009 | Flat fee for title claim | $125.00 |
| 05/07/2009 | Second part of foreclosure through 07/01/2009 sale | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Record Assignment of Mortgage** | $18.50 |
| 04/06/2009 | Cost of Certified Court Documents | $10.00 |
| 06/17/2009 | Publication of notice of sale | $182.04 |
| 06/22/2009 | Sale fee | $70.00 |
| 07/16/2009 | Cost of certified court documents | $4.00 |
| 07/16/2009 | Documentary stamps | $141 40 |
| 07/17/2009 | Sale fee | $28.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$453.94* |
| **Total this Invoice:** | ***$1,228.94*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37012
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Perez, Hector & Lopez, Loren
Account No. ▮▮2637
Our File No. 34816
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/02/2009
Date Of Sale - 09/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/11/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:     *$125.00*

**Total Due:**     *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33716
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Perez, Jose
Account No. ▓▓▓6762
Our File No  38459
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/09/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/29/2009 | Title Search | $275.00 |
| 05/11/2009 | Clerk's Recording Fee | $1.00 |
| 05/11/2009 | Record Assignment of Mortgage | $18.50 |
| 05/29/2009 | Publication of NOA 5/1623/09 | $141.24 |
| 07/12/2009 | Service of process | $1,260.00 |
| 07/12/2009 | Skip Trace | $192.60 |

## *INVOICE SUMMARY*

For Disbursements Incurred:                    $1,888.34

**Total Due:**                    $1,888.34

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 08, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3909

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Peri, Washington
Account No. ████2995
Our File No. 26738-EVIC
Address - ████████████████████████
████ ▪ ▪▪
Status -
Type of Billing -
Referral Date 9/11/2008
Complaint Date - 09/17/2008
Date Of Sale - 04/08/2009

---

**For Professional Services Rendered:**

---

| 06/19/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

---

| 04/28/2009 | Writ of Possession | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice
,

# *INVOICE*

Invoice # 12708
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Persaud, Tony
Account No ●●●9588 / ●●●●4912
Our File No. 37340
Address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 2/24/2009
Complaint Date - 03/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/27/2009 | Second part of the foreclosure through completion of service. | $310.00 |
| 05/04/2009 | Flat fee to respond to defendant's motion for extension of time, and to prepare and file fair debt package. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/31/2009 | Death Certificate - Lenora Michelle Ferguson | $35.25 |
| 04/02/2009 | Record Death Certificate | $10.00 |
| 05/14/2009 | SOP Tony Persaud-ut#2 (x8) | $360.00 |
| 05/14/2009 | Skip Trace-Lenora Ferguson | $96.30 |
| 05/14/2009 | Clerk's Additional Filing Fee | $5.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$810.00* |
| For Disbursements Incurred: | *$507.05* |
| **Total Due:** | ***$1,317.05*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36798

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Peterson, Spencer
Account No. ████8792
Our File No. 30310
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/10/2008
Complaint Date - 11/24/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/06/2009 | Flat fee for response to the request to produce. | $450.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$450.00* |
| **Total Due:** | *$450.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33717
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Peterson, Spencer
Account No. ███8792
Our File No. 30310
Address -██████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/10/2008
Complaint Date - 11/24/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/19/2008 | Srvc of Process CA-spencer petersonus of spencer peterson | $224.00 |
| 12/26/2008 | Clerk's Recording Fee | $3.00 |
| 12/26/2008 | Record Assignment of Mortgage** | $18.50 |
| 12/26/2008 | Abstract Fee | $0.60 |
| 02/20/2009 | Publication of NOA 1/282/4/09 | $150.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: $396.10

**Total Due:** $396.10

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36751
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Phillips, Duane
Account No ███ 1547
Our File No. 28862
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 10/16/2008
Complaint Date - 11/10/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/17/2008 | Flat fee to prepare assignment of mortgage. * | $125 00 |

### *INVOICE SUMMARY*

For Professional Services: | $125.00

**Total Due:** | *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33720
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pieratt, Marty
Account No. ██5447
Our File No. 40124
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/10/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 06/18/2009 | Title search | $275.00 |
| 08/04/2009 | Service of process | $1,020.00 |
| 08/04/2009 | Skip Trace | $95.40 |
| 08/04/2009 | Record lis pendens | $2.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$1,392.40* |
| **Total Due:** | *$1,392.40* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 02, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3558

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pierce, Robert
Account No ●●●5844
Our File No. 30230-EVIC
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Eviction
Referral Date 11/7/2008
Complaint Date - 11/28/2008
Date Of Sale - 04/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/01/2009 | Flat fee to prepare and file eviction lawsuit. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/13/2009 | Clerk's Filing Fee | $50.00 |
| 05/22/2009 | Writ of Possession | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$120.00* |
| **Total this Invoice:** | ***$470.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4401

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Piercy, Charles
Account No. ███6901
Our File No. 35189
Address – ███████████████████████
Status - Foreclosure
Type of Billing – Mobile Home Title Retirement
Referral Date 1/26/2009
Complaint Date - 02/13/2009
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/14/2009 | Second part of foreclosure through 06/23/2009 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/10/2009 | Clerk's Filing Fee | $2.50 |
| 03/10/2009 | Clerk's Recording Fee | $1.00 |
| 03/10/2009 | Summons Fee | $10.00 |
| 03/10/2009 | Record Lis Pendens | $10.50 |
| 03/16/2009 | Clerk's Recording Fee | $1.00 |
| 03/16/2009 | Record Assignment of Mortgage** | $27.00 |
| 04/16/2009 | Cost of Certified Court Documents | $10.00 |
| 04/16/2009 | Service of process | $45.00 |
| 05/01/2009 | Srvc of process Charles Piercy-ut#2 (x5) | $225.00 |
| 06/10/2009 | Sale fee | $70.00 |
| 06/19/2009 | Publication of notice of sale | $228.00 |
| 07/08/2009 | Cost of certified court documents | $5.00 |
| 07/08/2009 | Documentary stamps | $7.77 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$642.77* |
| **Total this Invoice:** | *$1,292.77* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 14486
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Piercy, Charles
Account No. ████6901
Our File No. 35189
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Mobile Home Title Retirement
Referral Date 1/26/2009
Complaint Date - 02/13/2009
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/24/2009 | Flat fee for mobile home retirement. | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/02/2009 | Publication of notice of sale | $144 00 |
| 07/23/2009 | --already billed- Service of process | $45 00 |
| 09/23/2009 | Secure mobile home title | $227 20 |
| 10/19/2009 | Clerk's recording fee | $35 50 |
| 12/18/2009 | Void old cks previously billed or not to be billed - QB ck #186328 | ($10 00) |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$441.70* |
| **Total Due:** | **$941.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37153
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pierre-Louis, Alix
Account No. ██1791
Our File No. 39661
Address – ████████████████████
Status –
Type of Billing –
Referral Date 3/31/2009
Complaint Date - 04/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/12/2009 | Flat fee to prepare assignment of mortgage  ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/15/2009 | Clerk's recording fee | $1.00 |
| 06/15/2009 | Record assignment of mortgage | $18.50 |
| 07/28/2009 | Service of process | $495.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$514.50* |
| **Total Due:** | **$639.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 24, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5396

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Pierre-Noel, Guirlaine
Account No. ███4884
Our File No. 30238
Address - ██████████████████████
Status - Foreclosure
Type of Billing - H&B/Client Request
Referral Date - 11/7/2008
Complaint Date - 11/24/2008
Date Of Sale - 07/09/2009

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 04/30/2009 | Second part of foreclosure through cancellation of 07/09/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 12/02/2008 | Title Search | $340.00 |
| 12/09/2008 | Hydra Investigation-Guirlaine Pierre-Noel | $45.00 |
| 12/29/2008 | Clerk's Recording Fee | $1.00 |
| 12/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 01/27/2009 | Publication of NOA 1/18/09 | $224.00 |
| 03/04/2009 | Cost of Certified Court Documents | $15.00 |
| 06/18/2009 | Publication of notice of sale | $199.50 |
| 07/06/2009 | Clerk's filing fee | $50.00 |
| 07/06/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$916.50* |
| **Total this Invoice:** | **$1,616.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37178
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pilcher, Jeffrey
Account No. ████7204
Our File No. 40443
Address - ████████████████
Status -
Type of Billing -
Referral Date 4/16/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/24/2009 | Record assignment of mortgage | $27 00 |
| 06/25/2009 | Title search | $395.00 |
| 08/05/2009 | Service of process | $270.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$692 00* |
| **Total Due:** | *$692.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36722
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pirrone, Guiseppe
Account No. ▬6642
Our File No. 25551-EVIC
Address - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status -
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/29/2008
Date Of Sale - 02/19/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/05/2009 | Writ of Possession | $70.00 |
| 03/27/2009 | Writ of Possession | $70.00 |
| 04/27/2009 | Writ of Possession | $70.00 |

### INVOICE SUMMARY

For Disbursements Incurred:        *$210.00*

**Total Due:**        *$210.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36721
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pirrone, Guiseppe
Account No. ████6642
Our File No. 25551
Address - ██████████████████
Status - ██████████████
Type of Billing -
Referral Date 8/18/2008
Complaint Date - 08/29/2008
Date Of Sale - 02/19/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|-------:|
| 04/16/2009 | Clerk's Recording Fee | $18.50 |
| 04/16/2009 | Documentary Stamps | $0.70 |
| 10/27/2009 | Service of process | $30.00 |
| 10/27/2009 | Clerk's filing fee | $8.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $57.20

**Total Due:** $57.20

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33721
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pitluk, Quentin
Account No. ████4479
Our File No. 36902
Address ² █████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/27/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/21/2009 | Publication of NOA 4/714/09 | $286.75 |
| 04/23/2009 | Certified Court Documents | $19.00 |
| 05/13/2009 | Skip Traces- Quentin & Carolyn Pitluck | $190.80 |
| 05/13/2009 | Short Filing Fee | $31.50 |
| 05/14/2009 | Service of Process- Quentin Pitluck-ut2 (x8) | $1,020.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:  $1,548.05

**Total Due:**  $1,548.05

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 36982
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Poinsett, Tina
Account No. ████9568
Our File No. 34053
Address ████████████████████████
Status -
Type of Billing -
Referral Date 1/9/2009
Complaint Date - 01/19/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/05/2010 | Record assignment of mortgage | $18.50 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $18.50 |
| **Total Due:** | **$143.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37084
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Potter, Robert
Account No. ████1600
Our File No. 37328
Address ████████████████████████████
Status -
Type of Billing -
Referral Date 2/24/2009
Complaint Date - 03/10/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/25/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/30/2009 | Clerk's Filing Fee | $2.50 |
| 03/30/2009 | Summons Fee | $10.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 05/15/2009 | SOP Robert Potter-ut#2 (x10) | $915.00 |
| 05/15/2009 | Skip Trace-Danis Properties Limited Partnership | $96.30 |
| 07/12/2009 | Service of process | $45.00 |
| 09/28/2009 | Hydra investigation | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,132.30* |
| **Total Due:** | ***$1,257.30*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36964
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Potthoff, Larry
Account No. ████4674
Our File No 33786
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 1/6/2009
Complaint Date - 1/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

For Professional Services: $125.00

**Total Due:** **$125.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37234
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pounall, Clement
Account No. ██████0711
Our File No. 41134
Address – ████████████████████
Status –
Type of Billing –
Referral Date 4/24/2009
Complaint Date – 05/04/2009
Date Of Sale –

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 06/18/2009 | Clerk's recording fee | $1 00 |
| 06/18/2009 | Record assignment of mortgage | $18.50 |
| 07/01/2009 | Title search | $340 00 |
| 08/07/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred: | $674.50

**Total Due:** | *$674.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37175

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Powers, Cristian
Account No. ████4672
Our File No. 40324
Address - ███████████████████████████
Status -
Type of Billing -
Referral Date 4/15/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### INVOICE SUMMARY

| For Professional Services: | $125.00 |
|---|---|
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328   BILLING@CONSUEGRALAW.COM
Phone (813)915-8660   Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice #  7873
Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Puerto, Jose
Account No. ██0401
Our File No. 33525
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/30/2008
Complaint Date - 1/12/2009
Date Of Sale - 07/30/2009

**For Professional Services Rendered:**

| 01/12/2009 | Flat fee for title claim | $125.00 |
| 05/18/2009 | Second part of foreclosure through 07/30/2009 sale | $700 00 |

**For Disbursements Incurred:**

| 02/10/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/17/2009 | Cost of Certified Court Documents | $31.00 |
| 04/02/2009 | Publication of NOA 3/1926/09 | $150 00 |
| 04/09/2009 | Srvc of process Jose Puerto-ut#2 (x6) | $360.00 |
| 06/19/2009 | Publication of notice of sale | $150.00 |
| 07/22/2009 | Documentary stamps | $0 70 |
| 07/22/2009 | Sale fee | $70.00 |
| 07/30/2009 | Cost of certified court documents | $5.00 |

## INVOICE SUMMARY

| For Professional Services: | $825.00 |
| For Disbursements Incurred: | $785 20 |
| **Total this Invoice:** | **$1,610.20** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 19, 2009
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 8225

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pyle, Ronald
Account No. ███3560
Our File No. 37561
Address -
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/27/2009
Complaint Date - 3/9/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/04/2009 | Flat fee for response to defendant's request for production and to prepare and file fair debt package. (OTA approved 7/30) | $1,450.00 |

## *INVOICE SUMMARY*

For Professional Services:                                   *$1,450 00*

**Total this Invoice:**                                      **$1,450.00**
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33722
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Pyle, Ronald
Account No. ●●●3560
Our File No. 37561
Address -
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/27/2009
Complaint Date - 3/9/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/04/2009 | Flat fee for motion for extension of time. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Service of process | $270.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $250.00 |
| For Disbursements Incurred: | $270.00 |
| **Total Due:** | **$520.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37050

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Quirello, Melissa
Account No. ▇▇7605
Our File No. 35640
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status -
Type of Billing -
Referral Date 1/30/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/28/2009 | Clerk's Additional Filing Fee | $10 00 |
| 08/07/2009 | Clerk's recording fee | $18.50 |

### *INVOICE SUMMARY*

For Disbursements Incurred: | $28.50

**Total Due:** | $28.50

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
### DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36713

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rainey, Judith
Account No. ■■5134
Our File No. 24679
Address - ■■■■■■■■■■■■■■■■■■■■■■
Status – Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 7/29/2008
Complaint Date - 8/5/2008
Date Of Sale - 09/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/22/2009 | Publication of notice of sale - 5/29, 6/5/09 | $100.00 |
| 09/01/2009 | Publication of notice of sale 08/21,28/2009 | $97.50 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$197.50* |
| **Total Due:** | *$197.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL **C** CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 24921
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rainey, Judith
Account No ▮▮5134
Our File No. 24679
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 7/29/2008
Complaint Date - 8/5/2008
Date Of Sale - 09/15/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/16/2009 | Clerk's filing fee to cancel 9/15/09 sale | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$50.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7763

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ramdial, Hardai
Account No. ████5899
Our File No. 30419
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 11/12/2008
Complaint Date - 11/28/2008
Date Of Sale - 7/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/25/2009 | Flat fee to reset 6/25/09 sale; attend 7/29/09 sale. | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/21/2009 | Sale fee | $70 00 |
| 07/30/2009 | Publication of notice of sale 7/9,16/09 | $150.50 |
| 08/10/2009 | Cost of certified court documents | $4 00 |
| 08/10/2009 | Documentary stamps | $0 70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$250 00* |
| For Disbursements Incurred: | *$225.20* |
| **Total this Invoice:** | *$475.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

July 20, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4560
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ramdial, Hardai
Account No. 5899
Our File No. 30419
Address -
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 11/12/2008
Complaint Date - 11/28/2008
Date Of Sale - 7/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/09/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/24/2009 | Second part of foreclosure through cancellation of 6/25/09 sale. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/25/2009 | Cost of Certified Court Documents | $15.00 |
| 06/17/2009 | Publication of notice of sale | $150.50 |
| 06/24/2009 | Clerk's filing fee to cancel 6/25/09 sale. | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $695.00 |
| For Disbursements Incurred: | $234.00 |
| **Total this Invoice:** | $929.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL **C** CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33724
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ramos, Yvette
Account No. ▇▇2576
Our File No. 32680
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/15/2008
Complaint Date - 01/05/2009
Date Of Sale -

## For Professional Services Rendered:

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 04/30/2009 | Flat fee for response to defendant's request for production request for interrogatories request for admissions motion for extension of time qualified written response fair debt package and cost bond. | $3,600.00 |

## For Disbursements Incurred:

| | | |
|---|---|---|
| 01/08/2009 | Title Search | $275.00 |
| 02/05/2009 | Srvc of Process-yvette ramos-ut2 (X7) | $315.00 |
| 02/19/2009 | Clerk's Recording Fee | $1.00 |
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$3,725.00* |
| For Disbursements Incurred: | *$609.50* |
| **Total Due:** | ***$4,334.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5778

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW5 v Ramoutar, Harinarian
Account No. ████8718
Our File No. 31851
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/2/2008
Complaint Date - 12/03/2008
Date Of Sale - 07/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/08/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 07/14/2009 | Second part of foreclosure through 07/14/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/09/2009 | Court Call | $60.00 |
| 04/10/2009 | Cost of Certified Court Documents | $15.00 |
| 06/26/2009 | Publication of notice of sale | $171.50 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/14/2009 | Documentary stamps | $0.70 |
| 07/15/2009 | Clerk's recording fee | $27.00 |
| 07/15/2009 | Cost of certified court documents | $5.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$349.20* |
| **Total this Invoice:** | ***$1,124.20*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36801
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ramsay, Eric
Account No. ██████0629
Our File No: 31485
Address – ████████████████████████████████,
███████
Status – █████████████████████████
Referral Date 11/24/2008
Complaint Date – 12/05/2008

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/10/2008 | Flat fee to prepare assignment of mortgage.** | $125 00 |
| 12/20/2008 | Second part of the foreclosure through completion of service. | $310 00 |

### INVOICE SUMMARY

For Professional Services:  *$435 00*

**Total Due:**  *$435.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33726
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rastetter, Barbara
Account No. ████0222
Our File No. 40079
Address ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/9/2009
Complaint Date - 04/28/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/09/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $275.00 |
| 07/29/2009 | Service of process | $315.00 |
| 07/29/2009 | Record lis pendens | $4.50 |

## *INVOICE SUMMARY*

For Disbursements Incurred:          *$613 00*

Total Due:          **$613.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

October 21, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  11983

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Rattan, Christopher & Judy
Account No. ██ 1298
Our File No. 34237
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Trailing costs
Referral Date 1/13/2009
Complaint Date - 01/22/2009
Date Of Sale - 05/12/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/16/2009 | Service of process | $450.00 |

## *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | *$450.00* |
| **Total this Invoice:** | *$450.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

May 27, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 41847

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Reddick, Marshall
Account No. ████0700
Our File No. 26572-EVIC
Address - ████████████████████████
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 9/9/2008
Complaint Date - 09/16/2008
Date Of Sale - 02/13/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/23/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/02/2009 | Writ of Possession | $70 00 |
| 06/10/2009 | Writ of possession | $70 00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services | 0.00 Hours | $350 00 |
| For Disbursements Incurred | | $140.00 |
| **Total Due:** | | *$490.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37010

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Renfroe, Mary & Ronald
Account No. ▬▬9274
Our File No. 34740
Address - ▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 04/30/2009 | Flat fee for response to the affirmative defenses and motion to dismiss. | $1,050.00 |

### *INVOICE SUMMARY*

For Professional Services: *$1,175.00*

**Total Due:** *$1,175.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 27, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5274

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Resendiz, Sergio
Account No ████2957
Our File No  32357
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/17/2008
Date Of Sale -08/31/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/01/2009 | Second part of foreclosure through cancellation of 7/2/09 sale. | $700 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $275.00 |
| 01/06/2009 | Hydra Investigation-Sergio Resendiz | $45.00 |
| 01/15/2009 | Cost of Certified Court Documents | $15.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/11/2009 | Publication of NOA 1/20,27/09 | $241.80 |
| 06/25/2009 | Publication of notice of sale 6/11,18/09 | $202.20 |
| 07/01/2009 | Clerk's filing fee to cancel 7/2/09 sale. | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $700 00 |
| For Disbursements Incurred: | $847.50 |
| **Total this Invoice:** | **$1,547.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36817

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Resendiz, Sergio
Account No. ⬛⬛2957
Our File No. 32357
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date – 12/17/2008
Date Of Sale -08/31/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/12/2010 | Clerk's filing fee | $50.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$50.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13177
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Resendiz, Sergio
Account No. ████2957
Our File No. 32357
Address ██████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/17/2008
Date Of Sale -08/31/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/22/2009 | Flat fee to reset sale date 07/02/2009; Cancel sale date 08/31/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/26/2009 | Clerk's filing fee | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | ***$300.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3676

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Reyes, Margoth
Account No. ███0411
Our File No. 29297
Address - ████████████████████
Status - Foreclosure
Type of Billing - H&B/Loss Mitigation
Referral Date 10/24/2008
Complaint Date - 11/14/2008
Date Of Sale - 06/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Second part of foreclosure through cancellation of 06/25/2009 sale. | $570 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/16/2008 | Clerk's Recording Fee | $1 00 |
| 02/02/2009 | Cost of Certified Court Documents | $26.00 |
| 06/16/2009 | Sale fee | $70.00 |
| 06/25/2009 | Nos of sale dates 6/12,19/09 | $117.50 |
| 06/25/2009 | Clerk's filing fee | $50.00 |
| 06/25/2009 | Recording of dismissal | $23.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$288.00* |
| **Total this Invoice:** | *$858.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice
,

# *INVOICE*

Invoice # 33732
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Reynolds, Loredana
Account No. ████6286
Our File No. 34235
Address ████████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/13/2009
Complaint Date - 01/22/2009
Date Of Sale - 09/02/2009

## For Professional Services Rendered:

| | | |
|---|---|---|
| 02/07/2009 | Flat fee to resolve contested foreclosure through motion for summary judgment. | $250.00 |

## For Disbursements Incurred:

| | | |
|---|---|---|
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/07/2009 | Skip Trace Loredana Reynolds | $95.85 |
| 04/08/2009 | Cost of Certified Court Documents | $17.00 |
| 04/30/2009 | Court Call | $60.00 |
| 08/20/2009 | Publication of notice of sale 8/13, 8/20 | $192.50 |
| 09/01/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$433.85* |
| **Total Due:** | *$683.85* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# I N V O I C E

Invoice # 36945
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Reynoso, Sara
Account No. ████3157
Our File No. 32760
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Trailing Costs
Referral Date 12/16/2008
Complaint Date - 12/30/2008
Date Of Sale - 06/18/2009

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/12/2009 | Flat fee for title claim. | $125.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6594

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rhynes, Alice & Henerson, Melvin
Account No. ████6556
Our File No. 37771
Address - ██████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/4/2009
Complaint Date - 03/16/2009
Date Of Sale - 07/20/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |
| 05/21/2009 | Second part of foreclosure through 07/20/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/01/2009 | Clerk's Recording Fee | $1.00 |
| 04/01/2009 | Record Assignment of Mortgage * | $18.50 |
| 04/08/2009 | Title Search | $275.00 |
| 04/17/2009 | Cost of Certified Court Documents | $10.00 |
| 05/20/2009 | SOP Alice Rhynes-ut#2 (x6) | $270.00 |
| 06/22/2009 | Publication of notice of sale | $159.90 |
| 07/09/2009 | Documentary stamps | $0.70 |
| 07/09/2009 | Sale fee | $70.00 |
| 07/20/2009 | Cost of certified court documents | $5.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$810.10* |
| **Total this Invoice:** | ***$1,585.10*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37100
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rhynes, Alice & Henerson,
Melvin
Account No. ████6556
Our File No. 37771
Address - ████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/4/2009
Complaint Date - 03/16/2009
Date Of Sale - 07/20/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/03/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $0.70 |
| **Total Due:** | $0.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37102
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rhynes, Alice & Henerson, Melvin
Account No ████6556
Our File No. 37771-Evic
Address -████████████████████
Status -Eviction
Referral Date -3/4/09

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/03/2009 | Writ of possession | $90 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$90 00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37093
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Richards, Jenna & Waldron, Leo
Account No. ████5735
Our File No. 37627
Address - ████████████
Status -
Type of Billing -
Referral Date 3/2/2009
Complaint Date - 03/12/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36729
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Richardson, Brian
Account No. ████5395
Our File No. 26088
Address - ████████████████████████████
33905
Status -
Type of Billing -
Referral Date 8/27/2008
Complaint Date - 09/03/2008
Date Of Sale - 01/14/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/24/2009 | Hydra investigation | $45.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$45.00* |
| **Total Due:** | *$45.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36983

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Richardson, Leroy & Williams-Richardson, Anne
Account No. ███8265
Our File No. 34054
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 1/9/2009
Complaint Date - 01/23/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| 07/14/2009 | Hydra investigation | $45 00 |
|---|---|---|

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $45.00 |
| **Total Due:** | **$45.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37174
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Richman, Jason & Monica
Account No. ██5281
Our File No. 40258
Address - ████████████████████
Status -
Type of Billing -
Referral Date 4/14/2009
Complaint Date - 04/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  7030

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Rios, Ronald
Account No.  ████7224
Our File No  28193
Address - ████████████████████
Status -Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/8/2008
Complaint Date - 10/21/2008
Date Of Sale - 07/21/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/24/2008 | Flat fee for title claim. | $125.00 |
| 07/21/2009 | Second part of foreclosure through 7/21/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/20/2008 | Summons fee | $70.00 |
| 11/07/2008 | Title Search | $275.00 |
| 11/11/2008 | Record Assignment of Mortgage** | $27.00 |
| 04/14/2009 | Srvc of Process-2nd address ron rioskimberly riosus of kr | $75.00 |
| 05/08/2009 | Srvc of Process-2nd address us of ron rios | $25.00 |
| 05/08/2009 | Cost of Certified Court Documents | $15.00 |
| 07/13/2009 | Sale fee | $70.00 |
| 07/21/2009 | Cost of certified court documents | $5.00 |
| 07/21/2009 | Documentary stamps | $0.70 |
| 07/23/2009 | Publication of notice of sale | $244.78 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$807.48* |
| **Total this Invoice:** | ***$1,632.48*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33940
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rios, Ronald
Account No. ███7224
Our File No. 28193
Address - ███████████████████████
Status -Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/8/2008
Complaint Date - 10/21/2008
Date Of Sale - 07/21/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Cost of certified court documents | $27.00 |
| 08/10/2009 | Cost of certified court documents | $5.00 |
| 08/10/2009 | Documentary stamps | $0 70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$32.70* |
| **Total Due:** | *$32.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6964

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ripoli, Michael & Dianne
Account No. ██1049
Our File No. 34727
Address - ████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 07/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/05/2009 | Flat fee to prepare assignment of mortgage.** | $125 00 |
| 06/18/2009 | Second part of foreclosure through 07/23/2009 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/13/2009 | Record Assignment of Mortgage** | $18 50 |
| 04/10/2009 | Cost of Certified Court Documents | $9.00 |
| 04/17/2009 | SOP- Dianne Ripoli-ut2 (x5) | $225.00 |
| 07/02/2009 | Publication of notice of sale | $216 89 |
| 07/15/2009 | Sale fee | $70.00 |
| 07/23/2009 | Cost of certified court documents | $5 00 |
| 07/23/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $775 00 |
| For Disbursements Incurred: | $545 09 |
| **Total this Invoice:** | **$1,320.09** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 8346

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rivera, Edgardo
Account No. ⬛⬛7425
Our File No. 39560
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 3/30/2009
Complaint Date - 04/21/2009
Date Of Sale - 08/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Second part of foreclosure through cancellation of 8/6/09 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/22/2009 | Title Search | $275.00 |
| 05/29/2009 | Clerk's Recording Fee | $2.00 |
| 05/29/2009 | Record Assignment of Mortgage** | $18.50 |
| 06/05/2009 | Cost of certified court documents | $16.00 |
| 07/23/2009 | Service of process | $540.00 |
| 07/23/2009 | Insurance Commissioner Fee | $15.00 |
| 07/27/2009 | Publication of notice of sale | $122.50 |
| 08/06/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$650.00* |
| For Disbursements Incurred: | *$1,039.00* |
| **Total this Invoice:** | **$1,689.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36732
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rivera, Juan
Account No ⬛0278
Our File No. 26163
Address - ⬛
Status -
Type of Billing -
Referral Date 8/28/2008
Complaint Date - 9/12/2008
Date Of Sale - 09/18/2009

**For Disbursements Incurred:**

| 09/01/2009 | Publication of notice of sale | $120.00 |
| 09/03/2009 | Sale fee | $70.00 |

### *INVOICE SUMMARY*

| For Disbursements Incurred: | $190.00 |
| **Total Due:** | **$190.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 11122
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rivera, Luis
Account No. ▇▇0398
Our File No. 32355
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/11/2008
Complaint Date - 12/23/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/05/2009 | Flat fee for title claim. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/21/2009 | Record Assignment of Mortgage** | $18.50 |
| 01/28/2009 | Hydra Investigation-Amarilis Torres-Rivera | $45.00 |
| 02/11/2009 | Hydra Investigation-Felicia Da-Nell Evans | $45.00 |
| 03/11/2009 | Cost of Certified Court Documents | $17.00 |
| 04/17/2009 | Srvc of process Felicia Evans | $275.00 |
| 04/17/2009 | Skip Trace Felicia Evans | $96.30 |
| 05/21/2009 | Srvc of Process-heritage bank of fla/richard adams | $25.00 |
| 06/28/2009 | Publication of notice of action 6/13,20/09 | $143.55 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $665.35 |
| **Total Due:** | **$790.35** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 17, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7829

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW5 v Rivera, Usbel
Account No ██1425
Our File No. 27817
Address - ███████████████████████
Status - Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 10/1/2008
Complaint Date - 10/03/2008
Date Of Sale - 04/30/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500.00 |

### *INVOICE SUMMARY*

For Professional Services:          *$500.00*

**Total this Invoice:**          *$500.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 34002
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW5 v Rivera, Usbel
Account No. ████425
Our File No. 27817
Address - ██████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/1/2008
Complaint Date - 10/03/2008
Date Of Sale - 04/30/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | Title for DW Mobile Home Application | $246.70 |
| 10/02/2009 | Clerk's recording fee | $27.00 |

### *INVOICE SUMMARY*

|  |  |
|---|---|
| For Disbursements Incurred: | $273.70 |
| **Total Due:** | *$273.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Bank of America
Via New Invoice

# *INVOICE*

Invoice # 37004
Federal ID # 59-2885854

Bank of America/TBW v Robbins, Marsha
Account No. ██1419
Our File No. 34735
Address – ████████████████████
Status – Foreclosure
Type of Billing - Cancel Sale
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 9/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36815
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Robertson, Brian
Account No. ▇▇2001
Our File No. 32334
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale - 09/22/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/27/2009 | Publication of notice of sale | $111.54 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$111 54* |
| **Total Due:** | *$111.54* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33735
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Robertson, Brian
Account No. ▓▓2001
Our File No. 32334
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale - 09/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/05/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $275.00 |
| 01/06/2009 | Srvc of Process mers | $25.00 |
| 01/06/2009 | Hydra Investigation-Brian Robertson | $45.00 |
| 02/10/2009 | Record Assignment of Mortgage | $18.50 |
| 02/18/2009 | Publication of NOA 1/312/7/09 | $127.55 |
| 03/02/2009 | Clerk's Additional Summons Fee | $10.00 |
| 03/02/2009 | Record Amended Lis Pendens | $21.00 |
| 03/04/2009 | Cost of Certified Court Documents | $17.00 |
| 05/18/2009 | SOP Ellen Zusman | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$584.05* |
| **Total Due:** | ***$709.05*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36779

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Robinson, Samuel
Account No. ██4849
Our File No  29728
Address - ██████████████████
Status -
Type of Billing -
Referral Date 11/3/2008
Complaint Date - 11/24/2008
Date Of Sale - 04/16/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/24/2009 | Clerk's recording fee | $18.50 |
| 10/15/2009 | Title policy | $765.50 |

## INVOICE SUMMARY

For Disbursements Incurred:                              *$784 00*

**Total Due:**                              **$784.00**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37040
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rodriguez, Jose
Account No. ████3460
Our File No. 35199
Address - ████████████████████
Status -
Type of Billing -
Referral Date 1/26/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/20/2009 | Skip Trace-Jose RodriguezJuan ColonCommercial Drivers Lic School | $288.90 |
| 04/20/2009 | Insurance Commissioner Fee State Farm Mutual | $30.00 |
| 04/21/2009 | Service of process- 54 defendants | $4,128.90 |
| 04/21/2009 | Publication of NOA 4/714/09 | $150.00 |
| 05/11/2009 | Record Lis Pendens | $42.00 |
| 08/07/2009 | Service of process | $140.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:  *$4,779.80*

**Total Due:**  *$4,779.80*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33737
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rodriguez, Osmay &
Fernandez, Daisy
Account No. ███2137
Our File No. 36513
Address - ████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/05/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Title Search | $275.00 |
| 03/16/2009 | Record Assignment of Mortgage | $18.50 |
| 05/12/2009 | SOP Osmay Rodriguez-ut#2 (x8) | $360.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $653.50 |
| **Total Due:** | **$778.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37003

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rodriguez, Sandra & Marcano, Enrique
Account No. ▓▓8858
Our File No. 34731
Address – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status –
Type of Billing –
Referral Date 1/20/2009
Complaint Date – 01/28/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | ***$125.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37152
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rogers, Antonio
Account No. ▬2597
Our File No. 39660
Address - ▬▬▬▬▬▬
Status -
Type of Billing -
Referral Date 3/31/2009
Complaint Date - 04/22/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/14/2009 | Title Search | $340.00 |
| 07/28/2009 | Service of process | $360.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$700 00* |
| **Total Due:** | ***$700.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12697

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rogers, Richard
Account No. ▮▮3682 / ▮▮▮▮678
Our File No. 31881
Address – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status – Foreclosure
Type of Billing – H & B, transfer to Roundpoint
Referral Date 12/3/2008
Complaint Date – 12/22/2008
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Second part of foreclosure through cancellation of 05/18/2009 hearing. | $570 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/30/2008 | Title Search | $275.00 |
| 01/15/2009 | Cost of Certified Court Documents | $23.00 |
| 02/18/2009 | Hydra Investigation-Richard Rogers | $45 00 |
| 03/23/2009 | Srvc of Process RI-richard rogersus of richard rogers | $224 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570.00* |
| For Disbursements Incurred: | *$567.00* |
| **Total Due:** | ***$1,137.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33742
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rogers, Richard
Account No. ██3243
Our File No. 30221
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/7/2008
Complaint Date – 01/07/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 03/09/2009 | Flat fee for motion for extension of time. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/16/2009 | Title Search | $275.00 |
| 02/18/2009 | Record Assignment of Mortgage | $18.50 |
| 03/05/2009 | Srvc of process Richard Rogers-ut#2 (x8) | $501.30 |
| 03/05/2009 | Clerk's Additional Filing Fee | $13.00 |
| 03/18/2009 | Cost of Certified Court Documents | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$375.00* |
| For Disbursements Incurred: | *$824.80* |
| **Total Due:** | ***$1,199.80*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37338
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rojas, Javier
Account No. ████0687
Our File No. 30424
Address - ████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/02/2008
Date Of Sale - 9/29/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/23/2009 | Clerk's filing fee | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$50.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 29197
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rojas, Javier
Account No. ●●0687
Our File No. 30424
Address - █████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/02/2008
Date Of Sale - 9/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/11/2008 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Clerk's Recording Fee | $1.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/09/2009 | Court Call | $60.00 |
| 07/01/2009 | Court Charge - Hearing | $60.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $139.50 |
| **Total Due:** | **$264.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33745
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ropes, Karen
Account No. ●1732
Our File No. 40550
Address – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/17/2009
Complaint Date - 05/01/2009
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 06/26/2009 | Title search | $395 00 |
| 07/15/2009 | Record assignment of mortgage | $18 50 |
| 07/22/2009 | Clerk's filing fee | $1.00 |
| 08/04/2009 | Cost of certified court documents | $28.00 |
| 08/06/2009 | Service of process | $450.00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Disbursements Incurred: | *$892.50* |
| **Total Due:** | *$892.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37158
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rosino, Alexandria &
Gundersen, Shawn
Account No: ███7717
Our File No. 39933
Address - ███████████████████████
Status -
Type of Billing -
Referral Date 4/6/2009
Complaint Date - 04/24/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/28/2009 | Service of Process | $35.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$35.00* |
| **Total Due:** | *$35.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33746

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ross, Michael
Account No ▮▮▮8369
Our File No. 34238
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/13/2009
Complaint Date - 01/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/24/2009 | Cost of Certified Court Documents | $15.00 |
| 04/07/2009 | Srvc of process Loredana Reynolds-ut#2(x5) | $315.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$330 00* |
| **Total Due:** | ***$330.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37072

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rossina, Julia
Account No. ██0396
Our File No. 36661
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 2/12/2009
Complaint Date -
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Title Search | $340.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$340.00* |
| **Total Due:** | *$340.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37117
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rothaar, Michael
Account No. ▓▓▓8799
Our File No. 37862
Address – ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status –
Type of Billing –
Referral Date 3/5/2009
Complaint Date – 03/16/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### INVOICE SUMMARY

| For Professional Services: | *$125.00* |
|---|---|
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 14044
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rudolph, Hettie & Billy
Account No ████0102
Our File No. 34733-Evic
Address - ████████████████
Status - Eviction
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 05/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/17/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/29/2009 | Writ of possession | $90.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total Due:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

May 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice #  39280

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Rudolph, Hettie & Billy
Account No. ▮▮0102
Our File No. 34733
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Trailing costs
Referral Date 1/20/2009
Complaint Date - 01/27/2009
Date Of Sale - 05/14/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/06/2009 | Secure mobile home title | $227.20 |
| 08/06/2009 | Clerk's recording fee | $27.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:          *$254.20*

**Total this Invoice:**          *$254.20*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 42252
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Rudolph, Hettie & Billy
Account No. ■■0102
Our File No. 34733
Address – ■■■■■■■■■■■■■
Status – Bankruptcy Filing
Referral Date 1/20/2009
Complaint Date – 01/27/2009
Date Of Sale – 05/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 09/28/2009 | Flat Fee to Retire Mobile Home | $500.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $500.00 |
| **Total Due:** | **$500.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7579

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ruiz, Iris
Account No. ███9616
Our File No. 37956
Address ██████████████████████
Status - Foreclosure
Type of Billing - H&B / Loss Mitigation
Referral Date 3/6/2009
Complaint Date - 03/18/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/29/2009 | Second part of foreclosure through cancellation of 9/23/09 hearing | $525 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/23/2009 | Title Search | $275.00 |
| 05/26/2009 | SOP Iris Ruiz-ut#2 (x6) | $270.00 |
| 07/29/2009 | Recording of dismissal | $23 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $525.00 |
| For Disbursements Incurred: | $568.50 |
| **Total this Invoice:** | **$1,093.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37249

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Russ, Garett & Kayla
Account No. ███8873
Our File No. 41341
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/07/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/01/2009 | Title search | $275.00 |
| 07/30/2009 | Cost of certified court documents | $11.00 |
| 08/03/2009 | Record assignment of mortgage | $18.50 |
| 08/07/2009 | Service of process | $315.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $619.50 |
| **Total Due:** | **$744.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12705
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ruszin, Michelle
Account No ▮▮0879 / ▮▮▮3468
Our File No. 37409
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 2/25/2009
Complaint Date - 03/10/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/25/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/02/2009 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/31/2009 | Clerk's Recording Fee | $1.00 |
| 03/31/2009 | Record Assignment of Mortgage ** | $18.50 |
| 05/11/2009 | Summons Fee | $10.00 |
| 05/11/2009 | Record Lis Pendens | $21 00 |
| 05/15/2009 | SOP Michelle Ruszin-ut#2 (x9) | $630.00 |
| 05/15/2009 | Skip Trace-Somerset Master Association | $96.30 |
| 06/10/2009 | Cost of certified court documents | $16.00 |
| 08/07/2009 | Service of process - baywood neighborhood association | $135 00 |
| 08/07/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$435.00* |
| For Disbursements Incurred: | *$1,024 10* |
| **Total Due:** | *$1,459.10* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37002
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Saint-Jean, Jean & Jean,
Joseph
Account No. ███3172
Our File No. 34730
Address - ████████████████████
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/06/2009 | Court Call | $60.00 |
| 02/19/2009 | Record Assignment of Mortgage | $18.50 |
| 04/17/2009 | Srvc of process Jean Saint-Jean-ut#2 (x9) | $405 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125 00 |
| For Disbursements Incurred: | $483.50 |
| **Total Due:** | **$608.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7867

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sanchez, Barbara
Account No. ████9727
Our File No. 32926
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/18/2008
Complaint Date - 12/30/2008
Date Of Sale - 04/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/24/2009 | Clerk's recording fee | $27 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$27 00* |
| **Total this Invoice:** | *$527.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36952
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sanchez, Barbara
Account No. ▓▓9727
Our File No. 32926
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/18/2008
Complaint Date - 12/30/2008
Date Of Sale - 04/29/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/06/2009 | Apply for Doublewide MH | $246.70 |
| 05/19/2009 | Apply for Doublewide MH | $146.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$393.40* |
| **Total Due:** | *$393.40* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33748
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sanon, Maxine
Account No. ████4880
Our File No. 35182
Address - ███████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/26/2009
Complaint Date - 02/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/04/2009 | Cost of Certified Court Documents | $17.00 |
| 05/11/2009 | Srvc of process Maxine Sanon-ut#2 (x5) | $225.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$242.00* |
| **Total Due:** | *$242.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36963
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Santacruz, Sonia
Account No. ███0987
Our File No. 33784
Address - ████████████████████
Status -
Type of Billing -
Referral Date 1/6/2009
Complaint Date - 01/16/2009
Date Of Sale -

___

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

For Professional Services: *$125.00*

**Total Due:** *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6285

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Santana, Alvaro
Account No. ███7476
Our File No. 37564
Address ███████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/27/2009
Complaint Date - 3/9/2009
Date Of Sale - 7/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/12/2009 | Second part of foreclosure through 07/16/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Clerk's Recording Fee | $1.00 |
| 04/07/2009 | Record Assignment of Mortgage** | $18.50 |
| 05/15/2009 | SOP- Alvaro Santana-ut2 (x6) | $270.00 |
| 05/15/2009 | Certified Court Documents | $26.00 |
| 07/07/2009 | Sale fee | $70.00 |
| 07/15/2009 | Publication of notice of sale | $155.32 |
| 07/16/2009 | Cost of certified court documents | $5.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$546.52* |
| **Total this Invoice:** | *$1,246.52* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37089

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Santana, Alvaro
Account No ▓▓7476
Our File No. 37564
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 2/27/2009
Complaint Date - 3/9/2009
Date Of Sale - 7/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/28/2009 | Cost of certified court documents | $5 00 |
| 07/28/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$5.70* |
| **Total Due:** | *$5.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6534

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Santiago, Debra
Account No. ████5321
Our File No. 31683
Address - ████████████████████████
Status - Foreclosure
Type of Billing - C & B/Client Request
Referral Date 11/26/2008
Complaint Date - 01/21/2009
Date Of Sale -

**For Professional Services Rendered:**

| 01/28/2009 | Flat fee to prepare assignment of mortgage. * | $35 00 |
| 07/23/2009 | Second part of foreclosure through cancellation of 10/6/09 hearing. | $225.00 |

**For Disbursements Incurred:**

| 01/26/2009 | Title Search | $275.00 |
| 02/18/2009 | Record Assignment of Mortgage * | $18.50 |
| 04/03/2009 | Srvc of process Debra Santiago-ut#2 (x10) | $450.00 |
| 04/03/2009 | Clerk's Additional Filing Fee | $12 00 |
| 04/08/2009 | Cost of Certified Court Documents | $11 00 |
| 07/23/2009 | Recording of dismissal | $23.50 |

### INVOICE SUMMARY

| For Professional Services: | *$260.00* |
| For Disbursements Incurred: | *$790.00* |
| **Total this Invoice:** | **$1,050.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5195

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Santo, James
Account No ████7705
Our File No. 29565-Evic
Address – ██████████████████████
Status - Eviction
Referral Date 10/29/2008
Complaint Date - 11/19/2008
Date Of Sale - 05/18/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/26/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/04/2009 | Writ of possession | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350 00* |
| For Disbursements Incurred: | *$70 00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 12975
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sapp, Cecil
Account No. ███1495
Our File No. 30427
Address - ████████████████
Status – Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/03/2008
Date Of Sale - 09/03/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/11/2008 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Clerk's Recording Fee | $1 00 |
| 01/20/2009 | Record Assignment of Mortgage ** | $18.50 |
| 02/04/2009 | Copy of Title Policy | $35.00 |
| 06/26/2009 | Publication of notice of sale 6/15,22/09. | $98.90 |
| 08/31/2009 | Clerk's filing fee to cancel 9/3/09 sale. | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| For Disbursements Incurred: | *$203.40* |
| **Total Due:** | *$328.40* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6316

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sarmiento, Max
Account No. ▓▓223
Our File No. 27544
Address - ▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 9/25/2008
Complaint Date - 09/30/2008
Date Of Sale - 7/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/12/2009 | Second part of foreclosure through 07/16/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/29/2008 | Clerk's Recording fee | $1.00 |
| 10/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 11/04/2008 | Title Search | $275.00 |
| 11/05/2008 | Cost of Certified Court Documents | $22.00 |
| 11/05/2008 | Hydra Investigation Pedro Pauta | $45.00 |
| 11/26/2008 | Srvc of Process NY-2nd address pedro pauta | $112.00 |
| 12/29/2008 | Publication of NOA 12/1017/08 | $174.40 |
| 02/09/2009 | Mediation Fee | $300.00 |
| 03/17/2009 | Attorney Ad Litem Fee | $100.00 |
| 07/07/2009 | Sale fee | $70.00 |
| 07/10/2009 | Publication of notice of sale | $163.50 |
| 07/16/2009 | Cost of certified court documents | $5.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$700.00* |
| For Disbursements Incurred: | *$1,287.10* |
| **Total this Invoice:** | **$1,987.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33999
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sarmiento, Max
Account No. ▮▮3223
Our File No. 27544
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 9/25/2008
Complaint Date - 09/30/2008
Date Of Sale - 7/16/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/29/2009 | Cost of certified court documents | $5.00 |
| 07/29/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $5.70 |
| **Total Due:** | **$5.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33754
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sauve, Louise
Account No. ███1589
Our File No. 40216
Address – ████████████████████

Status – Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date – 04/30/2009
Date Of Sale – 09/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/18/2009 | Flat fee to prepare assignment of mortgage | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/08/2009 | Clerk's recording fee | $3.00 |
| 06/08/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Cost of certified court documents | $19 00 |
| 06/18/2009 | Title search | $275.00 |
| 07/10/2009 | Cost of certified court documents | $19.00 |
| 08/04/2009 | Service of process | $495.00 |
| 08/04/2009 | Skip Trace | $190 80 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $1,020.30 |
| **Total Due:** | **$1,145.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37165
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sauve, Louise
Account No. ▓▓1589
Our File No. 40216
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/13/2009
Complaint Date - 04/30/2009
Date Of Sale - 09/23/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/05/2009 | Publication of notice of sale | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$150.00* |
| **Total Due:** | *$150.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *I N V O I C E*

Invoice # 33756
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schlesinger, David
Account No. ████6800
Our File No. 26844
Address – ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 9/12/2008
Complaint Date - 09/18/2008
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/10/2008 | Flat fee request for interrogatories | $300.00 |
| 01/30/2009 | Flat fee for motion to dismiss. | $1,050.00 |
| 03/18/2009 | Flat fee for response to the request to produce and answers to the affirmative defenses. | $1,800.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/20/2008 | Clerk's Filing Fee | $3.00 |
| 10/24/2008 | Title Search | $275.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$3,150.00* |
| For Disbursements Incurred: | *$278.00* |
| **Total Due:** | *$3,428.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33758
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schrock, Joshua
Account No ████5077
Our File No. 33533
Address - ████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/30/2008
Complaint Date - 1/16/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/17/2009 | Record Assignment of Mortgage | $18.50 |
| 03/12/2009 | Srvc of Process-Josh Schrock-ut2 (x6) | $270.00 |
| 03/13/2009 | Cost of Certified Court Docs | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$305.50* |
| **Total Due:** | **$430.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37045
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schuster, Elizabeth & Philip
Account No. ███8428
Our File No. 35447
Address - ██████████████████████
Status -
Type of Billing -
Referral Date 1/28/2009
Complaint Date - 02/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/03/2009 | Record Death Certificate | $10.00 |
| 05/18/2009 | SOP Elizabeth Schuster-ut#2 (x9) | $735.00 |
| 05/18/2009 | Skip Trace-Philip Schuster | $95.85 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$840.85* |
| **Total Due:** | *$840.85* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33759
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schwartz, Harry
Account No. ████7706
Our File No. 32681
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/15/2008
Complaint Date - 12/23/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/24/2008 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/08/2009 | Hydra Investigation-Sofia Schwartz | $45.00 |
| 01/08/2009 | Title Search | $275 00 |
| 01/20/2009 | Clerk's Recording Fee | $1 00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 05/07/2009 | Publication of NOA 3/1825/09 | $144.60 |
| 05/21/2009 | Srvc of Process-sophia schwartzus of sophia schwartz | $50.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$534.10* |
| **Total Due:** | **$659.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36784

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schweizer, Robin
Account No. ███0582
Our File No. 29753-Evic
Address – ███████████████████████
Status –
Type of Billing –
Referral Date 10/31/2008
Complaint Date – 11/13/2008
Date Of Sale - 07/10/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/27/2009 | Clerk's filing fee | $50.00 |
| 08/10/2009 | Writ of possession | $130.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$180.00* |
| **Total Due:** | *$180.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 21, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4836

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Schwartz, Roy
Account No ████3442
Our File No. 35184
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/26/2009
Complaint Date - 02/06/2009
Date Of Sale - 10/06/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee for title claim. | $125.00 |
| 02/17/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/06/2009 | Flat fee to attend emergency hearing 7/6/09 on defendant's motion to cancel 7/7/09 sale; reset 7/7/09 sale; prepare for 10/6/09 sale; place file on hold after client advises loss mitigation efforts have begun. | $350.00 |
| 07/08/2009 | Second part of foreclosure through cancellation of 7/7/09 sale. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/10/2009 | Cost of Certified Court Documents | $16.00 |
| 03/13/2009 | SOP- Roy Schwartz-ut2 (x4) | $180.00 |
| 03/16/2009 | Record Assignment of Mortgage ** | $18.50 |
| 05/01/2009 | Publication of NOS 4/15 22/09 | $150.00 |
| 07/07/2009 | Clerk's filing fee - cancel 7/7/09 sale | $50.00 |
| 07/08/2009 | Clerk's filing fee - cancel 10/6/09 sale | $50.00 |
| 07/10/2009 | Publication of notice of sale for 10/6/09 sale | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,200.00* |
| For Disbursements Incurred: | *$614.50* |
| **Total this Invoice:** | ***$1,814.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33994
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Schwartz, Roy
Account No. ███3442
Our File No. 35184
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/26/2009
Complaint Date - 02/06/2009
Date Of Sale - 10/06/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/05/2009 | Publication of notice of sale 7/23, 7/30/2009 | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $150.00 |
| **Total Due:** | **$150.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# I N V O I C E

Invoice # 9014
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Schweizer, Robin
Account No. ██0582
Our File No. 29753
Address - ████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/31/2008
Complaint Date - 11/13/2008
Date Of Sale - 07/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/25/2008 | Flat fee to prepare assignment of mortgage. *** | $125.00 |
| 07/10/2009 | Second part of foreclosure through 7/10/09 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Record Assignment of Mortgage** | $27 00 |
| 02/18/2009 | Cost of Certified Court Documents | $13.00 |
| 05/26/2009 | Publication of NOS 5/9, 16/09 | $133.65 |
| 06/30/2009 | Sale fee | $70.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $243 65 |
| **Total Due:** | **$1,018.65** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33761

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Seoane, Angel
Account No. ▮▮5359
Our File No. 31068
Address - ▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/17/2008
Complaint Date - 12/02/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/11/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Clerk's Recording Fee | $1.00 |
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 01/23/2009 | Payoff Request Fee | $10.00 |
| 02/02/2009 | Cost of Certified Court Documents | $21.00 |
| 02/11/2009 | Publication of NOA 1/2229/09 | $150.00 |
| 02/18/2009 | Hydra Investigation-Dania Calero | $45.00 |
| 03/10/2009 | Srvc of Process-2nd3rd address angel seoane-us of delsa tejedo | $240.00 |

## *INVOICE SUMMARY*

|  |  |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$485.50* |
| **Total Due:** | **$610.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

October 22, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 14167

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Serra, Elia
Account No. ████0858
Our File No. 34242
Address - ████████████████████████
Status - ████████████
Type of Billing –
Referral Date 1/13/2009
Complaint Date - 01/22/2009
Date Of Sale - 09/04/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/28/2009 | Flat fee for title claim. | $125.00 |
| 02/04/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/24/2009 | Flat fee to reset 6/16/2009 sale; cancel 9/4/2009 sale. | $250.00 |
| 09/04/2009 | Second part of foreclosure through cancellation of 9/4/2009 sale. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/26/2009 | Title Search | $275.00 |
| 02/13/2009 | Record Assignment of Mortgage  ** | $18.50 |
| 03/17/2009 | Cost of Certified Court Documents | $18.00 |
| 04/07/2009 | Srvc of process Elia Serra-ut#2 (x5) | $225.00 |
| 04/23/2009 | Notice of Dropping Fee | $13.00 |
| 06/29/2009 | Clerk's filing fee | $50.00 |
| 07/16/2009 | Publication of notice of sale | $151.57 |
| 09/10/2009 | Publication of notice of sale 8/19,26/2009 | $150.02 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,100.00* |
| For Disbursements Incurred: | *$901.09* |
| **Total this Invoice:** | ***$2,001.09*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37009
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Servil, Robens & Pierre-Gilles,
Claire
Account No. ▆2817
Our File No. 34737
Address - ▆▆▆▆▆▆▆▆▆▆▆
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/29/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 02/13/2009 | Abstract Fee | $0.60 |
| 04/17/2009 | Srvc of process Robens Servil-ut#2 (x9) | $405.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $424.10 |
| **Total Due:** | **$549.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12688
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Setabouha, Nedal #3
Account No ████5498 / █████9045
Our File No. 39563
Address – ████████████████████
Status – Foreclosure
Type of Billing – H & B, transfer to Roundpoint
Referral Date 3/30/2009
Complaint Date - 04/21/2009
Date Of Sale - 08/27/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/03/2009 | Record assignment of mortgage ** | $18.50 |
| 06/23/2009 | Cost of certified court documents | $19.00 |
| 07/23/2009 | Service of process | $920.00 |
| 07/23/2009 | Skip Trace | $95.85 |
| 08/21/2009 | Publication of notice of sale  8/14, 8/21/09 | $105.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:  *$1,158.35*

Total Due:  *$1,158.35*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37086
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Seward, Edward & Lori
Account No. ⬛⬛5881
Our File No. 37332
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 2/24/2009
Complaint Date - 03/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/31/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

July 21, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5292

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Shaw, Veronica
Account No. ███9377
Our File No. 37663
Address – ████████████████████████
Status - Foreclosure
Type of Billing – Sale Bill
Referral Date 3/3/2009
Complaint Date - 03/13/2009
Date Of Sale - 7/2/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/27/2009 | Second part of foreclosure through 7/2/09 sale. | $650 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/08/2009 | Title Search | $275 00 |
| 04/09/2009 | Record Assignment of Mortgage | $18 50 |
| 04/28/2009 | Cost of Certified Court Documents | $10.00 |
| 05/20/2009 | SOP Veronica Shaw-ut#2 (x4) | $320 85 |
| 06/23/2009 | Sale fee | $70 00 |
| 06/28/2009 | Publication of notice of sale 6/19,26/09 | $100.00 |
| 07/16/2009 | Cost of certified court documents | $4.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $650 00 |
| For Disbursements Incurred: | $799.05 |
| **Total this Invoice:** | **$1,449.05** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37096

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Shaw, Veronica
Account No. ███9377
Our File No. 37663
Address – ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 3/3/2009
Complaint Date – 03/13/2009
Date Of Sale - 7/2/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/02/2009 | Cost of certified court documents | $5.00 |
| 07/02/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $5.70

**Total Due:** $5.70

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33762
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Shock, Lyndale
Account No. ███6841
Our File No. 37044
Address - 1███████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/19/2009
Complaint Date - 02/27/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/31/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/26/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Lyndale Shock-ut2 (x7) | $405 00 |
| 05/13/2009 | Skip Trace- Lyndale Shock | $96.30 |
| 05/13/2009 | Short Filing Fee | $2.50 |
| 08/07/2009 | Cost of certified court documents | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$539.30* |
| **Total Due:** | **$664.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# I N V O I C E

Invoice # 13172
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Shoemake, Stephanie
Account No. ███5144
Our File No. 28267
Address - ████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 10/10/2008
Complaint Date - 10/21/2008
Date Of Sale - 08/27/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/07/2008 | Title Search | $275.00 |
| 11/11/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/05/2009 | Cost of Certified Court Documents | $17.00 |
| 07/13/2009 | Publication of notice of sale dates 06/27*07/04/2009 | $120.70 |
| 08/25/2009 | Clerk's filing fee | $50.00 |

## INVOICE SUMMARY

For Disbursements Incurred:                                    *$481.20*

**Total Due:**                                                 *$481.20*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL **C** CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 24, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6541

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Shuman, Tracy
Account No. ▓5336
Our File No. 30228
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - BK Filed
Referral Date - 11/7/2008
Complaint Date - 12/02/2008
Date Of Sale - N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/23/2009 | Second part of foreclosure through 6/9/09 hearing; judgment not entered; stop work due to bankruptcy filed on 7/21/09. | $275.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/29/2009 | Clerk's Recording Fee | $1.00 |
| 01/29/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/04/2009 | Cost of Certified Court Documents | $11.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $275.00 |
| For Disbursements Incurred: | $30.50 |
| **Total this Invoice:** | $305.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8326

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Shuman, Tracy
Account No █5336
Our File No. 30228-bk
Address - ███████████████████████
Status - BK CH 13, 09-40661-LMK, 7/21/2009
Type of Billing - POC
Referral Date 8/3/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/06/2009 | Prepare and file proof of claim in bankruptcy with client | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$150 00* |
| **Total this Invoice:** | *$150.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37071
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Siegel, Joyce
Account No. ████68969
Our File No. 36658
Address - ████████████████████
Status -
Type of Billing -
Referral Date 2/12/2009
Complaint Date - 02/25/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP Joyce Siegel | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $45.00 |
| **Total Due:** | **$45.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

Page 1



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6468

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Simeon, Gabrielle & Abner
Account No ▮▮4471
Our File No. 34175
Address -▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 8/19/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |
| 06/22/2009 | Second part of foreclosure through cancellation of 7/16/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/26/2009 | Title Search | $340.00 |
| 02/13/2009 | Clerk's Recording Fee | $1.00 |
| 02/13/2009 | Record Assignment of Mortgage | $18.50 |
| 04/01/2009 | Cost of Certified Court Documents | $17.00 |
| 04/03/2009 | SOP- Gabrielle Simeon-ut2 (x6) | $270.00 |
| 07/15/2009 | Clerk's filing fee to cancel 7/16/09 sale. | $50.00 |
| 07/27/2009 | Publication of notice of sale | $189.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$885.50* |
| **Total this Invoice:** | *$1,710.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *I N V O I C E*

Invoice # 19229
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Simeon, Gabrielle & Abner
Account No. ▓▓4471
Our File No. 34175
Address - ████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 8/19/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/19/2009 | Flat fee to reset 7/16/09 sale; attend 8/19/09 sale. | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/07/2009 | Sale fee | $70 00 |
| 08/11/2009 | Publication of notice of sale | $185.50 |
| 10/30/2009 | Cost of certified court documents | $5.00 |
| 10/30/2009 | Documentary stamps | $0 70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$261.20* |
| **Total Due:** | *$511.20* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36754
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Simmons, Bradley
Account No. ███0151
Our File No. 29005
Address - ████████████████████
Status -
Type of Billing -
Referral Date 10/20/2008
Complaint Date - 11/11/2008
Date Of Sale - 03/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/27/2009 | Clerk's recording fee | $18.50 |
| 01/27/2010 | Title policy | $579 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$598.00* |
| **Total Due:** | *$598.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37252
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Simmons, Timothy
Account No. ███3515
Our File No. 41357
Address – ████████████████████
Status –
Type of Billing –
Referral Date 4/28/2009
Complaint Date - 05/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/01/2009 | Flat fee to prepare assignment of mortgage. | $125 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7467

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Singletary, Pickett
Account No. ███1314
Our File No. 29383-Evic
Address - ████████████████████
Status - Eviction
Referral Date 10/27/2008
Complaint Date – 01/16/2009
Date Of Sale - 05/19/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/22/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

## *INVOICE SUMMARY*

For Professional Services:    *$350.00*

**Total this Invoice:**    *$350.00*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33763
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Smallwood, Brian
Account No. ▓▓1135
Our File No. 40075
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/9/2009
Complaint Date - 04/28/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/12/2009 | Clerk's recording fee | $1.00 |
| 06/12/2009 | Record assignment of mortgage | $18.50 |
| 06/18/2009 | Title search | $340.00 |
| 07/29/2009 | Service of process | $315.00 |
| 07/29/2009 | Skip Trace | $95.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $769.90 |
| **Total Due:** | **$769.90** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33764
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Smith, Charles
Account No. ●0304
Our File No. 40313
Address – ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/15/2009
Complaint Date - 05/01/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 05/19/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 06/18/2009 | Record assignment of mortgage | $27.00 |
| 06/25/2009 | Title search | $340.00 |
| 08/04/2009 | Service of process | $360 00 |

## *INVOICE SUMMARY*

| | |
|---|---:|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $727 00 |
| **Total Due:** | *$852.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *I N V O I C E*

Invoice # 33766

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Smith, David
Account No. ███8799
Our File No. 37402
Address - ████████████████████████,
████████

Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/25/2009
Complaint Date - 03/10/2009
Date Of Sale - 10/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Hydra Investigation-Shekita Hill | $45.00 |
| 04/29/2009 | Clerk's Alias Summons Fee | $10.00 |
| 05/12/2009 | Clerk's Filing Fee | $2.50 |
| 05/12/2009 | Clerk's Indexing Fee | $1.00 |
| 05/12/2009 | Summons Fee | $10.00 |
| 05/12/2009 | Record Lis Pendens | $13.00 |
| 05/26/2009 | Skip Trace-KennethMayShekitaHillConnieSmithCameiaJacksonAngelicaLarry | $577.80 |
| 05/26/2009 | Clerk's Additional Filing Fee | $343.00 |
| 05/27/2009 | Service of Process | $1,215.00 |
| 06/05/2009 | Cost of certified court documents | $18.00 |
| 06/28/2009 | Publication of notice of action | $179.05 |
| 07/17/2009 | Publication of notice of action | $181.95 |
| 08/04/2009 | Service of process | $45.00 |
| 08/04/2009 | Skip Trace | $96.30 |
| 08/07/2009 | Service of process | $45.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $2,782.60 |
| **Total this Invoice:** | **$2,782.60** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6305

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Smith, Florence
Account No. ▆▆1531
Our File No. 29592
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/30/2008
Complaint Date - 11/25/2008
Date Of Sale - 07/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/26/2008 | Flat fee for title claim. | $125.00 |
| 06/11/2009 | Second part of foreclosure through 07/16/2009 sale. | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Clerk's Recording Fee | $1.00 |
| 12/12/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/13/2009 | Cost of Certified Court Documents | $10.00 |
| 06/28/2009 | Publication of notice of sale | $230.19 |
| 07/06/2009 | Sale fee | $70.00 |
| 07/16/2009 | Cost of certified court documents | $5.00 |
| 07/16/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$335.39* |
| **Total this Invoice:** | *$1,110.39* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36773
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Smith, Florence
Account No. ██1531
Our File No. 29592
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 10/30/2008
Complaint Date – 11/25/2008
Date Of Sale - 07/16/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 07/16/2009 | Publication of notice of sale- we mistakenly sent two checks for pub order# 12616328 | $230.19 |
| 07/28/2009 | Documentary stamps | $0.70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $230.89 |
| **Total Due:** | $230.89 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36762
Federal ID # 59-2885854

Taylor,Bean & Whitake/TBW v Smith, Veleta
Account No ⬛2907
Our file No. 29304-Evic
Address - ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
Referral Date 10/27/2008

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| For Disbursements Incurred: | | *$90 00* |
| **Total Due:** | | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36795
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Snow, Margaret
Account No. ████5221
Our File No. 30247
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 11/7/2008
Complaint Date - 12/02/2008
Date Of Sale - 03/31/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/01/2009 | Cost of Certified Court Documents | $4.00 |
| 04/01/2009 | Documentary Stamps | $0.70 |
| 07/27/2009 | Clerk's recording fee | $18 50 |
| 01/27/2010 | Title policy | $782.50 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  $805 70

**Total Due:**  **$805.70**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33767
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sobrinho, Lizete
Account No ████0564
Our File No. 37563
Address – ███████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/27/2009
Complaint Date - 3/9/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/07/2009 | Hydra Investigation-Lizete Sobrinho | $45.00 |
| 04/07/2009 | Clerk's Recording Fee | $2.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 04/07/2009 | Abstract Fee | $0.60 |
| 05/15/2009 | SOP Lizete Sobrinho-ut#2 (x5) | $505.00 |
| 05/15/2009 | Skip Trace-Lizete Sobrinho | $95.85 |
| 05/15/2009 | Clerk's Additional Filing Fee | $18.00 |
| 06/19/2009 | Publication of notice of action | $150.00 |
| 07/09/2009 | Cost of certified court documents | $22.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$856.95* |
| **Total Due:** | *$856.95* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33768
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Soderquist, Mark
Account No. ████7441
Our File No. 38454
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/14/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/12/2009 | Cost of certified court documents | $15.00 |
| 07/10/2009 | Cost of certified court documents | $15 00 |
| 07/17/2009 | Service of process | $315.00 |

### *INVOICE SUMMARY*

| | |
|--|--|
| For Disbursements Incurred: | *$345.00* |
| **Total Due:** | *$345.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37049
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Solu, Mart
Account No. ██1316
Our File No. 35536
Address – ████████████████
Status – Fcl/BK
Referral Date 1/29/2009
Complaint Date – 03/02/2009
Date Of Sale –

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/29/2009 | Second part of foreclosure through cancellation of 06/26/2009 hearing. | $570.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$570 00* |
| **Total Due:** | *$570.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

June 02, 2010

Taylor, Bean & Whitaker

# *INVOICE*

Invoice # 42307
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Solu, Mart
Account No. ●●1316
Our File No. 35536-bk
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - BK CH 7, 8:09-bk-11406-KRM, 5/29/2009
Type of Billing - Bankruptcy Filing
Referral Date 7/31/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/15/2009 | Flat fee to open, review and close file | $125 00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Professional Services: | *0.00* Hours | $125.00 |
| **Total Due:** | | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



# LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36735
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v St. Clair, William
Account No  ████2328
Our File No. 26675
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 9/10/2008
Complaint Date - 09/18/2008
Date Of Sale - 06/03/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/02/2009 | -previously estimated; needs to bill $5.82 difference- Publication of notice of sale | $155.82 |
| 03/30/2010 | Record lis pendens | $5 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$160.82* |
| **Total Due:** | *$160.82* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12674

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v St Clor, Marie
Account No. ████7518 / ████7312
Our File No. 39562
Address - ██████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 3/30/2009
Complaint Date - 04/21/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/28/2009 | Second part of the foreclosure through completion of service | $260.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/29/2009 | Record Assignment of Mortgage ** | $18.50 |
| 06/25/2009 | Publication of notice of action - 6/4, 6/11 | $154.00 |
| 07/23/2009 | Service of process | $180.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$260.00* |
| For Disbursements Incurred: | *$352.50* |
| **Total Due:** | *$612.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16,  2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37073

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stebbins, Richard Greg
Account No. ████9535
Our File No. 36667
Address – ██████████████████████
Status – Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date – 02/25/2009
Date Of Sale - 09/16/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/09/2009 | Publication of notice of sale | $439.53 |

### *INVOICE SUMMARY*

For Disbursements Incurred: | *$439.53* |

**Total Due:** | *$439.53* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33770
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stebbins, Richard Greg
Account No. ▓▓9535
Our File No. 36667
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/25/2009
Date Of Sale - 09/16/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/04/2009 | Court Call | $60.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 05/12/2009 | SOP Richard Stebbins-ut#2 (x6) | $270 00 |
| 06/11/2009 | Cost of certified court documents | $17.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$365.50* |
| **Total Due:** | *$365.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
## DANIEL C. CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37011
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Steinmetz, Jon & Cynthia
Account No. 1▮▮0567
Our File No. 34741
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 02/02/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---:|
| 02/11/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 02/27/2009 | Record Assignment of Mortgage | $18.50 |
| 04/24/2009 | Srvc of Process-jon steinmetz-ut2 (X5) | $270.00 |
| 04/24/2009 | Skip Trace-Cynthia Steinmetz Gregory | $96.30 |
| 04/24/2009 | Clerk's Additional Filing Fee | $7 50 |

### INVOICE SUMMARY

| | |
|---|---:|
| For Professional Services: | $125 00 |
| For Disbursements Incurred: | $392 30 |
| **Total Due:** | **$517.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 05, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7930

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Stephens, Velma
Account No. ▮▮1996
Our File No. 25553
Address - ▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Hold for BK
Referral Date - 8/18/2008
Complaint Date - 08/25/2008
Date Of Sale - N/A

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/05/2009 | Flat fee to reset 11/12/08 hearing due to bankruptcy or stipulation; reset hearing per Judge request ; stop work due to new bankruptcy filing 7/31/09. | $325.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Cost of Certified Court Documents | $15.00 |
| 01/27/2009 | Srvc of Process-velma stevens- alias service | $25.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$325.00* |
| For Disbursements Incurred: | *$40.00* |
| **Total this Invoice:** | *$365.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33771
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stewart, Veronica
Account No. ▉2805
Our File No. 26570
Address - ▉▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 9/9/2008
Complaint Date - 9/16/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/19/2008 | Flat fee for response to the request to produce and for interrogatories. | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/23/2008 | Title Search | $275.00 |
| 11/04/2008 | Record Assignment of Mortgage** | $18.50 |
| 12/04/2008 | Srvc of Process-2nd address silver ridge hoa | $35.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$600.00* |
| For Disbursements Incurred: | *$328.50* |
| **Total Due:** | *$928.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 13832
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stiles, John
Account No. ████8697
Our File No. 29292-EVIC
Address - ████████████████████
Status -
Type of Billing –
Referral Date 10/24/2008
Complaint Date - 11/11/2008
Date Of Sale - 04/27/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/20/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/13/2009 | Writ of Possession | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total Due:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

June 01, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 42124
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stolle, Karen
Account No ▮▮1037
Our File No. 27813-Evic
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Bankruptcy Filing
Type of Billing - Eviction
Referral Date 10/1/2008
Complaint Date – 10/2/2008
Date Of Sale - 05/13/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 06/22/2009 | Flat fee to open and review file and close | $125.00 |

## *INVOICE SUMMARY*

|  |  |  |
|---|---|---|
| For Professional Services: | 0.00 Hours | $125 00 |
| **Total Due:** | | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 05, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7360

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Story, William
Account No. ███5530
Our File No. 25592
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 8/19/2008
Complaint Date - 08/29/2008
Date Of Sale - 07/22/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/14/2009 | Second part of foreclosure through 7/22/09 sale | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/20/2008 | Title Search | $275 00 |
| 12/03/2008 | Cost of Certified Court Documents | $17.00 |
| 02/11/2009 | Publication of NOA 01/13,20/09 | $485.52 |
| 07/14/2009 | Sale fee | $70.00 |
| 07/22/2009 | Publication of notice of sale 6/24,7/1/09 | $453.00 |
| 07/22/2009 | Cost of certified court documents | $5.00 |
| 07/22/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$700 00* |
| For Disbursements Incurred: | *$1,306 22* |
| **Total this Invoice:** | **$2,006.22** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 37146
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Strickland, Jerry & Carolyn
Account No. ▆▆0323
Our File No. 38706
Address - ▆▆▆▆▆▆▆▆▆▆▆▆
Status -
Type of Billing -
Referral Date 3/18/2009
Complaint Date - 4/7/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/22/2009 | Record Assignment of Mortgage | $27.00 |
| 05/07/2009 | Title Search | $395.00 |
| 07/09/2009 | Skip Trace | $96.30 |
| 07/09/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$833.30* |
| **Total Due:** | *$833.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36747
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Strohaker, Robert
Account No. ▇▇5104
Our File No. 28534
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure/ Hold for BK
Type of Billing - Final Pre BK
Referral Date - 10/14/2008
Complaint Date - 11/03/2008
Date Of Sale - 06/09/2009

**For Disbursements Incurred:**

| 09/10/2009 | Publication of notice of sale | $152.60 |
|---|---|---|

### INVOICE SUMMARY

| For Disbursements Incurred: | $152.60 |
|---|---|
| **Total Due:** | **$152.60** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 23, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3351

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Stroup, Jack
Account No. ███1274
Our File No. 34169
Address – ████████████████████
Status – Foreclosure
Type of Billing – H&B/Client Request
Referral Date 1/12/2009
Complaint Date – 01/19/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/20/2009 | Flat fee for title claim. | $125.00 |
| 01/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 01/24/2009 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275.00 |
| 03/10/2009 | Srvc of process Jack Stroup-ut#2 (x8) | $360.00 |
| 03/10/2009 | Clerk's Additional Filing Fee | $2 50 |
| 03/10/2009 | Special Process Service | $12.00 |
| 03/18/2009 | Cost of Certified Court Documents | $17 00 |
| 06/22/2009 | Recording of dismissal | $23.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$560.00* |
| For Disbursements Incurred: | *$690 00* |
| **Total this Invoice:** | **$1,250.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 10512
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Suarez, Andres
Account No. ████1054
Our File No. 24819-EVIC
Address - █████████████
Status - Eviction
Referral Date 2/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/21/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/16/2009 | Writ of Possession | $70.00 |
| 04/07/2009 | Writ of Possession | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$140.00* |
| **Total Due:** | *$490.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4425

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sukhnandan, Gayatrie
Account No. ████9745
Our File No. 27781
Address - ██████████████████████████
Status - FOR INTERNAL PURPOSES ONLY!!
Referral Date 9/30/2008
Complaint Date - 10/08/2008
Date Of Sale - 07/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/29/2009 | Second part of foreclosure through cancellation of 06/24/2009 sale. | $700.00 |
| 06/23/2009 | Flat fee to reset sale date 06/24/2009; prepare for sale date 07/29/2009. | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/06/2008 | Title Search | $340.00 |
| 02/04/2009 | Cost of Certified Court Documents | $18.00 |
| 06/17/2009 | Publication of notice of sale | $161.00 |
| 06/23/2009 | Clerk's filing fee | $50.00 |
| 07/21/2009 | Sale fee | $70.00 |
| 07/29/2009 | Publication of notice of sale | $161.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $950.00 |
| For Disbursements Incurred: | $800.00 |
| **Total this Invoice:** | **$1,750.00** |

Payment due upon receipt.
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL **C** CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8318

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Sylvester, Kashina
Account No. ▓▓6638
Our File No. 32761-Evic
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Eviction
Referral Date 12/16/2008
Complaint Date - 12/26/2008
Date Of Sale - 04/28/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/10/2009 | Flat fee to prepare and file the eviction after the foreclosure | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/22/2009 | Writ of possession | $90.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total this Invoice:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3816

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tamblyn, Amy
Account No. ████6799
Our File No. 32686-EVIC
Address - ████████████████████
Status -
Type of Billing –
Referral Date 12/15/2008
Complaint Date - 12/23/2008
Date Of Sale - 04/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/14/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/07/2009 | Writ of Possession | $70 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$70.00* |
| **Total this Invoice:** | *$420.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36820
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tamblyn, Amy
Account No ▇▇6799
Our File No. 32686
Address - ▇▇▇▇▇▇▇▇▇▇▇▇
Status - ▇▇▇▇▇▇▇▇▇▇
Type of Billing -
Referral Date 12/15/2008
Complaint Date - 12/23/2008
Date Of Sale - 04/14/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/16/2009 | Cost of Certified Court Documents | $5 00 |
| 04/16/2009 | Documentary Stamps | $462.00 |

## *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Disbursements Incurred: | | $467.00 |
| **Total Due:** | | **$467.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37141
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tarantino, Timothy M
Account No. ██6036
Our File No. 38390
Address - ████████████████████████
Status -
Type of Billing –
Referral Date 3/13/2009
Complaint Date - 04/13/2009
Date Of Sale -

**For Disbursements Incurred:**

| 10/06/2009 | Clerk's recording fee | $19.50 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | $19.50 |
|---|---|
| **Total Due:** | *$19.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 23, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33773
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tarpley, Kimberly
Account No. ●0755
Our File No. 39810
Address -
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 4/2/2009
Complaint Date – 4/14/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/22/2009 | Title Search | $275.00 |
| 07/12/2009 | Service of process | $180.00 |

### *INVOICE SUMMARY*

| | |
|--|--|
| For Disbursements Incurred: | *$455.00* |
| **Total Due:** | *$455.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37032
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tarpley, Kim
Account No. ██2508
Our File No. 34914
Address - ████████████████████
Status -
Type of Billing -
Referral Date 1/22/2009
Complaint Date - 2/3/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/27/2009 | Flat fee to prepare assignment of mortgage. * | $125 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/03/2009 | Clerk's Indexing Fee | $2.00 |
| 03/03/2009 | Record Assignment of Mortgage* | $18.50 |
| 04/21/2009 | Publication of NOA 4/411/09 | $137.45 |
| 04/24/2009 | Srvc of process Kim Tarpley-ut#2 (x17) | $855.00 |
| 04/24/2009 | Skip Trace Anna MartinCharlotte SeelyeAshley Oaks HOA | $288.90 |
| 04/24/2009 | Clerk's Additional Filing Fee | $40.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,342.35* |
| **Total Due:** | *$1,467.35* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37268

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Taylor, Billy
Account No. ████8888
Our File No. 28538
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 10/14/2008
Complaint Date - 10/27/2008
Date Of Sale - 08/25/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/03/2008 | Flat fee to prepare assignment of mortgage  * | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36794
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Taylor, Richard
Account No. ██6404
Our File No. 30243
Address - ████████████████████
Status -
Type of Billing -
Referral Date 11/7/2008
Complaint Date - 12/04/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/08/2008 | Flat fee to prepare assignment of mortgage. * | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:                    $125.00

**Total Due:**                    *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37263
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tejeda, Angel
Account No. ▮▮▮▮4770
Our File No. 44789
Address – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Transfer and Bill
Referral Date 6/29/2009
Complaint Date - 7/23/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 11/18/2009 | Record assignment of mortgage | $18.50 |
| 02/15/2010 | Title search | $250.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$268.50* |
| **Total Due:** | *$268.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33813
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tellone, Angelia
Account No. ███4163
Our File No. 38392
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 04/02/2009
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/29/2009 | Title Search | $275.00 |
| 06/03/2009 | Cost of certified court documents | $16.00 |
| 07/24/2009 | Service of process | $315.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$606.00* |
| **Total Due:** | *$606.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12666
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tempesta, Ronald
Account No. ▮▮8548 / ▮▮▮8378
Our File No. 26318
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - H&B, transfer to Roundpoint
Referral Date 9/2/2008
Complaint Date - 09/10/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 10/06/2008 | Flat fee for title claim. | $125.00 |
| 02/10/2009 | Fee for to prepare and file fair debt verification package and to respond to request for production. | $1,050.00 |
| 05/19/2009 | Second part of foreclosure through cancellation of 05/19/2009 hearing. | $570 00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 10/21/2008 | Title Search | $340.00 |
| 12/09/2008 | Cost of Certified Court Documents | $23 00 |
| 12/24/2008 | Publication of Notice of Action 12/411/08 | $245.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,745.00* |
| For Disbursements Incurred: | *$608 00* |
| **Total Due:** | *$2,353.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36764
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thacker, David
Account No ▆▆5770
Our File No. 29390
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status -
Type of Billing -
Referral Date 10/27/2008
Complaint Date - 12/04/2008
Date Of Sale - 04/16/2009

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/08/2009 | Clerk's Filing Fee | $50 00 |
| 07/13/2009 | Hydra investigation | $45 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $95 00 |
| **Total Due:** | $95.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 7845

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Thomas, Isaac
Account No. ███6893
Our File No. 29443
Address - ████████████████████
Status - Foreclosure
Type of Billing – Retire Mobile Home
FCL Referral Date 10/28/2008
FCL Complaint Date - 11/20/2008
Date Of Sale - 03/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/10/2009 | Clerk's recording fee | $35 50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 34562
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thomas, Shawn
Account No. ■■8819
Our File No. 37844
Address -
Status -
Referral Date 3/5/2009
Complaint Date -
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/09/2009 | Title Search | $275 00 |

### *INVOICE SUMMARY*

For Disbursements Incurred: $275.00

**Total Due:** $275.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37127
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thompson, Ann
Account No. ███0930
Our File No. 38288
Address - ███████████████████
Status - ███████████████
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 04/07/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/03/2009 | Clerk's Filing Fee | $325.00 |
| 04/03/2009 | Clerk's Recording Fee | $11.00 |
| 04/03/2009 | Summons Fee | $110.00 |
| 04/03/2009 | Record Lis Pendens | $17.00 |
| 04/27/2009 | Title Search | $275.00 |
| 05/29/2009 | Publication of NOA 5/1623/09 | $137.45 |
| 07/09/2009 | Service of process | $585.00 |
| 07/09/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$1,556.75* |
| **Total Due:** | ***$1,556.75*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
**DANIEL C CONSUEGRA**
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33814
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thompson, Ann
Account No. ▇▇0930
Our File No. 25563
Address -▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/30/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/28/2009 | Notice of Dropping defendant | $13.00 |
| 01/30/2009 | Clerk's Recording Fee dismissal | $10.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$23.00* |
| **Total Due:** | *$23.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37145
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thompson, Joseph
Account No. ████0381
Our File No. 38465
Address – ████████████████████████
Status –
Type of Billing –
Referral Date 3/16/2009
Complaint Date – 04/07/2009
Date Of Sale –

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/22/2009 | Clerk's Recording Fee | $3.00 |
| 04/22/2009 | Record Assignment of Mortgage | $27.00 |
| 04/29/2009 | Title Search | $340.00 |
| 07/09/2009 | Service of process | $315.00 |
| 08/05/2009 | Cost of certified court documents | $15.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $700.00 |
| **Total Due:** | $700.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37233
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Thompson, Shirley
Account No. ⬛2365
Our File No. 41132
Address - ⬛⬛⬛⬛⬛⬛⬛⬛
Status -
Type of Billing -
Referral Date 4/24/2009
Complaint Date - 05/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/27/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37095
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tirado, Fany
Account No. ███0770
Our File No. 37661
Address – ███████████████████████
Status –
Type of Billing –
Referral Date 3/3/2009
Complaint Date – 03/13/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage ** | $125.00 |
| 04/24/2009 | Flat fee for motion for extension of time. | $300.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/02/2009 | Record Assignment of Mortgage | $18.50 |
| 04/08/2009 | Title Search | $275.00 |
| 05/20/2009 | SOP Fany Tirado-ut#2 (x6) | $270.00 |
| 05/20/2009 | Clerk's Additional Filing Fee | $9.00 |
| 07/02/2009 | Cost of certified court documents | $8.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$425.00* |
| For Disbursements Incurred: | *$580.50* |
| **Total Due:** | ***$1,005.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33815
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Toledo, Maria
Account No. ████5866
Our File No. 38463
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/16/2009
Complaint Date - 04/16/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/17/2009 | Service of process | $315.00 |
| 07/17/2009 | Clerk's recording fee | $1.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$316 00* |
| **Total Due:** | *$316.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3323
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Torres, Lilliam
Account No. ▇▇5998
Our File No. 38305
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing -
Referral Date 3/12/2009
Complaint Date - 04/06/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 04/07/2009 | Flat fee for title claim | $125.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 04/23/2009 | Publication of notice of action | $200.00 |
| 04/27/2009 | Title Search | $275.00 |
| 05/07/2009 | Hydra Investigation-Lilliam Torres | $45.00 |
| 05/21/2009 | Clerk's Filing Fee | $18.50 |
| 06/12/2009 | Summons fee | $10.00 |
| 06/13/2009 | Recording of dismissal | $23.50 |
| 07/27/2009 | Service of process | $225.00 |
| 07/27/2009 | Skip Trace | $96.30 |
| 07/27/2009 | Record lis pendens | $0.50 |
| 08/07/2009 | Service of process | $45.00 |
| 08/07/2009 | Skip Trace | $96.30 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,035.10* |
| **Total Due:** | **$1,160.10** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 3735

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tracey, Hyacinth
Account No. ███1268
Our File No. 28541
Address - ████████████████████
Status - Fcl/BK Filed
Referral Date 10/14/2008
Complaint Date - 10/23/2008
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/22/2009 | Flat fee to reset 3/25/09 sale; cancel 6/23/09 sale due to BK filing. | $250 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/13/2009 | Re-open Fee | $50 00 |
| 05/07/2009 | Publication of NOS 4/2330/09 | $150.00 |
| 06/22/2009 | Clerk's filing fee | $50 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$250 00* |
| **Total this Invoice:** | *$500.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW  OFFICES  OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36951
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Trapnell, Cheryl
Account No. ███5596
Our File No. 32824
Address - ████████████████████
Status -
Type of Billing -
Referral Date 12/17/2008
Complaint Date - 12/26/2008
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/23/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

|  |  |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 08, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7865

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Trever, Kira
Account No. ▓▓6453
Our File No. 32358-bk
Address - ▓▓▓▓▓▓▓▓▓▓
Status - BK CH 7, 09-18576-EPK, 5/5/2009
Type of Billing - MTL
Referral Date 6/29/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Bankruptcy filing fee | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | **$700.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37225
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Trotter, Angela & Gregory
Account No. ██6891
Our File No. 40955
Address - ████████████████
Status -
Type of Billing -
Referral Date 4/22/2009
Complaint Date - 5/1/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

### *INVOICE SUMMARY*

For Professional Services: $125.00

**Total Due:** $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37168
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Trotter, Gregory & Tamala
Account No. ●●6970
Our File No. 40254
Address - ████████████████
Status -
Type of Billing -
Referral Date 4/14/2009
Complaint Date -
Date Of Sale -

**For Disbursements Incurred:**

| 06/18/2009 | Title search | $340.00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$340.00* |
|---|---|
| **Total Due:** | *$340.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7842

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tulak, Josh
Account No. ▆▆9057
Our File No. 29291
Address - ▆▆▆▆▆▆▆▆▆▆▆▆
Status - Foreclosure
Type of Billing – Retire Mobile Home
Referral Date 10/24/2008
Complaint Date - 11/13/2008
Date Of Sale - 05/01/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/24/2009 | Clerk's recording fee | $27.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$27.00* |
| **Total this Invoice:** | **$527.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36757
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tulak, Josh
Account No. ██9057
Our File No. 29291
Address - ███████████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 10/24/2008
Complaint Date - 11/13/2008
Date Of Sale - 05/01/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | Title for DW Mobile Home Application | $176 70 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $176.70 |
| **Total Due:** | $176.70 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL **C** CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37248
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Tuten, David
Account No. ███3032
Our File No. 41334
Address - ██████████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/07/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/29/2009 | Flat fee to prepare assignment of mortgage. | $125.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33817
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Uddin, Mohammad
Account No. ███7280
Our File No. 36532
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/10/2009
Complaint Date - 02/18/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/04/2009 | Cost of Certified Court Documents | $17 00 |
| 07/09/2009 | Service of process | $90 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$107.00* |
| **Total Due:** | *$107.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8319

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Umphress, Brandi
Account No. ██2348
Our File No. 36659-Evic
Address- ████████████████████
Status- Eviction
Referral Date 2/12/2009
Complaint Date 2/23/2009
Sale Date 06/09/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/05/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Writ of possession | $90.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total this Invoice:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37119
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vaca, Amada
Account No. ██4349
Our File No. 37947
Address - ████████████████████████
Status -
Type of Billing -
Referral Date 3/6/2009
Complaint Date - 03/16/2009
Date Of Sale - 10/09/2009

For Professional Services Rendered:

| | | |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:        $125.00

Total Due:        $125.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36719
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Valdez, Miguel
Account No. ██2860
Our File No. 25149
Address - ████████████████████████
Status -
Type of Billing –
Referral Date 8/7/2008
Complaint Date - 08/14/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/06/2008 | Flat fee for response to the request to produce. ***OTA OK 11/14/08*** | $475.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/08/2008 | Title Search | $400.00 |
| 10/10/2008 | Cost of Certified Court Documents | $27.00 |
| 11/11/2008 | Srvc of Process-2nd address miguel valdez-us of bania perez | $90.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $475.00 |
| For Disbursements Incurred: | $517.00 |
| **Total Due:** | **$992.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

July 23, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4762

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Valdivia, Reina
Account No. ███8193
Our File No. 35527
Address ██████████████████████
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date 1/29/2009
Complaint Date - 02/12/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/23/2009 | Second part of the foreclosure through completion of service. | $310.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/23/2009 | Hydra Investigation-Reina Valdivia | $45 00 |
| 03/23/2009 | Service of process | $366.30 |
| 05/06/2009 | Cost of Certified Court Docs | $17.00 |
| 06/29/2009 | Recording of dismissal | $23.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$310.00* |
| For Disbursements Incurred: | *$451.80* |
| **Total this Invoice:** | *$761.80* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 30, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6440

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vanucci, James
Account No. ●●4834
Our File No. 31938
Address -
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/4/2008
Complaint Date - 12/23/2008
Date Of Sale - 07/15/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 12/29/2008 | Flat fee for title claim. | $125.00 |
| 01/23/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |
| 05/15/2009 | Second part of foreclosure through 07/15/2009 sale | $650.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 02/03/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/16/2009 | Clerk's Additional Filing Fee | $5.00 |
| 03/16/2009 | Clerk's Additional Summons Fee | $10.00 |
| 03/16/2009 | Record Amended Lis Pendens | $13.00 |
| 04/17/2009 | Certified Court Documents | $13.00 |
| 05/15/2009 | Publication of notice of sale dates07/01*07/08/2009 | $161.63 |
| 05/20/2009 | Clerk's Recording Fee | $13.00 |
| 06/29/2009 | Service of process | $45.00 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/15/2009 | Cost of certified court documents | $5.00 |
| 07/28/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$900.00* |
| For Disbursements Incurred: | *$354.83* |
| **Total this Invoice:** | *$1,254.83* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36806
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vanucci, James
Account No. ▓4834
Our File No. 31938
Address - ▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date 12/4/2008
Complaint Date - 12/23/2008
Date Of Sale - 07/15/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Publication of notice of sale | $161.63 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$161.63* |
| **Total Due:** | *$161.63* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 29, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5459

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vargas, Carolina
Account No. ████9735
Our File No. 26087
Address - ████████████████████
Status - Foreclosure
Type of Billing -
Referral Date 8/27/2008
Complaint Date - 09/04/2008
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 02/05/2009 | Flat fee to draft and prepare response to Motion for Extension of Time. | $250.00 |
| 06/17/2009 | Receive and review Defendant's Answer and Request to Produce; correspondence to client; prepare additional fee form; prepare Discovery package; update system. | $240.00 |
| 07/02/2009 | Correspondence to client; 2nd req. for orig. pkg, update system | $90.00 |
| 07/07/2009 | Telephone conversation with OC requesting ext. of time to file Rx to Def's RTP. He gave us until 7/30/09. | $135.00 |
| 07/09/2009 | Call to JA to schedule hearing. | $90.00 |
| 07/13/2009 | Flat fee to prepare and file Motion to Strike Affirmative Defenses. | $600.00 |
| 07/13/2009 | Flat fee for response to Discovery request. | $700.00 |
| 07/13/2009 | Response to Request to Produce | $525.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 10/21/2008 | Title Search | $275.00 |
| 07/24/2009 | Hydra investigation | $45.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$2,630.00* |
| For Disbursements Incurred: | *$320.00* |
| **Total this Invoice:** | **$2,950.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36787
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vasquez, Raul
Account No. ▮▮1158
Our File No. 30135
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 11/6/2008
Complaint Date - 11/28/2008
Date Of Sale - 06/02/2009

**For Disbursements Incurred:**

| | | |
|---|---|---:|
| 04/22/2009 | Clerk's Filing Fee reset 4/16 sale | $50.00 |
| 06/17/2009 | Publication of notice of sale | $232.50 |

### INVOICE SUMMARY

| | |
|---|---:|
| For Disbursements Incurred: | *$282.50* |
| **Total Due:** | *$282.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 05, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5733

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Velazquez, Benny
Account No. ▇▇9775
Our File No. 30418
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - H&B / Client Request
Referral Date 11/12/2008
Complaint Date - 12/01/2008
Date Of Sale - 07/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/03/2008 | Flat fee for title claim. | $125.00 |
| 02/20/2009 | Motion for Extension of Time | $250.00 |
| 03/13/2009 | Second part of foreclosure through cancellation of 7/16/09 sale | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/13/2009 | Publication of notice of sale 6/30,7/7/09 | $150.00 |
| 07/15/2009 | Clerk's filing fee to cancel 7/16/09 sale. | $50.00 |
| 07/15/2009 | Recording of dismissal | $23.50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$1,075.00* |
| For Disbursements Incurred: | *$223.50* |
| **Total this Invoice:** | *$1,298.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33818

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Valenti, Yvette
Account No. ███2542
Our File No. 36887
Address - █████████████████████████████
██████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP Yvette Valenti-ut#2 (x6) | $270.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:                                 *$270.00*

**Total Due:**                                 *$270.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12678
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Valle, Lester
Account No █████8406 / ██████7726
Our File No. 32197
Address - ████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to Roundpoint
Referral Date 12/8/2008
Complaint Date - 12/22/2008
Date Of Sale - 10/15/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 01/06/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 10/02/2009 | Second part of foreclosure through cancellation of 10/15/2009 sale. | $700.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 12/30/2008 | Title search | $275.00 |
| 01/29/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/03/2009 | Cost of Certified Court Documents | $19.00 |
| 10/01/2009 | Publication of notice of sale - 8/30, 9/6 | $74.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$386.90* |
| **Total Due:** | ***$1,211.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33819
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vasquez, Choya
Account No.　　8975
Our File No. 38386
Address
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 3/13/2009
Complaint Date - 3/30/2009
Date Of Sale -

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/26/2009 | Publication of NOA 5/1017/09 | $152.60 |
| 07/06/2009 | Service of process | $180.00 |
| 07/06/2009 | Skip Trace | $96.30 |
| 08/13/2009 | Payment to Clerk of Court; Disbursement for TBW vs Vasquez, Choya  38386 | $18.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:　　　　　　　　　　　　*$446.90*

**Total Due:**　　　　　　　*$446.90*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36996
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Venturini, Hayley
Account No. ████3678
Our File No. 34721
Address – ██████████████████████████
Status –
Type of Billing –
Referral Date 1/20/2009
Complaint Date – 01/26/2009
Date Of Sale –

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/12/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 28, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6601

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Villines, Jim
Account No. ████3536
Our File No. 30219-BK
Address - ████████████████████████████
Status - BK CH 7, 3:09-bk-01670-PMG, 3/10/2009
Referral Date 3/25/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/21/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/16/2009 | Bankruptcy Filing Fee | $150 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550 00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | **$700.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33823
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vincent, Andre
Account No. ████9541
Our File No. 36893
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/26/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/26/2009 | Clerk's Recording Fee | $1.00 |
| 03/26/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Andre Vincent-ut2 (x8) | $455.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$474.50* |
| **Total Due:** | *$474.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36756

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vinci, Salvador Antonio Della Vecchia
Account No. ██0270
Our File No. 29288
Address – ██████████████████████████
Status –
Type of Billing –
Referral Date 10/24/2008
Complaint Date – 11/13/2008
Date Of Sale –

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/08/2009 | Publication of NOA 3/274/3/09 | $150.00 |
| 04/20/2009 | Srvc of process Salvador Vinci-usofMary Arias (x4) | $360 00 |
| 04/20/2009 | Skip Trace-Salvador VinciMary Arias | $192.60 |
| 05/01/2009 | Srvc of Process-2nd address salvador vinci-us of mary arias | $120.00 |

### *INVOICE SUMMARY*

For Disbursements Incurred:  *$822.60*

**Total Due:**  *$822.60*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36777

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Vollgraff, Paul
Account No. ████9051
Our File No. 29644
Address – ████████████████████████
Status – 
Type of Billing –
Referral Date 10/31/2008
Complaint Date – 11/24/2008
Date Of Sale –

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/28/2008 | Flat fee to prepare assignment of mortgage  * | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:  *$125.00*

**Total Due:**  *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8358

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wadsworth, Angela
Account No. ▆▆9424
Our File No. 34842-bk
Address - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
Status - BK CH 13, 9:09-bk-12737-ALP, 6/17/2009
Type of Billing - POC
Referral Date 7/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/07/2009 | Prepare and file proof of claim in bankruptcy with client. | $150.00 |

## INVOICE SUMMARY

For Professional Services: | $150.00

**Total this Invoice:** | $150.00

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37241
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Walker, Devin & Kristie
Account No. ██████803
Our File No. 41235
Address – ████████████████████████████
Status –
Type of Billing -
Referral Date 4/27/2009
Complaint Date – 05/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/27/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |

### *INVOICE SUMMARY*

For Professional Services:  $125.00

**Total Due:**  *$125.00*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

July 29, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6465

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v. Wall, Jennifer & William
Account No.        9630
Our File No. 34165
Address -
Status - Foreclosure
Type of Billing - Sale Bill
Referral Date - 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale - 07/15/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/03/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/10/2009 | Second part of foreclosure through 7/15/09 sale. | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/22/2009 | Title Search | $275.00 |
| 02/17/2009 | Record Assignment of Mortgage ** | $18.50 |
| 03/17/2009 | Publication of NOA 2/28,3/7/09 | $133.65 |
| 03/18/2009 | Cost of Certified Court Documents | $20.00 |
| 04/03/2009 | SOP- Jennifer Wall-ut2 (x7) | $405.00 |
| 04/03/2009 | Skip Traces- William & Jennifer Wall | $192.60 |
| 06/28/2009 | Publication of notice of sale 6/13,20/09 | $114.59 |
| 07/01/2009 | Sale fee | $70.00 |
| 07/28/2009 | Cost of certified court documents | $5.00 |
| 07/28/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$1,235.04* |
| **Total this Invoice:** | **$2,060.04** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33824
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wall, William & Jennifer
Account No. ████0993
Our File No. 36670
Address - ████████████████████████,
████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/12/2009
Complaint Date - 02/23/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/05/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/12/2009 | Title Search | $275.00 |
| 03/23/2009 | Hydra Investigation-William Wall | $45.00 |
| 04/29/2009 | Clerk's Alias Summons Fee | $10.00 |
| 05/08/2009 | Publication of NOA 4/255/2/09 | $148 09 |
| 05/12/2009 | SOP William Wall-ut#2 (x7) | $540.00 |
| 05/12/2009 | Skip Trace-William Wall | $96.30 |
| 08/04/2009 | Skip Trace | $146.30 |
| 08/04/2009 | Service of process | $135.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| For Disbursements Incurred: | *$1,395.69* |
| **Total Due:** | **$1,520.69** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 8328

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wallace, George
Account No █████1550
Our File No. 34920-bk
Address - █████████████████████████
Status - BK CH 7, 3:09-bk-04792-JAF, 6/12/2009
Type of Billing - MFR
Referral Date 7/14/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/23/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/23/2009 | Bankruptcy filing fee | $150.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | ***$700.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37098
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wallace, Robert
Account No. ████5946
Our File No. 37766
Address – ████████████████████████
Status –
Type of Billing –
Referral Date 3/4/2009
Complaint Date – 03/13/2009
Date Of Sale –

---

**For Professional Services Rendered:**

---

| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

## *INVOICE SUMMARY*

| For Professional Services: | $125.00 |
| --- | --- |
| **Total Due:** | $125.00 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 8088

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wanat, Christopher
Account No. ███7851
Our File No. 34814
Address - ████████████████████████████
Status - Fcl/Mobile Home Title
Referral Date 1/21/2009
Complaint Date - 01/29/2009
Date Of Sale - 8/4/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |
| 08/04/2009 | Second part of foreclosure through 8/4/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/26/2009 | Record Assignment of Mortgage** | $18.50 |
| 03/24/2009 | Cost of Certified Court Documents | $12.00 |
| 04/17/2009 | Srvc of process Christopher Wanat-ut#2 (x4) | $180.00 |
| 07/16/2009 | Publication of notice of sale | $255.00 |
| 07/28/2009 | Sale fee | $70.00 |
| 08/05/2009 | Cost of certified court documents | $5.00 |
| 08/05/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $775.00 |
| For Disbursements Incurred: | $541.20 |
| **Total this Invoice:** | **$1,316.20** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



### LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

January 21, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 24583

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wanat, Christopher
Account No. ███7851
Our File No. 34814
Address - ████████████████████
Status - Fcl/Mobile Home Title
Referral Date 1/21/2009
Complaint Date - 01/29/2009
Date Of Sale - 8/4/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 10/20/2009 | Flat fee for mobile home retirement | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/23/2009 | Secure mobile home title | $268 20 |
| 10/16/2009 | Mobile home real property decals | $10 20 |
| 10/19/2009 | Clerk's recording fee | $27 00 |
| 10/22/2009 | Mobile home real property decals | $6.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$311.90* |
| **Total this Invoice:** | *$811.90* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 11, 2009
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 8360

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Warren, Jeremy & Heather
Account No. ▉▉6069
Our File No. 32276-bk
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status - BK CH 7, 9:09-bk-15480-ALP, 7/19/2009
Type of Billing – MFR
Referral Date 7/27/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/01/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/01/2009 | Bankruptcy filing fee | $150.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | ***$700.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 06, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5780

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Watson, Janet
Account No. ●●●7397
Our File No. 25358
Address - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status - Foreclosure
Type of Billing - Bankruptcy Filed
Referral Date 8/13/2008
Complaint Date - 08/19/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to reset 2/12/09 sale; cancel 5/28/09 sale. | $250.00 |
| 07/07/2009 | Flat fee for balance of foreclosure lawsuit. | $100.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/27/2009 | Clerk's filing fee to cancel 5/28/09 sale. | $50.00 |
| 06/01/2009 | Publication of notice of sale | $150.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$200.00* |
| **Total this Invoice:** | *$550.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# INVOICE

Invoice # 37058
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Watson, Talarius & Clancy, Rayna
Account No. ███9115
Our File No. 35839
Address - ████████████████████████████████
Status -
Type of Billing –
Referral Date 2/4/2009
Complaint Date - 02/18/2009
Date Of Sale –

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/12/2009 | SOP- Talarius Watson-ut2 (x6) | $315 00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$315.00* |
| **Total Due:** | *$315.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



# LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33825
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Watters, Shawn
Account No. ███7714
Our File No. 26737
Address - ███████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 9/11/2008
Complaint Date - 09/25/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/24/2008 | Title Search | $275.00 |
| 07/14/2009 | Cost of certified court documents | $18.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$293.00* |
| **Total Due:** | *$293.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37229
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Waybright, Filomena
Account No. ███2925
Our File No. 41055
Address - ███████████████████████
Status -
Type of Billing -
Referral Date 4/23/2009
Complaint Date - 05/05/2009
Date Of Sale -

**For Professional Services Rendered:**

| Date | Description | Amount |
|------|-------------|--------|
| 05/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | **$125.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage Services
Via New Invoice

# INVOICE

Invoice # 12723

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Webb, William
Account No. ███3905 / ████5231
Our File No. 33466
Address ████████████████████████████
Status - Foreclosure
Type of Billing - Service Release
Referral Date 12/29/2008
Complaint Date - 01/15/2009
Date Of Sale - 09/22/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/26/2009 | Cost of Certified Court Docs | $16.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$16.00* |
| **Total Due:** | *$16.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33830

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Weber, Leo & Magdalene
Account No. ▇▇9464
Our File No. 34176
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 1/12/2009
Complaint Date - 01/20/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/24/2009 | Flat fee for response to the request to produce. | $900.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$900.00* |
| **Total Due:** | *$900.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Via New Invoice

,

# *INVOICE*

Invoice # 36761
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Weddle, Lorie
Account No. ▮▮7586
Our File No. 29299
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -
Type of Billing -
Referral Date 10/24/2008
Complaint Date - 11/04/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/10/2008 | Clerk's Recording Fee | $1 00 |
| 12/10/2008 | Record Assignment of Mortgage** | $18 50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$19.50* |
| **Total Due:** | *$19.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36818
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Weiner, Suzanne
Account No. ▨▨3524
Our File No. 32361
Address - ▨▨▨▨▨▨▨▨▨▨▨▨
Status -
Type of Billing -
Referral Date 12/11/2008
Complaint Date - 01/09/2009
Date Of Sale -

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/06/2009 | Svc of process Suzanne Weiner-ut#2 (x10) | $450.00 |

### *INVOICE SUMMARY*

| | | |
|---|---|---|
| For Disbursements Incurred: | | *$450.00* |
| **Total Due:** | | *$450.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
DANIEL CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 36790
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Welsch, Tabitha
Account No. ███5221
Our File No. 30231
Address - ███████████████████████████
Status - Fcl/Sale
Referral Date 11/7/2008
Complaint Date - 12/18/2008
Date Of Sale - 06/04/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/13/2009 | Hydra investigation | $45.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$45.00* |
| **Total Due:** | *$45.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37111
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wheatley, Jonathan & Kathryn
Account No. ████6945
Our File No. 37853
Address - ████████████████████████████████████
Status -
Type of Billing -
Referral Date 3/5/2009
Complaint Date - 03/13/2009
Date Of Sale - 11/13/2009

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 04/21/2009 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125 00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 33834
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Whitaker, Christopher
Account No ███3876
Our File No. 36879
Address - ███████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/17/2009
Complaint Date - 02/25/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/10/2009 | Flat fee to prepare and file response to the affirmative defenses. | $900.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/07/2009 | Clerk's Recording Fee | $1.00 |
| 04/07/2009 | Record Assignment of Mortgage | $18.50 |
| 05/13/2009 | SOP- Chris Whitaker-ut2 (x9) | $685.00 |
| 05/13/2009 | Skip Trace- Christina Whitaker | $95.40 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$900.00* |
| For Disbursements Incurred: | *$799.90* |
| **Total Due:** | ***$1,699.90*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36744
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wicht, Allan
Account No. ███8254
Our File No. 27783
Address - ████████████████████████
Status -
Type of Billing –
Referral Date 9/30/2008
Complaint Date - 10/10/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/09/2009 | Flat fee to prepare and file response to affirmative defenses and request for production. | $1,050.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/06/2008 | Title Search | $275.00 |
| 12/05/2008 | Certified Court Documents | $26.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,050.00* |
| For Disbursements Incurred: | *$301.00* |
| **Total Due:** | *$1,351.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 12663
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wicht, Allan
Account No. ▮▮3576
Our File No. 27546
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮
Status -
Type of Billing -
Referral Date 9/25/2008
Complaint Date - 10/01/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/03/2008 | Flat fee to prepare and file response to the affirmative defenses and for response to the request to produce. | $900.00 |
| 01/20/2009 | Flat fee for request for interrogatories. | $750.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 10/31/2008 | Cost of Certified Court Documents | $26.00 |
| 11/04/2008 | Title Search | $275.00 |
| 11/04/2008 | Record Assignment of Mortgage** | $18.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,650.00* |
| For Disbursements Incurred: | *$319.50* |
| **Total Due:** | *$1,969.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 14, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4429

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Wilbert, Martin
Account No. ●●●6429
Our File No. 29445
Address -
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 10/28/2008
Complaint Date - 11/11/2008
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/21/2009 | Flat fee to reset sale date 05/22/2009; Attend sale date 06/23/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/10/2009 | Sale fee | $70.00 |
| 06/26/2009 | Publication of notice of sale | $135.00 |
| 07/08/2009 | Cost of certified court documents | $4.00 |
| 07/08/2009 | Documentary stamps | $0.70 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250.00* |
| For Disbursements Incurred: | *$209.70* |
| **Total this Invoice:** | *$459.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7848

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Wilbert, Martin
Account No. ▮▮6429
Our File No. 29445
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 10/28/2008
Complaint Date - 11/11/2008
Date Of Sale - 06/23/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement. | $500 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Clerk's recording fee | $35 50 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500 00* |
| For Disbursements Incurred: | *$35.50* |
| **Total this Invoice:** | *$535.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable ***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36769
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Wilbert, Martin
Account No █████6429
Our File No. 29445
Address -████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date - 10/28/2008
Complaint Date - 11/11/2008
Date Of Sale - 06/23/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Mobile home real property decals | $82.70 |
| 10/02/2009 | -already billed; overbilled 8 50-  Clerk's recording fee | $27.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$109.70* |
| **Total Due:** | *$109.70* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36770
Federal ID # 59-2885854

Taylor, bean & Whitake/TBW v Wilbert, Martin
Account No ▬6429
Our File No. 29445-Evic
Address - ▬▬▬▬
Status - Eviction
Type of Billing
Referral Date - 11/9/2008

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/23/2009 | Writ of possession | $90.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$90.00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36994
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Camelia
Account No. ████5194
Our File No. 34716
Address - ███████████████████████████
Status -
Type of Billing -
Referral Date 1/20/2009
Complaint Date - 01/28/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 02/09/2009 | Flat fee to prepare assignment of mortgage. * | $125.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/26/2009 | Clerk's Recording Fee | $3.00 |
| 02/26/2009 | Record Assignment of Mortgage | $18.50 |
| 04/17/2009 | SOP- Camelia Williams-ut2 (x6) | $270.00 |
| 04/17/2009 | Short Filing Fee | $3.00 |
| 06/09/2009 | Cost of certified court documents | $10.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $125.00 |
| For Disbursements Incurred: | $304.50 |
| **Total Due:** | $429.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37124
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Denise
Account No ▇▇6099
Our File No. 38051
Address - ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Status -
Type of Billing –
Referral Date 3/9/2009
Complaint Date - 03/25/2009
Date Of Sale -

**For Disbursements Incurred:**

| 06/30/2009 | Service of process | $180.00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$180.00* |
|---|---|
| **Total Due:** | *$180.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Roundpoint Mortgage
Via New Invoice

# *INVOICE*

Invoice # 12654

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Douglas
Account No. ████7408 / ████1001
Our File No. 37501
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - H & B, transfer to RoundPoint
Referral Date 2/26/2009
Complaint Date - 03/11/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/26/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/10/2009 | Second part of foreclosure through cancellation of 06/10/2009 hearing. | $570.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/26/2009 | Title Search | $395.00 |
| 03/31/2009 | Record Assignment of Mortgage ** | $18.50 |
| 05/07/2009 | Hydra Investigation-Paul Christo | $45.00 |
| 05/15/2009 | Publication of Notice of Action 5/411/09 | $396.20 |
| 06/16/2009 | Service of process | $495.00 |
| 06/16/2009 | Skip Trace | $191.25 |
| 06/16/2009 | Insurance Commissioner Fee | $15.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$695.00* |
| For Disbursements Incurred: | *$1,555.95* |
| **Total Due:** | **$2,250.95** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 11815
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v. Williams, Jason
Account No. ███8731
Our File No. 32337
Address - ███████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/10/2008
Complaint Date - 12/30/2008
Date Of Sale - 09/30/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/12/2009 | Flat fee to reset sale date 08/12/2009; Cancel sale date 09/30/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/13/2009 | Clerk's filing fee reset 8/12/09 sale | $50.00 |
| 09/22/2009 | Clerk's filing fee for cancellation of sale date 09/30/2009 | $50.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$250 00* |
| For Disbursements Incurred: | *$100 00* |
| **Total Due:** | ***$350.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 10, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6924

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Jason
Account No. ███8731
Our File No. 32337
Address - ████████████████████████████
Status - Foreclosure
Type of Billing – Per Bankruptcy Filing
Referral Date 12/10/2008
Complaint Date - 12/30/2008
Date Of Sale - 09/30/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/06/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 06/10/2009 | Second part of foreclosure through cancellation of 6/10/2009 sale. | $700.00 |
| 06/10/2009 | Flat fee to reset 6/10/2009 sale; attend 8/12/2009 sale | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $340.00 |
| 01/28/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/19/2009 | Cost of Certified Court Documents | $15.00 |
| 06/15/2009 | Publication of notice of sale | $255.50 |
| 06/25/2009 | Clerk's filing fee | $50.00 |
| 08/03/2009 | Sale fee | $130.00 |
| 08/05/2009 | Publication of notice of sale | $255.50 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,075.00* |
| For Disbursements Incurred: | *$1,064.50* |
| **Total this Invoice:** | **$2,139.50** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
## DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36816

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Jason
Account No. ████3731
Our File No. 32337
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/10/2008
Complaint Date - 12/30/2008
Date Of Sale - 09/30/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/14/2009 | Publication of notice of sale dates 09/07*09/14/2009 | $255.50 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $255.50 |
| **Total Due:** | $255.50 |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
## DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36780
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Williams, Millicent
Account No███1563
Our File No. 29746
Address - ███████████████
Status -
Type of Billing -
Referral Date 10/31/2008
Complaint Date - 11/25/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/30/2009 | Tele-Court | $25 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | $25 00 |
| **Total Due:** | **$25.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

February 09, 2010
Selene Finance
Via New Invoice

# *INVOICE*

Invoice # 27582

Federal ID # 59-2885854

Taylor, Bean & Whitaker/Selene Finance (SF) v Williams, Robert
J & Heather M.
Account No ████5172
Our File No. 35851
Address - ████████████████████
Status - Foreclosure
Type of Billing - Service Transfer
Referral Date 2/4/2009
Complaint Date - 02/24/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/29/2010 | Second part of the foreclosure through completion of service | $240.00 |
| 01/29/2010 | Flat fee for transfer of file from TBW to Selene Finance. | $300.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 05/28/2009 | SOP Robert Williams-ut#2 (x11) | $680.00 |
| 05/28/2009 | Skip Trace-Mary Cone | $96.30 |
| 05/28/2009 | Clerk's Additional Filing Fee | $25.00 |

## **INVOICE SUMMARY**

| | |
|---|---|
| For Professional Services: | *$540.00* |
| For Disbursements Incurred: | *$801.30* |
| Total this Invoice: | *$1,341.30* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37016

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Willis, Glen
Account No. ▓▓6366
Our File No. 34819
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status -
Type of Billing -
Referral Date 1/21/2009
Complaint Date - 02/05/2009
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/25/2009 | SOP- Glen Willis-ut2 (x7) | $590.00 |
| 04/25/2009 | Skip Traces- Glen & Christian Willis | $192.60 |
| 04/25/2009 | Short Filing Fee | $5.00 |

### INVOICE SUMMARY

For Disbursements Incurred:                    $787.60

**Total Due:**                    **$787.60**

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 29196
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wilmot, Jacob
Account No. ████6365
Our File No. 30422
Address - ████████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/16/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/26/2008 | Title Search | $340.00 |
| 01/28/2009 | Clerk's Recording Fee | $2.00 |
| 01/28/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/09/2009 | Court Call | $60 00 |
| 07/01/2009 | Court Charge - Hearing | $60.00 |

## *INVOICE SUMMARY*

For Disbursements Incurred:       *$480.50*

**Total Due:**       *$480.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 37066
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wilmoth, Patricia
Account No. ▉▉9882
Our File No. 36033
Address – ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Status –
Type of Billing –
Referral Date 2/6/2009
Complaint Date – 02/17/2009
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/09/2009 | Clerk's Recording Fee | $1.00 |
| 03/09/2009 | Record Assignment of Mortgage | $18.50 |
| 03/11/2009 | Title Search | $275.00 |
| 05/12/2009 | SOP- Patricia Wilmoth-ut2 (x4) | $180.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | *$474.50* |
| **Total Due:** | *$474.50* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36819
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wilson, Adam
Account No. ▓▓0284
Our File No. 32370
Address – ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status –
Type of Billing –
Referral Date 12/11/2008
Complaint Date – 12/26/2008
Date Of Sale – 8/31/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/19/2009 | Record Assignment of Mortgage** | $18.50 |
| 06/30/2009 | Cost of certified court documents | $14.00 |
| 09/10/2009 | Publication of notice of sale | $99.00 |

## INVOICE SUMMARY

For Disbursements Incurred:                    *$131.50*

**Total Due:**                    *$131.50*

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 14484
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wilson, Reginald
Account No. ████8652
Our File No. 29749
Address - ████████████████████
Status - Foreclosure
Type of Billing - Sale Bill / MH Title Retirement
Referral Date 10/31/2008
Complaint Date - 11/24/2008
Date Of Sale - 07/10/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 11/26/2008 | Flat fee for title claim. | $125 00 |
| 06/09/2009 | Second part of foreclosure through 7/10/09 sale. | $650.00 |
| 09/24/2009 | Flat fee for mobile home retirement. | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/12/2008 | Hydra Investigation-Reginald Wilson | $45.00 |
| 12/26/2008 | Record Assignment of Mortgage** | $18 50 |
| 02/25/2009 | Cost of Certified Court Documents | $10.00 |
| 06/26/2009 | Publication of notice of sale 6/18,25/09 | $338.34 |
| 06/30/2009 | Sale fee | $70 00 |
| 07/27/2009 | Documentary stamps | $0.70 |
| 09/23/2009 | Secure mobile home title | $227.20 |
| 10/02/2009 | Clerk's recording fee | $27 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,275.00* |
| For Disbursements Incurred: | *$736.74* |
| **Total Due:** | **$2,011.74** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37017

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Windnagle, Richard
Account No. ███7779
Our File No. 34823
Address – ████████████████████████████
Status –
Type of Billing –
Referral Date 1/21/2009
Complaint Date – 02/02/2009
Date Of Sale –

---

**For Professional Services Rendered:**

---

| 02/24/2009 | Flat fee to prepare assignment of mortgage  * | $125.00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Professional Services: | *$125.00* |
|---|---|
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 8362
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wise, Cynthia
Account No ▰▰▰0457
Our File No. 34925
Address – ▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰
Status - Foreclosure
Type of Billing - Cancel Sale
Referral Date 1/22/2009
Complaint Date - 02/04/2009
Date Of Sale - 08/10/2009

---

**For Disbursements Incurred:**

| 08/03/2009 | Sale fee | $70 00 |
|---|---|---|

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$70.00* |
|---|---|
| **Total Due:** | *$70.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 15, 2010

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36805
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wise, Wanda
Account No. ███5861
Our File No. 31934
Address - ███████████████████████
Status -
Type of Billing -
Referral Date 12/4/2008
Complaint Date - 12/15/2008
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/29/2008 | Flat fee to prepare assignment of mortgage. ** | $125 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $125.00 |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 04, 2009

Taylor, Bean & Whitaker
Via New Invoice

# INVOICE

Invoice # 6962

Federal ID # 59-2885854

Taylor, Bean & Whitaker/ TBW v Wolling, Erica
Account No. ▮▮5628
Our File No. 34052-Evic
Address▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status -Eviction
Referral Date-06/29/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/23/2009 | Flat fee to prepare and file the eviction after the foreclosure. | $350 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Writ of possession | $90 00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$350.00* |
| For Disbursements Incurred: | *$90.00* |
| **Total this Invoice:** | *$440.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33874
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wood, CaSandra
Account No. ▓▓6502
Our File No. 25550
Address - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 8/18/2008
Complaint Date - 08/23/2008
Date Of Sale -

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 09/19/2008 | Clerk's Recording Fee | $1.00 |
| 09/19/2008 | Record Assignment of Mortgage** | $18.50 |
| 10/10/2008 | Title Search | $400.00 |
| 02/02/2009 | Cost of Certified Court Documents | $18.00 |
| 02/03/2009 | Notice of Dropping Fee | $13.00 |
| 06/18/2009 | Mediation fee | $250.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$700.50* |
| **Total Due:** | ***$700.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

August 07, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 6496

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Woodruff, George
Account No ▬▬9451
Our File No. 37045
Address ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Status - Foreclosure
Type of Billing - Contested Bill
Referral Date 2/19/2009
Complaint Date - 02/27/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/15/2009 | Flat fee to respond to defendant's Motion to Dismiss and Fair Debt Verification Letter  *OTA Approved 7/14/09* | $875 00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/26/2009 | Clerk's Recording Fee | $1.00 |
| 03/26/2009 | Record Assignment of Mortgage ** | $18.50 |
| 05/13/2009 | SOP- George Woodruff-ut2 (x6) | $360 00 |
| 05/13/2009 | Skip Trace- George Woodruff | $90.00 |
| 05/27/2009 | Cost of Certified Court Docs | $15.00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$875.00* |
| For Disbursements Incurred: | *$484.50* |
| **Total this Invoice:** | ***$1,359.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37076

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Woodruff, George
Account No. ▮▮▮451
Our File No. 37045
Address - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status - Foreclosure
Type of Billing - Contested Bill
Referral Date 2/19/2009
Complaint Date - 02/27/2009
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 04/07/2009 | Flat fee for response to defendant's motion to dismiss. | $825 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | $825.00 |
| **Total Due:** | **$825.00** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

April 19, 2010

Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 37256

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wrona, Michael
Account No. ████0736
Our File No. 41367
Address - ████████████████████████████
Status -
Type of Billing -
Referral Date 4/28/2009
Complaint Date - 05/06/2009
Date Of Sale -

---

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 05/28/2009 | Flat fee to prepare assignment of mortgage | $125 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$125.00* |
| **Total Due:** | *$125.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33876

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Wu, Zhuying
Account No. ████9978
Our File No. 31816
Address - ████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 12/1/2008
Complaint Date - 12/19/2008
Date Of Sale - 06/05/2009

---

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Publication of notice of sale 7/13,20/09 | $134.60 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$134.60* |
| **Total Due:** | *$134.60* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

October 06, 2009

Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 11833

Federal ID # 59-2885854

Roundpoint Mortgage Services/RMS v. Yancey, Ronald & Carlotta
Account No███████7427
Our File No. 35192
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 1/26/2009
Complaint Date - 2/9/2009
Date Of Sale - 9/17/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/12/2009 | Second part of foreclosure through cancellation of 08/13/2009 sale. | $600 00 |
| 08/12/2009 | Flat fee to reset sale date 08/13/2009; Cancel sale date 09/17/2009 | $250.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/19/2009 | Clerk's Recording Fee | $1.00 |
| 03/19/2009 | Record Assignment of Mortgage | $27.00 |
| 04/30/2009 | Srvc of process Ronald Yancey-ut#2 (x7) | $495.00 |
| 05/15/2009 | Certified Court Documents | $18.00 |
| 08/11/2009 | Publication of notice of  8/13/09 sale dates 07/23*07/30/2009 | $347.28 |
| 08/12/2009 | Clerk's filing fee- cancel 8/13/09 sale and reset | $50.00 |
| 09/03/2009 | Publication of notice of  9/17/09 sale dates 08/27*09/03/2009 | $339.30 |
| 09/10/2009 | Clerk's filing fee- cancel 9/17/09 sale | $50.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$850 00* |
| For Disbursements Incurred: | *$1,327.58* |
| **Total this Invoice:** | *$2,177.58* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 25, 2010
Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 33995
Federal ID # 59-2885854

Roundpoint Mortgage Services/RMS v. Yancey, Ronald &
Carlotta
Account No. ■■■■7427
Our File No. 35192
Address - ■■■■■■■■■■■■■■■■■■■■■■■
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date - 1/26/2009
Complaint Date - 2/9/2009
Date Of Sale - 9/17/2009

**For Disbursements Incurred:**

| 07/27/2009 | Publication of notice of sale | $339.30 |
|---|---|---|

## *INVOICE SUMMARY*

| For Disbursements Incurred: | $339.30 |
|---|---|
| **Total Due:** | **$339.30** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



## LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010

Roundpoint Mortgage Services
Via New Invoice

# *INVOICE*

Invoice # 12706

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Yepez, Jose & Teresa
Account No. ▓▓9690
Our File No. 33530
Address -
Status -
Type of Billing -
Referral Date 12/30/2008
Complaint Date - 1/13/2009
Date Of Sale - 8/14/2009

### For Professional Services Rendered:

| Date | Description | Amount |
|---|---|---|
| 02/27/2009 | Flat fee for title claim. | $125.00 |
| 08/14/2009 | Second part of foreclosure through cancellation of 08/14/2009 sale. | $700.00 |

### For Disbursements Incurred:

| Date | Description | Amount |
|---|---|---|
| 01/22/2009 | Title Search | $340.00 |
| 03/02/2009 | Cost of Certified Court Documents | $21.00 |
| 03/12/2009 | Srvc of Process- Jose Yepez-Ameris Bank (x8) | $450.00 |
| 03/12/2009 | Skip Trace- Marilou Doyle | $96.30 |
| 06/25/2009 | Publication of notice of sale - 6/11, 6/18 | $327.00 |
| 08/03/2009 | Sale fee | $70.00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$1,304.30* |
| **Total Due:** | ***$2,129.30*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 31, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 5555

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Young, Keyla
Account No. ████1693
Our File No. 29748
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Sale
Referral Date 10/31/2008
Complaint Date - 11/28/2008
Date Of Sale - 07/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/09/2008 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 07/07/2009 | Second part of foreclosure through 07/07/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 12/22/2008 | Hydra Investigation-Keyla Young | $45 00 |
| 12/29/2008 | Record Assignment of Mortgage** | $18.50 |
| 02/24/2009 | Publication of NOA 1/714/09 | $150.02 |
| 04/06/2009 | Cost of Certified Court Documents | $10.00 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/07/2009 | Cost of certified court documents | $5 00 |
| 07/07/2009 | Documentary stamps | $0 70 |
| 07/30/2009 | Publication of notice of sale | $151.57 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$450.79* |
| **Total this Invoice:** | **$1,225.79** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



**LAW OFFICES OF**
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 01, 2009
Taylor, Bean & Whitaker
Via New Invoice

'

# *INVOICE*

Invoice # 3620

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zachary, Robert & Duke, Elizabeth
Account No. ████2503
Our File No. 32332
Address ██████████████████████
Status - Foreclosure
Type of Billing – Retire Mobile Home
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 01/02/2009 | Flat fee to prepare assignment of mortgage. ** | $125.00 |
| 03/18/2009 | Second part of foreclosure through 6/16/09 sale | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/05/2009 | Title Search | $395.00 |
| 01/13/2009 | Record Assignment of Mortgage** | $18.50 |
| 02/20/2009 | Cost of Certified Court Documents | $12.00 |
| 03/26/2009 | Publication of NOS 03/28,04/04/09 | $202.58 |
| 06/05/2009 | Sale fee | $70.00 |
| 06/29/2009 | Cost of certified court documents | $5.00 |
| 06/29/2009 | Documentary stamps | $0.70 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$775.00* |
| For Disbursements Incurred: | *$703.78* |
| **Total this Invoice:** | ***$1,478.78*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW COM
Phone (813)915-8660  Fax (813)915-0559

August 12, 2009

Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 7863

Federal ID #  59-2885854

Taylor, Bean & Whitaker/TBW v Zachary, Robert & Duke, Elizabeth
Account No. ████2503
Our File No. 32332
Address - ████████████████████████████
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale - 06/16/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 07/30/2009 | Flat fee for Mobile Home Title Retirement | $500.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/14/2009 | Clerk's recording fee | $35.50 |
| 08/10/2009 | Mobile home real property decals | $10.85 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500 00* |
| For Disbursements Incurred: | *$46 35* |
| **Total this Invoice:** | *$546.35* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36812
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zachary, Robert & Duke,
Elizabeth
Account No. ●●●2503
Our File No. 32332
Address - ~~████████████████~~
Status - Foreclosure
Type of Billing - Retire Mobile Home
Referral Date 12/10/2008
Complaint Date - 12/17/2008
Date Of Sale - 06/16/2009

---

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/2009 | Payment to Hillsborough County Tax Collector; Disbursement for TBW vs. Zachary, Robert  32332  mh decals | $166.70 |
| 10/02/2009 | Clerk's recording fee | $27 00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Disbursements Incurred: | $193.70 |
| **Total Due:** | **$193.70** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 16, 2010
TBW
Taylor, Bean & Whitaker
Via New Invoice

,

# *INVOICE*

Invoice # 36814

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zachary, Robert & Duke,
Elizabeth
Account no ▮▮2503
Our File No. 32332-Evic
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Status- Eviction
Referral Date - 12/17/2008

**For Disbursements Incurred:**

| Date | Description | Amount |
|------|-------------|--------|
| 07/14/2009 | Writ of possession | $90 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$90 00* |
| **Total Due:** | *$90.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 08, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4553

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zaik, Francis
Account No. ███3995
Our File No. 30425
Address - █████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/02/2008
Date Of Sale - 07/07/2009

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/06/2008 | Flat fee to prepare assignment of mortgage * | $125 00 |
| 07/06/2009 | Second part of foreclosure through cancellation of 07/07/2009 sale | $700.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 01/20/2009 | Record Assignment of Mortgage** | $18.50 |
| 04/06/2009 | Cost of Certified Court Documents | $19.00 |
| 06/24/2009 | Publication of notice of sale | $150.00 |
| 06/30/2009 | Sale fee | $70.00 |
| 07/06/2009 | Clerk's filing fee | $50 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$825.00* |
| For Disbursements Incurred: | *$307.50* |
| **Total this Invoice:** | ***$1,132.50*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



## LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33878

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zaik, Francis
Account No. ███3995
Our File No. 30425
Address - ████████████████████
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 11/12/2008
Complaint Date - 12/02/2008
Date Of Sale - 07/07/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/30/2009 | Publication of notice of sale | $160.28 |

### *INVOICE SUMMARY*

For Disbursements Incurred:      *$160.28*

**Total Due:**      *$160.28*
Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***

*Page 1*



LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

July 13, 2009
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 4384

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zajni, Florend
Account No. ████5811
Our File No. 43731-bk
Address - ███████████████████████████
Status - BK CH 7, 3:08-bk-07173-JAF, 11/17/2008
Type of Billing -
Referral Date 6/9/2009
Complaint Date -
Date Of Sale -

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 06/23/2009 | Flat fee for uncomplicated/uncontested motion to lift automatic stay on Chapter 7 bankruptcy through the first bankruptcy order. | $550.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/16/2009 | Bankruptcy filing fee | $150.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$550.00* |
| For Disbursements Incurred: | *$150.00* |
| **Total this Invoice:** | ***$700.00*** |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***



### LAW OFFICES OF
# DANIEL C CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

March 24, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 33882
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zapata, Juan
Account No. 1620
Our File No. 37407
Address
Status - Foreclosure
Type of Billing - Per Bankruptcy Filing
Referral Date 2/25/2009
Complaint Date - 03/10/2009
Date Of Sale -

**For Disbursements Incurred:**

| 05/15/2009 | SOP Juan Zapata-ut#2 (x7) | $315.00 |
| 06/10/2009 | Cost of certified court documents | $16 00 |

### *INVOICE SUMMARY*

| For Disbursements Incurred: | *$331 00* |
| **Total Due:** | *$331.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36731

Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zembala, David
Account No. ████0279
Our File No. 26159-EVIC
Address – ████████████████████
Status -
Type of Billing -
Referral Date 8/28/2008
Complaint Date – 09/05/2008
Date Of Sale - 02/12/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 04/20/2009 | Writ of Possession | $70 00 |

### *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$70.00* |
| **Total Due:** | *$70.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****



LAW OFFICES OF
# DANIEL CONSUEGRA

9204 KING PALM DRIVE TAMPA, FL 33619-1328 BILLING@CONSUEGRALAW.COM
Phone (813)915-8660 Fax (813)915-0559

April 16, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 37160
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Ziebart, Robert
Account No. ■■1858
Our File No. 39999
Address - ████████████████████
Status -
Type of Billing -
Referral Date 4/7/2009
Complaint Date - 04/28/2009
Date Of Sale –

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 06/18/2009 | Title search | $340.00 |
| 07/29/2009 | Service of process | $315 00 |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Disbursements Incurred: | *$655.00* |
| **Total Due:** | *$655.00* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*Page 1*



### LAW OFFICES OF
# DANIEL C CONSUEGRA
9204 KING PALM DRIVE TAMPA, FL 33619-1328  BILLING@CONSUEGRALAW.COM
Phone (813)915-8660  Fax (813)915-0559

April 15, 2010
Taylor, Bean & Whitaker
Via New Invoice

# *INVOICE*

Invoice # 36811
Federal ID # 59-2885854

Taylor, Bean & Whitaker/TBW v Zuniga, Rafael
Account No ████0333
Our File No. 32287
Address – ████████████████████████████████
Status – Foreclosure
Type of Billing - Sale Bill
Referral Date 12/9/2008
Complaint Date - 12/17/2008
Date Of Sale - 06/04/2009

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/10/2009 | Publication of notice of sale | $242.94 |

## <u>INVOICE SUMMARY</u>

| | |
|---|---|
| For Disbursements Incurred: | *$242 94* |
| **Total Due:** | *$242.94* |

Payment due upon receipt
Please include a copy of this invoice with your remittance
*****Thank you*****

*** Items with an asterisk (**) are not recoverable***