UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., | Case No. 3:09-bk-07047-JAF |
| REO SPECIALISTS, LLC, and | Case No. 3:09-bk-10022-JAF |
| HOME AMERICA MORTGAGE, INC., | Case No. 3:09-bk-10023-JAF |
| Debtors. | Jointly Administered Under Case No. 3:09-bk-07047-JAF |
| _____/ | |

**PLAN TRUSTEE'S MOTION FOR ORDER AUTHORIZING
FILING OF MOTION FOR APPROVAL OF A FOURTH INTERIM DISTRIBUTION TO
ALLOWED TBW CLASS 8 GENERAL UNSECURED CLAIMS
USING NEGATIVE NOTICE**

Neil F. Luria, Plan Trustee (the "Plan Trustee") for the Taylor, Bean & Whitaker Plan Trust (the "Plan Trust"), by and through undersigned counsel, seeks entry of an order (the "Motion") authorizing the Plan Trustee to file a motion for approval of a fourth interim distribution to Allowed TBW Class 8 general unsecured claims using negative notice as permitted pursuant to Local Rule 2002-4. In support of this Motion, the Plan Trustee respectfully states as follows:

**Background**

1. On August 24, 2009, Taylor, Bean & Whitaker Mortgage Corp. ("TBW" or the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code (Case No. 3:09-bk-07047-JAF) in the Jacksonville Division of the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

2. On November 24, 2009, REO Specialists, LLC ("REO") and Home America Mortgage, Inc. ("HAM") (collectively, and together with TBW, the "Debtors") filed petitions for relief under Chapter 11 of the Bankruptcy Code, also with the Bankruptcy Court. The bankruptcy cases of TBW, HAM and REO are jointly administered under Case No. 3:09-bk-07047-JAF.

7337307-4

3. Pursuant to an order entered by the Bankruptcy Court on July 21, 2011 [ECF No. 3420], the Bankruptcy Court confirmed the Plan. The Plan became effective on August 10, 2011.

4. The Plan created a liquidating trust for the Debtors' assets, the Plan Trust, in respect of which Neil F. Luria was appointed as Plan Trustee.

5. According to Article 7 of the Plan, "[t]he Plan Trustee shall make all Distributions provided for in the Plan from the Plan Trust Assets, including those to be paid on the Effective Date." Section B.3 of Article 7 of the Plan provides for interim Distributions to holders of Allowed Unsecured Claims. In this effort, the Plan Trustee has filed the *Plan Trustee's Motion for Approval of a Fourth Interim Distribution to Allowed TBW Class 8 General Unsecured Claims* [ECF No. 8581](the "Distribution Motion").

6. Pursuant to Local Rule 2002-4, the Court has established a list of motions, objections and other papers that may be considered by the Court without an actual hearing under the negative notice procedure. The negative notice legend contained on the Distribution Motion provides for a 21-day objection period.

7. While the Plan Trustee believes the Distribution Motion would fall under the negative notice procedure permitted by Local Rule 2002-4, in an abundance of caution, the Plan Trustee files this motion seeking a Court Order authorizing the use of negative notice procedures for the Distribution Motion.

8. By this Motion, the Plan Trustee seeks an order authorizing filing of the Distribution Motion under negative notice as permitted by Local Rule 2002-4, to avoid unnecessary administrative cost to the extent no party in interest has an objection to the motion.

9. Authority exists to approve this request pursuant to section 105(a) of the Bankruptcy Code. Section 105(a) provides, in pertinent part, that a bankruptcy court may "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy

Code]." 11 U.S.C. § 105(a). Under section 105(a) of the Bankruptcy Code, the Court has expansive equitable power to fashion any order or decree that is in the interest of preserving or protecting the value of the debtors' assets. The relief sought by the Plan Trustee here is consistent with the carrying out of his duties in these cases.

10. This motion is filed in good faith. No party in interest will be prejudiced by the granting of this relief.

**WHEREFORE**, the Plan Trustee respectfully requests this Court enter an order, in the form attached hereto as Exhibit "A": (a) granting this Motion; (b) permitting the Plan Trustee to file the Distribution Motion under negative notice as permitted by Local Rule 2002-4; and (c) granting such other and further relief as may be just and proper.

Dated: October 20, 2016

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel to Neil F. Luria, Plan Trustee of the Taylor, Bean & Whitaker Plan Trust*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4396

By: */s/ Debi Galler*
　　Debi Galler
　　Florida Bar No. 985236
　　dgaller@bergersingerman.com
　　Paul Steven Singerman
　　Florida Bar No. 378860
　　singerman@bergersingerman.com

7337307-4

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case |
| TAYLOR, BEAN & WHITAKER MORTGAGE CORP., REO SPECIALISTS, LLC, and HOME AMERICA MORTGAGE, INC., | Case No. 3:09-bk-07047-JAF Case No. 3:09-bk-10022-JAF Case No. 3:09-bk-10023-JAF |
| Debtors._____/ | Jointly Administered Under Case No. 3:09-bk-07047-JAF |

**ORDER GRANTING PLAN TRUSTEE'S MOTION FOR ORDER AUTHORIZING FILING OF MOTION FOR APPROVAL OF A FOURTH INTERIM DISTRIBUTION TO ALLOWED TBW CLASS 8 GENERAL UNSECURED CLAIMS USING NEGATIVE NOTICE**

THIS MATTER came before the Court, without a hearing, upon the *Plan Trustee's Motion for Order Authorizing Filing of a Motion for Approval of a Fourth Interim Distribution to Allowed TBW Class 8 General Unsecured Claims Using Negative Notice* [ECF No. _____] (the "Motion") filed by Neil F. Luria, Plan Trustee (the "Plan Trustee") for the Taylor, Bean & Whitaker Plan Trust (the "Plan Trust"). Upon the record herein, and finding that good and sufficient cause exists for the granting of the relief set forth herein, it is

**ORDERED** that:

1.    The Motion is GRANTED.

7337307-4

2.  The Plan Trustee is authorized to file the Distribution Motion[1] under negative notice as permitted by Local Rule 2002-4.

3.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implantation of this Order.

# # #

*(Debi Galler, Esq. is directed to serve a copy of this Order on interested parties and file proof of service within 3 days of entry of the Order).*

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

7337307-4