UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Chapter 11 Case

TAYLOR, BEAN & WHITAKER                                               Case No. 3:09-bk-07047-JAF
MORTGAGE CORP.,

        Debtor.
_____/

DEBTOR'S POST CONFIRMATION QUARTERLY OPERATING REPORT

FOR THE PERIOD
FROM    **OCTOBER 1, 2017**    TO    **DECEMBER 31, 2017**

Comes now the above-named debtor and files its Post Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                                                /s/ Ilyse Homer
                                                                *Counsel for Neil F. Luria, Plan Trustee for*
                                                                *the Taylor, Bean & Whitaker Plan Trust*

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| 4901 Vineland Road, Suite 120 | Berger Singerman LLP |
| Orlando, FL  32811 | 1450 Brickell Avenue, 19th Floor |
| (321) 710-0175 | Miami, FL  33131-3453 |
|  | (305) 755-9500 |

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.

## QUESTIONNAIRE

| # | Question | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? |  | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? |  | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? |  | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X |  |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

## INSURANCE INFORMATION

| # | Question | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X |  |
| 2. | Are all premium payments current? | X |  |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

* In accordance with the Plan Supplement filed with respect to Third Amended & Restated Joint Plan of Liquidation of the Debtor's (TBW Mortgage Corp, REO Specialists, LLC, and Home America Mortgage, Inc) and the Official Committee of Unsecured Creditors, the quarterly operating reports are due 45 days after each calendar quarter end. Specifically, Article 6, Section G.11.(c) titled Quarterly Filings with Bankruptcy Court and U.S. Trustee, says "from the Effective Date until a Final Decree is entered, the Trustee shall, within 45 days of the end of each calendar quarter, file with the Bankruptcy Court and submit to the U.S. Trustee quarterly reports setting forth all receipts and disbursements of the Plan Trust as required by the U.S. Trustee guidelines." **On May 4, 2015, the U.S. Trustee's office approved a Quarterly Operating Report which will be limited to the Schedule of Receipts and Disbursements for all quarterly reports.**

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

_____
Matthew E. Rubin
CFO of Taylor, Bean & Whitaker Mortgage Corp

2/6/18
Date

**TAYLOR, BEAN & WHITAKER MORTGAGE CORP. ("TBW")**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
Activity from: 10/1/17 - 12/31/17

| | | Regions Bank Operating (1) Acct # ***674 | Regions Bank Litigation Prcds (2) Acct # ***111 | Regions Bank Disputed Claims (3) Acct # ***690 | Regions Bank Deficiency Actns (4) Acct # ***770 | Regions Bank Class 9 (5) Acct # ***771 | Regions Bank Protocol Funds (6) Acct # ***755 | Regions Bank Overline (7) Acct #***739 | Regions Bank AOT (8) Various Accounts | Quarterly Total Q4 2017 | Cumulative Total Aug'11 - Dec'17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | **BANK BALANCE AS OF 10/1/17** | **$16,618,090** | **$16,183,172** | **$3,685,575** | **$332,283** | **$1,779,567** | **$11,759,407** | **$500,261** | **$2,620,658** | **$53,479,014** | **$0** |
| | Outstanding Checks | ($21,332) | $0 | $0 | ($6,062) | $0 | $0 | $0 | ($1,341) | ($28,735) | $0 |
| | **BOOK BALANCE AS OF 10/1/17** | **$16,596,759** | **$16,183,172** | **$3,685,575** | **$326,221** | **$1,779,567** | **$11,759,407** | **$500,261** | **$2,619,317** | **$53,450,279** | **$0** |
| 2. | **RECEIPTS** | | | | | | | | | | |
| | A *Cash Receipts* | | | | | | | | | | |
| A.1 | Net Recoveries | $0 | $31,152 | $963,314 | $85,987 | $0 | $0 | $234,541 | $0 | $1,314,993 | $326,203,507 |
| A.2 | Interest Income | $2,670 | $8,096 | $1,868 | $0 | $544 | $3,560 | $0 | $848 | $17,585 | $2,370,543 |
| A.3 | Miscellaneous Deposits | $15,381 | $10,000 | $27,731 | $0 | $0 | $0 | $0 | $0 | $53,112 | $2,593,074 |
| A.4 | Expense Reimbursements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,388,165 |
| | **Subtotal - Cash Receipts** | **$18,050** | **$49,248** | **$992,912** | **$85,987** | **$544** | **$3,560** | **$234,541** | **$848** | **$1,385,690** | **$340,555,288** |
| | B *Transfers In* | | | | | | | | | | |
| B.1 | Effective Date Transfer from Old TBW Accounts | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $364,940,757 |
| B.2 | External Transfers - (FDIC-R / RoundPoint / Selene / Other) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $738,143 | $738,143 | $245,556,555 |
| B.3 | Internal Transfers - AOT | $28,216 | $0 | $13,059 | $0 | $0 | $0 | $0 | $0 | $41,275 | $31,276,503 |
| B.4 | Internal Transfers - Interest Income | $0 | $0 | $12,206 | $0 | $0 | $0 | $0 | $0 | $12,206 | $1,073,027 |
| B.5 | Internal Transfers - Bank Service Fees Reimb. | $0 | $115 | $236 | $0 | $44 | $0 | $0 | $32 | $427 | $12,928 |
| B.6 | Internal Transfers - Various Regions Accounts | $0 | $64,600 | $12,295,264 | $0 | $12,000 | $0 | $0 | $157 | $12,372,021 | $318,118,110 |
| | **Subtotal - Transfers In** | **$28,216** | **$64,715** | **$12,320,765** | **$0** | **$12,044** | **$0** | **$0** | **$738,332** | **$13,164,071** | **$960,977,880** |
| | **TOTAL INFLOWS** | **$46,267** | **$113,963** | **$13,313,677** | **$85,987** | **$12,588** | **$3,560** | **$234,541** | **$739,180** | **$14,549,762** | **$1,301,533,169** |
| 3. | **DISBURSEMENTS** | | | | | | | | | | |
| | A *Fees & Taxes* | | | | | | | | | | |
| A.1 | U.S. Trustee Quarterly Fees | ($19,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($19,000) | ($463,750) |
| A.2 | Taxes - Federal | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| A.3 | Taxes - State/Local/Other | ($10,235) | $0 | $0 | $0 | $0 | $0 | $0 | ($4,555) | ($14,790) | ($558,978) |
| | **Subtotal - Fees & Taxes** | **($29,235)** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **($4,555)** | **($33,790)** | **($1,022,728)** |
| | B *Other Expenses* | | | | | | | | | | |
| B.1 | All Other Operating Expenses | ($2,326,735) | ($115) | ($236) | ($106,781) | ($44) | $0 | $0 | ($4,854) | ($2,438,764) | ($156,533,255) |
| B.2 | Payments to FDIC-R for AOT/Overline Loan Proceeds | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($583,169) | ($583,169) | ($206,453,756) |
| B.3 | Settlement / Refund | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($25,970,405) |
| | **Subtotal - Other Expenses** | **($2,326,735)** | **($115)** | **($236)** | **($106,781)** | **($44)** | **$0** | **$0** | **($588,023)** | **($3,021,933)** | **($388,957,416)** |
| | C *Plan Payments* | | | | | | | | | | |
| C.1 | Administrative Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($3,857,891) |
| C.2 | Priority Tax Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($256,874) |
| C.3 | WARN ACT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($16,145,281) |
| C.4 | Priority Non-Tax Claims (Vacation Claims) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($1,862,382) |
| C.5 | Other Secured Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($15,751,242) |
| C.6 | Effective Date Settlements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($122,376,938) |
| C.7 | Post Effective Date Settlements | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($20,090,496) |
| C.8 | Distributions to Class 8 Creditors | $0 | $0 | ($14,826,061) | $0 | $0 | $0 | $0 | $0 | ($14,826,061) | ($339,288,287) |
| C.9 | Distributions to Class 9 Creditors | $0 | $0 | $0 | $0 | ($640,979) | $0 | $0 | $0 | ($640,979) | ($12,207,376) |
| | **Subtotal - Plan Payments** | **$0** | **$0** | **($14,826,061)** | **$0** | **($640,979)** | **$0** | **$0** | **$0** | **($15,467,041)** | **($531,836,768)** |
| | **TOTAL DISBURSEMENTS - Sections A through C** | **($2,355,970)** | **($115)** | **($14,826,297)** | **($106,781)** | **($641,023)** | **$0** | **$0** | **($592,578)** | **($18,522,764)** | **($921,816,913)** |
| | Total Disbursements Less U.S. Trustee Fees | | | | | | | | | **(($18,503,764))** | |
| | D *Transfers Out* | | | | | | | | | | |
| D.1 | Internal Transfers - AOT | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($41,275) | ($41,275) | ($31,276,503) |
| D.2 | Internal Transfers - Interest Income | ($2,670) | ($8,068) | $0 | $0 | ($621) | $0 | $0 | ($848) | ($12,206) | ($1,062,773) |
| D.3 | Internal Transfers - Bank Service Fees Reimb. | ($427) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($427) | ($13,149) |
| D.4 | Internal Transfers - Various Regions Accounts | ($12,000) | $0 | $0 | ($12,229) | $0 | ($11,762,967) | ($584,824) | $0 | ($12,372,021) | ($309,873,402) |
| D.5 | External Transfers - Other | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($439,081) |
| | **SUBTOTAL - Transfers Out** | **($15,096)** | **($8,068)** | **$0** | **($12,229)** | **($621)** | **($11,762,967)** | **($584,824)** | **($42,123)** | **($12,425,929)** | **($342,664,908)** |
| | **TOTAL OUTFLOWS:** | **($2,371,066)** | **($8,182)** | **($14,826,297)** | **($119,010)** | **($641,644)** | **($11,762,967)** | **($584,824)** | **($634,701)** | **($30,948,693)** | **($1,264,481,821)** |
| | **NET CHANGE IN CASH** | **($2,324,800)** | **$105,780** | **($1,512,620)** | **($33,023)** | **($629,056)** | **($11,759,407)** | **($350,284)** | **$104,479** | **($16,398,931)** | **$37,051,348** |
| | **BOOK BALANCE AS OF 12/31/17** | **$14,271,959** | **$16,288,952** | **$2,172,955** | **$293,198** | **$1,150,511** | **$0** | **$149,977** | **$2,723,796** | **$37,051,347** | **$37,051,348** |
| | ADD: OUTSTANDING CHECKS | $55,696 | $0 | $0 | $11,592 | $0 | $0 | $0 | $0 | $67,288 | $67,288 |
| 4. | **BANK BALANCE AS OF 12/31/17** | **$14,327,655** | **$16,288,952** | **$2,172,955** | **$304,790** | **$1,150,511** | **$0** | **$149,977** | **$2,723,796** | **$37,118,636** | **$37,118,636** |

**TAYLOR, BEAN & WHITAKER MORTGAGE CORP. ("TBW")**
**FOOTNOTES TO THE SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
Activity from: 10/1/17 - 12/31/17

**Footnotes to the Schedule of Receipts and Disbursements**

(1) Bank account earmarked for all operating related disbursements.

(2) Bank account earmarked for litigation expenses, receipt of litigation settlement proceeds, and a reserve for various contractual obligations.

(3) Bank account earmarked for proceeds available for Class 8 General Unsecured Creditors (GUC).

(4) Bank account earmarked for activity related to TBW's pursuit of mortgage deficiency claims.

(5) Bank account earmarked for payment of Class 9 claims. In addition, such account holds a reserve for disputed Class 9 claims and for other unforeseen expenses and claims. After release of such reserve, any remaining funds shall be returned to Freddie Mac, FDIC-R, and Holders of Allowed Class 8 Claims pursuant to the July 13, 2017 Court Order.

(6) Bank account earmarked for potential payments on borrower litigation and in accordance with the Borrower Protocol Settlement.

(7) Bank accounts earmarked for runoff of the proceeds related to the balance of the Overline loan portfolio. On September 8, 2014, TBW paid off the outstanding balance of the FDIC-R Colonial Overline loan facility.

(8) Bank accounts earmarked for AOT loan related activity. Pursuant to the FDIC-R settlement agreement 98% of AOT proceeds are transferred to the FDIC-R for their 1st lien position.