UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11 Case

HOME AMERICA MORTGAGE, INC.,                          Case No. 3:09-bk-10023-JAF

        Debtor.
_____/

DEBTOR'S POST CONFIRMATION QUARTERLY OPERATING REPORT

FOR THE PERIOD
**FROM**   **OCTOBER 1, 2017**   **TO**   **DECEMBER 31, 2017**

Comes now the above-named debtor and files its Post Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Ilyse Homer
*Counsel for Neil F. Luria, Plan Trustee for the Taylor, Bean & Whitaker Plan Trust*

Debtor's Address                                     Attorney's Address
and Phone Number:                                and Phone Number:

4901 Vineland Road, Suite 120                 Berger Singerman LLP

Orlando, FL  32811                                   1450 Brickell Avenue, 19th Floor

(321) 710-0175                                        Miami, FL  33131-3453

                                                             (305) 755-9500

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X [1] |
| 2. | Are all premium payments current? | | X [1] |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

[1] Items 1 and 2 are not applicable.

| CONFIRMATION OF INSURANCE | | | | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|---|---|
| TYPE of POLICY and CARRIER | | | Period of Coverage | | |
| Not applicable | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

In accordance to Plan Supplement filed with respect to Third Amended & Restated Joint Plan of Liquidation of the Debtor's (TBW Mortgage Corp.) REO Specialists, LLC, and Home America Mortgage, Inc) and the Official Committee of Unsecured Creditors, the quarterly operating reports are due 45 days after each calender quarter end.  Specifically, Article 6. Section G.11.(c) titled Quarterly Filings with Bankruptcy Court and U.S. Trustee, says "from the Effective Date until a Final Decree is entered, the Trustee shall, within 45 days of the end of each calender quarter, file with the Bankruptcy Court and submit to the U.S. Trustee quarterly reports setting forth all receipts and disbursements of the Plan Trust as required by the U.S. Trustee guidelines".
On May 4, 2015, the U.S. Trustee's office approved a Quarterly Operating Report which will be limited to the Schedule of Receipts and Disbursements for all quarterly reports.

Estimated Date of Filing the Application for Final Decree: _____

---

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

Matthew E. Rubin - CFO of Home America Mortgage, Inc.

2/1/18

Date

**CHAPTER 11 POST-CONFIRMATION**
**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

**Case Name:** Home America Mortgage, Inc.

**Case Number:** 3:09-bk-10023-JAF

**Time Period:** beginning 10/1/2017 and ending 12/31/2017

**Date of Plan Confirmation:** 7/21/2011

**Date of Effective Date:** 8/10/2011

| | | | Q4 2017 | Post Effective Date Total [A] |
|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | $1,256,987.69 | $0.00 |
| 2. | **EFFECTIVE DATE (8-10-2011) TRANSFER IN** | | | $1,089,992.37 |
| 3. | **INCOME or RECEIPTS during the Period** | | $470.07 | $192,915.70 |
| 4. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | |
| | | (i) U.S. Trustee Quarterly Fees | ($325.00) | ($8,125.00) |
| | | (ii) Federal Taxes | | |
| | | (iii) State Taxes | | ($290.00) |
| | | (iv) Other Taxes | | |
| | b. | **Transfers to Another Bank Account** | | |
| | c. | **All Other Operating Expenses:** | ($30.00) | ($2,804.64) |
| | d. | **Plan Payments:** | | |
| | | (i) Administrative Claims | | ($14,585.67) |
| | | (ii) Class One | | |
| | | (iii) Class Two | | |
| | | (iv) Class Three | | |
| | | (v) Class Four | | |
| | | (Attach additional pages as needed) | | |
| | | **Total Disbursements (Operating & Plan)** | ($355.00) | ($25,805.31) |
| 5. | **CASH (End of Period)** | | **$1,257,102.76** | **$1,257,102.76** |

**Notes:**
[A] Reflects activity since the Effective Date, which occurred on August 10, 2011. Transactions from the Confirmation Date of July 21, 2011 to July 31, 2011 were included in the July MOR. No activity was incurred from August 1, 2011 to August 10, 2011.